UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-cv-61664
ELECTRONICALLY FILED

**CONTINENT AIRCRAFT TRUST 1087**
**P.O. Box 2549**
**Onalaska, TX 77360**

 **Plaintiff,**

v.

**DIAMOND AIRCRAFT INDUSTRIES, INC.**
**1560 Crumlin Sideroad**
**London, Ontario**
**Canada  N5V 1S2**

 **Defendant.**
_____/

## NOTICE OF RELATED ACTION

 Pursuant to Federal Rules of Civil Procedure and Local Rule 3.8, Plaintiff, Continent Aircraft Trust 1087, hereby gives notice of a related action to the action filed herein, which is located at 10-cv-60556-FAM.

 Dated:  July 29, 2011.

               Respectfully submitted,

               /s/Juan Martinez_____
               Juan Martinez
               Florida Bar No. 9024
               GRAYROBINSON P.A.
               1221 Brickell Avenue, Suite 1600
               Miami, Florida 33131-0014
               Telephone: 305-416-6880
               Facsimile: 305-416-6887
               E-mail: juan.martinez@gray-robinson.com
               COUNSEL FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified.

    Respectfully submitted,

    /s/Juan Martinez
    Juan Martinez (FBN 9024)
    GRAYROBINSON P.A.
    1221 Brickell Avenue, Suite 1600
    Miami, Florida 33131-0014
    Telephone: 305-416-6880
    Facsimile: 305-416-6887
    E-mail: juan.martinez@gray-Robinson.com
    COUNSEL FOR PLAINTIFF

## SERVICE LIST

**Continent Aircraft Trust 1087 v. Diamond Aircraft Industries, Inc.
Case No. 11-cv-61664
United States District Court, Southern District of Florida**

Carl R. Nelson
cnelson@fowlerwhite.com
Ashley Bruce Trehan
ashley.trehan@fowlerwhite.com
FOWLER WHITE BOGGS P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, FL 33602
Phone: 813-228-7411
Fax:    813-229-8313
Attorneys for Defendant Diamond Aircraft Industries, Inc.

[Service by Notice of Electronic Filing generated by CM/ECF]

\175617\1 - # 4187841 v1