UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO:  0:11-61663-CIV-LENARD

CONTINENT AIRCRAFT TRUST 1087
P.O. Box 2549
Onalaska, TX  77360

      Plaintiffs,

vs.

DIAMOND AIRCRAFT INDUSTRIES, INC.
1560 Crumlin Sideroad
London, Ontario
Canada N5V 1S2

      Defendant.
_____/

## NOTICE OF APPEARANCE

Carl R. Nelson of Fowler White Boggs, P.A. hereby appears as counsel of record for Defendant, Diamond Aircraft Industries, Inc. ("Diamond"), for the limited purpose of receiving CM/ECF filings and without prejudice to any and all rights, defenses, or claims of Diamond.

This Notice of Appearance is an appearance of counsel only and is not a general or limited appearance of Diamond.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this document was served by CM/ECF on August 9, 2011, on all counsel of record on the Service List below:

        s/ Carl R. Nelson
Carl R. Nelson, FBN 280186
cnelson@fowlerwhite.com
Ashley Bruce Trehan, FBN 0043411
ashley.trehan@fowlerwhite.com
FOWLER WHITE BOGGS P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: (813) 228-7411
Fax: (813) 229-8313
Attorneys for Defendant

## SERVICE LIST

Juan Martinez
juan.martinez@gray-robinson.com
GRAYROBINSON P.A.
1221 Brickell Avenue, Suite 1600
Miami, Florida   33131-0014
Phone:  (305) 416-6880
Fax:  (305) 416-6887
Attorney for Plaintiff

43467490v1