**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO:  0:11-61663-CIV-LENARD**

CONTINENT AIRCRAFT TRUST 1087
P.O. Box 2549
Onalaska, TX  77360

      Plaintiffs,

vs.

DIAMOND AIRCRAFT INDUSTRIES, INC.
1560 Crumlin Sideroad
London, Ontario
Canada N5V 1S2

      Defendant.

_____/

## NOTICE OF APPEARANCE

      Scott A. Richards of Fowler White Boggs, P.A. hereby appears as counsel of record for

Defendant, Diamond Aircraft Industries, Inc. ("Diamond"), for the limited purpose of receiving

CM/ECF filings and without prejudice to any and all rights, defenses, or claims of Diamond.

      This Notice of Appearance is an appearance of counsel only and is not a general or

limited appearance of Diamond.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of this document was served by

CM/ECF on August 17, 2011, on all counsel of record on the Service List below:

s/ Scott A. Richards
Carl R. Nelson, FBN 280186
cnelson@fowlerwhite.com
Ashley Bruce Trehan, FBN 0043411
ashley.trehan@fowlerwhite.com
Scott A. Richards, FBN 0072657
scott.richards@fowlerwhite.com
FOWLER WHITE BOGGS P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: (813) 228-7411
Fax: (813) 229-8313
Attorneys for Defendant

## SERVICE LIST

Juan Martinez
juan.martinez@gray-robinson.com
GRAYROBINSON P.A.
1221 Brickell Avenue, Suite 1600
Miami, Florida   33131-0014
Phone:  (305) 416-6880
Fax:  (305) 416-6887
Attorney for Plaintiff

43481223v1