UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO:  0:11-61663-CIV-LENARD

CONTINENT AIRCRAFT TRUST 1087
P.O. Box 2549
Onalaska, TX  77360

     Plaintiffs,

vs.

DIAMOND AIRCRAFT INDUSTRIES, INC.
1560 Crumlin Sideroad
London, Ontario
Canada N5V 1S2

     Defendant.
_____/

## NOTICE OF APPEARANCE

Ashley Bruce Trehan of Fowler White Boggs, P.A. hereby appears as counsel of record for Defendant, Diamond Aircraft Industries, Inc. ("Diamond"), for the limited purpose of receiving CM/ECF filings and without prejudice to any and all rights, defenses, or claims of Diamond.

This Notice of Appearance is an appearance of counsel only and is not a general or limited appearance of Diamond.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this document was served by CM/ECF on August 17, 2011, on all counsel of record on the Service List below:

        s/ Ashley Bruce Trehan
        Carl R. Nelson, FBN 280186
        cnelson@fowlerwhite.com
        Ashley Bruce Trehan, FBN 0043411
        ashley.trehan@fowlerwhite.com
        Scott A. Richards, FBN 0072657
        scott.richards@fowlerwhite.com
        FOWLER WHITE BOGGS P.A.
        501 E. Kennedy Blvd., Suite 1700
        Tampa, FL 33602
        Telephone: (813) 228-7411
        Fax: (813) 229-8313
        Attorneys for Defendant

## **SERVICE LIST**

Juan Martinez
juan.martinez@gray-robinson.com
GRAYROBINSON P.A.
1221 Brickell Avenue, Suite 1600
Miami, Florida  33131-0014
Phone:  (305) 416-6880
Fax:  (305) 416-6887
Attorney for Plaintiff