**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 11-61663-CIV-LENARD/O'SULLIVAN**

**CONTINENT AIRCRAFT TRUST 1087**,

    Plaintiff,

vs.

**DIAMOND AIRCRAFT INDUSTRIES, INC.**,

    Defendant.

_____/

**JOINT CONSENT TO JURISDICTION BY A**
**UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, United States Code, Section 636(c), the undersigned Parties to the above-captioned civil matter, by and through their undersigned counsel, hereby voluntarily consent to have a United States Magistrate Judge decide the following matters and issue a final order or judgment with respect thereto.

| | | | |
|---|---|---|---|
| 1. | Motions concerning Discovery | Yes \_\_\_\_\_ | No \_\_\_\_\_ |
| 2. | Motions for Costs | Yes \_\_\_\_\_ | No \_\_\_\_\_ |
| 3. | Motions for Attorney's Fees | Yes \_\_\_\_\_ | No \_\_\_\_\_ |
| 4. | Motions for Sanctions or Contempt | Yes \_\_\_\_\_ | No \_\_\_\_\_ |
| 5. | Motions to Dismiss or for Judgment on the Pleadings | Yes \_\_\_\_\_ | No \_\_\_\_\_ |
| 6. | Motions to Certify or Decertify Class | Yes \_\_\_\_\_ | No \_\_\_\_\_ |
| 7. | Motions for Preliminary Injunction | Yes \_\_\_\_\_ | No \_\_\_\_\_ |
| 8. | Motions for Summary Judgment | Yes \_\_\_\_\_ | No \_\_\_\_\_ |
| 9. | Motions to Remand (in removal cases) | Yes_____ | No \_\_\_\_\_ |
| 10. | All other Pre-Trial Motions | Yes \_\_\_\_\_ | No \_\_\_\_\_ |
| 11. | Jury or Non-Jury Trial on Merits and Trial Motions, including Motions in Limine | Yes \_\_\_\_\_ | No \_\_\_\_\_ |

_____       _____
    (Date)                                    Signature of _____
                                                          Counsel for  _____

_____       _____
    (Date)                                    Signature of_____
                                                          Counsel for  _____