**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 11-61663-CIV-LENARD/O'SULLIVAN**

**CONTINENT AIRCRAFT TRUST 1087**,

      Plaintiff,

vs.

**DIAMOND AIRCRAFT INDUSTRIES,
INC.**,

      Defendant.

_____/

**JOINT SCHEDULING FORM**
**[to be attached to and filed with the Joint Scheduling Report]**

The Parties shall jointly complete this Form by providing dates certain (e.g. January 1, 2006) for each action or event.  Unilateral filings will not be accepted.

| DEADLINE OR DATE | ACTION OR EVENT |
|---|---|
| _____ | All motions for joinder of parties or to amend pleadings shall be filed. |
| _____ | The Parties shall each furnish opposing counsel a written list containing the names and addresses of all fact witnesses who may be called at trial.  Only those witnesses named on this list shall be permitted to testify at trial. |
| _____ | All **fact** discovery must be completed.  The Parties shall be under a continuing obligation to supplement discovery responses within ten (10) days of receipt or other notice of new or revised information. |
| _____ | Plaintiff(s) must provide Defendant(s) an expert witness list accompanied by the summaries and reports required by Local Rule 16.1(K).  Only those expert witnesses named on this list and for whom the required summaries and reports have been provided shall be permitted to testify at trial. Within the fourteen-day period after this deadline, Plaintiff(s) shall make the expert witnesses available for deposition by Defendant(s). |

Case No. 11-61663-CIV-LENARD/O'SULLIVAN

_____  Defendant(s) must provide Plaintiff(s) an expert witness list accompanied by the summaries and reports required by Local Rule 16.1(K).  Only those expert witnesses named on this list and for whom the required summaries and reports have been provided shall be permitted to testify at trial. Within the fourteen-day period after this deadline, Defendant(s) shall make the expert witnesses available for deposition by Plaintiff(s).

_____  All **expert** discovery must be completed.

_____  All dispositive, pre-trial motions and memoranda must be filed, as well as any motions to exclude or to limit proposed expert testimony.

_____  Mediation shall be completed.

_____  Proposed date before which all motions in limine must be filed.

_____  Proposed date for joint pre-trial stipulation pursuant to Local Rule 16.1(K)

_____  Proposed date for pre-trial conference.

_____  Proposed date for trial.


**ADDITIONAL
DEADLINES OR DATES**          **ACTION OR EVENT**


_____

_____

_____

_____

_____
**DONE AND ORDERED** in Chambers at Miami, Florida this \_\_\_ day of August,

Case No. 11-61663-CIV-LENARD/O'SULLIVAN

2011.

_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**