FILING FEE
PAID $75.00
Pro hac Vice 24715
Steven M. Larimore, Clerk

FILED by JM D.C.
SEP 02 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-cv-61663

**CONTINENTAL AIRCRAFT TRUST 1087**

    Plaintiff,

v.

**DIAMOND AIRCRAFT INDUSTRIES, INC.**

    Defendant.

_____/

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of V. Brandon McGrath, of the law firm of Greenebaum Doll & McDonald PLLC, 2350 Chemed Center, 255 East Fifth Street, Cincinnati, Ohio 45202, (513) 455-7641; for purposes of appearance as co-counsel on behalf of Plaintiff.

Under Rule 4(b)(2) of the Rules Governing the Admission and Practice of Attorneys, generally an attorney may not seek to appear *pro hac vice* in more than 3 cases during a 365-day period. The Court may waive or modify this limitation for good cause shown. This case is related to sixteen other cases currently pending in the Southern District of Florida. Plaintiff was originally included with all of these other plaintiffs in *Mascaro Aviation v. Diamond Aircraft Industries, Inc.*, Case No. 10-60556-CV-MORENO/TORRES, currently pending in the Southern District of Florida. After the Court dropped all the other plaintiffs from the *Mascaro* case except Mascaro Aviation, a new case was filed for each of the dropped plaintiffs in the Southern District of Florida. All of these cases involve similar legal claims arising out of the sale of DA-42

aircraft by the same defendant, Diamond Aircraft Industries, Inc. Consequently, counsel seeks admission *pro hac vice* for each of these related cases and respectfully requests that the Court allow admission *pro hac vice* to each of these related cases.

In further support of this motion, V. Brandon McGrath states as follows:

1. V. Brandon McGrath is not admitted to practice in the Southern District of Florida and is a member in good standing of the Bar of the State of Ohio and United States District Court for the Southern District of Ohio.

2. Juan Martinez, of the law firm of GrayRobinson, P.A., 1221 Brickell Avenue, Suite 1600, Miami, Florida; (305) 416-6880; is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, V. Brandon McGrath has made payment of this Court's $75.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. V. Brandon McGrath, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to V. Brandon McGrath at email address: vbm@gdm.com.

WHEREFORE, Juan Martinez moves this Court to enter an Order permitting V. Brandon McGrath to appear before this Court on behalf of Plaintiff for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to V. Brandon McGrath.

Dated: September 2nd, 2011.

Respectfully submitted,

_____
Juan Martinez
Fla. Bar ID No. 9024
GrayRobinson, P.A.
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131-0014
Telephone: (305) 416-6880
Facsimile: (305) 416-6887
E-mail: Juan.Martinez@gray-robinson.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-cv-61663

CONTINENTAL AIRCRAFT TRUST 1087

    Plaintiff,

v.

DIAMOND AIRCRAFT INDUSTRIES, INC.

    Defendant.
_____/

## CERTIFICATION OF V. BRANDON MCGRATH

I, V. Brandon McGrath, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of The Bar of Ohio and United States District Court for the Southern District of Ohio.

_____
V. Brandon McGrath

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served by U.S. Mail service on the 2nd day of September, 2011, on all counsel or parties of record on the following service list.

_____
Juan Martinez

## SERVICE LIST

Carl R. Nelson
Ashley Bruce Trehan
Fowler White Boggs, P.A.
501 E. Kennedy Blvd, Suite 1700
Tampa, Florida 33602
cnelson@fowlerwhite.com
ashley.trehan@fowlerwhite.com

[Service by electronic mail]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-cv-61663

CONTINENTAL AIRCRAFT TRUST 1087

    Plaintiff,
v.

DIAMOND AIRCRAFT INDUSTRIES, INC.

    Defendant.
_____/

ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for V. Brandon McGrath, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

The Motion is GRANTED. V. Brandon McGrath, may appear and participate in this action on behalf of Plaintiff. The Clerk shall provided electronic notification of all electronic filings to V. Brandon McGrath at vbm@gdm.com.

DONE AND ORDERED in Chambers at _____, Florida this _____ day of _____, 2011.

_____
United States District Judge

Copies furnished to:

All Counsel of Record