UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 11-61663-CIV-LENARD/O'SULLIVAN

**CONTINENT AIRCRAFT TRUST 1087**,

    Plaintiff,

vs.

**DIAMOND AIRCRAFT INDUSTRIES, INC.**,

    Defendant.
_____/

**ORDER GRANTING MOTION TO APPEAR PRO HAC VICE**

**THIS CAUSE** is before the Court on the motion of **V. Brandon McGrath**, to be admitted pro hac vice, (D.E. #11), filed September 7, 2011. The Court has reviewed the motion and it appears that Movant has complied with the requirements of Rule 4.b., Special Rules governing the Admission and Practice of Attorneys, Local Rules of the United States District Court for the Southern District of Florida. It is hereby

**ORDERED AND ADJUDGED** that **V. Brandon McGrath** may appear as co-counsel for Plaintiff. The following attorney, who maintains an office in this District, is designated and approved as local counsel with whom the Court and opposing counsel can readily communicate regarding the conduct of the case and upon whom papers shall be served:

    Juan Martinez, Esq.
    GrayRobinson, P.A.
    1221 Brickell Avenue, Suite 1600
    Miami, FL  33131

Case No. 11-61663-CIV-LENARD/O'SULLIVAN

**DONE AND ORDERED** in Chambers at Miami, Florida this 8th day of September, 2011.

*[signature: Joan A. Lenard]*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**