**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO:  0:11-61663-CIV-LENARD/O'SULLIVAN**

CONTINENT AIRCRAFT TRUST 1087
P.O. Box 2549
Onalaska, TX  77360

       Plaintiffs,

vs.

DIAMOND AIRCRAFT INDUSTRIES, INC.
1560 Crumlin Sideroad
London, Ontario
Canada N5V 1S2

       Defendant.

_____/

**CERTIFICATE OF INTERESTED PARTIES, NOTICE OF RELATED CASES AND**
**CORPORATE DISCLOSURE STATEMENT**

**I.**     **Certificate of Interested Parties and Notice of Related Cases**

      Pursuant to the Court's Order dated August 30, 2011 (Doc. 10), I submit the following

list of persons, associated persons, firms, partnerships, corporations, subsidiaries, conglomerates,

affiliates, parent corporations, and other legal entities who or which I believe are financially

interested in the outcome of this case:[1]

      1.      Plaintiff: Continent Aircraft Trust 1087

      2.      Plaintiff's Beneficiary: Karsten Damgaard-Iversen

_____

[1] As of this date, Diamond Aircraft Industries, Inc. ("Diamond") has not been formally served with process.  The undersigned counsel has received a request for a waiver of service, and as a courtesy and to minimize expense, it is expected that service will be waived in due course.  The filing of this document is not intended to serve as a waiver of service or of any other right or defense of Diamond.

3.     Plaintiff's Trustee: Unknown

4.     Plaintiff's counsel: Michael T. Hayden, V. Brandon McGrath, Michael A. Grim, Greenebaum Doll & McDonald PLLC, 2350 Chemed Center 255 East Fifth Street, Cincinnati, Ohio 45202; Juan C. Martinez, GrayRobinson PA, 1221 Brickell Avenue, Suite 1600, Miami, FL 33131.

5.     Defendant: Diamond Aircraft Industries, Inc.

6.     Defendants' Counsel: Carl R. Nelson, Ashley Bruce Trehan, Scott A. Richards, Fowler White Boggs P.A., 501 E. Kennedy Blvd., Suite 1700, Tampa, FL 33602.

7.     Plaintiffs in Related Cases:

    a. Morris Aviation, LLC (KYWD Case No. 3:09-cv-00644-CRS-DW)

    b. Mascaro Aviation, LLC (FLSD Case No. 0:10-CV-60556-FAM);

    c. Twin Eagles Aviation LLC (FLSD Case No. 0:11-cv-61664-KAM)

    d. Cary N. Mariash (FLSD Case No. 0:11-cv-61665-WPD);

    e. Ferndock, LLC (FLSD Case No. 0:11-cv-61666-DMM);

    f. Clyde Air Leasing (FLSD Case No. 0:11-cv-61667-CMA);

    g. Applied Science Services Corporation (FLSD Case No. 0:11-cv-61669-JIC);

    h. Rellim Enterprises, LLC (FLSD Case No. 0:11-cv-61669-JIC);

    i. World Traveling Fools, LLC (FLSD Case No. 0:11-cv-61670-JAL)

    j. LIDIJA, LLC (FLSD Case No. 0:11-cv-61672-UU);

    k. CS Leasing, LLC (FLSD Case No. 0:11-cv-61673-KAM);

    l. S & D Seven LLC (FLSD Case No. 0:11-cv-61674-DMM);

    m. KAL Venture Partners, LLC (FLSD Case No. 0:11-cv-61674-DMM);

n.  Richard Dennis Rubin Enterprises, LLC (FLSD Case No. 0:11-cv-61676-JIC)

o.  Twinstar Partners, LLC (FLSD Case No. 0:11-cv-61684-KMM)

p.  Graham Aviation, LLC (FLSD Case No. 0:11-cv-61685-PAS);

q.  DSM Leasing, Inc. (FLSD Case No. 0:11-cv-61686-MGC);

r.  Oak Street Properties, LLC (FLSD Case No. 0:11-cv-61723-JIC).

## II.    Corporate Disclosure Statement

Diamond is a 100% privately held company, and no publicly held corporation owns 10% or more Diamond Aircraft Industries, Inc. stock.

Respectfully submitted,


s/ Carl R. Nelson
Carl R. Nelson, FBN 280186
cnelson@fowlerwhite.com
Ashley Bruce Trehan, FBN 0043411
ashley.trehan@fowlerwhite.com
Scott A. Richards, FBN 0072657
scott.richards@fowlerwhite.com
FOWLER WHITE BOGGS P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: (813) 228-7411
Fax: (813) 229-8313
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this document was served by

CM/ECF on September 13, 2011, on all counsel of record on the Service List below:

s/ Carl R. Nelson
Carl R. Nelson, FBN 280186
cnelson@fowlerwhite.com
Ashley Bruce Trehan, FBN 0043411
ashley.trehan@fowlerwhite.com
Scott A. Richards, FBN 0072657
scott.richards@fowlerwhite.com
FOWLER WHITE BOGGS P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: (813) 228-7411
Fax: (813) 229-8313
Attorneys for Defendant

## SERVICE LIST

Juan Martinez
juan.martinez@gray-robinson.com
GRAYROBINSON P.A.
1221 Brickell Avenue, Suite 1600
Miami, Florida  33131-0014
Phone:  (305) 416-6880
Fax:  (305) 416-6887

V. Brandon McGrath
vbm@gdm.com
Greenebaum Doll & McDonald PLLC
2350 Chemed Center 255 East Fifth Street
Cincinnati, Ohio 45202
Phone: (513) 455 7641

Attorneys for Plaintiff

43515196