**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 0:11-cv-61663**

**CONTINENT AIRCRAFT TRUST 1087,**

       **Plaintiff,**

**v.**

**DIAMOND AIRCRAFT INDUSTRIES, INC.**

       **Defendant.**

_____/

**CORPORATE DISCLOSURE STATEMENT AND
<u>CERTIFICATE OF INTERESTED PARTIES</u>**

    I.     <u>Corporate Disclosure Statement</u>

Plaintiff Continent Aircraft Trust 1087 states that it is wholly owned by its sole member, Aircraft Guaranty Title, LLC, Trustee.  There are no publicly held corporations/entities that own ten percent (10%) or more of its stock or ownership interest.

    II.    <u>Certificate of Interested Parties</u>

Pursuant to this Court's Order dated August 30, 2011 (Doc. 10), I submit the following list of persons, associated persons, firms, partnerships, corporations, subsidiaries, conglomerates, affiliates, parent corporations, and other legal entities who or which I believe are financially interested in the outcome of this case:

    1.    Plaintiff: Continent Aircraft Trust 1087

    2.    Plaintiff's Beneficiary: Karsten Damgaard-Iverson

    3.    Plaintiff's Trustee: Aircraft Guaranty Title, LLC

    4.    Plaintiff's Counsel:  Mark T. Hayden, V. Brandon McGrath, Michael A. Grim, Greenebaum Doll & McDonald PLLC, Juan C. Martinez, GrayRobinson, P.A.

5.      Defendant:  Diamond Aircraft Industries, Inc.

6.      Defendant's Counsel:  Carl R. Nelson, Ashley Bruce Trehan, Scott A. Richards,

Fowler White Boggs P.A.

Respectfully submitted,

/s/Juan Martinez_____
Juan Martinez
Florida Bar No. 9024
GRAYROBINSON P.A.
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131-0014
Telephone: 305-416-6880
Facsimile: 305-416-6887
E-mail: juan.martinez@gray-robinson.com
COUNSEL FOR PLAINTIFF

and

V. Brandon McGrath
Greenebaum Doll & McDonald PLLC
2350 Chemed Center
255 E. Fifth Street
Cincinnati, Ohio  45202
(513) 455-7641
vbm@gdm.com
CO-COUNSEL FOR PLAINTIFF

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on September 14, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified.

Respectfully submitted,

<u>/s/Juan Martinez</u>
Juan Martinez (FBN 9024)
GRAYROBINSON P.A.
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131-0014
Telephone:  305-416-6880
Facsimile:  305-416-6887
E-mail:  <u>juan.martinez@gray-Robinson.com</u>
COUNSEL FOR PLAINTIFF

<u>**SERVICE LIST**</u>

Carl R. Nelson
<u>cnelson@fowlerwhite.com</u>
Ashley Bruce Trehan
<u>ashley.trehan@fowlerwhite.com</u>
Scott Richards
<u>Scott.richards@fowlerwhite.com</u>
FOWLER WHITE BOGGS P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, FL 33602
Phone: 813-228-7411
Fax:    813-229-8313
Attorneys for Defendant Diamond Aircraft Industries, Inc.

4511734_1.docx

\175617\1 - # 4298193 v1