**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**CASE NO. 0:11-cv-61663**

**CONTINENT AIRCRAFT TRUST 1087,**

> **Plaintiff,**

**v.**

**DIAMOND AIRCRAFT INDUSTRIES, INC.**

> **Defendant.**

_____/

## NOTICE OF RELATED CASES

a.    Morris Aviation, LLC (KYWD Case No. 3:09-cv-00644-CRS-DW)

b.    Mascaro Aviation, LLC (FLSD Case No. 0:10-cv-60556-FAM)

c.    Twin Eagles Aviation, LLC (FLSD Case No. 0:11-cv-61664-KAM)

d.    Cary N. Mariash (FLSD Case No. 0:11-cv-61665-WPD)

e.    Ferndock, LLC (FLSD Case No. 0:11-cv-61666-DMM)

f.    Clyde Air Leasing (FLSD Case No. 0:11-cv-61667-CMA)

g.    Applied Science Services Corporation (FLSD Case No. 0:11-cv-61669-JIC)

h.    Rellim Enterprises, LLC (FLSD Case No. 0:11-cv-61669-JIC)

i.    World Traveling Fools, LLC (FLSD Case No. 11-cv-61670-JAL)

j.    Lidija, LLC (FLSD Case No. 0:11-cv-61672-UU)

k.    CS Leasing, LLC (FLSD Case No. 0:11-cv-61673-KAM)

l.    S&D Seven LLC (FLSD Case No. 0:11-cv-61674-DMM)

m.    KAL Venture Partners, LLC (FLSD Case No. 0:11-cv-61674-DMM)

n.    Richard Dennis Rubin Enterprises, LLC (FLSD Case No. 0:11-cv-61676-JIC)

\175617\1 - # 4298118 v1

o.      Twinstar Partners, LLC (FLSD Case No. 0:11-cv-61684)

p.      Graham Aviation, LLC (FLSD Case No. 0:11-cv-61685-PAS)

q.      DSM Leasing, Inc. (FLSD Case No. 0:11-cv-61686-MGC)

r.      Oak Street Properties, LLC (FLSD Case No. 0:11-cv-61723-JIC)

Respectfully submitted,

/s/Juan Martinez_____
Juan Martinez
Florida Bar No. 9024
GRAYROBINSON P.A.
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131-0014
Telephone: 305-416-6880
Facsimile: 305-416-6887
E-mail: juan.martinez@gray-robinson.com
COUNSEL FOR PLAINTIFF

and

V. Brandon McGrath
Greenebaum Doll & McDonald PLLC
2350 Chemed Center
255 E. Fifth Street
Cincinnati, Ohio  45202
(513) 455-7641
vbm@gdm.com
CO-COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified.

Respectfully submitted,

/s/Juan Martinez
Juan Martinez (FBN 9024)
GRAYROBINSON P.A.
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131-0014
Telephone:  305-416-6880
Facsimile:  305-416-6887
E-mail:  juan.martinez@gray-Robinson.com
COUNSEL FOR PLAINTIFF

## SERVICE LIST

Carl R. Nelson
cnelson@fowlerwhite.com
Ashley Bruce Trehan
ashley.trehan@fowlerwhite.com
Scott Richards
Scott.richards@fowlerwhite.com
FOWLER WHITE BOGGS P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, FL 33602
Phone: 813-228-7411
Fax:     813-229-8313
Attorneys for Defendant Diamond Aircraft Industries, Inc.

4511734_1.docx

\175617\1 - # 4298118 v1                              3