UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 0:11-cv-61663

**CONTINENT AIRCRAFT TRUST 1087,**

        **Plaintiff,**

**v.**

**DIAMOND AIRCRAFT INDUSTRIES, INC.**

        **Defendant.**
_____/

**MOTION FOR EXTENSION OF TIME AND
RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff Continent Aircraft Trust 1087, in response to the Court's September 30, 2011 Order to Show Cause, respectfully moves the Court for an extension of time to comply with the Court's August 29, 2011 Order ("Order"). To date, service has not been perfected on Defendant Diamond Aircraft Industries, Inc. ("Diamond"). Consequently, it is not yet possible to prepare the magistrate consent forms and Joint Scheduling Report. Plaintiff respectfully requests that the Court grant an extension of time to comply with its Order until fourteen days after service is perfected on Diamond.

        Respectfully submitted,

        /s/Juan Martinez_____
        Juan Martinez
        Florida Bar No. 9024
        GRAYROBINSON P.A.
        1221 Brickell Avenue, Suite 1600
        Miami, Florida 33131-0014
        Telephone: 305-416-6880
        Facsimile: 305-416-6887
        E-mail: juan.martinez@gray-robinson.com
        COUNSEL FOR PLAINTIFF

        and

               V. Brandon McGrath
               Greenebaum Doll & McDonald PLLC
               2350 Chemed Center
               255 E. Fifth Street
               Cincinnati, Ohio  45202
               (513) 455-7641
               vbm@gdm.com
               CO-COUNSEL FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

 I hereby certify that on October 5, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified.

               /s/Juan Martinez
               Juan Martinez (FBN 9024)
               GRAYROBINSON P.A.
               1221 Brickell Avenue, Suite 1600
               Miami, Florida 33131-0014
               Telephone:  305-416-6880
               Facsimile:  305-416-6887
               E-mail:  juan.martinez@gray-Robinson.com
               COUNSEL FOR PLAINTIFF

## **SERVICE LIST**

Carl R. Nelson
cnelson@fowlerwhite.com
Ashley Bruce Trehan
ashley.trehan@fowlerwhite.com
Scott Richards
Scott.richards@fowlerwhite.com
FOWLER WHITE BOGGS P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, FL 33602
Phone: 813-228-7411
Fax:    813-229-8313
Attorneys for Defendant Diamond Aircraft Industries, Inc.