UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO: 0:11-61663-CIV-LENARD/O'SULLIVAN

CONTINENT AIRCRAFT TRUST 1087
P.O. Box 2549
Onalaska, TX  77360

  Plaintiff,

vs.

DIAMOND AIRCRAFT INDUSTRIES, INC.
1560 Crumlin Sideroad
London, Ontario
Canada N5V 1S2

  Defendant.
_____/

## PLAINTIFF'S UNOPPOSED MOTION TO REASSIGN CASE

Plaintiff, Continent Aircraft Trust 1087, by and through the undersigned counsel and pursuant to S.D. Fla. L.R. 3.4(a), hereby moves to have the above-captioned lawsuit reassigned to Chief Judge Federico A. Moreno.

## LEGAL STANDARD

Southern District Local Rule 3.4(a) authorizes the Court to modify the assignment of a case to an active judge "whenever necessary in the interest of justice and expediency . . . ."

## MEMORANDUM OF LAW IN SUPPORT

Plaintiff in the instant action was also a plaintiff in a separate action that initially included a total of twenty (20) plaintiffs, each with virtually identical claims against Defendant.  *See Mascaro Aviation, LLC, et al. v. Diamond Aircraft Indus., Inc.*, Case No. 0:10-cv-60556-FAM (S.D. Fla., Ft. Lauderdale Div.) (hereinafter referred to as "*Mascaro*" or the "Original Action").

As an initial matter, *Mascaro* plaintiff Morris Aviation, LLC voluntarily dropped out of *Mascaro* early on to pursue its claims in the United States District Court for the Western District of Kentucky. *See Mascaro*, Report & Recommendation on Def.'s Mot. to Dismiss Pls.' Compl., Doc. 39, at 1 n.2 (S.D. Fla. Mar. 8, 2011); *see also Morris Aviation, LLC v. Diamond Aircraft Indus., Inc.*, Case No. 3:09-CV-644-S (W.D. Ky., Louisville Div.).

After Morris Aviation was dropped from the Original Action, that court dismissed the remaining plaintiffs' claims, directing the plaintiffs to replead. Upon Defendant's second motion to dismiss, all of the plaintiffs except for the first named plaintiff (Mascaro Aviation, LLC) were dropped from the Original Action, on the ground of misjoinder. *See Mascaro*, Doc. 52. The plaintiffs to that lawsuit, including the above-named Plaintiff, filed an appeal in which the issue is whether the plaintiffs should have been dropped or the claims severed. *See id.*, Doc. 61. While the case is on appeal, the Original Action is currently closed for statistical purposes and is stayed pending appeal. *See id.*, Doc. 69.

Subsequent to the plaintiffs being dropped from the Original Action, the dropped plaintiffs (in other words, all except Mascaro Aviation, LLC) initiated individual lawsuits asserting their claims against Diamond.[1] The individual plaintiffs and case numbers are as follows:

| Plaintiff(s) | Fla. S.D. Case No. |
| --- | --- |
| Applied Science Services Corp. Rellim Enterprises, LLC | 0:11-cv-61669 |
| Clyde Air Leasing, LLC | 0:11-cv-61667 |

---

[1] *Mascaro* Plaintiffs Applied Science Services Corp. and Rellim Enterprises initiated a single action together, as did S&D Seven LLC and KAL Venture Partners.

| Plaintiff(s) | Fla. S.D. Case No. |
|---|---|
| Continent Aircraft Trust 1087 | 0:11-cv-61663 |
| CS Leasing, LLC | 0:11-cv-61673 |
| DSM Leasing, Inc | 0:11-cv-61686 |
| Ferndock, LLC | 0:11-cv-61666 |
| Graham Aviation, LLC | 0:11-cv-61685 |
| Lidija, LLC | 0:11-cv-61672 |
| Cary N. Mariash | 0:11-cv-61665 |
| Oak Street Properties, LLC | 0:11-cv-61668 |
| Richard Dennis Rubin Enterprises, LLC | 0:11-cv-61676 |
| S&D Seven LLC<br>KAL Venture Partners | 0:11-cv-61674 |
| Twin Eagles Aviation LLC | 0:11-cv-61664 |
| Twinstar Partners, LLC | 0:11-cv-61684 |
| World Traveling Fools | 0:11-cv-61670 |
| Xie Jian Trustee | 0:11-cv-61681 |

