UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61663-CIV-LENARD
CASE NO. 11-61670-CIV-LENARD

**CONTINENTAL AIRCRAFT TRUST 1087,**

        Plaintiff,

vs.

**DIAMOND AIRCRAFT INDUSTRIES, INC.**
        Defendant.
_____/

**WORLD TRAVELING FOOLS, LLC,**

        Plaintiff,

vs.

**DIAMOND AIRCRAFT INDUSTRIES, INC.**
        Defendant.
_____

## ORDER OF TRANSFER

**THIS CAUSE** is before the Court on a *sua sponte* review of the Complaints (D.E. 1) in the above-styled cases. It appears these cases are a refiling of case number 10-60556-CIV-MORENO and involve the similar issues and parties. Good cause appearing that a transfer of this case is appropriate pursuant to the Southern District of Florida Internal Operating Procedure 2.15.00.C and Local Rule 3.8, and subject to the consent of Judge Federico A. Moreno, it is hereby:

**ORDERED AND ADJUDGED** that the above-numbered cases are transferred to the Calendar of the Honorable Federico A. Moreno for further proceedings.

It is **FURTHER ORDERED** that all pleadings hereinafter filed in Case Nos.11-61663-CIV-LENARD and 11-61670-CIV-LENARD shall instead bear Case Nos..11-61663-CIV-MORENO and 11-61670-CIV-MORENO, thereby indicating the Judge to whom all pleadings should be routed or otherwise brought for attention.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9 day of November, 2011.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

THE FOREGOING transfer is consented to this 14 day of November, 2011.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE