UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 11-61663-CIV-MORENO

CONTINENTAL AIRCRAFT TRUST, 1087,

    Plaintiff,

vs.

DIAMOND AIRCRAFT INDUSTRIES, INC.,

    Defendant.
_____/

## ORDER CLOSING CASE FOR STATISTICAL PURPOSES AND PLACING MATTER IN A CIVIL SUSPENSE FILE

THIS CAUSE came before the Court upon in Open Court on Friday September 23, 2011.

The parties advised the Court of a related pending appeal before the Eleventh Circuit Court of Appeals in *DSM Leasing, Inc. et al. v. Diamond Aircraft Indus., Inc.*, Case No. 11-13442. Accordingly, it is

**ADJUDGED** that:

(1)     This case is STAYED pending the above-referenced appeal.

(2)     The Clerk of this Court shall mark this cause as closed for statistical purposes and place the matter in a civil suspense file.

(3)     The Court shall retain jurisdiction and the case shall be restored to the active docket upon motion of a party if circumstances change so that this action may proceed to final disposition.

(4)     This order shall not prejudice the rights of the parties to this litigation.

(5) Plaintiff SHALL notify the Court when the appeal is concluded and this action is ready to proceed.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of November, 2011.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record