UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 0:11-cv-61663

CONTINENT AIRCRAFT TRUST 1087,

      Plaintiff,

v.

DIAMOND AIRCRAFT INDUSTRIES, INC.

      Defendant.

_____/

## NOTICE OF CHANGE OF LAW FIRM NAME

PLEASE TAKE NOTICE that, effective January 2, 2012, Greenebaum Doll & McDonald PLLC merged with Bingham McHale LLP to form a new law firm known as Bingham Greenebaum Doll LLP. The attorneys of record in this matter previously affiliated with Greenebaum Doll & McDonald PLLC are now affiliated with Bingham Greenebaum Doll LLP. The contact information for these attorneys has changed as follows:

    V. Brandon McGrath
    BINGHAM GREENEBAUM DOLL LLP
    2350 First Financial Center
    255 East Fifth Street
    Cincinnati, Ohio 45202-4728
    Bmcgrath@bgdlegal.com

                            Respectfully submitted,

                            /s/Juan Martinez
                            Juan Martinez
                            Fla. Bar ID No. 9024
                            GrayRobinson, P.A.
                            1221 Brickell Avenue, Suite 1600
                            Miami, Florida 33131-0014
                            Telephone: (305) 416-6880
                            Facsimile: (305) 416-6887
                            E-mail: Juan.Martinez@gray-robinson.com
                            Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served on the 5th day of January, 2012, on all counsel or parties of record on the following service list.

/s/Juan Martinez
Juan Martinez

## SERVICE LIST

Carl R. Nelson
Ashley Bruce Trehan
Fowler White Boggs, P.A.
501 E. Kennedy Blvd, Suite 1700
Tampa, Florida 33602
cnelson@fowlerwhite.com
ashley.trehan@fowlerwhite.com

[Service by electronic mail]

4628421_1.docx