UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 11-61663-CIV-MORENO

CONTINENT AIRCRAFT TRUST 1087,

        Plaintiff,

vs.

DIAMOND AIRCRAFT INDUSTRIES, INC.

        Defendant.
_____/

**PLAINTIFF CONTINENT AIRCRAFT TRUST 1087'S
MOTION TO REOPEN CASE AND FOR STATUS CONFERENCE**

Plaintiff, CONTINENT AIRCRAFT TRUST 1087, hereby moves the Court for an order reopening the case to allow Plaintiff to proceed on its claims and setting the case for a status conference, and states as follows:

1. This case was commenced on July 27, 2010, after the Court in the initial related case, *Mascaro Aviation, L.L.C., et al. vs. Diamond Aircraft Industries, Inc.*, Case No. 10-60556-CIV-Moreno, entered an order dropping Plaintiff and 17 other parties from that action.

2. On July 26, 2011, Plaintiff and 17 other parties affected by the July 12, 2011 order in Case No. 10-60556-CIV-Moreno, filed a notice of appeal.

3. On November 15, 2011, this Court convened a status conference in this matter and, as a result of that conference, entered its Order Closing Case for Statistical Purposes and Placing Matter in a Civil Suspense File. (D.E. 23).

4. On July 31, 2012, the Eleventh Judicial Circuit, United States Court of Appeals concluded its review in the case *Mascaro Aviation, L.L.C., et al. vs. Diamond Aircraft Industries, Inc.*, Case No. 10-60556-CIV-Moreno, and issued an order dismissing the appeal for lack of

jurisdiction and remanding the case back to District Court.  Attached hereto is a copy of the order.

5. Accordingly, Plaintiff requests that the Court reopen this case and schedule a status conference.

WHEREFORE, Plaintiff, Continent Aircraft Trust 1087, respectfully requests the entry of an order reopening this case to allow Plaintiff to proceed on its claims, and for a status conference.

Respectfully submitted,

/s/Juan Martinez
Juan Martinez (FBN 9024)
GRAYROBINSON P.A.
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131-0014
Telephone:  305-416-6880
Facsimile:  305-416-6887
E-mail:  juan.martinez@gray-robinson.com
COUNSEL FOR PLAINTIFF
-and-
V. Brandon McGrath
Mark T. Hayden
BINGHAM GREENBAUM DOLL LLP
2350 First Financial Center
255 East Fifth Street
Cincinnati, Ohio 45202
Telephone: 513-455-7643
Facsimile: 513-455-8500
E-mail:Bmcgrath@bgdlegal.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of August, 2012, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

s/Juan Martinez
Counsel for Plaintiff

2