Case 0:11-cv-61663-FAM Document 25-1 Entered on FLSD Docket 08/13/2012 Page 1 of 4
Case 0:10-cv-60556-FAM Document 78 Entered on FLSD Docket 07/31/2012 Page 1 of 4
Case: 11-13443    Date Filed: 07/31/2012    Page: 1 of 1

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303



John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 31, 2012

Steven M. Larimore
United States District Court
400 N MIAMI AVE
MIAMI, FL 33128-1807

Appeal Number: 11-13443-CC
Case Style: DSM Leasing, Inc., et al v. Diamond Aircraft Industries, I
District Court Docket No: 0:10-cv-60556-FAM

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Joe Caruso
Phone #: (404) 335-6177

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

Case 0:11-cv-61663-FAM Document 25-1 Entered on FLSD Docket 08/13/2012 Page 2 of 4
Case 0:10-cv-60556-FAM Document 76 Entered on FLSD Docket 07/31/2012 Page 2 of 4

Case: 11-13443    Date Filed: 07/31/2012    Page: 1 of 3

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 11-13443
Argument Calendar



FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUL 3 1 2012
JOHN LEY
CLERK

D.C. Docket No. 0:10-cv-60556-FAM

DSM LEASING, INC.,
CARY N. MARIASH,
TWINSTAR PARTNERS, LLC,
APPLIED SCIENCE SERVICES CORPORATION,
RELLIM ENTERPRISES, LLC,
LIDIJA, LLC,
GRAHAM AVIATION, LLC,
XIE JIAN TRUSTEE,
TWIN EAGLES AVIATION LLC,
FERNDOCK, LLC,
RICHARD DENNIS RUBIN ENTRPRISES, LLC,
OAK STREET PROPERTIES, LLC,
S & D SEVEN LLC,
KAL VENTURE PARTNERS, LLC,
CS LEASING, LLC,
WORLD TRAVELING FOOLS, LLC,
CLYDE AIR LEASING, LLC,
CONTINENT AIRCRAFT TRUST 1087,

Plaintiffs - Appellants,

versus

DIAMOND AIRCRAFT INDUSTRIES, INC.,

                Defendant - Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

Before WILSON, PRYOR and MARTIN, Circuit Judges.

PER CURIAM:

 On April 9, 2010, Mascaro Aviation, DSM Leasing, Inc., and seventeen other plaintiffs filed a complaint in the district court against Diamond Aircraft Industries, Inc. Diamond filed a motion to drop eighteen of the plaintiffs on the basis of misjoinder. See Fed. R. Civ. P. 21. On June 14, 2011, the magistrate judge recommended that the district court grant the motion to dismiss without prejudice all plaintiffs except Mascaro Aviation. The district court adopted the magistrate judge's recommendation. The eighteen plaintiffs dismissed from the case now appeal the order that dismissed their complaints without prejudice, but they did not seek or receive certification of the finality of the order under Federal Rule of Civil Procedure 54(b).

 An order of a district court is not appealable unless it is final or it falls into a specific class of interlocutory orders that are made appealable by statute or jurisprudential exception. See 28 U.S.C. §§ 1291, 1292; Atl. Fed. Sav. & Loan

2

Case 0:11-cv-61663-FAM Document 25-1 Entered on FLSD Docket 08/13/2012 Page 4 of 4
Case 0:10-cv-60556-FAM Document 78 Entered on FLSD Docket 07/31/2012 Page 4 of 4
Case: 11-13443   Date Filed: 07/31/2012   Page: 3 of 3

Ass'n v. Blythe Eastman Paine Webber, Inc., 890 F.2d 371, 375–76 (11th Cir. 1989). "A final decision is one which ends the litigation on the merits and leaves nothing for the court to do but execute the judgment." Pitney Bowes, Inc. v. Mestre, 701 F.2d 1365, 1368 (11th Cir. 1983) (internal quotation marks omitted). "Under Rule 54(b), an order which completely determines the rights and liabilities of fewer than all the parties to an action is not a final appealable order unless the district court expressly determines that there is no just reason for delay and directs entry of judgment." McLaughlin v. City of LaGrange, 662 F.2d 1385, 1387 (11th Cir. 1981). See Fed. R. Civ. P. 54. In this appeal, the eighteen plaintiffs never sought nor received certification of the finality of the order that they now appeal. Because the order is not final, we do not have jurisdiction to consider it and must dismiss this appeal for lack of jurisdiction.

**DISMISSED.**