UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:11-CV-61663-MORENO/BROWN

CONTINENT AIRCRAFT TRUST 1087,

       Plaintiff,

vs.

DIAMOND AIRCRAFT INDUSTRIES, INC.,

       Defendant.
_____/

**DEFENDANT'S RESPONSE TO PLAINTIFF CONTINENT AIRCRAFT TRUST 1087'S MOTION TO REOPEN CASE AND FOR STATUS CONFERENCE**

Defendant Diamond Aircraft Industries, Inc. ("Diamond"), by and through its undersigned counsel, responds to Plaintiff Continent Aircraft Trust 1087's Motion to Reopen Case and for Status Conference (Doc. 25, the "Motion") as follows:

**A.  Response to Motion to Reopen.**

Diamond opposes reopening this and the sixteen (16) similar cases as premature.[1] The motions filed in this and the other cases do not advise the Court or Diamond what Plaintiffs intend to do if the cases are reopened. As Plaintiffs have pointed out, the Eleventh Circuit dismissed their appeal from the order dropping parties for lack of jurisdiction because the dropped Plaintiffs "did not seek or receive certification of the finality of the order [Doc. 52 in case numbered 0:10-60556] under Federal Rule of Civil Procedure 54(b)." If the dropped

---

[1] The 17 cases are numbered as follows: 0:10-cv-60556, 0:11-cv-61686, 0:11-cv-61685, 0:11-cv-61672, 0:11-cv-61684, 0:11-cv-61681, 0:11-cv-61663, 0:11-cv-61667, 0:11-cv-61665, 0:11-cv-61669, 0:11-cv-61676, 0:11-cv-61670, 0:11-cv-61673, 0:11-cv-61674, 0:11-cv-61664, 0:11-cv-61666, and 0:11-cv-61723.

Plaintiffs now intend to seek the certification, and if this Court grants such relief, then all of the cases should remain stayed pending resolution of the appeal for the same reasons that supported the initial stay. Without knowing Plaintiffs' intentions, Diamond believes it is premature to reopen the cases.

B.  **Response to Motion for Status Conference.**

Diamond has no objection to a status conference, provided that a single status conference be held in all seventeen (17) cases.[2] At a status conference, Diamond presumes Plaintiffs' counsel would advise the Court and Diamond what the intentions are in all the cases. This would provide the necessary information for the Court to make in informed decision regarding the Motion to Reopen.[3]

### Conclusion

For the reasons stated above, Diamond respectfully requests this Court to enter an order denying the Motion to Reopen Case but granting the request for a Status Conference.

> Respectfully submitted,
>
> s/ Carl R. Nelson
> Carl R. Nelson, FBN 280186
> cnelson@fowlerwhite.com
> Ashley Bruce Trehan, FBN 0043411
> ashley.trehan@fowlerwhite.com
> Scott A. Richards, FBN 0072657
> scott.richards@fowlerwhite.com

---

[2] Had Plaintiffs in this case and the 16 other cases abided by Local Rule 7.1(a)(3), Diamond would have told Plaintiffs' counsel that there is no objection to a status conference.

[3] The undersigned counsel respectfully asks the Court not to schedule a status conference during the week of August 27, 2012. The Republican National Conference will be held in Tampa that week, and counsel lives in an area that will make it difficult to travel. After that week, counsel teaches Monday and Wednesday mornings at Stetson University College of Law, so would appreciate the setting of a conference on any Tuesday, Thursday, or Friday.

FOWLER WHITE BOGGS P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, FL 33602
Phone: (813) 228-7411
Fax No.: (813) 229-8313
Attorneys for Defendant Diamond Aircraft Industries, Inc.

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served by CM/ECF on August 20, 2012, on all counsel on the Service List below.

s/ Carl R. Nelson
Carl R. Nelson, FBN 280186

## SERVICE LIST

V. Brandon McGrath
BMcGrath@bdglegal.com
Mark T. Hayden
MHayden@bdglegal.com
Bingham Greenebaum Doll LLP
2350 First Financial Center
255 E. Fifth Street
Cincinnati, Ohio 45202-4728
Telephone: (513) 455-7600
Fax: (513) 455-8500

Juan Martinez, FBN 9024
juan.martinez@gray-robinson.com
Gray Robinson P.A.
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131-0014
Telephone: 305-416-6880
Facsimile: 305-416-6887

*Attorneys for Plaintiffs*

4