UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 11-61663-CIV-MORENO

CONTINENT AIRCRAFT TRUST 1087,

        Plaintiff,

vs.

DIAMOND AIRCRAFT INDUSTRIES, INC.

        Defendant.
_____/

**PLAINTIFF CONTINENT AIRCRAFT TRUST 1087'S
REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S
MOTION TO REOPEN AND FOR STATUS CONFERENCE**

      Plaintiff, CONTINENT AIRCRAFT TRUST 1087, hereby files its Reply to Defendant, DIAMOND AIRCRAFT INDUSTRIES, INC.'S Response to Plaintiff's Motion to Reopen and for Status Conference, and states as follows:

      1.    On August 20, 2012, Defendant filed its Response to Plaintiff's Motion to Reopen and for Status Conference. (D.E. 26)

      2.    Defendant argued that Plaintiff did not advise in its motion in this case and the other 16 related cases whether it intends to seek certification of the finality of the Court's Order of Dismissal (D.E. 52 in Case No. 0:10-60556) and that therefore all 17 related cases should remain stayed.

      3.    Plaintiff herein and in the 16 related cases will not seek certification and therefore Defendant's argument in its Response becomes moot and all 17 related cases can move forward. Plaintiff desires to have deadlines set for this case and proceed with discovery.

      4.    Defendant's counsel further asserted that he has no objection to a status conference provided that a single status conference is held for all 17 cases. Now that all of the

17 cases have been transferred to Judge Moreno, Plaintiff has no objection to having one status conference for all 17 cases.

5. Accordingly, Plaintiff requests that the Court reopen this case and schedule a status conference.

WHEREFORE, Plaintiff, Continent Aircraft Trust 1087, respectfully requests the entry of an order reopening this case to allow Plaintiff to proceed on its claims, and for a status conference for this case and for the 16 related cases similarly situated.

Respectfully submitted,

/s/Juan Martinez
Juan Martinez (FBN 9024)
GRAYROBINSON P.A.
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131-0014
Telephone: 305-416-6880
Facsimile: 305-416-6887
E-mail: juan.martinez@gray-robinson.com
COUNSEL FOR PLAINTIFF
-and-
V. Brandon McGrath
Mark T. Hayden
BINGHAM GREENBAUM DOLL LLP
2350 First Financial Center
255 East Fifth Street
Cincinnati, Ohio 45202
Telephone: 513-455-7643
Facsimile: 513-455-8500
E-mail:Bmcgrath@bgdlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of August, 2012, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsels of record.

s/Juan Martinez
Counsel for Plaintiff