UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 11-61663-CIV-MORENO

CONTINENT AIRCRAFT TRUST 1087,

    Plaintiff,

v.

DIAMOND AIRCRAFT INDUSTRIES, INC.

    Defendant.
_____/

## PLAINTIFF'S MOTION TO REOPEN CASE

Pursuant to this Court's Order entered on September 26, 2012 in case number 10-60556-CIV-Moreno [Doc. 83], Plaintiff Continent Aircraft Trust 1087 respectfully moves the Court for an order reopening this case.

Respectfully submitted,

*s/ Juan Martinez*
Juan Martinez (FBN 9024)
GRAYROBINSON P.A.
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131-0014
Phone: (305) 416-6880
Fax: (305) 416-6887
E-mail: juan.martinez@gray-robinson.com
Counsel for Plaintiffs

Of Counsel:

Mark T. Hayden
V. Brandon McGrath
Bingham Greenebaum Doll LLP
2350 First Financial Center
255 East Fifth Street
Cincinnati, Ohio  45202
Phone: (513) 455-7600
Fax: (513) 455-8500
mhayden@bgdlegal.com
bmcgrath@bgdlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of October, 2012, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

*s/ Juan Martinez*
Counsel for Plaintiff

4896505_1.docx