UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 11-61663-CIV-MORENO

CONTINENT AIRCRAFT TRUST 1087,

       Plaintiff,

v.

DIAMOND AIRCRAFT INDUSTRIES, INC.

       Defendant.
_____/

## ORDER

Upon motion of Plaintiff Continent Aircraft Trust 1087 to reopen this case, and the Court being sufficiently advised;

IT IS HEREBY ORDERED that this case is re-opened and placed on the Court's active docket.

SO ORDERED this ____ day of October, 2012.

                              _____
                              FEDERICO A. MORENO
                              UNITED STATES DISTRICT COURT

4900364_1.docx