UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 11-61663-CIV-MORENO**

CONTINENTAL AIRCRAFT TRUST, 1087,

      Plaintiff,

vs.

DIAMOND AIRCRAFT INDUS., INC.,

      Defendant.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO REOPEN

THIS CAUSE came before the Court upon Plaintiff's Motion to Reopen **(D.E. No. 25 & 28)**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED.  Defendant shall file a response to the complaint by no later than **November 16, 2012**.

DONE AND ORDERED in Chambers at Miami, Florida, this __2__ day of November, 2012.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record