F.0.9.8.9.3.3

CONVEYANCE RECORDED

UNITED STATES OF AMERICA
U.S. DEPARTMENT OF TRANSPORTATION FEDERAL AVIATION ADMINISTRATION

2007 SEP 20 AM 8:43
FEDERAL AVIATION ADMINISTRATION

FORM APPROVED
OMB NO. 2120-0042

**AIRCRAFT BILL OF SALE**

FOR AND IN CONSIDERATION OF $ 10.00 THE UNDERSIGNED OWNER(S) OF THE FULL LEGAL AND BENEFICIAL TITLE OF THE AIRCRAFT DES-CRIBED AS FOLLOWS:

| UNITED STATES REGISTRATION NUMBER | N 56KD |
|---|---|
| AIRCRAFT MANUFACTURER & MODEL | DIAMOND AIRCRAFT IND INC  DA 42 |
| AIRCRAFT SERIAL No. | 42.AC076 |

DOES THIS  18th  DAY OF  SEPT , 2007
HEREBY SELL, GRANT, TRANSFER AND DELIVER ALL RIGHTS, TITLE, AND INTERESTS IN AND TO SUCH AIRCRAFT UNTO:

Do Not Write In This Block
FOR FAA USE ONLY

**PURCHASER**

NAME AND ADDRESS
(IF INDIVIDUAL(S), GIVE LAST NAME, FIRST NAME, AND MIDDLE INITIAL.)
AIRCRAFT GUARANTY TITLE, LLC, TRUSTEE
(FOR: CONTINENT AIRCRAFT TRUST NO. 1087
UNDER TRUST AGREEMENT DATED JULY 01, 2007)
515 N. SAM HOUSTON PARKWAY EAST
SUITE 305
HOUSTON, TEXAS 77060

DEALER CERTIFICATE NUMBER

AND TO  EXECUTORS, ADMINISTRATORS, AND ASSIGNS TO HAVE AND TO HOLD SINGULARLY THE SAID AIRCRAFT FOREVER, AND WARRANTS THE TITLE THEREOF:

IN TESTIMONY WHEREOF  HAVE SET  HAND AND SEAL THIS  DAY OF

| NAME(S) OF SELLER (TYPED OR PRINTED) | SIGNATURE(S) (IN INK) (IF EXECUTED FOR CO-OWNERSHIP, ALL MUST SIGN.) | TITLE (TYPED OR PRINTED) |
|---|---|---|
| KARSTEN DAMGAARD-IVERSEN | [signature] | SOLE-OWNER |
| | | |
| | | |

**SELLER**

ACKNOWLEDGMENT (NOT REQUIRED FOR PURPOSES OF FAA RECORDING: HOWEVER, MAY BE REQUIRED BY LOCAL LAW FOR VALIDITY OF THE INSTRUMENT.)

ORIGINAL: TO FAA:
AC Form 8050-2 (9/92) (NSN 0052-00-629-0003) Supersedes Previous Edition

072621453106
$5.00  09/19/2007

EXHIBIT B