# GARANTIEBEDINGUNGEN FÜR DEN CENTURION 2.0
## TERMS OF GUARANTEE FOR THE CENTURION 2.0



www.centurion-engines.com



EXHIBIT C

## Garantiebedingungen der beschränkten Pro Rata Herstellergarantie für den CENTURION 2.0

Thielert Aircraft Engines GmbH („TAE") garantiert hiermit dem Erwerber eines CENTURION 2.0 Motors („CENTURION® 2.0") dessen einwandfreie Beschaffenheit und Leistung nach Maßgabe der folgenden Bestim-mungen:

1. Die beschränkte Pro Rata Herstellergarantie („Pro Rata Herstellergarantie") gilt ausschließlich für private oder gewerbliche Endabnehmer eines CENTURION® 2.0 („Kunde"). Die Pro Rata Herstellergarantie tritt als selbständiges Garantieversprechen neben die gesetzlichen und vertraglichen Gewährleistungsansprüche des Kunden gegen den jeweiligen Verkäufer des CENTURION® 2.0, welche durch diese Pro Rata Herstellergarantie unberührt bleiben.

2. Die Pro Rata Herstellergarantie wird für eine Garantiefrist für die TBR des CENTURION® 2.0 von

- zwölf (12) Jahren,
- 2.400 Flugstunden oder
- 2.880 Stunden Laufleistung gemäß der Full Authority Digital Engine Control („FADEC") des CENTURION® 2.0

gewährt; maßgeblich ist dasjenige Ereignis, welches zuerst eintritt. Die Garantiefrist beginnt 180 Tage ab dem Ausstellungsdatum des Stückprüfscheins („Form 1") oder ab dem Tag des erstmaligen Einbaus des CENTURION® 2.0 in ein Luftfahrzeug; maßgeblich ist wiederum dasjenige Ereignis, welches zuerst eintritt. Innerhalb der ersten zwei Jahre oder 2400 Flugstunden, 600 Flugstunden für Kupplung und Kupplungswelle, Alternator, Hochdruckpumpe, Vorförderpumpe und Railventil, wird nach Wahl von TAE die kostenlose Reparatur oder der kostenlose Ersatz durch ein autorisiertes TAE-Servicecenter nach Maßgabe der nachfolgenden Bedingungen gewährt, maßgeblich ist dasjenige Ereignis, das zuerst eintritt. Sollte ein Kunde sich entschließen, den CENTURION® 2.0 innerhalb der Garantiefrist zu veräußern, so gilt die Pro Rata Herstellergarantie für die Restlaufzeit der Garantiefrist zugunsten des Erwerbers fort.

3. Die Pro Rata Herstellergarantie wird in Form einer internationalen Bring-In-Garantie gewährt, d.h. daß der Kunde das Luftfahrzeug mit dem CENTURION® 2.0 weltweit dem nächstgelegenen CENTURION® Servicepartner zur Vornahme der Garantiereparatur übergeben kann. Für die Überführung oder den Transport des Luftfahrzeugs mit dem CENTURION® 2.0 zu und von einem autorisierten CENTURION® Servicepartner ist allein der Kunde verantwortlich; er trägt die Kosten und die Gefahr des Transports bzw. der Überführung. Soweit der Kunde eine Transportversicherung wünscht, hat er selbst für deren Abschluß zu sorgen. Es wird darauf hingewiesen, daß in Ländern ohne CENTURION® Servicepartner die Überführung oder der Transport in einen anderes Land erforderlich ist.

4. Die Pro Rata Herstellergarantie bezieht sich auf Defekte aller Art der nachstehend aufgeführten Baugruppen des CENTURION® 2.0 während der Garantiefrist:

i. Baugruppe ZSB Getriebe
ii. Baugruppe ZSB Zylinderkopf
iii. Baugruppe ZSB Kurbelgehäuse
iv. Baugruppe ZSB Kolbenölkühlung
v. Baugruppe ZSB Full Authority Digital Engine Control (FADEC)

5. Im Garantiefall gewährleistet TAE die Reparatur oder den Austausch einer defekten Baugruppe oder den Austausch des defekten CENTURION® 2.0 gegen einen CENTURION® 2.0 Austauschmotor durch einen autorisierten CENTURION® Servicepartner.

