# DA42 Diamond Twin Star
## Limited Warranty – New Aircraft

**General**
Diamond Aircraft Industries, Inc. warrants each new Diamond DA42 aircraft and parts included therein except as noted below, to be free from defects in material and workmanship under normal use and service for 24 months from date of delivery to the original retail purchaser or first user. Engines, engine parts and accessories supplied by Thielert Aircraft Engines, propellers and propeller parts supplied by MT Propellers, and Avionics supplied by Honeywell or Garmin International are specifically excluded from this Diamond warranty and are covered by the applicable manufacturer's warranty.

Diamond, at its sole discretion, will repair or replace parts which it finds to be defective within the 24 month period if said parts are returned to Diamond. The repair or replacement of defective parts under this warranty will be limited to parts and labor for removal, installation and / or actual repair, except that the owner shall pay for shipping, import duties, sales and use taxes on replacements.

<u>Note</u>:  All warranty charges, subject to the terms and conditions of this warranty, will be reimbursed within 30 days after receipt of a completed Customer Warranty Claim and defective part(s). Otherwise, the owner will be responsible for parts and labor charges in full.

**Warranty Coverage**
**Airframe** – this specific warranty coverage is applicable for 24 months (parts and labor) as administered by Diamond Aircraft Industries.
**Engine** – administered by Thielert Aircraft Engines (parts and labor prorated over 2,400 hours or 12 years)*
**Propeller** – administered by MT Propeller (24 months or 1,000 hours, whichever occurs first, parts and labor)*
**Avionics** – administered by certified Honeywell or Garmin avionics repair centers (24 months parts and labor)*
   *For information only – refer to manufacturers' warranty document for details.*

**Warranty Activation**
Aircraft Warranty is activated when one of the following occurs, when aircraft is sold to original retail purchaser, when used for revenue generating purposes, or ultimately at the end of six (6) months after delivery from Diamond Aircraft Industries or when flight time exceeds 100 hours, whichever occurs first.

**Exclusions**
This limited warranty does not apply to any parts that are subject to accident damage, alteration, misuse, negligence, or to normal deterioration of soft trim and appearance items (interior upholstery and rubber seals, paint or striping), or to loss of aircraft use, lost time, loss of income, lost profit, basic consumable parts (tires, tubes, brakes, brake discs, light bulbs, etc). General aircraft maintenance items are also not included (mechanical adjustments, fuel system adjustments, aircraft inspections, cleaning or control surface rigging). Non-compliance with Diamond recommended Service Bulletins may result in dismissal of related warranty claims.

**Warranty Replacement Parts / Spare Parts**
Warranty replacement parts that are supplied by Diamond, (exclusive of products supplied by Thielert Aircraft Engines, MT Propeller, Honeywell or Garmin) throughout this period do not have a new warranty start date. These replacement parts will carry the remaining portion of the original aircraft warranty term. Diamond's obligation under this warranty is limited to repairing or replacing, at its option, any part or parts found to be defective by Diamond's examination. Spare aircraft equipment, accessories and service parts sold by Diamond, (exclusive of products supplied by Thielert Aircraft Engines, MT Propeller, Honeywell or Garmin) are warranted for a period of six (6) months after installation or first use on the same terms, conditions and limitations of liability as other items covered by this warranty. It shall be the Owner's obligation to return the defective part (within 30 days following replacement) to the Diamond facility for examination to receive the benefits of this warranty.

**Limitations**
THE DIAMOND WARRANTIES SET FORTH ABOVE, ARE EXCLUSIVE AND ARE IN LIEU OF ALL OTHER WARRANTIES, OBLIGATIONS, REPRESENTATIONS OR LIABILITIES, EXPRESS OR IMPLIED, ARISING BY LAW, IN CONTRACT OR IN TORT OR OTHERWISE, INCLUDING BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR OF ANY IMPLIED CONDITION, AND ANY OTHER OBLIGATION OF LIABILITY ON THE PART OF DIAMOND AND TO ANYONE OF ANY NATURE WHATSOEVER, BY REASON OF THE DESIGN, MANUFACTURE, SALE, REPAIR, LEASE OR USE OF THE AIRCRAFT OR RELATED PRODUCTS AND SERVICES DELIVERED TO OR RENDERED BY DIAMOND. THERE ARE NO WARRANTIES WHICH EXTEND BEYOND THE DESCRIPTION ON THE FACE HEREOF. DIAMOND DISCLAIMS AND EXCLUDES ALL OTHER OBLIGATIONS OR LIABILITIES WHETHER IN CONTRACT OR IN TORT, INCLUDING LOSS OF USE, LOSS OF TIME, INCONVENIENCE, COMMERCIAL LOSS OR ANY OTHER DIRECT, CONSEQUENTIAL, SPECIAL OR INCIDENTAL DAMAGES. THE DIAMOND WARRANTIES EXTEND ONLY TO THE ORIGINAL OWNER, AND MAY BE ASSIGNED BY THE OWNER OF ANY AIRCRAFT OR OTHER ITEMS SUBJECT TO DIAMOND'S WRITTEN CONSENT. NO DIAMOND REPRESENTATIVE, EMPLOYEE, DEALER OR AGENT HAS THE AUTHORITY TO MAKE OR IMPLY ANY REPRESENTATION, PROMISE OR AGREEMENT, WHICH IN ANY WAY VARIES THE TERMS OF THIS WARRANTY.

EXHIBIT D

2006R0