**EXHIBIT E**
**List of Cases Brought by Plaintiff's Counsel Against Diamond**

| Plaintiff(s) | Case No. | Case Status |
|---|---|---|
| **Western District of Kentucky** | | |
| Morris Aviation, LLC<br>Mascaro Aviation, L.L.C. | 3:09-cv-00644-S | Dismissed with prejudice; appeal pending |
| DSM Leasing, Inc., et al. | 3:10-cv-00229-S | Voluntarily dismissed without prejudice |
| **Southern District of Florida** | | |
| Applied Science Services Corp.<br>Rellim Enterprises, LLC | 0:11-cv-61669-MORENO | Closed |
| Clyde Air Leasing, LLC | 0:11-cv-61667- MORENO | Closed |
| Continent Aircraft Trust 1087 | 0:11-cv-61663-MORENO | **Re-Opened 11/5/12** |
| CS Leasing, LLC | 0:11-cv-61673-MORENO | Closed |
| DSM Leasing, Inc. | 0:11-cv-61686-MORENO | Closed |
| Ferndock, LLC | 0:11-cv-61666-MORENO | Closed |
| Graham Aviation, LLC | 0:11-cv-61685-MORENO | Closed |
| K-9, LLC | 0:11-cv-61675-DIMITROULEAS | Voluntarily dismissed with prejudice 8/10/11 |
| Lidija, LLC | 0:11-cv-61672-MORENO | Closed |
| Cary N. Mariash | 0:11-cv-61665-MORENO | Closed |
| Mascaro Aviation, LLC | 0:10-cv-60556-MORENO | Closed |
| Oak Street Properties, LLC | 0:11-cv-61723-MORENO | Closed |
| Richard Dennis Rubin Enterprises, LLC | 0:11-cv-61676-MORENO | Closed |
| S & D Seven LLC<br>KAL Venture Partners, LLC | 0:11-cv-61674-MORENO | Closed |
| Twin Eagle Aviation LLC | 0:11-cv-61664-MORENO | Closed |
| Twinstar Partners, LLC | 0:11-cv-61684-MORENO | **Re-Opened 11/5/12** |
| Xie Jian Trustee | 0:11-cv-61681-MORENO | Voluntarily dismissed with Prejudice 11/5/12 |
| World Traveling Fools, LLC | 0:11-cv-61670-MORENO | **Re-Opened 11/5/12** |