**Exhibit A – Potential Applicable Statute of Limitations**

| **Plaintiff** | **Date of TAE Insolvency** | **Date TAE Warranty Voided** | **Date of Filing Original Complaint** | **Shortest Applicable Statute of Limitations** |
|---|---|---|---|---|
| DSM Leasing Corp. | **April 24, 2008** | **May 26, 2008** | **April 9, 2010** | **2 years** Cal. Civ. Proc. Code § 339(1) |
| Cary N. Mariash | **April 24, 2008** | **May 26, 2008** | **April 9, 2010** | **6 Years** Burns Ind. Code Ann. § 34-11-2-7(4) |
| Twinstar Partners, LLC | **April 24, 2008** | **May 26, 2008** | **April 9, 2010** | **2 years** A.R.S. §§ 12-542(1) |
| Rellim Enterprises, LLC; Applied Science Services Corporation | **April 24, 2008** | **May 26, 2008** | **April 9, 2010** | **2 years** Cal. Civ. Proc. Code § 339(1) |
| Lidija, LLC | **April 24, 2008** | **May 26, 2008** | **April 9, 2010** | **2 years** Cal. Civ. Proc. Code § 339(1) |
| Graham Aviation, LLC | **April 24, 2008** | **May 26, 2008** | **April 9, 2010** | **2 years** Mont. Code Ann. § 27-2-204(1); § 27-2-203 |
| Xie Jian Trustee | **April 24, 2008** | **May 26, 2008** | **April 9, 2010** | **2 years** Cal. Civ. Proc. Code § 339(1) |
| Twin Eagles Aviation, LLC | **April 24, 2008** | **May 26, 2008** | **April 9, 2010** | **3 years** N.C. Gen. Stat. § 1-52(5); § 1-52(9) |
| Ferndock LLC | **April 24, 2008** | **May 26, 2008** | **April 9, 2010** | **2 years** Tex. Civ. Prac. & Rem.Code § 16.003(a). |
| Richard Dennis Rubin Enterprises, LLC | **April 24, 2008** | **May 26, 2008** | **April 9, 2010** | **4 years** Fla. Stat. § 95.11(3)(a),(q); 95.031; § 95.11(3)(j) |
| Oak Street Properties LLC | **April 24, 2008** | **May 26, 2008** | **April 9, 2010** | **2 years** KSA § 60-513(a)(3) KSA § 60-513(a)(4) |

**EXHIBIT F**

| Plaintiff | Date of TAE Insolvency | Date TAE Warranty Voided | Date of Filing Original Complaint | Shortest Applicable Statute of Limitations |
|---|---|---|---|---|
| S & D Seven LLC; KAL Venture Partners LLC | **April 24, 2008** | **May 26, 2008** | **April 9, 2010** | **4 years** <br> O.C.G.A. § 9-3-31 |
| CS Leasing LLC | **April 24, 2008** | **May 26, 2008** | **April 9, 2010** | **3 years** <br> Md. COURTS AND JUDICIAL PROCEEDINGS Code Ann. § 5-101; §5-203 |
| World Traveling Fools, LLC | **April 24, 2008** | **May 26, 2008** | **April 9, 2010** | **2 years** <br> A.R.S. §§ 12-542(1) |
| Clyde Air Leasing, LLC | **April 24, 2008** | **May 26, 2008** | **April 9, 2010** | **2 Years** <br> CGS § 52–584 |
| Continent Aircraft Trust 1087 | **April 24, 2008** | **May 26, 2008** | **April 9, 2010** | **4 years** <br> Fla. Stat. § 95.11(3)(a),(q); 95.031; § 95.11(3)(j) |

\175617\1 - # 4111888 v1

**Summary of States Whose Statute of Limitations and Savings Clause and/or Tolling Provisions Are Most Likely to Apply[1]**

| State With Most Likely Significant Relationship | Appellants | Applicable State Statute of Limitations for Each Appellants' Claim | Savings Clause or Tolling Provision Which Extends or Tolls the Applicable Statute of Limitations |
|---|---|---|---|
| Alabama | • Ferndock, LLC | • 2 years: All claims at issue | N/A |
| Arizona | • Twin Star Partners, LLC<br>• World Traveling Fools | • 3 years: Fraud/fraudulent concealment<br>• 2 years: Negligent misrepresentation | 6 months (A.R.S. § 12-504) |
| California | • Applied Science Services<br>• Rellim Enterprises, LLC<br>• Lidija, LLC<br>• Xie Jian Trustee | • 3 years: Fraud/fraudulent concealment<br>• 2 years: Negligent misrepresentation | Equitable tolling applies if: (1) timely notice given to defendant in filing 1st claim; (2) lack of prejudice to defendant in gathering evidence to defend against 2nd claim; and (3) good faith and reasonable conduct by plaintiff in filing 2nd claim. |
| Florida | • Richard Rubin Enterprises<br>• Continent Aircraft Trust | • 4 years: All causes of action at issue | N/A |
| Georgia | • S&D Seven, LLC<br>• KAL Ventures Partners, LLC | • 4 years: All claims at issue | 6 months (O.C.G.A. § 9-2-61) |
| Kansas | • Oak Street Properties, LLC | • 2 years: All claims at issue | 6 months (KSA § 60-518) |
| Minnesota | • Cary N. Mariash | • 6 years: All claims at issue | N/A |
| Montana | • Graham Aviation, LLC | • 2 years: Fraud/fraudulent concealment<br>• 3 years: Negligent misrepresentation | 1 year (MCA § 27-2-407) |
| New York | • Clyde Air Leasing, LLC | • 6 years: All claims at issue | 6 months (CPLR § 205) |
| North Carolina | • Twin Eagles Aviation, LLC | • 3 years: All claims at issue | N/A |
| Virginia | • CS Leasing, LLC | • 2 years: All claims at issue | Tolling Provision (VA Code Ann. § 8.01-229) |
| Wisconsin | • DSM Leasing, Inc. | • 6 years: all claims at issue | Tolling Provision (W.S.A. § 893.13) |

4501247_1.docx

---

[1] Note that based on an analysis performed by Appellants' counsel under Florida's "significant relationship" test, the states listed represent what is believed to be the state law that is most likely to be applied to each respective Appellant's claims in regard to the applicable state statute of limitations, savings clause and/or tolling provision. However, due to the fact-intensive nature of the "significant relationship" test and the complexity of the case, it could not be determined with absolute certainty which state law applies to each Appellant without a determination by a court, which the District Court failed to do in the instant case. Therefore, the above chart provides a view of the potentially adverse statute of limitations consequences which could occur depending upon which state's laws apply to each of Appellants' claims.