

FILED by ___ D.C.
JAN 15 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

FILING FEE
PAID $75.00
Pro hac Vice 5982
Steven M. Larimore, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:11-61663-CIV MORENO

CONTINENT AIRCRAFT TRUST 1087

           Plaintiff,

vs.

DIAMOND AIRCRAFT INDUSTRIES, INC.

           Defendant.
_____/

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Michael A. Grim of the law firm of Bingham Greenebaum Doll, LLP, 3500 National City Tower, 101 South Fifth Street, Louisville, KY 40202, (502) 589-4200; for purposes of appearance as co-counsel on behalf of Plaintiff.

In support of this motion, Michael A. Grim states as follows:

1.    Michael A. Grim is not admitted to practice in the Southern District of Florida and is a member of good standing of the Bar of the States of Kentucky and Indiana.

2.    Juan Martinez, of the law firm of GrayRobinson, P.A., 1221 Brickell Avenue, Suite 1600, Miami, Florida; (305) 416-6880; is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon

# 5608876 v1                                  1

whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Michael A. Grim has made payment of this Court's $75.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Michael A., Grim, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Michael A. Grim at e-mail address: mgrim@bgdlegal.com.

WHEREFORE, Juan Martinez moves this Court to enter an Order permitting Michael A. Grim to appear before this Court on behalf of Plaintiff for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Michael A. Grim.

Dated: January 14th, 2013

Respectfully submitted,

_____
Juan Martinez
Florida Bar ID No. 9024
GRAYROBINSON P.A.
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131-0014
Telephone: 305-416-6880
Facsimile: 305-416-6887
E-mail: juan.martinez@gray-robinson.com
COUNSEL FOR PLAINTIFF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:11-61663-CIV MORENO

**CONTINENT AIRCRAFT TRUST 1087**

**Plaintiff,**

vs.

**DIAMOND AIRCRAFT INDUSTRIES, INC.**

**Defendant.**
_____/

### CERTIFICATION OF MICHAEL A. GRIM

I, Michael A. Grim, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Bar of Kentucky and Indiana.

_/s/ Michael A. Grim_
Michael A. Grim

# 5608876 v1                               3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:11-61663-CIV MORENO

CONTINENT AIRCRAFT TRUST 1087

        Plaintiff,

vs.

DIAMOND AIRCRAFT INDUSTRIES, INC.

        Defendant.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served via U.S. Mail and E-Mail Service on this 15th day of January, 2013, on all counsel or parties of record on the following service list.

_____
Juan Martinez

## SERVICE LIST

Carl R. Nelson
cnelson@fowlerwhite.com
Ashley Bruce Trehan
ashley.trehan@fowlerwhite.com
FOWLER WHITE BOGGS P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, FL 33602
Phone: 813-228-7411
Fax:    813-229-8313
Attorneys for Defendant Diamond Aircraft Industries, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:11-61663-CIV MORENO

**CONTINENT AIRCRAFT TRUST 1087**

**Plaintiff,**

vs.

**DIAMOND AIRCRAFT INDUSTRIES, INC.**

**Defendant.**
_____/

### ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE* CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Michael A. Grim, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

The Motion is GRANTED. Michael A. Grim, may appear and participate in this action on behalf of Plaintiff. The Clerk shall provide electronic notification of all electronic filings to Michael A. Grim at mgrim@bgdlegal.com.

DONE AND ORDERED in Chambers at _____, Florida this ____ day of _____, 2013.

_____
United States District Court Judge

Copies furnished to:
All Counsel of Record

# 5608876 v1

5