UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 11-61663-CIV-MORENO

CONTINENT AIRCRAFT TRUST, 1087,

    Plaintiff,

vs.

DIAMOND AIRCRAFT INDUS., INC.,

    Defendant.
_____/

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

THIS CAUSE came before the Court upon the Motion for to Appear Pro Hac Vice **(D.E. No. 33)**, filed on **January 16, 2013**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED. Attorney Michael A. Grim, Esq. of the law firm Bingham Greenebaum Doll, LLP is admitted *pro hac vice* to practice before this Court on the above styled case. The Clerk of the Court shall provide electronic notice of all filings on this docket to Michael Grim, Esq. at the following email address:mgrim@bgdlegal.com.

DONE AND ORDERED in Chambers at Miami, Florida, this 17 day of January, 2013.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record