UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 11-61663-CIV-MORENO

CONTINENT AIRCRAFT TRUST 1087,

        Plaintiff,

vs.

DIAMOND AIRCRAFT INDUSTRIES, INC.

        Defendant.
_____/

**PLAINTIFF CONTINENT AIRCRAFT TRUST 1087'S
MOTION TO COMPEL COMPLIANCE WITH LOCAL RULE 16.1**

    Plaintiff, CONTINENT AIRCRAFT TRUST 1087, hereby moves the Court for an order compelling Defendant to comply with Local Rule 16.1 of the Southern District of Florida, and states as follows:

    1. This case commenced on July 27, 2011, after the Court in the initial related case, *Mascaro Aviation, L.L.C., et al. vs. Diamond Aircraft Industries, Inc.*, Case No. 10-60556-CIV-Moreno, entered an order denying the Defendant's Motion to Dismiss and dropping Plaintiff and 17 other parties from that action.

    2. Although the case was thereafter stayed for a period of time, the Court reopened the matter on November 5, 2012. (D.E. 29).

    3. On November 15, 2012, Defendant, Diamond Aircraft Industries, Inc. ("Diamond"), filed a motion to dismiss the complaint (D.E. 30), which motion has since been fully briefed by the parties. (D.E. 31 and 32).

    4. Plaintiff's counsel has made several attempts to arrange for a scheduling conference with Diamond's counsel pursuant to Local Rule 16.1(b). The last attempt was by

virtue of a February 11, 2013 e-mail requesting dates to discuss a proposed joint scheduling order and conference report, a copy of which is attached hereto as Exhibit A.

5. On February 12, 2013, Diamond's counsel wrote back indicating that he would not agree to participate in a scheduling conference until the Court rules on the pending motion to dismiss. A copy of that e-mail is attached hereto as Exhibit B.

6. Local Rule 16.1(b) requires counsel to meet as soon as practicable. The pendency of a motion to dismiss does not alter that obligation and does not provide a basis for a stay of the action. In <u>Ray v. Spirit Airlines, Inc.</u>, 2012 WL 5471793, *2 (S.D. Fla. Nov. 9, 2012), this Court noted the following in denying a motion to stay discovery and the scheduling conference due to a pending motion to dismiss:

> First of all, there is no basis to stall the meet-and-confer requirement. In order to obtain a stay, "[t]he moving party must show a particular and specific need for [it], as opposed to making stereotyped or conclusory statements. . . ."
>
> The Court's initial order does not impose burdens upon the parties that are particularly onerous or time consuming; it merely requires them to get together and discuss discovery and other case issues and to file a Rule 26(f) report. The joint report is not meant to be a lengthy exposition, hyper-focused on every detail. Rather, it is merely designed to provide a general roadmap for the litigation and to identify potential problem areas of which the parties and the Court should be mindful as the case progresses. It also enables the Court to enter an appropriate scheduling order, which is integral to the Court's duty as coxswain of the litigation. The Court is not at liberty to abdicate its case management responsibilities just because the defendant files a motion to dismiss that may have merit. Thus, the Court will not excuse the parties from their obligation to meet-and-confer and file a joint report.

7. Because the pendency of the motion to dismiss does not stay the action, Diamond should be compelled to meet-and-confer as required by Local Rule 16.1(b).

WHEREFORE, Plaintiff, Continent Aircraft Trust 1087, respectfully requests the entry of an order compelling Diamond to comply with the meet-and-confer requirements of Local Rule 16.1(b) and for such other relief as the Court deems proper.

Respectfully submitted,

/s/ Juan Martinez
Juan Martinez (FBN 9024)
GRAYROBINSON P.A.
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131-0014
Telephone: 305-416-6880
Facsimile: 305-416-6887
E-mail: juan.martinez@gray-robinson.com
COUNSEL FOR PLAINTIFF
-and-
V. Brandon McGrath
Michael A. Grim
BINGHAM GREENBAUM DOLL LLP
2350 First Financial Center
255 East Fifth Street
Cincinnati, Ohio 45202
Telephone: 513-455-7643
Facsimile: 513-455-8500
E-mail: Bmcgrath@bgdlegal.com
E-mail: mgrim@bgdlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of February, 2013, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

s/Juan Martinez
Counsel for Plaintiff

14406086_1.doc