# Juan Martinez

| | |
|---|---|
| **From:** | Grim, Michael A. <MGrim@bgdlegal.com> |
| **Sent:** | Monday, February 11, 2013 3:28 PM |
| **To:** | Nelson, Carl (cnelson@fowlerwhite.com) |
| **Cc:** | ashley.trehan@fowlerwhite.com; McGrath, V. Brandon; Juan Martinez |
| **Subject:** | Twinstar Partners, LLC, et al v. Diamond Aircraft Industries |

Carl,

Now that the various Motions to Dismiss in the above-referenced matters have been under submission with the Court for some time, I wanted to touch base with you regarding dates to discuss a Proposed Joint Scheduling Order and Conference Report.

Please let me know your availability to discuss at your convenience.

Best regards,
Mike


Michael A. Grim
*Partner*
*Tax & Finance Practice Group*
*Aviation Services Team Chair*
**Bingham Greenebaum Doll LLP**
101 South Fifth Street | 3500 National City Tower | Louisville, KY 40202
Direct: 502-587-3696 | Fax: 502-540-2235 | Cell: 502-554-7159
Email: mgrim@bgdlegal.com
www.bgdlegal.com



CONFIDENTIALITY NOTICE:
This e-mail contains information that is privileged, confidential and subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. You are prohibited from copying, distributing or otherwise using this information if you are not the intended recipient. If you have received this e-mail in error, please notify us immediately by return e-mail and delete this email and all attachments from your system. Thank you.

DISCLOSURE REQUIRED BY CIRCULAR 230.
This Disclosure may be required by Circular 230 issued by the Department of Treasury and the Internal Revenue Service. If this e-mail, including any attachments, contains any federal tax advice, such advice is not intended or written by the practitioner to be used, and it may not be used by any taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer. Furthermore, any federal tax advice herein (including any attachment hereto) may not be used or referred to in promoting, marketing or recommending a transaction or arrangement to another party. Further information concerning this disclosure, and the reasons for such disclosure, may be obtained upon request from the author of this e-mail. Thank you.

