# Juan Martinez

| | |
|---|---|
| **From:** | Nelson, Carl <cnelson@fowlerwhite.com> |
| **Sent:** | Tuesday, February 12, 2013 1:31 PM |
| **To:** | 'Grim, Michael A.' |
| **Cc:** | Trehan, Ashley; McGrath, V. Brandon; Juan Martinez |
| **Subject:** | RE: Twinstar Partners, LLC, et al v. Diamond Aircraft Industries |

Mike:

This judge is very proactive in the management of his cases, and he will tell us when he wants a case management report. As a practical matter, neither of us would want to commit to any schedule until we know what we will be dealing with, and it will take the rulings on the motions to dismiss to tell us that.

Best,

Carl



Carl R. Nelson
Fowler White Boggs P.A.
501 E. Kennedy Blvd, Suite 1700
Tampa, Florida 33602
Direct: 813 222 1108
Fax: 813 229 8313
www.fowlerwhite.com

---

**From:** Grim, Michael A. [mailto:MGrim@bgdlegal.com]
**Sent:** Monday, February 11, 2013 3:28 PM
**To:** Nelson, Carl
**Cc:** Trehan, Ashley; McGrath, V. Brandon; Juan.Martinez@gray-robinson.com
**Subject:** Twinstar Partners, LLC, et al v. Diamond Aircraft Industries

Carl,

Now that the various Motions to Dismiss in the above-referenced matters have been under submission with the Court for some time, I wanted to touch base with you regarding dates to discuss a Proposed Joint Scheduling Order and Conference Report.

Please let me know your availability to discuss at your convenience.

Best regards,
Mike



1

Michael A. Grim
*Partner*
*Tax & Finance Practice Group*
*Aviation Services Team Chair*
**Bingham Greenebaum Doll LLP**
101 South Fifth Street | 3500 National City Tower | Louisville, KY 40202
Direct: 502-587-3696 | Fax: 502-540-2235 | Cell: 502-554-7159
Email: mgrim@bgdlegal.com
www.bgdlegal.com



CONFIDENTIALITY NOTICE:
This e-mail contains information that is privileged, confidential and subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. You are prohibited from copying, distributing or otherwise using this information if you are not the intended recipient. If you have received this e-mail in error, please notify us immediately by return e-mail and delete this email and all attachments from your system. Thank you.

DISCLOSURE REQUIRED BY CIRCULAR 230.
This Disclosure may be required by Circular 230 issued by the Department of Treasury and the Internal Revenue Service. If this e-mail, including any attachments, contains any federal tax advice, such advice is not intended or written by the practitioner to be used, and it may not be used by any taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer. Furthermore, any federal tax advice herein (including any attachment hereto) may not be used or referred to in promoting, marketing or recommending a transaction or arrangement to another party. Further information concerning this disclosure, and the reasons for such disclosure, may be obtained upon request from the author of this e-mail. Thank you.
-----------------------------------------------------------------------------------------------
Disclaimer under IRS Circular 230: Unless expressly stated otherwise in this transmission, nothing contained in this message is intended or written to be used, nor may it be relied upon or used, (1) by any taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer under the Internal Revenue Code of 1986, as amended and/or (2) by any person to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed in this message.
If you desire a formal opinion on a particular tax matter for the purpose of avoiding the imposition of any penalties, we will discuss the additional Treasury requirements that must be met and whether it is possible to meet those requirements under the circumstances, as well as the anticipated time and additional fees involved.
-----------------------------------------------------------------------------------------------
Confidentiality Disclaimer: This e-mail message and any attachments are private communication sent by a law firm, Fowler White Boggs P.A., and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.