UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 11-61663-CIV-MORENO

CONTINENT AIRCRAFT TRUST 1087,

    Plaintiff,

vs.

DIAMOND AIRCRAFT INDUSTRIES, INC.

    Defendant.
_____/

**ORDER GRANTING PLAINTIFF CONTINENT AIRCRAFT TRUST 1087'S
MOTION TO COMPEL COMPLIANCE WITH LOCAL RULE 16.1**

This Cause came before the Court on Plaintiff, Continent Aircraft Trust 1087's Motion to Compel Compliance with Local Rule 16.1 (D.E. 35), and the Court, being advised in the premises, does hereby ORDER and ADJUDGE as follows:

1.    The Motion is granted.

2.    Counsel for the parties shall meet-and-confer consistent with Local Rule 16.1(b) for the Southern District of Florida within __ days of the date of this order and shall otherwise comply with Local Rule 16.1.

DONE AND ORDERED this __ day of _____, 2013, in the Southern District of Florida.

                                                _____
                                                CHIEF JUDGE FEDERICO A. MORENO

Copies to:    All counsel of record.