**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

**CASE NO. 0:11-CV-61663-MORENO**

CONTINENT AIRCRAFT TRUST 1087,

      Plaintiff,

v.

DIAMOND AIRCRAFT INDUSTRIES, INC.,

      Defendant.

_____/

**DEFENDANT'S MEMORANDUM IN RESPONSE
TO PLAINTIFF CONTINENT AIRCRAFT TRUST 1087'S
<u>MOTION TO COMPEL COMPLIANCE WITH LOCAL RULE 16.1</u>**

      Defendant Diamond Aircraft Industries, Inc. ("Diamond") hereby responds to Plaintiff's Motion to Compel Compliance with Local Rule 16.1 and states that Diamond believes the Court is aware of the atypical and convoluted history of the instant case[1] and will enter a case management order when the Court deems it appropriate to do so.

      WHEREFORE, Diamond respectfully requests the Court deny Plaintiff's Motion to Compel Compliance with Local Rule 16.1 (Doc. 35).

---

[1] The instant case is related to *Twinstar Partners, LLC v. Diamond*, Case No. 11-cv-61684-Moreno (S.D. Fla.), and *World Traveling Fools, LLC v. Diamond*, Case No. 11-cv-61670-Moreno (S.D. Fla.), in which nearly identical motions were filed, as well as 14 other cases also assigned to Chief Judge Moreno that are currently closed or have been dismissed.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this document was served by CM/ECF on March 1, 2013, on all counsel of record on the Service List below:

s/ Carl R. Nelson
Carl R. Nelson, FBN 280186
cnelson@fowlerwhite.com
Ashley Bruce Trehan, FBN 0043411
ashley.trehan@fowlerwhite.com
Scott A. Richards, FBN 0072657
scott.richards@fowlerwhite.com
FOWLER WHITE BOGGS P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: (813) 228-7411
Fax: (813) 229-8313
Attorneys for Defendant

## SERVICE LIST

Juan Martinez
juan.martinez@gray-robinson.com
Gray Robinson P.A.
1221 Brickell Avenue, Suite 1600
Miami, Florida   33131-0014
Attorney for Plaintiff

V. Brandon McGrath
bmcgrath@bgdlegal.com
Bingham Greenebaum Doll LLP
2350 First Financial Center
255 E. Fifth Street
Cincinnati, Ohio 45202-4728
Attorney for Plaintiff