UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 11-61663-CIV-MORENO

CONTINENT AIRCRAFT TRUST, 1087,

        Plaintiff,

vs.

DIAMOND AIRCRAFT INDUSTRIES, INC.,

        Defendant.

_____/

## ORDER GRANTING MOTION TO COMPEL COMPLIANCE WITH LOCAL RULE 16.1

      THIS CAUSE came before the Court upon Plaintiff's Motion to Compel Compliance with Local Rule 16.1 (**D.E. No. 35**), filed on **February 20, 2013**.

      THE COURT has considered the motion, the response, and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

      **ADJUDGED** that the motion is GRANTED. The pendency of a motion to dismiss does not stay the action. Accordingly, the parties shall meet and confer as set forth in Local Rule 16.1.

      DONE AND ORDERED in Chambers at Miami, Florida, this 14 day of March, 2013.

                            _____
                            FEDERICO A. MORENO
                            UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record