UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-CV-61663

CONTINENT AIRCRAFT TRUST 1087

    Plaintiff,

v.

DIAMOND AIRCRAFT INDUSTRIES, INC.

    Defendant.
_____/

## JOINT CONFERENCE REPORT

Pursuant to Rule 16.1(b) of the Local Rules of the United States District Court for the Southern District of Florida, Plaintiff Continent Aircraft Trust 1087 ("Continent) and Defendant Diamond Aircraft Industries, Inc. ("Diamond") file this Joint Conference Report and the attached Joint Proposed Scheduling Order (*see* **Exhibit A**).

Pursuant to Local Rule 16.1(b)(1), counsel for Plaintiff and Diamond conferred by telephone on April 4, 2013. The parties agree that this case should be on a standard case management track. *See* S.D. Fla. Local Rule 16.1(a)(2)(B). Pursuant to Local Rule 16.1(b)(2), the parties have developed the discovery plan set forth in Section B of the attached Joint Proposed Scheduling Order. The parties further state as follows:[1]

---

[1] Due to the pendency of Diamond's motion to dismiss, the claims at issue have not been set. Further, for this same reason, Diamond has not yet filed its answer, and thus Diamond's defenses have not been set. Thus, the parties believe that any dates prescribed herein could be subject to change depending on the outcome of Diamond's motion (e.g., one or even all claims could be dismissed, either with or without leave to amend). For these reasons, the parties have calculated case management dates based on the Court's entry of an order on Diamond's motion to dismiss.

A. **Settlement**: At this time, the parties are unsure whether settlement is a possibility.

B. **Additional Parties**: At this point, the parties unsure whether additional parties will appear in this case.

C. **Proposed limits on time:**

   1. Deadline to join additional parties: **90 days after disposition of Diamond's motion to dismiss without leave of Court.**

   2. Deadline to file dispositive motions: **60 days after close of discovery**

   3. Deadline to Complete Discovery: **9 months following entry of an order on Diamond's motion to dismiss**

D. Simplification of issues:

   1. This case is related to two other cases pending before this Court: *World Traveling Fools, LLC v. Diamond*, Case No. 11-cv-61670, and *Twinstar Partners, LLC v. Diamond*, Case No. 11-cv-61684. The parties foresee that certain, discrete issues of proof may overlap among these three cases. Thus, the parties believe consolidation for limited discovery purposes would be appropriate, and the parties will endeavor to minimize duplication of discovery to the extent practicable.

   2. Plaintiff intends to depose a person or persons most knowledgeable regarding the Defendant's ESI and document retention policies to aid in simplification of discovery related to ESI.

   3. Defendant will likely file a summary judgment motion. *See also* Section C.2, above, regarding the timing of filing dispositive motions.

E. **Amendments to Pleadings**: **90 days after disposition of Diamond's motion to dismiss.**

F. **Admissions and Stipulations**: The parties will identify documents and ESI they intend to rely on and then confer to determine whether agreement can be reached regarding authenticity. Any disagreement will be presented jointly to the Court.

G. **Avoidance of Unnecessary Proof**: *See* Section D.1., above.

H.  **Reference to Magistrate**: Discovery issues should be referred to the Magistrate Judge.

I.  **Trial Time**: This case will likely take 3 to 5 days trial time.

J.  **Requested Dates**:

   1.  Pre-trial Conference: **60 days after disposition of dispositive motions**

   2.  Trial: **30 days after pre-trial conference**

K.  **Additional Information**: There is no additional information at this time.

*   *   *

Counsel for Diamond consent to the filing of this document by counsel for Plaintiff.

        Respectfully submitted,

        /s/Juan Martinez
        Juan Martinez (FBN 9024)
        GRAYROBINSON P.A.
        1221 Brickell Avenue, Suite 1600
        Miami, Florida 33131-0014
        Telephone:  305-416-6880
        Facsimile:  305-416-6887
        E-mail:  juan.martinez@gray-robinson.com

        -and-

        V. Brandon McGrath
        Michael A. Grim
        BINGHAM GREENBAUM DOLL LLP
        2350 First Financial Center
        255 East Fifth Street
        Cincinnati, Ohio 45202
        Telephone: 513-455-7643
        Facsimile: 513-455-8500
        E-mail: Bmcgrath@bgdlegal.com
        E-mail: mgrim@bgdlegal.com
        Counsel for Plaintiff

Counsel for Defendant:

Carl R. Nelson, FBN 280186
cnelson@fowlerwhite.com
Ashley Bruce Trehan, FBN 0043411
ashley.trehan@fowlerwhite.com
Scott A. Richards, FBN 0072657
scott.richards@fowlerwhite.com
FOWLER WHITE BOGGS P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, FL 33602
Tel:  (813) 228-7411
Fax: (813) 229-8313

## CERTIFICATE OF SERVICE

      I hereby certify that on this 9th day of April, 2013, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                                                      s/Juan Martinez
                                                      Counsel for Plaintiff