UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-CV-61663

**CONTINENT AIRCRAFT TRUST 1087**

    **Plaintiff,**

v.

**DIAMOND AIRCRAFT INDUSTRIES, INC.**

    **Defendant.**
_____/

## JOINT PROPOSED SCHEDULING ORDER

THIS CAUSE having come before the Court on the Parties' Joint Conference Report (Doc. ___) and the Court having considered the Joint Conference Report and Joint Proposed Scheduling Order, and otherwise being fully apprised in the premises, it is, ORDERED AND ADJUDGED as follows:

    A.    The parties have elected a **Standard** Case Management Track and expect that **three (3) to five (5) days** will be required for trial.

    B.    The detailed discovery plan agreed to by the parties is as follows:

| Description of Deadline or Event | Time |
| --- | --- |
| Exchange Rule 26 initial disclosures | 30 days following entry of this Joint Proposed Scheduling Order |
| Amend pleadings | 90 days following entry of an order on Diamond's motion to dismiss |
| Join additional parties | 90 days following entry of an order on Diamond's motion to dismiss |

| Description of Deadline or Event | Time |
|---|---|
| Serve expert witness summaries and reports pursuant to Fed. R. Civ. P. 26(a)(2) | **Plaintiff:** 3 months[1] following entry of an order on Diamond's motion to dismiss<br>**Defendant:** 4 months following entry of an order on Diamond's motion to dismiss. |
| Parties exchange rebuttal expert witness summaries and reports with the information required by Fed. R. Civ. P. 26(a)(2) | **Both parties:** 30 days following service of the summaries and/or reports to be rebutted |
| **All discovery, including expert discovery, shall be completed.** | **9 months following entry of an order on Diamond's motion to dismiss** |
| Serve and file, pursuant to Fed. R. Civ. P. 26(a)(3), written deposition designations, and witness lists and exhibit lists containing the names and addresses of all witnesses and exhibits intended to be called or used at trial. (Only those witnesses and exhibits listed shall be permitted to testify, except for rebuttal experts and exhibits.) | 45 days following the deadline to complete all discovery |
| Parties shall exchange and file written objections to deposition designations, witness lists and exhibits lists, supported by relevant authority. Any objections not specified shall be waived. | 30 days following service and filing of the parties' respective Rule 26(a)(3) designations, witness lists, and exhibit lists |
| Deadline for filing all dispositive motions | 60 days following the deadline to complete all discovery |

C. Electronically stored information ("ESI") will be produced in formats to be agreed upon by the parties as discovery progresses.

D. The parties will submit an Agreed Protective Order to the Court for the protection of confidential information, for filing confidential information under seal, and to account for the inadvertent production of privileged information.

---

[1] For purposes of calculating the deadline, a "month" refers to the numeric date of any given month (i.e., three months after February 1 would be May 1).

  E.  The deadline for filing all pre-trial motions: _____

  F.  The deadline for resolution of all pre-trial motions: _____

  G.  Pre-trial conference: _____

  H.  Trial date: _____

DONE AND ORDERED in Chambers in Miami, Florida on this ___ day of April, 2013.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provide to:

Counsel of record