UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 11-61663-CIV-MORENO

AIRCRAFT GUARANTY CORPORATION, TRUSTEE OF
CONTINENT AIRCRAFT TRUST 1087,

       Plaintiff.

v.

DIAMOND AIRCRAFT INDUSTRIES, INC.

       Defendant.

\* \* \* \* \* \* \*

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to FED. R. CIV. P. 7.1, Plaintiff Aircraft Guaranty Corporation, Trustee of Continent Aircraft Trust 1087, by counsel, states that it does not have a parent corporation and no publically held corporation owns any interest in it.

Dated: June 7, 2013

       Respectfully submitted,

       /s/Juan Martinez_____
       Juan Martinez (FBN 9024)
       GRAYROBINSON P.A.
       1221 Brickell Avenue, Suite 1600
       Miami, Florida 33131-0014
       Telephone: 305-416-6880
       Facsimile: 305-416-6887
       E-mail: juan.martinez@gray-robinson.com
       COUNSEL FOR PLAINTIFF
           -and-
       V. Brandon McGrath
       Michael A. Grim
       BINGHAM GREENBAUM DOLL LLP
       2350 First Financial Center
       255 East Fifth Street
       Cincinnati, Ohio 45202
       Telephone: 513-455-7643
       Facsimile: 513-455-8500
       E-mail: bmcgrath@bgdlegal.com
       E-mail: mgrim@bgdlegal.com
       COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this the 7th day of June, 2013, a copy of the foregoing was filed electronically. Notice of this filing was sent to all counsel of record through the Court's Electronic Case Filing System:

Carl R. Nelson
Ashley Bruce Trehan
Fowler White Boggs P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, Florida  33602

COUNSEL FOR DEFENDANT
DIAMOND AIRCRAFT INDUSTRIES, INC.

/s/Juan Martinez_____
Counsel for Plaintiff

14619280_1.doc