UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 11-61663-CIV-MORENO**

AIRCRAFT GUARANTY CORPORATION,
TRUSTEE OF CONTINENT AIRCRAFT
TRUST 1087,

    Plaintiff,

vs.

DIAMOND AIRCRAFT INDUSTRIES, INC.,

    Defendant,

_____/

**NOTICE OF FILING
PROPOSED ORDER SCHEDULING MEDIATION**

    PLEASE TAKE NOTICE that the Proposed Order Scheduling Mediation, required as per the Order of Referral to Mediation entered on July 30th, 2013, has been filed of record with the Clerk of this Court.

Dated: this 9th day of August, 2013.

    Respectfully submitted,

    /s/Juan Martinez
    Juan Martinez (FBN 9024)
    GRAYROBINSON P.A.
    1221 Brickell Avenue, Suite 1600
    Miami, Florida 33131-0014
    Telephone: 305-416-6880
    Facsimile: 305-416-6887
    E-mail: juan.martinez@gray-robinson.com
    COUNSEL FOR PLAINTIFF
    -and-
    V. Brandon McGrath
    Mark T. Hayden
    BINGHAM GREENBAUM DOLL LLP
    2350 First Financial Center

255 East Fifth Street  
Cincinnati, Ohio 45202  
Telephone: 513-455-7643  
Facsimile: 513-455-8500  
E-mail:Bmcgrath@bgdlegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of August, 2013, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsels of record.

/s/Juan Martinez