UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 11-61663-CIV-MORENO**

AIRCRAFT GUARANTY CORPORATION,
TRUSTEE OF CONTINENT AIRCRAFT
TRUST 1087,

    Plaintiff,

vs.

DIAMOND AIRCRAFT INDUSTRIES, INC.,

    Defendant,

_____/

**ORDER SCHEDULING MEDIATION**

    The mediation conference in this matter shall be held with J. Joaquin (Jay) Fraxedas on September 19, 2013, at 9:00 AM at Fowler White Boggs, 501 E. Kennedy Boulevard, Suite 1700, Tampa, Florida 33602.

    DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of August, 2013.

                                                                     _____
                                                                      FEDERICO A. MORENO
                                                                      UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record

14796730_1.docx