UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 11-61663-CIV-MORENO

AIRCRAFT GUARANTY CORPORATION,
TRUSTEE OF CONTINENT AIRCRAFT
TRUST 1087,

    Plaintiff,

vs.

DIAMOND AIRCRAFT INDUSTRIES, INC.,

    Defendant,

_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with J. Joaquin (Jay) Fraxedas on September 19, 2013, at 9:00 AM at Fowler White Boggs, 501 E. Kennedy Boulevard, Suite 1700, Tampa, Florida 33602.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of August, 2013.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record

14796730_1.docx