UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  11-61663-CIV-MORENO
ELECTRONICALLY FILED

AIRCRAFT GUARANTY CORPORATION, TRUSTEE OF
CONTINENT AIRCRAFT TRUST 1087
270 W. Pearl, STE 103-B
Jackson, Wyoming 83001

    Plaintiff,

v.

DIAMOND AIRCRAFT INDUSTRIES, INC.
1560 Crumlin Sideroad
London, Ontario
Canada  N5V 1S2;

DIAMOND AIRCRAFT INDUSTRIES, GMBH
N.A. Ottostrasse 5
A-2700 Wiener Neustadt, Austria;

and

DIAMOND AIRCRAFT SALES U.S.A., INC.
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

    Defendants.
_____/

## MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

Plaintiff Aircraft Guaranty Corporation, Trustee of Continent Aircraft Trust 1087 ("Plaintiff"), by counsel and pursuant to Federal Rule of Civil Procedure 15(a), hereby moves this Court for leave to file a Third Amended Complaint primarily to add new Defendants Diamond Aircraft Industries GmbH ("Diamond Austria") and Diamond Aircraft Sales U.S.A.,

Inc. ("Diamond USA").  In support of its Motion, Plaintiff states that leave to amend its Second Amended Complaint is proper in this case because the Third Amended Complaint does not prejudice any parties and the proposed amendment is not futile.

The grounds in support of this motion are fully set forth in Plaintiff's Memorandum in Support of its Motion for Leave to File Third Amended Complaint filed simultaneously herewith.  A proposed Order and the proposed Third Amended Complaint are also tendered herewith.

Respectfully submitted,

/s/ Juan Martinez_____
Juan Martinez
Florida Bar No. 9024
GRAYROBINSON P.A.
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131-0014
Telephone: 305-416-6880
Facsimile: 305-416-6887
E-mail: juan.martinez@gray-robinson.com
COUNSEL FOR PLAINTIFFS
-and-
V. Brandon McGrath
Michael A. Grim
BINGHAM GREENEBAUM DOLL LLP
2350 First Financial Center
255 East Fifth Street
Cincinnati, Ohio 45202
Telephone: 513-455-7643
Facsimile: 513-455-8500
E-mail:Bmcgrath@bgdlegal.com
E-mail: mgrim@bgdlegal.com

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing was served in compliance with the Court's ECF Guidelines on August 26, 2013 upon:

Carl R. Nelson
Ashley Bruce Trehan
Fowler White Boggs P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, Florida  33602

COUNSEL FOR DEFENDANT
DIAMOND AIRCRAFT INDUSTRIES, INC.

                              */s/ Juan Martinez*
                              COUNSEL FOR PLAINTIFF

14784251_1.doc