UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  11-61663-CIV-MORENO
ELECTRONICALLY FILED


AIRCRAFT GUARANTY CORPORATION, TRUSTEE OF
CONTINENT AIRCRAFT TRUST 1087
270 W. Pearl, STE 103-B
Jackson, WY 83001

    Plaintiff,

v.

DIAMOND AIRCRAFT INDUSTRIES, INC.
1560 Crumlin Sideroad
London, Ontario
Canada  N5V 1S2;

DIAMOND AIRCRAFT INDUSTRIES, GMBH
N.A. Ottostrasse 5
A-2700 Wiener Neustadt, Austria;

and

DIAMOND AIRCRAFT SALES U.S.A., INC.
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

    Defendants.
_____/

## ORDER GRANTING LEAVE TO FILE THIRD AMENDED COMPLAINT

Upon motion of Plaintiff, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure,

for leave to file its Third Amended Complaint; the Court having considered the arguments of the

parties; and the Court being otherwise sufficiently advised:

IT IS ORDERED AND ADJUDGED that Plaintiff's Motion for Leave to File Third

Amended Complaint is GRANTED.

IT IS HEREBY FURTHERORDERED that the Third Amended Complaint of Plaintiff

tendered with its Motion for Leave to File Third Amended Complaint is deemed filed as of the

date of entry of this Order.

Signed on this _____ day of _____, 2013.

_____
FREDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

2

Tendered by:

/s/ Juan Martinez_____
Juan Martinez
Florida Bar No. 9024
GRAYROBINSON P.A.
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131-0014
Telephone: 305-416-6880
Facsimile: 305-416-6887
E-mail: juan.martinez@gray-robinson.com

COUNSEL FOR PLAINTIFF

14812653_1.doc