UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  11-61663-CIV-MORENO
ELECTRONICALLY FILED

AIRCRAFT GUARANTY CORPORATION, TRUSTEE OF
CONTINENT AIRCRAFT TRUST 1087
270 W. Pearl, STE 103-B
Jackson, Wyoming 83001

    Plaintiff,

v.

DIAMOND AIRCRAFT INDUSTRIES, INC.
1560 Crumlin Sideroad
London, Ontario
Canada  N5V 1S2;

DIAMOND AIRCRAFT INDUSTRIES, GMBH
N.A. Ottostrasse 5
A-2700 Wiener Neustadt, Austria;

and

DIAMOND AIRCRAFT SALES U.S.A., INC.
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

    Defendants.
_____/

## NOTICE OF FILING EXHIBITS TO MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

PLEASE TAKE NOTICE that the Exhibits to the Memorandum in Support of Motion for Leave to File Third Amended Complaint, which was filed on August 26th, 2013, have been filed of record with the Clerk of this Court.

Dated: this 26th day of August, 2013.

        Respectfully submitted,

        */s/ Juan Martinez*_____
        Juan Martinez
        Florida Bar No. 9024
        GRAYROBINSON P.A.
        1221 Brickell Avenue, Suite 1600
        Miami, Florida 33131-0014
        Telephone: 305-416-6880
        Facsimile: 305-416-6887
        E-mail: juan.martinez@gray-robinson.com
        COUNSEL FOR PLAINTIFFS
        -and-
        V. Brandon McGrath
        Michael A. Grim
        BINGHAM GREENEBAUM DOLL LLP
        2350 First Financial Center
        255 East Fifth Street
        Cincinnati, Ohio 45202
        Telephone: 513-455-7643
        Facsimile: 513-455-8500
        E-mail:Bmcgrath@bgdlegal.com
        E-mail: mgrim@bgdlegal.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served in compliance with the Court's ECF Guidelines on August 26th, 2013 upon:

Carl R. Nelson
Ashley Bruce Trehan
Fowler White Boggs P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, Florida  33602

COUNSEL FOR DEFENDANT
DIAMOND AIRCRAFT INDUSTRIES, INC.

        */s/ Juan Martinez*_____
        COUNSEL FOR PLAINTIFFS