UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 11-61663-CIV-MORENO

AIRCRAFT GUARANTY CORPORATION,
TRUSTEE OF CONTINENT AIRCRAFT
TRUST 1087,

    Plaintiff,

v.                                                              **UNOPPOSED MOTION**

DIAMOND AIRCRAFT INDUSTRIES, INC.,

    Defendant.
_____/

**UNOPPOSED MOTION FOR ENTRY OF PROTECTIVE ORDER GOVERNING
THE USE AND DISCLOSURE OF CONFIDENTIAL INFORMATION
AND INCORPORATED MEMORANDUM OF LAW**

    Defendant Diamond Aircraft Industries, Inc. ("Diamond"), with the agreement and consent of Plaintiff Aircraft Guaranty Corporation, Trustee of Continent Aircraft Trust 1087 ("Aircraft Guaranty"), respectfully moves the Court to enter the proposed Protective Order Governing the Use and Disclosure of Confidential Information (the "Proposed Confidentiality Order"), which is attached hereto as **Exhibit A**.

**Memorandum in Support**

    The parties are in the process of exchanging responses to written discovery requests and document productions related thereto. In light of trade secrets and other information the parties may desire to keep confidential, the parties have agreed to the entry of the attached Proposed Confidentiality Order.

    The Eleventh Circuit has held that the United States District Courts may issue protective orders to expedite the flow of discovery material and to protect the confidentiality of documents.

*See McCarthy v. Barnett Bank of Polk County*, 876 F.2d 89, 91 (11th Cir. 1989); *In re Alexander Grant & Co. Litig.*, 820 F.2d 352, 356 (11th Cir. 1987).  The Comments to Local Rule 5.4 – which governs the filing and disposal of sealed documents – contemplate entry of protective orders governing the use and disclosure of confidential information.  (*See* S.D. Fla. L.R. 5.4, 2001 Comment; 2001 Comment.)

WHEREFORE, Defendant, with Plaintiff's agreement and consent, respectfully moves the Court to enter the proposed Protective Order Governing the Use and Disclosure of Confidential Information, attached hereto as **Exhibit A**.

Dated: August 28, 2013

> Respectfully submitted,
>
> s/ Carl R. Nelson
> Carl R. Nelson, FBN 280186
> cnelson@fowlerwhite.com
> Ashley Bruce Trehan, FBN 0043411
> ashley.trehan@fowlerwhite.com
> Scott A. Richards, FBN 0072657
> scott.richards@fowlerwhite.com
> FOWLER WHITE BOGGS P.A.
> 501 E. Kennedy Blvd., Suite 1700
> Tampa, FL 33602
> Telephone: (813) 228-7411  Fax: (813) 229-8313
> Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of this document was served by CM/ECF on August 28, 2013, on all counsel of record on the Service List below:

> s/ Carl R. Nelson
> Carl R. Nelson, FBN 280186
> cnelson@fowlerwhite.com
> Ashley Bruce Trehan, FBN 0043411
> ashley.trehan@fowlerwhite.com
> Scott A. Richards, FBN 0072657
> scott.richards@fowlerwhite.com

FOWLER WHITE BOGGS P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: (813) 228-7411  Fax: (813) 229-8313
Attorneys for Defendant

## SERVICE LIST

Juan Martinez (FBN 9024)
Email: juan.martinez@gray-robinson.com
GRAYROBINSON P.A.
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131-0014
Tel: 305-416-6880
Fax: 305-416-6887

V. Brandon McGrath
Email:bmcgrath@bgdlegal.com
Michael A. Grim
Email: mgrim@bgdlegal.com
BINGHAM GREENBAUM DOLL LLP
2350 First Financial Center
255 East Fifth Street
Cincinnati, Ohio 45202
Tel: 513-455-7643
Fax: 513-455-8500

Attorneys for Plaintiff, Aircraft Guaranty Corporation.

45879726v1