UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **11-61663-CIV-MORENO**

AIRCRAFT GUARANTY CORPORATION, TRUSTEE OF CONTINENT AIRCRAFT TRUST 1087,

    Plaintiff,

vs.

DIAMOND AIRCRAFT INDUSTRIES, INC.,

    Defendant.
_____/

## ORDER DENYING MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

THIS CAUSE came before the Court upon Plaintiff's Motion for Leave to File Third Amended Complaint **(D.E. No. 46)**, filed on **August 26, 2013**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED as Plaintiff failed to confer as required by Southern District of Florida Local Rule 7.1(a)(3).

DONE AND ORDERED in Chambers at Miami, Florida, this 4th day of September, 2013.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record