UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 11-61663-CIV-MORENO
ELECTRONICALLY FILED

AIRCRAFT GUARANTY CORPORATION, TRUSTEE OF
CONTINENT AIRCRAFT TRUST 1087
270 W. Pearl, STE 103-B
Jackson, Wyoming 83001

    Plaintiff,

v.

DIAMOND AIRCRAFT INDUSTRIES, INC.
1560 Crumlin Sideroad
London, Ontario
Canada N5V 1S2;

DIAMOND AIRCRAFT INDUSTRIES, GMBH
N.A. Ottostrasse 5
A-2700 Wiener Neustadt, Austria;

and

DIAMOND AIRCRAFT SALES U.S.A., INC.
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

    Defendants.
_____/

### RENEWED MOTION FOR LEAVE TO FILE SECOND[1] AMENDED COMPLAINT

Plaintiff Aircraft Guaranty Corporation, Trustee of Continent Aircraft Trust 1087 ("Plaintiff"), by counsel and pursuant to Federal Rule of Civil Procedure 15(a), hereby moves this Court for leave to file a Second Amended Complaint primarily to add new Defendants

---

[1] The initial motion incorrectly referred to the proposed amended pleading as a Third Amended Complaint. If allowed, the amended pleading would actually be a Second Amended Complaint.

Diamond Aircraft Industries GmbH ("Diamond Austria") and Diamond Aircraft Sales U.S.A., Inc. ("Diamond USA"). In support of its Motion, Plaintiff states that leave to amend its Amended Complaint is proper in this case because the Second Amended Complaint does not prejudice any party and the proposed amendment is not futile.

The initial motion to file the amended pleading was denied on September 4, 2013 for failure to meet and confer as required under Local Rule 7.1(a)(3). [D.E. No. 50] With apologies to the Court for having failed to comply with the rule initially, and as set forth in the certificate below, undersigned counsel has now conferred with Defendant's counsel, who expressed his objection to the motion.

The grounds in support of this motion are fully set forth in Plaintiff's Memorandum in Support of its Motion for Leave to File Second Amended Complaint filed simultaneously herewith. A proposed Order and the proposed Second Amended Complaint are tendered herewith.

Plaintiff recognizes that this renewed motion is being filed after the August 28, 2013 deadline to join additional parties or amend pleadings set forth in the Court's Scheduling Order. [D.E. No. 43]. Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, that deadline can be modified by the Court for good cause. Considering that Plaintiff filed its initial motion on August 26, 2013, and thus prior to the expiration of the deadline [D.E. No. 46], but failed to meet and confer thus resulting in the denial of the initial motion, and considering that Plaintiff is filing this motion only four business days after the deadline and on the same day it received the order denying the initial motion, Plaintiff submits that it has acted in good faith and that good cause exists to modify the deadline. Moreover, there is no prejudice to the Defendant.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I certify that, on September 4, 2013, I called Carl Nelson, counsel for Defendants, to discuss this motion. Mr. Nelson advised that he objects to the requested relief.

Respectfully submitted,

/s/ Juan Martinez
Juan Martinez
Florida Bar No. 9024
GRAYROBINSON P.A.
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131-0014
Telephone: 305-416-6880
Facsimile: 305-416-6887
E-mail: juan.martinez@gray-robinson.com
COUNSEL FOR PLAINTIFFS
-and-
V. Brandon McGrath
Michael A. Grim
BINGHAM GREENEBAUM DOLL LLP
2350 First Financial Center
255 East Fifth Street
Cincinnati, Ohio 45202
Telephone: 513-455-7643
Facsimile: 513-455-8500
E-mail: Bmcgrath@bgdlegal.com
E-mail: mgrim@bgdlegal.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served in compliance with the Court's ECF Guidelines on September 4, 2013 upon:

Carl R. Nelson
Ashley Bruce Trehan
Fowler White Boggs P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, Florida  33602

COUNSEL FOR DEFENDANT
DIAMOND AIRCRAFT INDUSTRIES, INC.

/s/ Juan Martinez
COUNSEL FOR PLAINTIFF