# Exhibit A

**FILE NOW: FILING FEE AFTER MAY 1ST IS $550.00**

**FILED**
**Mar 23 1998 8:00am**
**Secretary of State**

PROFIT
CORPORATION
ANNUAL REPORT
**1998**



FLORIDA DEPARTMENT OF STATE
**Sandra B. Mortham**
Secretary of State
DIVISION OF CORPORATIONS

DOCUMENT # **F97000002712 (4)**
1. Corporation Name

**DIAMOND AIRCRAFT SALES U.S.A. INC.**

| Principal Place of Business | Mailing Address |
|---|---|
| 3100 AIRMAN'S DRIVE<br>FORT PIERCE FL 34946 | 3100 AIRMAN'S DRIVE<br>FORT PIERCE FL 34946 |

DO NOT WRITE IN THIS SPACE

3. Date Incorporated or Qualified
**05/21/1997**

| 2. Principal Place of Business | 2a. Mailing Address |
|---|---|
| 21 **1459 Tallevast Road** | 26 **1459 Tallevast Road** |
| Suite, Apt. #, etc. | Suite, Apt. #, etc. |
| 22 | 27 |
| City & State | City & State |
| 23 **Sarasota, FL** | 28 **Sarasota, FL** |
| Zip  Country | Zip  Country |
| 24 **34243** 25 **U.S.A.** | 29 **34243** 30 **U.S.A.** |

4. FEI Number — X Applied For / Not Applicable

5. Certificate of Status Desired ☐ — **$8.75** Additional Fee Required

6. Election Campaign Financing Trust Fund Contribution ☐ — **$5.00** May Be Added to Fees

8. This corporation owes or has paid the current year intangible Personal Property Tax due June 30. ☐ Yes ☒ No

9. Name and Address of Current Registered Agent

PARR, E G ESQUIRE
895 ROYAL PALM PLACE
VERO BEACH FL 32960

10. Name and Address of New Registered Agent
81 Name **Betty J. Rector**
82 Street Address (P.O. Box Number is Not Acceptable) **461 East Airport Avenue, #107**
83
84 City **Venice** FL 85 Zip Code **34285**

11. Pursuant to the provisions of Sections 607.0502 and 607.1508, Florida Statutes, the above-named corporation submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. Such change was authorized by the corporation's board of directors. I hereby accept the appointment as registered agent. I am familiar with, and accept the obligations of, Section 607.0505, Florida Statutes.

SIGNATURE _Betty J. Rector_   **3/17/98**
Signature, typed or printed name of registered agent and title if applicable   (NOTE: Registered Agent signature required when reinstating)   DATE

| 12. OFFICERS AND DIRECTORS | | 13. ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 12 | |
|---|---|---|---|
| TITLE **PC** ☐ DELETE | | 1.1 TITLE **C** | ☒ Change ☐ Addition |
| NAME **DRIES, CHRISTIAN** | | 1.2 NAME | |
| STREET ADDRESS **1560 CRUMLIN SIDEROAD, LONDON, ONTARIO** | | 1.3 STREET ADDRESS | |
| CITY-ST-ZIP **N5V 1S2 CANADA** | | 1.4 CITY-ST-ZIP | |
| TITLE **S** ☒ DELETE | | 2.1 TITLE | ☐ Change ☐ Addition |
| NAME **VON TEICHMAN, WOLF** | | 2.2 NAME | |
| STREET ADDRESS **178 ST. GEORGE STREET, TORONTO, ONTARIO** | | 2.3 STREET ADDRESS | |
| CITY-ST-ZIP **M5R 2N2** | | 2.4 CITY-ST-ZIP | |
| TITLE **T** ☐ DELETE | | 3.1 TITLE | ☐ Change ☐ Addition |
| NAME **FOULDS, JASON** | | 3.2 NAME | |
| STREET ADDRESS **1560 CRUMLIN SIDEROAD, LONDON, ONTARIO** | | 3.3 STREET ADDRESS | |
| CITY-ST-ZIP **N5V 1S2 CANADA** | | 3.4 CITY-ST-ZIP | |
| TITLE ☐ DELETE | | 4.1 TITLE **P** | ☐ Change ☒ Addition |
| NAME | | 4.2 NAME **Michael Slingluff** | |
| STREET ADDRESS | | 4.3 STREET ADDRESS **1560 Crumlin Sideroad** | |
| CITY-ST-ZIP | | 4.4 CITY-ST-ZIP **London, Ontario, Canada   N5V 1S2** | |
| TITLE ☐ DELETE | | 5.1 TITLE | ☐ Change ☐ Addition |
| NAME | | 5.2 NAME | |
| STREET ADDRESS | | 5.3 STREET ADDRESS | |
| CITY-ST-ZIP | | 5.4 CITY-ST-ZIP | |
| TITLE ☐ DELETE | | 6.1 TITLE | ☐ Change ☐ Addition |
| NAME | | 6.2 NAME | |
| STREET ADDRESS | | 6.3 STREET ADDRESS | |
| CITY-ST-ZIP | | 6.4 CITY-ST-ZIP | |

14. I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this annual report or supplemental annual report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 12 or Block 13 if changed, or on an attachment with an address.

**SIGNATURE:** _____   **MAR 02 1998**   (519) 451-4000
SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR   Date   Daytime Phone #