# Exhibit D



- 
- 
- 
- 
- 
- 

News
June 23/06
First Diamond Brilliance Flight Center Opens

Diamond Aircraft is pleased to announce the world-wide debut and grand opening of the first Diamond Brilliance Flight CenterTM operated by Europe-American Aviation, located in Naples, Florida.

Diamond Brilliance Flight Center operators are hand-picked by Diamond Aircraft, to provide world-class flight training and aircraft rental services, using Diamond aircraft and flight training devices exclusively.

Diamond's CEO Christian Dries said, "Together with Europe-American, we are committed to providing our customers with the safest, best-equipped aircraft; superior training and unparalleled customer service, and are confident that Europe-American Aviation will present a standard of service that will set the Diamond Brilliance Flight Center apart from the competition".

Europe-American Aviation is an FAA-certified Part 141 school which has established itself as a flight training leader in south Florida with a large and growing local and international clientele. The Europe-American Diamond Brilliance Flight Center's fleet will consist of two DA20-C1 aircraft, seven Garmin G1000-equipped DA40 Diamond Stars, and one turbo-diesel powered DA4. Supplementing the new aircraft is a Diamond-manufactured DA42 specific Level 5 Flight Training Device that replicates the aircraft in every detail and incorporates a wrap-around visual system. This simulator is the first installation of its kind in the USA.

"No other manufacturer has a similar fleet line-up," comments Carsten Sturm, President and Owner of Europe-American Aviation. "The Diamond fleet offers a smooth transition from a two-seater with conventional avionics, to the G1000 glass cockpit equipped four-seaters, the Diamond Star and the DA42. Combined with the seamless integration of professional level simulation, we can offer students world class training experience and almost guaranteed success."

The Diamond Brilliance Flight Center will use training materials and aviation accessories supplied by

the world's number one provider, Jeppesen. "We are excited to offer state-of-the-art training from "zero" time to Commercial / Instrument rating, based on the highly regarded Jeppesen training materials," said Sturm and adds, "Safer equipment, faster training and better technology combines into a very clear advantage for our customers they receive more value for their money!"

Europe-American Aviation's affiliated company PrimePlanes Aircraft Services, as a Diamond Authorized Service Center, will maintain the fleet to the highest factory-mandated standards to ensure students and renter pilots enjoy the most reliable and safe operating experience.

In addition to aircraft training and rental, the Diamond Brilliance Flight Center also provides a showcase for all current Diamond products for those who are interested in purchasing a new aircraft. Premier Aircraft Sales Inc. will service new Diamond aircraft sales in the area from the Naples location. Premier's President, Fred Ahles, commented, "As Diamond's Regional Distribution Center for Florida, we are very excited to see this first class, all-Diamond facility in our territory and look forward to working together with Europe-American to service the new aircraft needs of our mutual customers."

Diamond invites potential students and flight schools who may be interested in the Diamond Flight Center system to visit www.diamondflightcenter.com

For more information on Europe-American Aviation, visit www.eaa-fly.com.




- Carsten Sturm, and the Europe-American lineup








- 
- DA42 for Europe-American

- design lab
  built with solar power
- Contact Us
- Careers
- Technical Publications
- Site Map