# Exhibit E

**Detail**



Home » Presse » Pressemitteilungen » **Detail**

### Diamond Aircraft expands international Research & Development program with Embry-Riddle

Partnership With Diamond Aircraft Industries Includes Coordination with Students, Faculty and Facility at University's Research and Technology Park

On the 18th of June 2013 at the 50th Annual International Paris Air Show, Embry-Riddle Aeronautical University president Dr. John P. Johnson and Diamond Aircraft Industries CEO and owner Christian Dries signed a partnership agreement to establish the global manufacturer's presence at the university's Daytona Beach Campus.



(f.l.t.r.) Christian Dries (CEO and owner Diamond Aircraft) and John Johnsons (Embry-Riddle president)

As part of the agreement, Diamond will expand its current international Research & Development program and other initiatives working with Embry-Riddle students, staff and faculty from the university's engineering and aviation colleges as well as its Eagle Flight Research Center.

Downloads

ERAU_DAI_Signing.jpg

Diamond is slated to start on-site operations by October 2013, with a later expansion into the 90-acre Embry-Riddle Research and Technology Park adjacent to the Daytona Beach Campus on Clyde Morris Boulevard.

"We are excited to grow our existing relationship with Diamond and to provide the opportunity for our students and faculty to get hands-on experience with such an innovative company," said Johnson. "Diamond shares our core commitment to not only being the best, but being the best when it comes to safety."

The partnership of the world's largest, fully accredited university specializing in aviation and aerospace with the world's third-largest general aviation aircraft manufacturer is expected to be an economic boost for Volusia County where the university is headquartered as well as the state of Florida.

"Florida is proud to have Embry-Riddle Aeronautical University helping our state lead the way in aerospace innovation, and I was honored to present Dr. John Johnson with a Governor's Business Ambassador Medal at the Florida Pavilion Grand Opening yesterday," Florida Governor Rick Scott said. "Private and public partnerships, such as Embry-Riddle and Diamond Aircraft, are critical to job creation, and this agreement demonstrates that our business development missions are working by providing job opportunities for Florida families."

Diamond, with operations across North America, Europe, Asia and Australia, has a long list of accomplishments that

Include synthetic vision technology, twin diesel power plants, serial hybrid electric aircraft and pure algae-based biofuel.

Embry-Riddle currently has the largest single fleet of Diamond's DA42 aircraft in the United States at its two residential campuses. The Daytona Beach Campus in Florida has 10 Diamond DA42L aircraft, and the Prescott, Ariz., Campus has four DA42NG.

"We expect a prosperous future in international cooperation and teamwork with Embry-Riddle, because we know the strong capabilities of the university in terms of research and development," Dries said. "Our target is to be quick on the market, and together with Embry-Riddle we believe that outstanding new technologies can be realized."

**About Embry-Riddle Aeronautical University**
Embry-Riddle Aeronautical University, the world's largest, fully accredited university specializing in aviation and aerospace, is a nonprofit, independent institution offering more than 40 baccalaureate, master's and Ph.D. degree programs in its colleges of Arts and Sciences, Aviation, Business and Engineering. Embry-Riddle educates students at residential campuses in Daytona Beach, Fla., and Prescott, Ariz., and through the Worldwide Campus with more than 150 locations in the United States, Europe, Asia and the Middle East. The university is a major research center, seeking solutions to real-world problems in partnership with the aerospace industry, other universities and government agencies. For more information, visit www.embryriddle.edu, follow us on Twitter (@EmbryRiddle) and www.facebook.com/EmbryRiddleUniversity, and find expert videos at YouTube.com/EmbryRiddleUniv.

**About Diamond Aircraft Industries**
Diamond Aircraft Industries, based in Austria, is a worldwide operating composite aircraft manufacturer with offices in major centres across North America, Europe, Asia and Australia. The company is dedicated to supplying the General Aviation market with the ultimate flying machines – safe, economical, inspiring aircraft. Diamond builds the safest, most efficient aircraft flying today, from single and twin-engine propeller aircraft to all-in-one remote sensing platforms. For more information, visit www.diamondaircraft.com.

Zurück zu: Home

Diamond Aircraft Industries | N. A. Otto-Straße 5 | A-2700 Wiener Neustadt | Tel: +43 2622 26700 | Fax: +43 2622 26780 | office@diamond-air.at