# Exhibit C

## McGrath, V. Brandon

| | |
|---|---|
| **From:** | Trehan, Ashley <Ashley.Trehan@fowlerwhite.com> |
| **Sent:** | Tuesday, August 20, 2013 6:36 PM |
| **To:** | McGrath, V. Brandon |
| **Subject:** | Re: Aircraft Guaranty Corp v. Diamond Aircraft Industries - Sent on behalf of V. Brandon McGrath, Esq. |

Brandon,

Not a correct interpretation--we're working on getting the documents together; it just may take a little bit longer due to our client traveling. We hope to have this done (or at least a rolling production started) by the end of next week.

We're drafting a P.O. and will send a copy over the next few days.

As I said, I am working on providing a response and will have something to you as soon as possible, we are shooting for the end of the week.

Thanks,
Ashley

**From:** McGrath, V. Brandon [mailto:BMcgrath@bgdlegal.com]
**Sent:** Tuesday, August 20, 2013 06:24 PM Eastern Standard Time
**To:** Trehan, Ashley
**Subject:** RE: Aircraft Guaranty Corp v. Diamond Aircraft Industries - Sent on behalf of V. Brandon McGrath, Esq.

Ashley,

I am interpreting your email to mean that you won't be able to provide a date for production of documents until sometime in September. If that is not a correct interpretation, please clarify.

Aside from the production of documents, when will you be able to respond to the other items identified in my August 13, 2013 letter?

Are you going to provide me with a proposed protective order to address the confidentiality issues asserted by Diamond?

Thank you.


Brandon McGrath
office: 513.455.7641
cell: 513.237.3534


-----Original Message-----
**From:** Trehan, Ashley [Ashley.Trehan@fowlerwhite.com]
**Sent:** Tuesday, August 20, 2013 12:04 PM Eastern Standard Time

1

**To:** McGrath, V. Brandon
**Subject:** RE: Aircraft Guaranty Corp v. Diamond Aircraft Industries - Sent on behalf of V. Brandon McGrath, Esq.

Brandon, I just wanted to update you – I was out of town last Friday through Sunday, and our client is traveling through early September. We want to get documents to you as soon as we can, but it is very unlikely we can get them to you by August 23, 2013. Once I hear back from our client, I will be able to give you a solid date.

We will do our best to work with you on these issues. Please don't hesitate to email or call me if you have any questions or concerns.

Thanks,
Ashley



Ashley Trehan
Fowler White Boggs P.A.
501 E. Kennedy Blvd, Suite 1700
Tampa, Florida 33602
Direct: 813 222 2083
Fax: 813 384 2814
www.fowlerwhite.com

**From:** McGrath, V. Brandon [mailto:BMcgrath@bgdlegal.com]
**Sent:** Wednesday, August 14, 2013 10:39 AM
**To:** Trehan, Ashley
**Subject:** RE: Aircraft Guaranty Corp v. Diamond Aircraft Industries - Sent on behalf of V. Brandon McGrath, Esq.

Thank you.

**From:** Trehan, Ashley [mailto:Ashley.Trehan@fowlerwhite.com]
**Sent:** Wednesday, August 14, 2013 10:33 AM
**To:** McGrath, V. Brandon
**Cc:** Grim, Michael A.; Nelson, Carl
**Subject:** RE: Aircraft Guaranty Corp v. Diamond Aircraft Industries - Sent on behalf of V. Brandon McGrath, Esq.

Dear Brandon,

We received your letter and are working on this now.

Regards,
Ashley

**From:** Manning, Joanna [mailto:JManning@bgdlegal.com]
**Sent:** Tuesday, August 13, 2013 5:50 PM
**To:** Nelson, Carl
**Cc:** McGrath, V. Brandon; Grim, Michael A.
**Subject:** Aircraft Guaranty Corp v. Diamond Aircraft Industries - Sent on behalf of V. Brandon McGrath, Esq.

Please see the attached correspondence sent on behalf of V. Brandon McGrath, Esq. regarding the above-captioned matter.

Joanna L. Manning
Legal Assistant
Bingham Greenebaum Doll LLP
2350 First Financial Center | 255 East Fifth Street | Cincinnati, OH, 45202-4728
Direct: 513.455.7602
Direct Fax: 513.762.7902
Email: jmanning@bgdlegal.com | http://www.bgdlegal.com
Follow us on Twitter | Visit our Blog: http://blog.bgdlegal.com



CONFIDENTIALITY NOTICE:
This e-mail contains information that is privileged, confidential and subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. You are prohibited from copying, distributing or otherwise using this information if you are not the intended recipient. If you have received this e-mail in error, please notify us immediately by return e-mail and delete this email and all attachments from your system. Thank you.

DISCLOSURE REQUIRED BY CIRCULAR 230.
This Disclosure may be required by Circular 230 issued by the Department of Treasury and the Internal Revenue Service. If this e-mail, including any attachments, contains any federal tax advice, such advice is not intended or written by the practitioner to be used, and it may not be used by any taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer. Furthermore, any federal tax advice herein (including any attachment hereto) may not be used or referred to in promoting, marketing or recommending a transaction or arrangement to another party. Further information concerning this disclosure, and the reasons for such disclosure, may be obtained upon request from the author of this e-mail. Thank you.

Disclaimer under IRS Circular 230: Unless expressly stated otherwise in this transmission, nothing contained in this message is intended or written to be used, nor may it be relied upon or used, (1) by any taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer under the Internal Revenue Code of 1986, as amended and/or (2) by any person to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed in this message.
If you desire a formal opinion on a particular tax matter for the purpose of avoiding the imposition of any penalties, we will discuss the additional Treasury requirements that must be met and whether it is possible to meet those requirements under the circumstances, as well as the anticipated time and additional fees involved.

Confidentiality Disclaimer: This e-mail message and any attachments are private communication sent by a law firm, Fowler White Boggs P.A., and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.

CONFIDENTIALITY NOTICE:
This e-mail contains information that is privileged, confidential and subject to legal restrictions and penalties regarding its