# Exhibit D

## McGrath, V. Brandon

**From:** Trehan, Ashley <Ashley.Trehan@fowlerwhite.com>
**Sent:** Monday, August 26, 2013 7:22 PM
**To:** McGrath, V. Brandon
**Subject:** RE: Aircraft Guaranty Corp v. Diamond Aircraft Industries - Sent on behalf of V. Brandon McGrath, Esq.

Thanks.

**From:** McGrath, V. Brandon [mailto:BMcgrath@bgdlegal.com]
**Sent:** Monday, August 26, 2013 6:05 PM
**To:** Trehan, Ashley
**Subject:** RE: Aircraft Guaranty Corp v. Diamond Aircraft Industries - Sent on behalf of V. Brandon McGrath, Esq.

No objection to the motion.

**From:** Trehan, Ashley [mailto:Ashley.Trehan@fowlerwhite.com]
**Sent:** Monday, August 26, 2013 3:50 PM
**To:** McGrath, V. Brandon
**Subject:** RE: Aircraft Guaranty Corp v. Diamond Aircraft Industries - Sent on behalf of V. Brandon McGrath, Esq.

Hi Brandon,

My responses are below, in red font. We are working diligently on these issues. Feel free to call or email if you have any questions.

Thanks,
Ashley



Ashley Trehan
Fowler White Boggs P.A.
501 E. Kennedy Blvd, Suite 1700
Tampa, Florida 33602
Direct: 813 222 2083
Fax: 813 384 2814
www.fowlerwhite.com

**From:** McGrath, V. Brandon [mailto:BMcgrath@bgdlegal.com]
**Sent:** Monday, August 26, 2013 11:47 AM
**To:** Trehan, Ashley
**Subject:** RE: Aircraft Guaranty Corp v. Diamond Aircraft Industries - Sent on behalf of V. Brandon McGrath, Esq.

Ashley,

Where do things stand on:

1. Date when documents will be produced – We anticipate we will be able to produce documents Wednesday 8/28 or Thursday 8/29. As I mentioned last week, and as Carl has mentioned in several emails to you and Mike, our client has been traveling. We have done our best to expedite obtaining and reviewing documents. We have received documents from our client; it will take another few days finalize a production and a privilege log.

2. Draft protective order – Please see attached (along with unopposed motion).

3. Response to my 8.13.13 letter – No later than August 30, 2013, either contemporaneously with our following our production of documents.
In advance of sending our response, however, please note that the attached proposed confidentiality order is not an agreement to provide the requested financial information (RFP 22). As to that particular request, we see no basis for requiring Diamond to produce such information; however, if you could provide to us legal authority regarding production of the requested financials from a defendant (in a case not involving punitive damages), we will be glad to take a look. Thanks.

Please let me know whether we need to seek assistance from the Court.

Thank you.


**From:** Trehan, Ashley [mailto:Ashley.Trehan@fowlerwhite.com]
**Sent:** Tuesday, August 20, 2013 6:36 PM
**To:** McGrath, V. Brandon
**Subject:** Re: Aircraft Guaranty Corp v. Diamond Aircraft Industries - Sent on behalf of V. Brandon McGrath, Esq.

Brandon,

Not a correct interpretation--we're working on getting the documents together; it just may take a little bit longer due to our client traveling. We hope to have this done (or at least a rolling production started) by the end of next week.

We're drafting a P.O. and will send a copy over the next few days.

As I said, I am working on providing a response and will have something to you as soon as possible, we are shooting for the end of the week.

Thanks,
Ashley


**From:** McGrath, V. Brandon [mailto:BMcgrath@bgdlegal.com]
**Sent:** Tuesday, August 20, 2013 06:24 PM Eastern Standard Time
**To:** Trehan, Ashley
**Subject:** RE: Aircraft Guaranty Corp v. Diamond Aircraft Industries - Sent on behalf of V. Brandon McGrath, Esq.

Ashley,

I am interpreting your email to mean that you won't be able to provide a date for production of documents until sometime in September. If that is not a correct interpretation, please clarify.

Aside from the production of documents, when will you be able to respond to the other items identified in my August 13, 2013 letter?

2