UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO:  11-61663-CIV-MORENO

AIRCRAFT GUARANTY CORPORATION,
TRUSTEE OF CONTINENT AIRCRAFT
TRUST 1087,

  Plaintiff,

v.

DIAMOND AIRCRAFT INDUSTRIES, INC.,

  Defendant.
_____/

NOTICE OF WITHDRAWAL OF PLAINTIFF'S
MOTION TO COMPEL PRODUCTION OF DOCUMENTS
AND INCORPORATED MEMORANDUM IN SUPPORT

  Plaintiff Aircraft Guaranty Corporation, Trustee of Continent Aircraft Trust 1087 ("Plaintiff") hereby gives notice of withdrawal of the Motion to Compel Production of Documents and Incorporated Memorandum in Support, filed on September 5, 2013.

  Dated: this 9<u>th</u> day of September, 2013.

              Respectfully submitted,

              /*s/ Juan Martinez*
              Juan Martinez (FBN 9024)
              GRAYROBINSON P.A.
              1221 Brickell Avenue
              Suite 1600
              Miami, Florida  33131-0014
              Phone: (305) 416-6880
              Fax: (305) 416-6887
              E-mail: juan.martinez@gray-robinson.com
              Counsel for Plaintiffs

Of Counsel:

>V. Brandon McGrath
>Bingham Greenebaum Doll LLP
>2350 First Financial Center
>255 East Fifth Street
>Cincinnati, Ohio  45202
>Phone: (513) 455-7600
>Fax: (513) 455-8500
>bmcgrath@bgdlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September, 2013, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

>*/s/ Juan Martinez*
>Counsel for Plaintiff