UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  11-61663-CIV-MORENO

AIRCRAFT  GUARANTY  CORPORATION,
TRUSTEE  OF  CONTINENT  AIRCRAFT
TRUST 1087,

       Plaintiff,

vs.

DIAMOND AIRCRAFT INDUSTRIES, INC.,

       Defendant.

_____/

## ORDER DENYING AS WITHDRAWN MOTION TO COMPEL

THIS CAUSE came before the Court upon Plaintiff's Motion to Compel Production

(D.E. No. 55), filed on **September 5, 2013**.

THE COURT has considered the motion and the pertinent portions of the record, and being

otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED as withdrawn.


DONE AND ORDERED in Chambers at Miami, Florida, this  //  day of September, 2013.


_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE


Copies provided to:

Counsel of Record