UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 11-61663-CIV-MORENO

AIRCRAFT GUARANTY CORPORATION, TRUSTEE OF CONTINENT AIRCRAFT TRUST 1087,

    Plaintiff,

vs.

DIAMOND AIRCRAFT INDUSTRIES, INC.,

    Defendant.
_____/

## ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND REMOVING CASE FROM THE TRIAL CALENDAR, STAYING CASE AND PLACING IT IN CIVIL SUSPENSE PENDING SERVICE OF PROCESS

THIS CAUSE came before the Court upon the Plaintiff's Renewed Motion for Leave to File Second Amended Complaint **(D.E. No. 52)**, filed on **September 4, 2013**.

THE COURT has considered the motion, the response, and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion for leave to file a Second Amended Complaint is GRANTED. Plaintiff shall file the second amended complaint by no later than **September 30, 2013**. The case is removed from the December 30, 2013 trial calendar. The Court stays the case and places it in civil suspense pending service of process on the additional defendants. Upon service of process on the additional defendants, the Court will reopen the case, set a new trial date, and issue a new scheduling order.

DONE AND ORDERED in Chambers at Miami, Florida, this 27 day of September, 2013.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record