# EXHIBIT A

## Rhodes, Abigale N.

**Subject:** FW: FedEx Shipment 796818072969 Delivered

**From:** trackingupdates@fedex.com [mailto:trackingupdates@fedex.com]
**Sent:** Friday, October 04, 2013 4:33 AM
**To:** Manning, Joanna
**Subject:** FedEx Shipment 796818072969 Delivered

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | Bingham Greenebaum Doll LLP |
| Name: | V. Brandon McGrath |
| E-mail: | jmanning@bgdlegal.com |

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 116825.2 |
| Ship (P/U) date: | Oct 2, 2013 |
| Delivery date: | Oct 4, 2013 10:20 AM |
| Sign for by: | .BEKE |
| Delivery location: | WIENER NEUSTADT, |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx International Priority |
| Packaging type: | FedEx Pak |
| Number of pieces: | 1 |
| Weight: | 0.90 lb. |
| Special handling/Services: | Deliver Weekday |
| Tracking number: | 796818072969 |

| Shipper Information | Recipient Information |
|---|---|
| V. BRANDON MCGRATH | CHRISTIAN DRIES |
| BINGHAM GREENEBAUM DOLL LLP | DIAMOND AIRCRAFT INDUSTRIES, GMBH |
| 255 EAST FIFTH STREET | N.A. OTTOSTRASSE 5 |
| SUITE 2350 | WIENER NEUSTADT |
| CINCINNATI | AT |
| OH | 2700 |
| US | |
| 45202 | |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 3:33 AM CDT on 10/04/2013.

1

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.