# EXHIBIT B

# 14: Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters

Entry into force: 10-II-1969

## Members of the Organisation

| States | S[1] | R/A/Su[2] | Type[3] | EIF[4] | Ext[5] | Auth[6] | Res/D/N[7] |
|---|---|---|---|---|---|---|---|
| Albania | | 1-XI-2006 | A | 1-VII-2007 | | [3] | |
| Argentina | | 2-II-2001 | A | 1-XII-2001 | | [2] | D,Res 5,10,15,16 |
| Australia | | 15-III-2010 | A | 1-XI-2010 | [7] | [5] | D 5,8,9,10,15,16,17,29 |
| Belarus | | 6-VI-1997 | A | 1-II-1998 | | [1] | |
| Belgium | 21-I-1966 | 19-XI-1970 | R | 18-I-1971 | | [2] | D 8,15,16 |
| Bosnia and Herzegovina | | 16-VI-2008 | A | 1-II-2009 | | [1] | |
| Bulgaria | | 23-XI-1999 | A | 1-VIII-2000 | | [3] | D 5,8,10,15,16 |
| Canada | | 26-IX-1988 | A | 1-V-1989 | | [4] | D 5,8,10,11,12,15,16,2 |
| China, People's Republic of | | 6-V-1991 | A | 1-I-1992 | | [8] | D,N 5,8,10,15,16 |
| Croatia | | 28-II-2006 | A | 1-XI-2006 | | [3] | Res,D 5,6,8,9,10,15,16 |
| Cyprus | | 26-X-1982 | A | 1-VI-1983 | | [4] | D 8,10,15,16 |
| Czech Republic | | 28-I-1993 | Su | 1-I-1993 | | [4] | D,Res 8,10,15,29 |
| Denmark | 7-I-1969 | 2-VIII-1969 | R | 1-X-1969 | | [3] | D 10,15,16 |
| Egypt | [1-III-1966] | 12-XII-1968 | R | 10-II-1969 | | [1] | Res 8,10 |
| Estonia | | 2-II-1996 | A | 1-X- | | [1] | D |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  |  |  | 1996 |  |  | 10,15,16 |
| Finland | 15-XI-1965 | 11-IX-1969 | R | 10-XI-1969 |  | 2 | D 2,9,10 |
| France | 12-I-1967 | 3-VII-1972 | R | 1-IX-1972 | 1 | 3 | D 8,15,16 |
| Germany | 15-XI-1965 | 27-IV-1979 | R | 26-VI-1979 |  | 3 | D 5,8,10,15,16 |
| Greece | 20-VII-1983 | 20-VII-1983 | R | 18-IX-1983 |  | 1 | D 8,10,15 |
| Hungary |  | 13-VII-2004 | A | 1-IV-2005 |  | 3 | D 2,5,6,8,9,10,15,16 |
| Iceland |  | 10-XI-2008 | A | 1-VII-2009 |  | 1 | D,Res 10,15,16 |
| India |  | 23-XI-2006 | A | 1-VIII-2007 |  | 1 | D,Res 10,15,16 |
| Ireland | 20-X-1989 | 5-IV-1994 | R | 4-VI-1994 |  | 3 | D,Res 10,15 |
| Israel | 25-XI-1965 | 14-VIII-1972 | R | 13-X-1972 |  | 2 | D,Res 10,16 |
| Italy | 25-I-1979 | 25-XI-1981 | R | 24-I-1982 |  | 3 | D 5,12 |
| Japan | 12-III-1970 | 28-V-1970 | R | 27-VII-1970 |  | 3 | D 10,15 |
| Korea, Republic of |  | 13-I-2000 | A | 1-VIII-2000 |  | 2 | D,Res 8,10,15 |
| Latvia |  | 28-III-1995 | A | 1-XI-1995 |  | 4 | D 5,8,10,15 |
| Lithuania |  | 2-VIII-2000 | A | 1-VI-2001 |  | 1 | D,Res 8,10,15,16 |
| Luxembourg | 27-X-1971 | 9-VII-1975 | R | 7-IX-1975 |  | 1 | D,Res 5,8,15,16 |
| Malta |  | 24-II-2011 | A | 1-X-2011 |  | 1 | D 8,10 |
| Mexico |  | 2-XI-1999 | A | 1-VI-2000 |  | 2 | D 5,6,7,8,10,12,15,16 |
| Monaco |  | 1-III-2007 | A | 1-XI-2007 |  | 2 | D 8,10,15,16 |
|  |  |  |  | 1-IX- |  |  | D |

