UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 11-61663-CIV-MORENO
ELECTRONICALLY FILED

AIRCRAFT GUARANTY CORPORATION, TRUSTEE OF
CONTINENT AIRCRAFT TRUST 1087

    Plaintiff,

v.

DIAMOND AIRCRAFT INDUSTRIES, INC., ET AL.

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF LEAVE TO SERVE DIAMOND AIRCRAFT INDUSTRIES, GMBH BY ALTERNATIVE MEANS

Upon motion of Plaintiff, pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure, for leave to serve the Second Amended Complaint on Diamond Aircraft Industries, GmbH ("Diamond Austria") by alternatives means; the Court having considered the arguments of the parties; and the Court being otherwise sufficiently advised:

IT IS ORDERED AND ADJUDGED that Plaintiff's Motion for Leave to Serve Diamond Aircraft Industries, GmbH by Alternative Means is GRANTED.

IT IS HEREBY FURTHER ORDERED that Plaintiff may serve its Second Amended Complaint on Diamond Austria via:

    [    ] Diamond Aircraft Sales U.S.A., Inc. as an domestic affiliate;

    [    ] Fowler White Boggs and Carl Nelson, Counsel for Diamond Aircraft Industries, Inc.;

    [    ] Electronic Mail to c.dries@diamond-air.at; or

[    ] _____

Signed on this _____ day of _____, 2013.

_____
FREDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Tendered by:

/s/ Juan Martinez_____
Juan Martinez
Florida Bar No. 9024
GRAYROBINSON P.A.
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131-0014
Telephone: 305-416-6880
Facsimile: 305-416-6887
E-mail: juan.martinez@gray-robinson.com

COUNSEL FOR PLAINTIFF