UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 11-61663-CIV-MORENO

AIRCRAFT GUARANTY CORPORATION, TRUSTEE OF CONTINENT AIRCRAFT TRUST 1087,

    Plaintiff,

vs.

DIAMOND AIRCRAFT INDUSTRIES, INC.,

    Defendant.
_____/

## ORDER DENYING MOTION FOR LEAVE TO SERVE DIAMOND AIRCRAFT INDUSTRIES, GMBH BY ALTERNATIVE MEANS

THIS CAUSE came before the Court upon the Plaintiff's Motion for Leave to Serve Diamond Aircraft Industries, GMBH by Alternative Means **(D.E. No. 63)**, filed on **October 8, 2013**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED. Plaintiff must serve the additional defendants by letters rogatory under Federal Rule of Civil Procedure 4(f)(2)(ii).

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of October, 2013.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record