UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  11-61663-CIV-MORENO
ELECTRONICALLY FILED

AIRCRAFT GUARANTY CORPORATION, TRUSTEE OF
CONTINENT AIRCRAFT TRUST 1087

    Plaintiff,

v.

DIAMOND AIRCRAFT INDUSTRIES, INC., ET AL.

    Defendants.
_____/

**UNOPPOSED MOTION TO SERVE DIAMOND AIRCRAFT INDUSTRIES, GMBH BY LETTERS ROGATORY**

Plaintiff Aircraft Guaranty Corporation, Trustee of Continent Aircraft Trust 1087 ("Plaintiff"), respectfully moves this Court to issue the attached Request for International Judicial Assistance (letters rogatory) for service of the Second Amended Complaint.

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

On November 4, 2013, counsel for Defendant Diamond Aircraft Industries, Inc., indicated that he has no objection to this Motion.

                                        Respectfully submitted,

                                        /s/ Juan Martinez_____
                                        Juan Martinez
                                        Florida Bar No. 9024
                                        GRAYROBINSON P.A.
                                        1221 Brickell Avenue, Suite 1600
                                        Miami, Florida 33131-0014
                                        Telephone: 305-416-6880
                                        Facsimile: 305-416-6887
                                        E-mail: juan.martinez@gray-robinson.com
                                        COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

     I certify that a copy of the foregoing was served in compliance with the Court's ECF Guidelines on November 4, 2013 upon:

Carl R. Nelson
Ashley Bruce Trehan
Fowler White Boggs P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, Florida  33602

COUNSEL FOR DEFENDANT
DIAMOND AIRCRAFT INDUSTRIES, INC.

                                              */s/ Juan Martinez*
                                              COUNSEL FOR PLAINTIFFS