UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  11-61663-CIV-MORENO
ELECTRONICALLY FILED

AIRCRAFT GUARANTY CORPORATION, TRUSTEE OF
CONTINENT AIRCRAFT TRUST 1087

    Plaintiff,

v.

DIAMOND AIRCRAFT INDUSTRIES, INC.,
DIAMOND AIRCRAFT INDUSTRIES, GMBH, and
DIAMOND AIRCRAFT SALES U.S.A., INC.,

    Defendants.
_____/

### REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE

    The United States District Court, Southern District of Florida, presents its compliments to the appropriate Judicial Authority in Austria and requests international judicial assistance to effect Service of Process upon a named Defendant in the above captioned Civil proceeding currently pending before this Court.

    Plaintiff has filed a claim in the above captioned matter including, but not limited to, allegations of defendants' negligent and fraudulent representations, contributed to Plaintiff's losses. Plaintiff seeks judgment including, but not limited to, damages as allowed by law.

    This Court requests the assistance described herein as necessary in the interests of justice. It has been represented to this Court that Defendant, **Diamond Aircraft Industries, GmbH,** can presently be served at the following address:

N.A. Ottostrasse 5, A-2700
Wiener Neustadt
AUSTRIA

This Court respectfully requests that you cause one copy of the attached Summons and Second Amended Complaint, with Austrian certified German translations thereof, to be served upon **Diamond Aircraft Industries, GmbH**, at the above address by leaving with a director, officer, or other entity authorized to accept the service of civil process in the manner prescribed for service of similar documents under the laws of Austria.

This Court further requests that, after service has been made, you cause the person who serves the documents upon **Diamond Aircraft Industries, GmbH** to execute a Certificate of Service and return it, together with a copy of the documents served, to this Court at 400 North Miami Avenue, Miami, Florida 33128-1812 USA.

Plaintiff's counsel, Gray Robinson P.A., 1221 Brickell Avenue, Suite 1600, Miami, Florida 33131-0014 USA, stand ready to reimburse your authority for all expenses incurred in executing this request for judicial assistance.

This Court also assures your authority that it will reciprocate with similar assistance in like cases and extends to the Judicial Authorities in Austria the assurance of its highest consideration.

DONE AND ORDERED in Chambers in Miami, Florida on this ___ day of _____, 2013.

                                                                                       FEDERICO A. MORENO
                                                                                        UNITED STATES DISTRICT JUDGE

[seal]