UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 11-61663-CIV-MORENO
ELECTRONICALLY FILED

AIRCRAFT GUARANTY CORPORATION,
TRUSTEE OF CONTINENT AIRCRAFT TRUST 1087,

    Plaintiff,

v.

DIAMOND AIRCRAFT INDUSTRIES, INC., ET AL.

    Defendants.
_____/

## MOTION TO ISSUE SUMMONS

    Plaintiff, Aircraft Guaranty Corporation, Trustee of Continent Aircraft Trust 1087, respectfully moves this Court to order the Clerk of Court to issue a summons for service of process on Defendant, Diamond Aircraft Sales U.S.A., Inc. ("Diamond USA").  The summons is necessary because the Clerk of Court indicated a summons could not be issued for a closed case without order of the Court.

    Respectfully submitted,

**GRAYROBINSON, P.A.**
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile:   (305) 416-6887

BY:   /s/ Juan C. Martinez
       Juan C. Martinez
       Florida Bar No.: 9024
       juan.martinez@gray-robinson.com

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I hereby certify that I have conferred in good faith with Carl Nelson, Esq., counsel for Defendant, Diamond Aircraft Industries, Inc., who indicated that Defendant does not object to the filing of this motion.

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on this Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

    Carl R. Nelson
    Ashley Bruce Trehan
    Fowler White Boggs P.A.
    501 E. Kennedy Blvd., Suite 1700
    Tampa, Florida  33602

    COUNSEL FOR DEFENDANT
    DIAMOND AIRCRAFT INDUSTRIES, INC.

    /s/ Juan Martinez
    COUNSEL FOR PLAINTIFF