UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 11-61663-CIV-MORENO

AIRCRAFT GUARANTY CORPORATION, TRUSTEE OF CONTINENT AIRCRAFT TRUST 1087,

    Plaintiff,

vs.

DIAMOND AIRCRAFT INDUSTRIES, INC., et al.

    Defendants.
_____/

## ORDER REOPENING CASE AND GRANTING MOTION TO ISSUE SUMMONS

THIS CAUSE came before the Court upon the Plaintiff's Motion to Issue Summons (D.E. No. 66), filed on **November 15, 2013**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED and the case is reopened.

DONE AND ORDERED in Chambers at Miami, Florida, this 26 day of November, 2013.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record