AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| AIRCRAFT GUARANTY CORPORATION, TRUSTEE OF CONTINENT AIRCRAFT TRUST 1087,<br><br>*Plaintiff(s)*<br>v.<br>DIAMOND AIRCRAFT INDUSTRIES, INC., et al<br><br>*Defendant(s)* | Civil Action No.  11-61663-CIV-MORENO |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Diamond Aircraft Sales, U.S.A., Inc.,
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Juan C. Martinez, Esq.
GrayRobinson, P.A.
1221 Birckell Avenue, Suite 1600
Miami, FL 33131
Ph: 305-416-6880  Fx: 305-416-6887
Email: juan.martinez@gray-robinson.com

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  **DECEMBER 3, 2013**



Steven M. Larimore
Clerk of Court

SUMMONS

s/Autumn Sandoval
Deputy Clerk
U.S. District Courts