UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 0:11-61663-CIV-MORENO

AIRCRAFT GUARANTY CORPORATION,
TRUSTEE OF CONTINENT AIRCRAFT
TRUST 1087,

  Plaintiff,

vs.

DIAMOND AIRCRAFT INDUSTRIES, INC.;
DIAMOND AIRCRAFT INDUSTRIES, GMBH; and
DIAMOND AIRCRAFT SALES U.S.A., INC.,

  Defendants.
_____/

## NOTICE OF APPEARANCE

Ashley Bruce Trehan of Fowler White Boggs P.A. hereby appears as counsel of record for Defendant, Diamond Aircraft Sales, U.S.A., Inc. ("Diamond USA"), for the limited purpose of receiving CM/ECF filings and without prejudice to any and all rights, defenses, or claims of Diamond USA.

This Notice of Appearance is an appearance of counsel only and is not a general or limited appearance of Diamond USA.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this document was served by CM/ECF on December 9, 2013, on all counsel of record on the Service List below.

s/ Ashley Bruce Trehan
Ashley Bruce Trehan, FBN 0043411
ashley.trehan@fowlerwhite.com
Carl R. Nelson, FBN 280186
cnelson@fowlerwhite.com
Scott A. Richards, FBN 0072657
scott.richards@fowlerwhite.com
FOWLER WHITE BOGGS P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: (813) 228-7411
Fax: (813) 229-8313
Attorneys for Defendants, Diamond
Aircraft Industries, Inc. and Diamond
Aircraft Sales, U.S.A., Inc.

**SERVICE LIST**

Juan Martinez
juan.martinez@gray-robinson.com
GRAYROBINSON P.A.
1221 Brickell Avenue, Suite 1600
Miami, Florida   33131-0014
Phone:  (305) 416-6880
Fax:  (305) 416-6887
Attorney for Plaintiff

V. Brandon McGrath
Bingham, Greenebaum Doll LLP
2350 First Financial Center
255 East Fifth Street
Cincinnati, Ohio  45202
Phone:  (513) 455-7600
Fax:  (513) 455-8500
bmcgrath@bgdlegal.com

46119681v1