UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 11-61663-CIV-MORENO

AIRCRAFT GUARANTY CORPORATION,
TRUSTEE OF CONTINENT AIRCRAFT TRUST
1087,

    Plaintiff,

vs.

DIAMOND AIRCRAFT INDUSTRIES, INC.,
DIAMOND AIRCRAFT INDUSTRIES, GMBH,
and DIAMOND AIRCRAFT SALES, USA INC.,

    Defendants.
_____/

## DEFAULT FINAL JUDGMENT AS TO DEFENDANT DIAMOND AIRCRAFT SALES, USA INC.

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

THE COURT has considered the pertinent portions of the record, and is otherwise fully advised in the premises. Counsel for Plaintiff filed a return of service indicating that Defendant DIAMOND AIRCRAFT SALES, USA, INC. was served on December 4, 2013 and as of the date of this Order, Diamond Aircraft Sales, USA, Inc. has not responded to the complaint. Accordingly, it is

**ADJUDGED** that judgment is hereby entered in favor of Plaintiff AIRCRAFT GUARANTY CORPORATION, TRUSTEE OF CONTINENT AIRCRAFT TRUST 1087 and against Defendant DIAMOND AIRCRAFT SALES, USA, INC. It is further

**ADJUDGED** that Plaintiff shall file an affidavit as to damages by no later than February 5, 2014.

DONE AND ORDERED in Chambers at Miami, Florida, this 21st day of January, 2014.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record