## Grim, Michael A.

**From:** McGrath, V. Brandon
**Sent:** Sunday, January 19, 2014 8:16 AM
**To:** Nelson, Carl
**Cc:** Trehan, Ashley; Grim, Michael A.; Juan Martinez
**Subject:** RE: Summons to D-USA

Carl,

Thanks. We will likely go with our original motion and just let the Court know you oppose it.

---

**From:** Nelson, Carl [mailto:cnelson@fowlerwhite.com]
**Sent:** Wednesday, January 15, 2014 3:33 PM
**To:** McGrath, V. Brandon
**Cc:** Trehan, Ashley; Grim, Michael A.; Juan Martinez
**Subject:** RE: Summons to D-USA

Brandon:

You are correct. This is because I don't want to seek any relief affirmatively on behalf of Diamond U.S.A. at this point. But if my edits are accepted, then it certainly may be unopposed.

Carl

---

**From:** McGrath, V. Brandon [mailto:BMcgrath@bgdlegal.com]
**Sent:** Wednesday, January 15, 2014 3:31 PM
**To:** Nelson, Carl
**Cc:** Trehan, Ashley; Grim, Michael A.; Juan Martinez
**Subject:** RE: Summons to D-USA

Carl,

Just so I am clear, I take it from you e-mail you aren't agreeable to a joint filing, correct?

Thanks.

---

**From:** Nelson, Carl [mailto:cnelson@fowlerwhite.com]
**Sent:** Wednesday, January 15, 2014 12:06 PM
**To:** McGrath, V. Brandon
**Cc:** Trehan, Ashley; Grim, Michael A.; Juan Martinez
**Subject:** RE: Summons to D-USA

Brandon:

Here are my redline edits. If you accept them, you may file this as unopposed in all three cases. In this case it was a Second Amended Complaint. In the others, it might have been a little different. The first footnote will have to be changed for each of the others.

Carl



Carl R. Nelson
Fowler White Boggs P.A.
501 E. Kennedy Blvd, Suite 1700
Tampa, Florida 33602
Direct: 813 222 1108
Fax: 813 229 8313
www.fowlerwhite.com

**From:** McGrath, V. Brandon [mailto:BMcgrath@bgdlegal.com]
**Sent:** Tuesday, January 14, 2014 2:48 PM
**To:** Nelson, Carl
**Cc:** Trehan, Ashley; Grim, Michael A.; Juan Martinez
**Subject:** RE: Summons to D-USA

Carl,

Attached is a draft motion. Please let me know what you want to do.

Thanks.

**From:** Nelson, Carl [mailto:cnelson@fowlerwhite.com]
**Sent:** Friday, January 10, 2014 3:06 PM
**To:** McGrath, V. Brandon
**Cc:** Trehan, Ashley; Grim, Michael A.; Juan Martinez
**Subject:** RE: Summons to D-USA

Brandon:

She is doing very well, thanks. She had the Linx Procedure for reflux. Google it--it's interesting.

I still don't see your point. There is a difference between staying a case and closing a case, two distinctive procedures combined in the first order. The more recent order supersedes the earlier order only as to closure, not as to the stay, which is the only relief you sought. As a practical matter, neither of us wants to do anything twice, which is what can happen if the stay is lifted before Diamond Austria is served. However, if you feel the need for a motion, draft one and let me see it. Then I'll let you know whether there is any objection or whether we might join in, perhaps with a few edits.

Carl

Carl R. Nelson
Fowler White Boggs P.A.
501 E. Kennedy Blvd, Suite 1700
Tampa, Florida 33602
Direct: 813 222 1108
Fax: 813 229 8313
www.fowlerwhite.com

**From:** McGrath, V. Brandon [BMcgrath@bgdlegal.com]
**Sent:** Friday, January 10, 2014 12:38 PM
**To:** Nelson, Carl
**Cc:** Trehan, Ashley; Grim, Michael A.; Juan Martinez
**Subject:** RE: Summons to D-USA

Carl,

I hope your wife is doing well.

