UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-CV-61663
ELECTRONICALLY FILED

**AIRCRAFT GUARANTY CORPORATION,**
**TRUSTEE OF CONTINENT AIRCRAFT TRUST 1087**

    **Plaintiff,**

v.

**DIAMOND AIRCRAFT INDUSTRIES, INC.**
**DIAMOND AIRCRAFT INDUSTRIES, GMBH**
**DIAMOND AIRCRAFT SALES, USA, INC.**

    **Defendants.**
_____/

## PLAINTIFF'S NOTICE OF FILING AFFIDAVITS IN SUPPORT OF DAMAGES

Plaintiff Aircraft Guaranty Corporation, Trustee of Continent Aircraft Trust 1087 hereby submits Affidavits in Support of Damages.  Plaintiff submits these Affidavits in accordance with the Court's January 21, 2014 Order requiring Plaintiff to do so.  Accordingly, the Affidavit of Karsten Damgaard-Iversen is attached as Exhibit 1 and the Affidavit of Ernest S. Arvai is attached as Exhibit 2.

Dated:  January  30th, 2014

                                                Respectfully submitted,

                                                /s/Juan Martinez_____
                                                Juan Martinez
                                                Florida Bar No. 9024
                                                GRAYROBINSON P.A.
                                                1221 Brickell Avenue, Suite 1600
                                                Miami, Florida 33131-0014
                                                Telephone: 305-416-6880
                                                Facsimile: 305-416-6887
                                                E-mail: juan.martinez@gray-robinson.com
                                                COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this  30th  day of January, 2014, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

s/Juan Martinez
Counsel for Plaintiff

15120725_1.docx