UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 11-61663-CIV-MORENO

AIRCRAFT GUARANTY CORPORATION,
TRUSTEE OF CONTINENT AIRCRAFT
TRUST 1087,

    Plaintiff,

vs.

DIAMOND AIRCRAFT INDUSTRIES, INC.,
DIAMOND AIRCRAFT INDUSTRIES, GMBH,
and DIAMOND AIRCRAFT SALES, U.S.A.,
INC.,

    Defendants.
_____/

## ORDER SETTING ASIDE DEFAULT JUDGMENT AND CLARIFYING STAY IS LIFTED

THIS CAUSE came before the Court upon the Defendant Diamond Aircraft Sales, U.S.A., Inc.'s Motion to Set Aside Default Final Judgment **(D.E. No. 75)**, filed on **January 23, 2014**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED. The default final judgment is set aside and the Court clarifies the stay is lifted. Defendant Diamond Aircraft Sales USA, Inc. shall file an answer by no later than **February 11, 2014**.

DONE AND ORDERED in Chambers at Miami, Florida, this 29th day of January, 2014.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record