UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 11-61663-CIV-MORENO

AIRCRAFT GUARANTY CORPORATION,
TRUSTEE OF CONTINENT AIRCRAFT
TRUST 1087,

    Plaintiff,

v.                                                                             **UNOPPOSED MOTION**

DIAMOND AIRCRAFT INDUSTRIES, INC.;       **EMERGENCY MOTION**
DIAMOND AIRCRAFT INDUSTRIES, GMBH;
and DIAMOND AIRCRAFT SALES U.S.A., INC.,

    Defendants.
_____/

**DEFENDANT DIAMOND AIRCRAFT SALES U.S.A., INC.'S UNOPPOSED,
EMERGENCY MOTION FOR CLARIFICATION REGARDING
ITS RESPONSE TO THE SECOND AMENDED COMPLAINT
AND INCORPORATED MEMORANDUM OF LAW**

    Defendant Diamond Aircraft Sales U.S.A., Inc. ("Diamond U.S.A."), through its undersigned counsel, respectfully moves the Court for clarification, on an expedited basis, regarding Diamond U.S.A.'s response to the Second Amended Complaint (Doc. 62).

**Memorandum in Support**

    Plaintiff filed a Second Amended Complaint on September 30, 2013 (Doc. 62). On January 22, 2014, the Court *sua sponte* entered a Default Final Judgment as to Diamond U.S.A. (Doc. 74.) On January 30, 2014, the Court entered its Order granting Diamond U.S.A.'s Motion to Set Aside Default Final Judgment. (*See* Order Setting Aside Default Judgment and Clarifying Stay is Lifted, Doc. 79 (the "**Order**").)

The Order states that Diamond U.S.A. "shall file *an answer*" no later than February 11, 2014. (Order (emphasis added).) The next docket entry, however, sets February 11 as the deadline the "response"—as opposed to an answer—is due.

Rule 12 of the Federal Rules of Civil Procedure governs how and when a defendant shall serve its "responsive pleading" and/or "present defenses." The rule permits a defendant such as Diamond U.S.A. to present certain defenses by motion "before pleading if a responsive pleading is allowed." *See* Fed. R. Civ. P. 12(b). Rule 12 does not appear to prohibit a newly added defendant such as Diamond U.S.A. from filing a motion under Rule 12 in lieu of an answer. Therefore, Diamond U.S.A. believes that it is allowed, under Rule 12, to file an appropriate motion in lieu of an answer by no later than February 11, 2014. Given the language of the Order, however, and out of an abundance of caution, Diamond U.S.A. seeks clarification.

Finally, under Local Rule 7.1(e), Diamond U.S.A. designates this motion as an "emergency" motion. The deadline for Diamond U.S.A. to file its response is February 11, 2014, which is merely **ten days** from the date of filing this motion. Thus, there is good cause for requiring expedited procedure in this instance.

WHEREFORE, Defendant Diamond U.S.A. respectfully moves the Court for clarification, on an expedited basis, regarding its response to the Second Amended Complaint; namely, Diamond U.S.A. seeks an order permitting it to file a "response" to the Second Amended Complaint as opposed to an "answer," on or before February 11, 2014.

## S.D. Fla. L.R. 7.1(a)(3) Certificate

I hereby certify that counsel for Plaintiff has represented that Plaintiff has no objection to this motion.

Respectfully submitted,

s/ Carl R. Nelson
Carl R. Nelson, FBN 280186
cnelson@fowlerwhite.com
Ashley Bruce Trehan, FBN 0043411
ashley.trehan@fowlerwhite.com
Scott A. Richards, FBN 0072657
scott.richards@fowlerwhite.com
FOWLER WHITE BOGGS P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, FL 33602
Tel: (813) 228-7411
Fax: (813) 229-8313
Attorneys for Defendant Diamond Aircraft Industries, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this document was served by CM/ECF on January 31, 2014, on all counsel of record on the Service List below:

s/ Carl R. Nelson
Carl R. Nelson, FBN 280186
cnelson@fowlerwhite.com
Ashley Bruce Trehan, FBN 0043411
ashley.trehan@fowlerwhite.com
Scott A. Richards, FBN 0072657
scott.richards@fowlerwhite.com
FOWLER WHITE BOGGS P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, FL 33602
Tel: (813) 228-7411
Fax: (813) 229-8313
Attorneys for Defendant Diamond Aircraft Industries, Inc.

## SERVICE LIST

Juan Martinez (FBN 9024)
juan.martinez@gray-robinson.com
GRAY ROBINSON P.A.
1221 Brickell Avenue, Suite 1600
Miami, FL 33131-0014
Tel: (305) 416-6880
Fax: (305) 416-6887

Michael A. Grim
mgrim@bgdlegal.com
BINGHAM GREENEBAUM DOLL, LLP
3500 National City Tower
101 South Fifth Street
Louisville, KY 40202
Tel: (502) 589-4200
Fax: (502) 587-3695
*Admitted pro hac vice*

V. Brandon McGrath
bmcgrath@bgdlegal.com
BINGHAM GREENEBAUM DOLL LLP
2350 First Financial Center
255 East Fifth Street
Cincinnati, OH 45202
Tel: (513) 455-7643
Fax: (513) 455-8500
*Admitted pro hac vice*

Attorneys for Plaintiff Aircraft Guaranty Corporation