UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case Number: 11-61663-CIV-MORENO

AIRCRAFT GUARANTY CORPORATION,
TRUSTEE OF CONTINENT AIRCRAFT
TRUST 1087,

      Plaintiff,

vs.

DIAMOND AIRCRAFT INDUSTRIES, INC.,
DIAMOND AIRCRAFT INDUSTRIES, GMBH,
and DIAMOND AIRCRAFT SALES, U.S.A.,
INC.

      Defendants.
_____/

## ORDER DENYING UNOPPOSED EMERGENCY MOTION FOR CLARIFICATION

THIS CAUSE came before the Court upon the Defendant's Unopposed Emergency Motion for Clarification regarding its response to the Second Amended Complaint (**D.E. No. 80**), filed on **January 31, 2014**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED as unnecessary. In view of the age of the case, the Defendant Diamond Aircraft Sales, USA, Inc., must file both an answer and a motion to dismiss by no later than **February 14, 2014**. The Court also notes that if a party elects to file an emergency motion in the future, the motion must comport with CM/ECF Administrative Procedure 5E. ("Because these matters require the immediate attention of the Judge, the attorney must file the original motion in the conventional paper format in the division where the Judge is chambered.).

DONE AND ORDERED in Chambers at Miami, Florida, this 5 day of February, 2014.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record