Plaintiff's lead counsel's law firm, Greenebaum Doll & McDonald PLLC, represents the Plaintiffs in <u>all</u> of the above-mentioned actions, including *Morris Aviation*. Twelve (12) of the above sixteen (16) individual suits were assigned to or transferred to Judge Federico A. Moreno.[2]

---

[2] The only cases not assigned or transferred to Judge Moreno include: <u>CS Leasing, LLC</u>, FLSD Case No. 0:11-cv-61673; <u>Continent Aircraft Trust 1087</u>, FLSD Case No. 0:11-cv-61663; <u>Graham Aviation, LLC</u>, FLSD Case No. 0:11-cv-61685; and <u>World Traveling Fools, LLC</u>, FLSD Case No. 0:11-cv-61670.

Thirteen (13) of the cases, including the twelve (12) assigned to Judge Moreno, have been stayed pending the appeal.[3]

As previously stated, the issue on appeal is whether the *Mascaro* plaintiffs should have been dropped (as the Court ruled) or whether the claims should have been severed. The plaintiffs/appellants argue that dropping the parties was inappropriate and the claims should have been severed. Defendant/appellee takes the position that dropping the parties was within the discretion of the Court and was appropriate. If the plaintiffs/appellants prevail on appeal, the individual cases, including the instant case, will be subsumed in the Original Action. If the Defendant/appellee prevails, the individual actions will proceed on their own merits.

Because of the possibility of the plaintiffs/appellants prevailing in the appeal, it would serve judicial economy for the instant case to be reassigned so as to prevent inconsistent rulings and to prevent the Court from issuing rulings that may or may not be effective pending the outcome of the appeal. Because a reassignment of the above-captioned lawsuit would be "necessary in the interest of justice and expediency," it should be reassigned to Chief Judge Federico Moreno.

WHEREFORE, to conserve judicial resources, so the parties may have uniform treatment, and to best serve the "interest of justice and expediency," Plaintiff moves to have the instant suit reassigned to Chief Judge Federico A. Moreno.

### S.D. Fla. L.R. 7.1(a)(3) Certificate of Good Faith Conference

I hereby certify that I conferred with counsel for Defendant and am authorized to represent to the Court that there is no objection to the relief sought herein.

---

[3] The lawsuit involving CS Leasing, LLC (FLSD Case No. 0:11-cv-61673) has also been stayed.

        s/ Juan Martinez
Juan Martinez
Florida Bar No. 9024
GRAY ROBINSON P.A.
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131-0014
Telephone: 305-416-6880
Facsimile: 305-416-6887
E-mail: juan.martinez@gray-robinson.com
COUNSEL FOR PLAINTIFF

and

V. Brandon McGrath
Greenebaum Doll & McDonald PLLC
2350 Chemed Center
255 E. Fifth Street
Cincinnati, Ohio 45202
(513) 455-7641
vbm@gdm.com
CO-COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this document was served by CM/ECF on November 8, 2011, on all counsel of record on the Service List below:

        s/ Juan Martinez
Juan Martinez
Florida Bar No. 9024
GRAY ROBINSON P.A.
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131-0014
Telephone: 305-416-6880
Facsimile: 305-416-6887
E-mail: juan.martinez@gray-robinson.com
COUNSEL FOR PLAINTIFF

and

V. Brandon McGrath
Greenebaum Doll & McDonald PLLC
2350 Chemed Center

255 E. Fifth Street
Cincinnati, Ohio 45202
(513) 455-7641
vbm@gdm.com
CO-COUNSEL FOR PLAINTIFF

### SERVICE LIST

Carl R. Nelson, FBN 280186
cnelson@fowlerwhite.com
Ashley Bruce Trehan, FBN 0043411
ashley.trehan@fowlerwhite.com
Scott A. Richards, FBN 0072657
scott.richards@fowlerwhite.com
FOWLER WHITE BOGGS P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: (813) 228-7411
Fax: (813) 229-8313
Attorneys for Defendant

43599555v3