## Terms of Guarantee of the Limited Pro Rata Manufacturer's Guarantee for CENTURION 2.0

Thielert Aircraft Engines GmbH („TAE") hereby guarantees the purchaser of a CENTURION 2.0 engine („CENTURION® 2.0") the flawless quality and performance of the said engine subject to the following provi-sions:

1. The limited pro rata manufacturer's guarantee („Pro Rata Manufacturer's Guarantee") shall exclusively apply to private or commercial ultimate buyers of a CENTURION® 2.0 („Customer"). The Pro Rata Manufacturer's Guarantee shall exist as an independent guarantee undertaking in addition to the statutory and contractual warranty claims of the Customer against the respective seller of a CENTURION® 2.0, which shall remain unaffected by this Pro Rata Manufacturer's Guarantee.

2. The Pro Rata Manufacturer's Guarantee will be given for a guarantee period for the TBR of the CENTU-RION® 2.0 of

- twelve (12) years, or
- 2,400 flying hours, or
- 2,880 hours of operating time according to the Full Authority Digital Engine Control („FADEC") of the CENTURION® 2.0;

whatever occurs first. The guarantee period shall begin 180 days after the date of issue of the unit test certificate („Form 1") or on the date of the initial installation of the CENTURION® 2.0 in an aircraft; what-ever occurs first. Within the first two years or 2400 flying hours, 600 flying hours for clutch, clutch shaft, alternator, high pressure pump, feed pump and rail pressure control valve, whatever occurs first, TAE will give full parts and labour warranty for the repair or replacement through an authorized TAE Service Center in accordance with the following conditions. Should a Customer decide to sell the CENTURION® 2.0 within the guarantee period, the Pro Rata Manufacturer's Guarantee shall continue to apply for the benefit of the purchaser for the remaining term of the guarantee period.

3. The Pro Rata Manufacturer's Guarantee will be given in the form of an international bring-in guarantee, which means that for the purpose of carrying out repair work under guarantee the customer may hand over the aircraft with the CENTURION® 2.0 to the nearest CENTURION® Service Partner worldwide. The Customer shall be responsible for the transfer or transport of the aircraft with the CENTURION® 2.0 to and from an authorized CENTURION® Service Partner; the risk of such a transport and/or transfer lies with the Customer, and he shall bear the costs thereof. In so far as the Customer wishes to take out a transport in-surance policy, he himself has to see to it. Please note that in countries without a CENTURION® Service Partner the transfer or transport to another country will be required.

4. The Pro Rata Manufacturer's Guarantee refers to defects of all kinds of the assemblies of CENTURION® 2.0 listed below which occur during the guarantee period:

i. Assembly ZSB gearbox
ii. Assembly ZSB cylinder head
iii. Assembly ZSB crankcase
iv. Assembly ZSB piston oil cooling
v. Assembly ZSB Full Authority Digital Engine Control (FADEC)

5. In the event of such defect within the guarantee period, TAE will guarantee the repair or replacement of a defective assembly or the replacement of the defective CENTURION® 2.0 with a CENTURION® 2.0 rebuilt engine by an authorized CENTURION® Service Partner.