| | | | | | | |
|---|---|---|---|---|---|---|
| Montenegro | | 16-I-2012 | A | 2012 | | 2 | 8,10,15 |
| Morocco | | 24-III-2011 | A | 1-XI-2011 | | 1 | |
| Netherlands | 15-XI-1965 | 3-XI-1975 | R | 2-I-1976 | 1 | 5 | D 15,16 |
| Norway | 15-X-1968 | 2-VIII-1969 | R | 1-X-1969 | | 3 | D,Res 8,10,15,16 |
| Poland | | 13-II-1996 | A | 1-IX-1996 | | 4 | Res 8,10 |
| Portugal | 5-VII-1971 | 27-XII-1973 | R | 25-II-1974 | | 2 | D 8,15,16 |
| Romania | | 21-VIII-2003 | A | 1-IV-2004 | | 2 | D 8,16 |
| Russian Federation | | 1-V-2001 | A | 1-XII-2001 | | 4 | D,Res 2,3,5,6,8,9,10,12,15 |
| Serbia | | 2-VII-2010 | A | 1-II-2011 | | 2 | D 5,6,8,10,15,16 |
| Slovakia | | 15-III-1993 | Su | 1-I-1993 | | 4 | D 8,10,15,29 |
| Slovenia | | 18-IX-2000 | A | 1-VI-2001 | | 1 | D,Res 8,10,15,16 |
| Spain | 21-X-1976 | 4-VI-1987 | R | 3-VIII-1987 | | 3 | D 15,16 |
| Sri Lanka | | 31-VIII-2000 | A | 1-VI-2001 | | 3 | D 7,8,10,15 |
| Sweden | 4-II-1969 | 2-VIII-1969 | R | 1-X-1969 | | 2 | D 5,10 |
| Switzerland | 21-V-1985 | 2-XI-1994 | R | 1-I-1995 | | 3 | D,Res 1,5,8,10,15 |
| The former Yugoslav Republic of Macedonia | | 23-XII-2008 | A | 1-IX-2009 | | 1 | D,Res 5,6,8,9,10,15,16,21 |
| Turkey | 11-VI-1968 | 28-II-1972 | R | 28-IV-1972 | | 3 | Res,D 8,10,15,16 |
| Ukraine | | 1-II-2001 | A | 1-XII-2001 | | 3 | D,Res 8,10,15,16 |
| United Kingdom of Great Britain and Northern Ireland | 10-XII-1965 | 17-XI-1967 | R | 10-II-1969 | 14 | 4 | D 2,5,10,15,16,18 |
| United States of America | 15-XI-1965 | 24-VIII-1967 | R | 10-II-1969 | 1 | 1 | D 2,15,16,29 |

| 10/3/13 | | | HCCH | | | | |
|---|---|---|---|---|---|---|---|
| Venezuela | | 29-X-1993 | A | 1-VII-1994 | | 1 | D,Res 5,8,10,1516 |

# Type

### Czech Republic Type [Su]

On 28 January 1993, the Czech Republic declared itself to be bound by the Convention – including reservations and declarations made by Czechoslovakia – as of January 1, 1993, date of the division of Czechoslavakia.

### France Type [R]

*Translation by the Permanent Bureau:*
France has declared that, in the absence of a declaration to the contrary, the Service Convention applies to the entire territory of the French Republic (see in this respect the Circular from the French Ministry of Justice dated 1 February 2006, which is accessible at the following address: http://www.entraide-civile-internationale.justice.gouv.fr). Consequently, besides Metropolitan France and the Overseas Departments (French Guyana, Guadeloupe, Reunion, Martinique), the Convention applies to all of the other French overseas territories.

### Slovakia Type [Su]

On 15 March 1993, the Slovak Republic declared itself to be bound by the Convention – including reservations and declarations made by Czechoslovakia as well as objections by Czechoslovakia in respect of reservations made by other treaty parties – as of January 1, 1993, date of the division of Czechoslovakia.

### United States of America Type [R]

(Ratification for all the states of the United States, the District of Columbia, Guam, Puerto Rico and the Virgin Islands)

# Res/D/N

### Argentina: Declarations Reservations
*Articles [5,10,15,16]*

**(Click here for the Central Authority designated by Argentina and other practical information)**

**Text of the declarations:**

"...
1- To Article 5, third paragraph: "The ARGENTINE REPUBLIC shall not accept documents to be served or transmitted unless they are accompanied by a translation into the Spanish language."
2- To Article 21, first paragraph, a): "The Argentine Government designates the Ministry of Foreign Affairs, International Trade and Worship as the Central Authority."
3- To Article 21, second paragraph, a): "The ARGENTINE REPUBLIC opposes to the use of methods of transmission pursuant to Article 10."
4- To Article 21, second paragraph b): "The Argentine Government accepts declarations pursuant to second paragraph