The 12.2.13 order re-opening the case did not make any mention of a stay. It seems the 12.2.13 order supersedes the 10.8.13 order that stayed the matter and closed the case. If the judge did not intend something else, it think he would have indicated it in his order. Also, it seems like jointly asking the court to clarify this issue doesn't hurt either one of us.

Thanks.

---

**From:** Nelson, Carl [mailto:cnelson@fowlerwhite.com]
**Sent:** Wednesday, January 08, 2014 2:10 PM
**To:** McGrath, V. Brandon
**Cc:** Trehan, Ashley; Grim, Michael A.; Juan Martinez
**Subject:** Re: Summons to D-USA

Brandon:

I cannot think about this today or tomorrow--I am at a hospital with my wife who had surgery this morning. I'll consider it Friday. In the meantime, I gave you my analysis of the record. If you'll share yours, I would have more to go on.

Carl

Carl R. Nelson
FOWLER WHITE BOGGS P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, FL 33602
Phone: 813-222-1108
Fax: 813-384-2839
Cell: 813-382-1050
cnelson@fowlerwhite.com

On Jan 8, 2014, at 2:03 PM, "McGrath, V. Brandon" <BMcgrath@bgdlegal.com> wrote:

> Carl,
>
> Thanks for the response. Obviously, we disagree. Would you be willing to file a joint motion for clarification? If not, are you opposed to us filing one?
>
> Thanks.
>
> > **From:** Nelson, Carl [mailto:cnelson@fowlerwhite.com]
> > **Sent:** Tuesday, January 07, 2014 10:39 AM
> > **To:** McGrath, V. Brandon
> > **Cc:** Trehan, Ashley; Grim, Michael A.; Juan Martinez
> > **Subject:** RE: Summons to D-USA

3

Brandon:

After a review of the records in the three cases, it is apparent that a motion is not necessary, that the cases remain stayed, and that no responses are due to the new complaints. Taking Aircraft Guaranty as an example, the Order dated September 30, 2013 (Doc. 61) provides in relevant part: "The Court **stays** the case and places it in civil suspense pending service of process on the additional defendants. [Note use of plural "defendants."] Upon service of process on the additional defendants [again plural], the court will reopen the case, set a new trial date, and issue a new scheduling order."

This created a dilemma for you, because you couldn't serve Diamond U.S. without a summons, and the clerk would not issue a summons in a case in civil suspense, that is, closed for administrative purposes. In recognition of this dilemma, you filed an unopposed motion on November 15, 2013 (Doc. 66), in which you said: "The summons is necessary because the Clerk of Court indicated a summons could not be issued for a closed case without order of the Court." On December 2, 2013, the Court granted your motion and simply ruled that "the case is reopened." It is apparent the court granted this relief solely to solve your dilemma with respect to serving Diamond U.S., the limited relief you sought in your motion. The court did not lift the stay, set a new trial date, or issue a scheduling order.

All considered, it is clear that the cases remain stayed, and no motion for clarification is necessary. Therefore, neither Diamond U.S. nor Diamond Canada needs to respond to the new complaints until you serve Diamond Austria and the Court then lifts the stay.

Best wishes for the New Year. I trust you got a bit of time off to enjoy the holiday season, I sure took advantage of the Wednesday Christmas and New Year's Day.

Carl

<image001.jpg>

Carl R. Nelson
Fowler White Boggs P.A.
501 E. Kennedy Blvd, Suite 1700
Tampa, Florida 33602
Direct: 813 222 1108
Fax: 813 229 8313
www.fowlerwhite.com

---

**From:** McGrath, V. Brandon [mailto:BMcgrath@bgdlegal.com]
**Sent:** Monday, January 06, 2014 7:50 PM
**To:** Nelson, Carl
**Cc:** Trehan, Ashley; Grim, Michael A.; Juan Martinez
**Subject:** RE: Summons to D-USA

Carl,

I hope you had a good holiday.

Can you please let us know how you plan to proceed? Our position is D-USA's answer was due back in December. Please file the motion referenced below or an answer by Thursday. Otherwise, we will move for a default.