Die Entscheidung zwischen Reparatur und Austausch sowie über den Umfang eines Austauschs obliegt allein TAE, wobei TAE die berechtigten Interessen des Kun-den angemessen berücksichtigen wird. Die Kosten der Reparatur oder des Austauschs, insbesondere Ma-terial und Arbeitszeit, trägt der Kunde lediglich anteilig im Verhältnis der Laufleistung des CENTURION® 2.0 in Flugstunden zum Zeitpunkt des Eintritts des Garantiefalls zu der garantierten Laufleistung des CENTURION® 2.0 von 2.400 Flugstunden beziehungsweise anteilig im Verhältnis der seit Beginn der Ga-rantie gemäß Ziffer 2 verstrichenen Zeit im Zeitpunkt des Eintritts des Garantiefalls in der TBR von 12 Jah-ren, maßgeblich ist das sich jeweils ergebende höhere Verhältnis. Im Rahmen der Garantiearbeiten ein-gesetzte oder erforderliche Betriebsstoffe (z.B. Öl oder Kühlflüssigkeit) sind allein vom Kunden zu tragen.

6. Für einen CENTURION® 2.0, der aufgrund dieser Herstellerga-rantiebedingungen repariert oder mit neuen Baugruppen versehen wurde, gilt die Restlaufzeit der Garantie unverändert fort, gleiches gilt für einen im Austausch gelieferten gebrauchten CENTURION® 2.0. Für einen aufgrund dieser Herstellergarantiebedingungen ge-lieferten CENTURION® 2.0 Austauschmotor beginnt dagegen die Garantiefrist von neuem zu laufen, wobei die Bedingungen dieser Pro Rata Herstellergarantie entsprechend gelten, Ziffer 2 Satz 3 findet jedoch keine erneute Anwendung.

7. Die Pro Rata Herstellergarantie gilt nicht bzw. erlischt, wenn

i. der Kunde einen Defekt nicht innerhalb einer Woche nach des-sen Auftreten einem CENTURION® Servicepartner anzeigt;

ii. der Kunde das Luftfahrzeug mit dem CENTURION® 2.0 nicht innerhalb von zwei weiteren Wochen nach Anzeige des Defekts dem autorisierten CENTURION® Servicepartner, dem der Defekt ange-zeigt wurde, zum Zwecke der Vornahme der Garantiearbei-ten übergibt;

iii. der Kunde nicht in die Übereignung und Übersendung des im Rahmen der Garantiearbeiten ausgetauschten defekten CENTURI-ON® 2.0 oder der defekten Teile des CENTURION® 2.0 durch den autorisierten CENTURION® Servicepartner an TAE einwilligt;

iv. die Seriennummer des CENTURION® 2.0 oder eines seiner Bestandteile verändert oder unleserlich gemacht wurde;

v. der Defekt auf eine unsachgemäße Verwendung oder Überbean-spruchung des CENTURION® 2.0 oder eines seiner Bestandteile zurückzuführen ist, insbesondere durch dessen Verwendung im Rahmen eines Flugwettbewerbs oder einer Flugschau;

vi. der Defekt durch eine Wartung, Reparatur oder Instandsetzung des CENTURION® 2.0 entstanden ist, die durch jemand anderen als durch TAE oder einen durch TAE autorisierten CENTURION® Servicepartner durchgeführt wurde;

vii. der Defekt dadurch entstanden ist, daß unzulässige oder unsachgemäße Veränderungen an dem CENTURION® 2.0 oder an einzelnen Teilen des CENTURION® 2.0 vorgenommen wurden, insbesondere durch den Einbau nicht zugelassener Teile;

viii. der Defekt dadurch entstanden ist, daß Mitteilungen oder Vorschriften über die Verwendung, Be-handlung, Wartung und Pfle-ge des CENTURION® 2.0, insbesondere Vorgaben gemäß Einbau- und Betriebshandbuch sowie Pflege- und Wartungsanweisungen, nicht befolgt wurden oder

ix. der Defekt auf den Einfluss höherer Gewalt, auf Umwelt-einflüsse oder sonstige unvorhersehbare äußere Einwirkungen, auf die TAE keinen Einfluß nehmen kann, zurückzuführen ist.