Please call if you would like to discuss.

4

Thanks.

---

**From:** Nelson, Carl [mailto:cnelson@fowlerwhite.com]
**Sent:** Wednesday, November 13, 2013 6:21 PM
**To:** McGrath, V. Brandon
**Cc:** Trehan, Ashley; Grim, Michael A.; Juan Martinez
**Subject:** Re: Summons to D-USA

Many thanks.

Carl

Carl R. Nelson
FOWLER WHITE BOGGS P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, FL 33602
Phone: 813-222-1108
Fax: 813-384-2839
Cell: 813-382-1050
cnelson@fowlerwhite.com

On Nov 13, 2013, at 6:01 PM, "McGrath, V. Brandon" <BMcgrath@bgdlegal.com> wrote:

> Then we have no objection to a motion clarifying when the answer is due.
>
>
>
> Brandon McGrath
> office: 513.455.7641
> cell/text: 513.237.3534
>
> -----Original Message-----
> **From:** Nelson, Carl [cnelson@fowlerwhite.com]
> **Sent:** Wednesday, November 13, 2013 05:28 PM Eastern Standard Time
> **To:** McGrath, V. Brandon
> **Cc:** Trehan, Ashley; Grim, Michael A.; Juan Martinez
> **Subject:** Re: Summons to D-USA
>
> No, can't.
>
> Sent from my iPhone
>
> On Nov 13, 2013, at 5:26 PM, "McGrath, V. Brandon" <BMcgrath@bgdlegal.com> wrote:
>
>> Will you waive service? Then, we can then put on a stipulation that D-USA doesn't have to answer until after D-Austria is served. Saves you the trouble of a motion.

5

**From:** Nelson, Carl [mailto:cnelson@fowlerwhite.com]
**Sent:** Wednesday, November 13, 2013 5:24 PM
**To:** McGrath, V. Brandon
**Cc:** Trehan, Ashley; Grim, Michael A.; Juan Martinez
**Subject:** Re: Summons to D-USA

Yes, we will.

Sent from my iPhone

On Nov 13, 2013, at 5:23 PM, "McGrath, V. Brandon" <BMcgrath@bgdlegal.com> wrote:

> Carl,
>
> Thanks.
>
> Are you representing D-USA?
>
> **From:** Nelson, Carl [mailto:cnelson@fowlerwhite.com]
> **Sent:** Wednesday, November 13, 2013 3:56 PM
> **To:** McGrath, V. Brandon
> **Cc:** Trehan, Ashley; Grim, Michael A.; 'Juan Martinez'
> **Subject:** RE: Summons to D-USA
>
> Brandon:
>
> I have no objection.
>
> When you serve D-USA, it seems there will be no need for us to respond until the stay is lifted after you serve D-Austria, because a stay stays everything. However, I'm a little uncomfortable just making the assumption and want to file a motion to be sure that is the case. Any objection?
>
> Thanks,
>
> Carl
>
> **From:** McGrath, V. Brandon [mailto:BMcgrath@bgdlegal.com]
> **Sent:** Wednesday, November 13, 2013 7:55 AM
> **To:** Nelson, Carl
> **Cc:** Trehan, Ashley; Grim, Michael A.; 'Juan Martinez'
> **Subject:** Summons to D-USA
>
> Carl,
>
> We are going to file motions to issue summons to D-USA. Do you have any objection? The judge's clerk told us to follow this procedure. Thanks.
>
> Sent with Good (www.good.com)

6

CONFIDENTIALITY NOTICE:
This e-mail contains information that is privileged, confidential and subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. You are prohibited from copying, distributing or otherwise using this information if you are not the intended recipient. If you have received this e-mail in error, please notify us immediately by return e-mail and delete this email and all attachments from your system. Thank you.