*TAE may take the decision on repair or replacement as well as on the extent of a replacement at its own discretion; in so doing, TAE will take due account of the legitimate interests of the Customer. The costs of repairing or replacing, in particular material and hours worked, shall be borne by the Customer only on a pro rata basis, i.e. in the ratio of the operating time of the CENTURION® 2.0 in flying hours at the time when the defect under this guarantee occurs to the guaranteed operating time of the CENTURION® 2.0 of 2,400 flying hours or in the pro rata of the elapsed calendar time since the beginning of the guarantee according to point 2 up to the time of the occurrence of the guarantee case within the TBR of 12 years. Significant in each case is the resultant higher ratio. Any operating substances (e.g. oil, cooling agent) used or required in the course of the work under guarantee have to be borne by the Customer alone.*

*6. The remaining term of the guarantee shall apply unchanged to a CENTURION® 2.0 which has been repaired or fitted with new as-semblies according to these terms of manufacturer's guarantee. The same conditions are valid for a CENTURION® 2.0 that has been delivered as a spare part. However, as regards a CENTURION® 2.0 rebuilt engine supplied under these terms of manufacturer's gu-arantee, the guarantee period shall start again, the conditions of this Pro Rata Manufacturer's Guarantee applying analogously; however, article 2, clause 3 is not applicable again.*

*7. The Pro Rata Manufacturer's Guarantee shall not apply and/or shall expire if*

*i. the Customer does not notify a CENTURION® Service Partner of a defect within one week of its oc-currence;*

*ii. the Customer does not hand over to the authorized CENTU-RION® Service Partner which has been notified of the defect the aircraft with the CENTURION® 2.0 within two further weeks of gi-ving notice of the defect for the purpose of carrying out the work under guarantee;*

*iii. the Customer does not consent to the transfer of ownership and sending of the defective CENTU-RION® 2.0 or the defective parts thereof replaced in the course of the work under guarantee by the authorized CENTURION® Service Partner to TAE;*

*iv. the serial number of the CENTURION® 2.0 or one of its compon-ents has been altered or rendered il-legible;*

*v. the defect is the result of improper use or overstraining of the CENTURION® 2.0 or one of its components, in particular by being used in the course of a flying competition or airshow;*

*vi. the defect has been caused by maintenance, repair or overhaul of the CENTURION® 2.0 carried out by any person other than TAE or an authorized CENTURION® Service Partner;*

*vii. the defect has been caused by making unauthorized or improper changes to the CENTURION® 2.0 or to individual parts thereof, in particular by fitting parts which have not been approved;*

*viii. the defect has been caused by not observing notices or regu-lations concerning the use, treatment, maintenance and care of the CENTURION® 2.0, in particular instructions according to the instal-lation and operating manual as well as maintenance instructions; or*

*ix. the defect is the result of force majeure, environmental factors or other unforeseeable external ef-fects which TAE cannot influence.*

8. TAE und seine autorisierten CENTURION® Servicepartner behalten sich vor, eine Garantiereparatur oder Garantiebestätigung zu verweigern, wenn nicht die beiliegende, vollständig ausgefüllte, unveränderte, les-bare und vom Verkäufer abgezeichnete Garantiekarte vorgelegt wird. Aus der Garantiekarte müssen fol-gende Angaben ersichtlich sein:

i. Name des Kunden nebst vollständiger Anschrift,

ii. Name des Verkäufers nebst vollständiger Anschrift,

iii. Datum und Ort des Kaufs,

iv. die Produktbezeichnung und Seriennummer des CENTURION® 2.0,

v. die Bestätigung der Vornahme der Übergabeinspektion durch den Verkäufer und

vi. Unterschrift des Verkäufers nebst Firmenstempel.

9. Sollte sich bei der Reparatur herausstellen, daß es sich um einen Defekt handelt, der von der Pro Rata Herstellergarantie nicht gedeckt ist, behalten sich TAE und seine CENTURION® Servicepartner das Recht vor, die angefallenen Kosten, insbesondere für Material und Arbeit, dem Kunden in Rechnung zu stellen.

10. Für die Pro Rata Herstellergarantie gilt ausschließlich das Recht der Bundesrepublik Deutschland unter Ausschluß des internationalen Privatrechts und internationaler Übereinkommen.