DISCLOSURE REQUIRED BY CIRCULAR 230.
This Disclosure may be required by Circular 230 issued by the Department of Treasury and the Internal Revenue Service. If this e-mail, including any attachments, contains any federal tax advice, such advice is not intended or written by the practitioner to be used, and it may not be used by any taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer. Furthermore, any federal tax advice herein (including any attachment hereto) may not be used or referred to in promoting, marketing or recommending a transaction or arrangement to another party. Further information concerning this disclosure, and the reasons for such disclosure, may be obtained upon request from the author of this e-mail. Thank you.

Disclaimer under IRS Circular 230: Unless expressly stated otherwise in this transmission, nothing contained in this message is intended or written to be used, nor may it be relied upon or used, (1) by any taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer under the Internal Revenue Code of 1986, as amended and/or (2) by any person to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed in this message.
If you desire a formal opinion on a particular tax matter for the purpose of avoiding the imposition of any penalties, we will discuss the additional Treasury requirements that must be met and whether it is possible to meet those requirements under the circumstances, as well as the anticipated time and additional fees involved.

Confidentiality Disclaimer: This e-mail message and any attachments are private communication sent by a law firm, Fowler White Boggs P.A., and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you

CONFIDENTIALITY NOTICE:
This e-mail contains information that is privileged, confidential and subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. You are prohibited from copying, distributing or otherwise using this information if you are not the intended recipient. If you have received this e-mail in error, please notify us immediately by return e-mail and delete this email and all attachments from

your system. Thank you.

DISCLOSURE REQUIRED BY CIRCULAR 230.
This Disclosure may be required by Circular 230 issued by the Department of Treasury and the Internal Revenue Service. If this e-mail, including any attachments, contains any federal tax advice, such advice is not intended or written by the practitioner to be used, and it may not be used by any taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer. Furthermore, any federal tax advice herein (including any attachment hereto) may not be used or referred to in promoting, marketing or recommending a transaction or arrangement to another party. Further information concerning this disclosure, and the reasons for such disclosure, may be obtained upon request from the author of this e-mail. Thank you.

---

CONFIDENTIALITY NOTICE:
This e-mail contains information that is privileged, confidential and subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. You are prohibited from copying, distributing or otherwise using this information if you are not the intended recipient. If you have received this e-mail in error, please notify us immediately by return e-mail and delete this email and all attachments from your system. Thank you.

DISCLOSURE REQUIRED BY CIRCULAR 230.
This Disclosure may be required by Circular 230 issued by the Department of Treasury and the Internal Revenue Service. If this e-mail, including any attachments, contains any federal tax advice, such advice is not intended or written by the practitioner to be used, and it may not be used by any taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer. Furthermore, any federal tax advice herein (including any attachment hereto) may not be used or referred to in promoting, marketing or recommending a transaction or arrangement to another party. Further information concerning this disclosure, and the reasons for such disclosure, may be obtained upon request from the author of this e-mail. Thank you.

---

CONFIDENTIALITY NOTICE:
This e-mail contains information that is privileged, confidential and subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. You are prohibited from copying, distributing or otherwise using this information if you are not the intended recipient. If you have received this e-mail in error, please notify us immediately by return e-mail and delete this email and all attachments from your system. Thank you.

DISCLOSURE REQUIRED BY CIRCULAR 230.
This Disclosure may be required by Circular 230 issued by the Department of Treasury and the Internal Revenue Service. If this e-mail, including any attachments, contains any federal tax advice, such advice is not intended or written by the practitioner to be used, and it may not be used by any taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer. Furthermore, any federal tax advice herein (including any attachment hereto) may not be used or referred to in promoting, marketing or recommending a transaction or arrangement to another party. Further information concerning this disclosure, and the reasons for such disclosure, may be obtained upon request from the author of this e-mail. Thank you.

CONFIDENTIALITY NOTICE:
This e-mail contains information that is privileged, confidential and subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. You are prohibited from copying, distributing or otherwise using this information if you are not the intended recipient. If you have received this e-mail in error, please notify us immediately by return e-mail and delete this email and all attachments from your system. Thank you.