ES WIRD NOCHMALS AUSDRÜCKLICH DARAUF HINGEWIESEN, DASS ES SICH BEI DER PRO RATA HERSTELLERGARANTIE UM EINE BESCHRÄNKTE GARANTIE HANDELT. SIE IST AUF DIE VORGE-NANNTEN RECHTE IM GARANTIEFALL BESCHRÄNKT. DIE GARANTIEBEDINGUNGEN REGELN DAS RECHTSVERHÄLTNIS ZU TAE AUS DER PRO RATA HERSTELLERGARANTIE ABSCHLIESSEND. Wei-tergehende Ansprüche, gleich aus welchem Rechtsgrund, gegenüber TAE, insbesondere für Schäden und Verluste jeder Art, die durch den CENTURION® 2.0 oder durch dessen Gebrauch entstehen, sind ausge-schlossen. Dies gilt nicht in Fällen von Vorsatz, grober Fahrlässigkeit, bei Verletzung von Leib oder Leben sowie bei Ansprüchen nach dem Produkthaftungsgesetz.

Garantiegeber ist:
Thielert Aircraft Engines GmbH
Platanenstr. 14
09350 Lichtenstein
Bundesrepublik Deutschland
Tel. +49 (37204) 6960
Fax. +49 (37204) 69650
E-Mail: warranty@tae-engines.com
Website: www.thielert.com

Vielen Dank für Ihr Vertrauen in TAE!

8. TAE and its authorized CENTURION® Service Partners reserve the right to refuse repair work under guar-antee or a confirmation of guarantee unless the enclosed, completed, unchanged, legible guarantee card signed by the seller is presented. The guarantee card must contain the following data: Guarantor is:

i. Customer's name and full address,

ii. seller's name and full address,

iii. date and place of purchase,

iv. product specification and serial number of the CENTURION® 2.0,

v. confirmation of the delivery inspection carried out by the seller, and

vi. seller's signature and business stamp.

9. If during repair work it should turn out that the defect is one not covered by the Pro Rata Manufacturer's Guarantee, TAE and its CENTURION® Service Partners reserve the right to charge the costs incurred, in particular for material and work, to the Customer.

10. The laws of the Federal Republic of Germany shall exclusively apply to the Pro Rata Manufacturer's Guarantee, excluding private international law and international conventions.

PLEASE NOTE THAT THE PRO RATA MANUFACTURER'S GUARANTEE IS A LIMITED GUARANTEE. IT IS LIMITED TO THE AFOREMENTIONED RIGHTS IN THE EVENT OF A CLAIM UNDER GUARANTEE. THE TERMS OF GUARANTEE SHALL EXCLUSIVELY DETERMINE THE LEGAL RELATIONS WITH TAE RE-SULTING FROM THE PRO RATA MANUFACTURER'S GUA-RANTEE. Any further claims with regard to TAE, on whatever legal grounds, in particular because of damage and loss of any kind caused by the CENTURION® 2.0 or its use, shall be excluded. This shall not apply in cases of intent, gross negligence, injury of body or life as well as in case of claims under the Product Liability Act.

Guarantor:
Thielert Aircraft Engines GmbH
Platanenstrasse 14
D-09350 Lichtenstein
Federal Republic of Germany
Tel.+49 (37204) 6960
Fax +49 (37204) 69650
e-mail: warranty@tae-engines.com
Website: www.thielert.com

Thank you very much for your trust in TAE!




www.centurion-engines.com

# Terms of Guarantee of the Limited Pro Rata Manufacturer's Guarantee for the CENTURION 1.7
## (USA/Canada only)

Thielert Aircraft Engines GmbH („TAE") hereby guarantees the purchaser of a CENTURION 1.7 engine („CENTURION® 1.7") the flawless quality and performance of the said engine subject to the following provisions:

1. The limited pro rata manufacturer's guarantee („Pro Rata Manufacturer's Guarantee") shall exclusively apply to private or commercial ultimate buyers of a CENTURION® 1.7 („Customer"). The Pro Rata Manu-facturer's Guarantee shall exist as an independent guarantee undertaking in addition to the statutory and contractual warranty claims of the Customer against the respective seller of a CENTURION® 1.7, which shall remain unaffected by this Pro Rata Manufacturer's Guarantee.