DISCLOSURE REQUIRED BY CIRCULAR 230.
This Disclosure may be required by Circular 230 issued by the Department of Treasury and the Internal Revenue Service. If this e-mail, including any attachments, contains any federal tax advice, such advice is not intended or written by the practitioner to be used, and it may not be used by any taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer. Furthermore, any federal tax advice herein (including any attachment hereto) may not be used or referred to in promoting, marketing or recommending a transaction or arrangement to another party. Further information concerning this disclosure, and the reasons for such disclosure, may be obtained upon request from the author of this e-mail. Thank you.

CONFIDENTIALITY NOTICE:
This e-mail contains information that is privileged, confidential and subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. You are prohibited from copying, distributing or otherwise using this information if you are not the intended recipient. If you have received this e-mail in error, please notify us immediately by return e-mail and delete this email and all attachments from your system. Thank you.

DISCLOSURE REQUIRED BY CIRCULAR 230.
This Disclosure may be required by Circular 230 issued by the Department of Treasury and the Internal Revenue Service. If this e-mail, including any attachments, contains any federal tax advice, such advice is not intended or written by the practitioner to be used, and it may not be used by any taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer. Furthermore, any federal tax advice herein (including any attachment hereto) may not be used or referred to in promoting, marketing or recommending a transaction or arrangement to another party. Further information concerning this disclosure, and the reasons for such disclosure, may be obtained upon request from the author of this e-mail. Thank you.

CONFIDENTIALITY NOTICE:
This e-mail contains information that is privileged, confidential and subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. You are prohibited from copying, distributing or otherwise using this information if you are not the intended recipient. If you have received this e-mail in error, please notify us immediately by return e-mail and delete this email and all attachments from your system. Thank you.

DISCLOSURE REQUIRED BY CIRCULAR 230.
This Disclosure may be required by Circular 230 issued by the Department of Treasury and the Internal Revenue Service. If this e-mail, including any attachments, contains any federal tax advice, such advice is not intended or written by the practitioner to be used, and it may not be used by any taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer. Furthermore, any federal tax advice herein (including any attachment hereto) may not be used or referred to in promoting, marketing or recommending a transaction or arrangement to another party. Further information concerning this disclosure, and the reasons for such disclosure, may be obtained upon request from the author of this e-mail. Thank you.

CONFIDENTIALITY NOTICE:
This e-mail contains information that is privileged, confidential and subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. You are prohibited from copying, distributing or otherwise using this information if you are not the intended recipient. If you have received this e-mail in error, please notify us immediately by return e-mail and delete this email and all attachments from your system. Thank you.

DISCLOSURE REQUIRED BY CIRCULAR 230.
This Disclosure may be required by Circular 230 issued by the Department of Treasury and the Internal Revenue Service.

If this e-mail, including any attachments, contains any federal tax advice, such advice is not intended or written by the practitioner to be used, and it may not be used by any taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer. Furthermore, any federal tax advice herein (including any attachment hereto) may not be used or referred to in promoting, marketing or recommending a transaction or arrangement to another party. Further information concerning this disclosure, and the reasons for such disclosure, may be obtained upon request from the author of this e-mail. Thank you.

---

CONFIDENTIALITY NOTICE:
This e-mail contains information that is privileged, confidential and subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. You are prohibited from copying, distributing or otherwise using this information if you are not the intended recipient. If you have received this e-mail in error, please notify us immediately by return e-mail and delete this email and all attachments from your system. Thank you.

DISCLOSURE REQUIRED BY CIRCULAR 230.
This Disclosure may be required by Circular 230 issued by the Department of Treasury and the Internal Revenue Service. If this e-mail, including any attachments, contains any federal tax advice, such advice is not intended or written by the practitioner to be used, and it may not be used by any taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer. Furthermore, any federal tax advice herein (including any attachment hereto) may not be used or referred to in promoting, marketing or recommending a transaction or arrangement to another party. Further information concerning this disclosure, and the reasons for such disclosure, may be obtained upon request from the author of this e-mail. Thank you.