2. The Pro Rata Manufacturer's Guarantee will be given for a guarantee period of

- twelve (12) years, or

- 2,400 flying hours, or

- 2,880 hours of operating time according to the Full Authority Digital Engine Control („FADEC") of the CENTURION® 1.7;

whatever occurs first. The guarantee period shall begin 180 days after the date of issue of the unit test certificate („Form 1") or on the date of the initial installation of the CENTURION® 1.7 in an aircraft; what-ever occurs first. Should a Customer decide to sell the CENTURION® 1.7 within the guarantee period, the Pro Rata Manufacturer's Guarantee shall continue to apply for the benefit of the purchaser for the remain-ing term of the guarantee period.

3. The Pro Rata Manufacturer's Guarantee will be given in the form of an international bring-in guarantee, which means that for the purpose of carrying out repair work under guarantee the customer may hand over the aircraft with the CENTURION® 1.7 to the nearest CENTURION® Service Partner worldwide. The Customer shall be responsible for the transfer or transport of the aircraft with the CENTURION® 1.7 to and from an authorised CENTURION® Service Partner; the risk of such a transport and/or transfer lies with the Customer, and he shall bear the costs thereof. In so far as the Customer wishes to take out a transport in-surance policy, he himself has to see to it. Please note that in countries without a CENTURION® Service Partner the transfer or transport to another country will be required.

4. The Pro Rata Manufacturer's Guarantee refers to defects of all kinds of the assemblies of CENTURION® 1.7 listed below which occur during the guarantee period:

i.   Assembly ZSB gearbox............................02-7210-07001R XX
ii.  Assembly ZSB 1 cylinder head..................02-7220-01001R XX
iii. Assembly ZSB 2 cylinder head..................02-7230-01001R XX
iv.  Assembly ZSB 1 crankcase.......................02-7220-02001R XX
v.   Assembly ZSB 2 crankcase.......................02-7230-02001R XX
vi.  Assembly ZSB piston oil cooling................02-7250-02001R XX
vii. Assembly ZSB high-pressure fuel pump....02-7310-04005R XX
viii. Assembly ZSB Full Authority Digital Engine Control (FADEC)....
..............................................................................02-7610-55001R XX

5. In the event of such defect within the guarantee period, TAE will guarantee the repair or replacement of a defective assembly or the replacement of the defective CENTURION® 1.7 with a CENTURION® 1.7 rebuilt engine by an authorised CENTURION® Service Partner. TAE may take the decision on repair or replace-ment as well as on the extent of a replacement at its own discretion; in so doing, TAE will take due ac-count of the legitimate interests of the Customer. The costs of repairing or replacing, in particular material and hours worked, shall be borne by the Customer only on a pro rata basis, i.e. in the ratio of the operat-ing time of the CENTURION® 1.7 in flying hours at the time when the defect under this guarantee occurs to the guaranteed operating time of the CENTURION® 1.7 of 2,400 flying hours, **but** within the first two years or 2,400 flying hours; whichever occurs first, TAE will give a full parts and labor warranty for the re-pair or replacement of a defective assembly (Turbocharger, Alternator (generator), Combination pump, Prop control valve (constant speed unit), Starter, Low pressure fuel feed pump, Pistons, Crankshafts, Oil pump, Valves, Camshafts, Clutch, Common Rail and Fuel Pressure Regulation, Fuel Injectors, Glow Plugs, Oil and Coolant Thermostats, Vacuum Pump, Engine-Sensors). Any operating substances (e.g. oil, cooling agent) used or required in the course of the work under guarantee have to be borne by the Cus-tomer alone.

*Example:*

*- Flying hours of the CENTURION® 1.7 at the time the defect occurs:......................................................................................800*

*- Guaranteed operating time of CENTURION® 1.7 in flying hours:.......................................................................................2,400*

*- Costs to be borne by the Customer:..........................................8/24*

6. The remaining term of the guarantee shall apply unchanged to a CENTURION® 1.7 which has been re-paired or fitted with new assemblies according to these terms of manufacturer's guarantee. However, as regards a CENTURION® 1.7 rebuilt engine supplied under these terms of manufacturer's guarantee, the guarantee period shall start again, the conditions of this Pro Rata Manufacturer's Guarantee applying analogously.

7. The **Pro Rata Manufacturer's Guarantee shall not apply** and/or **shall expire** if

i. the Customer does not notify a CENTURION® Service Partner of a defect within one week of its oc-currence;

ii. the Customer does not hand over to the authorised CENTURION® Service Partner which has been notified of the defect the aircraft with the CENTURION® 1.7 within two further weeks of giving notice of the defect for the purpose of carrying out the work under guarantee;

iii. the Customer does not consent to the transfer of ownership and sending of the defective CENTURION® 1.7 or the defective parts thereof replaced in the course of the work under guarantee by the authorised CENTURION® Service Partner to TAE;

iv. the serial number of the CENTURION® 1.7 or one of its components has been altered or rendered il-legible;

v. the defect is the result of improper use or overstraining of the CENTURION® 1.7 or one of its com-ponents, in particular by being used in the course of a flying competition or airshow;

vi. the defect has been caused by maintenance, repair or overhaul of the CENTURION® 1.7 carried out by any person other than TAE or an authorised CENTURION® Service Partner;

vii. the defect has been caused by making unauthorised or improper changes to the CENTURION® 1.7 or to individual parts thereof, in particular by fitting parts which have not been approved;

viii. the defect has been caused by not observing notices or regulations concerning the use, treatment, maintenance and care of the CENTURION® 1.7, in particular instructions according to the installa-tion and operating manual as well as maintenance instructions; or

ix. the defect is the result of force majeure, environmental factors or other unforeseeable external ef-fects which TAE cannot influence.

8. TAE and its authorised CENTURION® Service Partners reserve the right to refuse repair work under guar-antee or a confirmation of guarantee unless the enclosed, completed, unchanged, legible guarantee card signed by the seller is presented. The guarantee card must contain the following data:

i. Customer's name and full address,

ii. seller's name and full address,

iii. date and place of purchase,

iv. product specification and serial number of the CENTURION® 1.7,

v. confirmation of the delivery inspection carried out by the seller, and

vi. seller's signature and business stamp.

9. If during repair work it should turn out that the defect is one not covered by the Pro Rata Manufacturer's Guarantee, TAE and its CENTURION® Service Partners reserve the right to charge the costs incurred, in particular for material and work, to the Customer.

10. The laws of the Federal Republic of Germany shall exclusively apply to the Pro Rata Manufacturer's Guarantee, excluding private international law and international conventions.

PLEASE NOTE THAT THE PRO RATA MANUFACTURER'S GUARANTEE IS A LIMITED GUARANTEE. IT IS LIMITED TO THE AFOREMENTIONED RIGHTS IN THE EVENT OF A CLAIM UNDER GUARANTEE. THE TERMS OF GUARANTEE SHALL EXCLUSIVELY DETERMINE THE LEGAL RELATIONS WITH TAE RE-SULTING FROM THE PRO RATA MANUFACTURER'S GUAR-ANTEE. Any further claims with regard to TAE, on whatever legal grounds, in particular because of damage and loss of any kind caused by the CENTURION® 1.7 or its use, shall be excluded. This shall not apply in cases of intent, gross negligence, injury of body or life as well as in case of claims under the Product Liability Act.

**Guarantor:**
Thielert Aircraft Engines GmbH
Platanenstrasse 14
D-09350 Lichtenstein
Federal Republic of Germany





www.centurion-engines.com

CENTURION
Built by THIELERT