Case 0:11-cv-61663-FAM   Document 85-1   Entered on FLSD Docket 02/14/2014   Page 1 of 84

KARSTEN DAMGAARD-IVERSEN                              September 19, 2013
AIRCRAFT GUARANTY vs. DIAMOND AIRCRAFT                                 1

```
 1                UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
 2                       MIAMI DIVISION

 3              CASE NO. 11-61663-CIV-MORENO

 4
     AIRCRAFT GUARANTY CORP.,
 5   TRUSTEE of CONTINENT AIRCRAFT
     TRUST 1087,
 6
                          Plaintiff,
 7
          vs.
 8
     DIAMOND AIRCRAFT INDUSTRIES, INC.,
 9
                          Defendant.
10   _____/

11

12

13        DEPOSITION OF KARSTEN DAMGAARD-IVERSEN

14
                  Thursday, September 19, 2013
15                  1:07 p.m. - 3:02 p.m.

16              Fowler White Boggs, P.A.
                501 East Kennedy Boulevard
17                  Mack-Cali Center
                      Suite 1700
18                Tampa, Florida 33602

19        -----------------------------------

20

21

22   REPORTED BY:
     LAURA M. SEMIK, RPR
23   Notary Public
     State of Florida at Large
24   Esquire Deposition Solutions - Tampa, Florida
     813-221-2535 (800-838-2814)
25   Job No.:  401035
```



KARSTEN DAMGAARD-IVERSEN                September 19, 2013
AIRCRAFT GUARANTY vs. DIAMOND AIRCRAFT                    2

```
1    APPEARANCES:

2          On behalf of the Plaintiff:
           V. BRANDON McGRATH, ESQUIRE
3          Bingham Greenebaum Doll
           2350 First Financial Center
4          255 East Fifth Street
           Cincinnati, Ohio  45202
5          (513) 455-7641
           bmcgrath@bgdlegal.com
6
           MICHAEL A. GRIM, ESQUIRE
7          Bingham Greenebaum Doll
           3500 National City Tower
8          101 South Fifth Street
           Louisville, Kentucky  40202
9          (502) 587-3696
           mgrim@bgdlegal.com
10
           On behalf of the Defendant:
11         CARL R. NELSON, ESQUIRE
           ASHLEY TREHAN, ESQUIRE
12         Fowler White Boggs, P.A.
           501 East Kennedy Boulevard
13         Mack-Cali Center
           Suite 1700
14         Tampa, Florida 33602
           (813) 228-7411
15         cnelson@fowlerwhite.com
           trehan@fowlerwhite.com
16

17

18

19

20

21

22

23

24

25
```



KARSTEN DAMGAARD-IVERSEN                    September 19, 2013
AIRCRAFT GUARANTY vs. DIAMOND AIRCRAFT                      3

1                           INDEX

                                                PAGE
2
     Direct Examination by Mr. Nelson..........    5
3
     Certificate of Reporter...................   80
4
     Certificate of Oath.......................   81
5
     Deposition Errata Sheet...................   82
6
     Deposition Errata Sheet...................   83
7
     Deposition Errata Sheet...................   84
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Case 0:11-cv-61663-FAM   Document 85-1   Entered on FLSD Docket 02/14/2014   Page 4 of 84

KARSTEN DAMGAARD-IVERSEN                    September 19, 2013
AIRCRAFT GUARANTY vs. DIAMOND AIRCRAFT                      4

```
1                    EXHIBITS

2
    NO.          DESCRIPTION              PAGE
3
    15   12/17/08 letter to Diamond DA42
4        Owner from Ken Schaelchlin; Diamond
         Aircraft Assistance Program..........  43
5
    16   5/19/07 memorandum for Mr. Karsten
6        Damgaard-Iversen, quotation for
         provision of International FAA
7        Registration via owner trust.........  57

8   17   Aggressive Insurance policy...........  62

9   18   Logbook...............................  64

10  19   Canada Aircraft Technical Log.........  65

11  20   Ero Technik Aircraft Technical Record
         Logbook...............................  67
12
    21   Alpine Aviation, Inc. invoices........  70
13
    22   Terms of Guarantee for the Centurion
14       2.0...................................  73

15

16

17

18

19

20

21

22

23

24

25
```



Case 0:11-cv-61663-FAM   Document 85-1   Entered on FLSD Docket 02/14/2014   Page 5 of 84

KARSTEN DAMGAARD-IVERSEN                          September 19, 2013
AIRCRAFT GUARANTY vs. DIAMOND AIRCRAFT                              5

```
 1          Deposition taken before Laura M. Semik,

 2   Registered Professional Reporter and Notary Public

 3   in and for the State of Florida at Large, in the

 4   above cause.

 5                   *    *    *    *    *

 6          COURT REPORTER:  Would you raise your

 7      right hand?

 8          Do you solemnly swear to tell the truth

 9      and nothing but the truth?

10          THE WITNESS:  I do.

11

12   WHEREUPON:

13              KARSTEN DAMGAARD-IVERSEN,

14   having been first duly sworn, was examined and

15   testified as follows:

16

17              DIRECT EXAMINATION

18   BY MR. NELSON:

19      Q    Please state your full name for the

20   record.

21      A    It's Karsten Damgaard-Iversen.  Damgaard

22   is D-a-m-g-a-a-r-d hyphen I-v-e-r-s-e-n.

23      Q    Is it okay if I call you Mr. Iversen?

24      A    You can call me Karsten or Mr. Iversen,

25   however you like.
```



1    Q    Okay.

2    A    How would you like me to call you?

3    Q    You can call me anything you like.  I

4  just didn't know if you prefer Damgaard-Iversen or

5  just Iversen?

6    A    In America I'm always Karsten Iversen

7  because the other one poses pronunciation

8  challenges.

9    Q    How old are you?

10   A    Sorry?

11   Q    How old are you?

12   A    57.

13   Q    57.

14        And your home address?

15   A    815 Peace Pipe Loop -- three words --

16  Reno Nevada, 89511.

17   Q    And how long have you lived there?

18   A    Actually, just a year.  I closed on the

19  house last year in September, so it's coming up on

20  a little over a year.

21   Q    Do you own any other homes anywhere else?

22   A    I own a home in Denmark.

23   Q    And the address of that home?

24   A    (Witness answered in Danish).

25   Q    That wasn't very helpful.



KARSTEN DAMGAARD-IVERSEN                    September 19, 2013
AIRCRAFT GUARANTY vs. DIAMOND AIRCRAFT                      7

1      A    It's a summer house and it's perhaps not
2   relevant.  It's not a residence, it's just a
3   summer house.
4      Q    Where did you live before you lived in
5   your current home in Reno?
6      A    I lived prior to that in another home in
7   Reno, which I rented.
8      Q    For how long?
9      A    I rented that --
10     Q    Let me shortcut it.  At the time of the
11  transaction that we're here about and you acquired
12  this airplane, I believe you were a resident of
13  some country in Europe somewhere?
14     A    Right.
15     Q    Where was that?
16     A    At the time when I signed the purchase
17  agreement I was a resident of the UK in Surrey,
18  Wood Gates Farm, Ford Manor Road, Dormansland.
19     Q    I don't need the address.
20     A    Right.
21     Q    It was in the UK?
22     A    Right.
23     Q    What is your citizenship?
24     A    Danish.
25     Q    And then you went from the UK home to



Case 0:11-cv-61663-FAM   Document 85-1   Entered on FLSD Docket 02/14/2014   Page 8 of 84

KARSTEN DAMGAARD-IVERSEN                      September 19, 2013
AIRCRAFT GUARANTY vs. DIAMOND AIRCRAFT                        8

```
1   where?  Just tell me where you've lived -- I don't
2   need addresses or anything like that --
3        A     Right.
4        Q     -- up to Reno.
5        A     I moved to Holland in the summer of 2007,
6   but I already started working there from the
7   summer of 2006.
8        Q     Okay.
9        A     And then from there I moved to the U.S.,
10  but I kept my residence in Holland, in
11  The Hague, up until September of last year.  So
12  for a while I had dual residency.
13       Q     When did you move here from Holland?
14       A     I came in December of 2010, but
15  technically didn't start to work in my current
16  position until the 1st of April 2011.
17       Q     And what is your immigration status in
18  this country?
19       A     I'm a permanent resident.  I have a U.S.
20  green card since 1985.
21       Q     Before living in the UK, where did you
22  live?
23       A     I lived in Denmark and Germany.
24       Q     Well, let me do it this way, this may
25  speed it up:  You obtained a green card in 1985?
```



1      A      Yes.

2      Q      Had you been in the United States at the

3   time you acquired it, or do you have to acquire it

4   and then come in?

5      A      No, I came over here in 1982.

6      Q      For what purpose?

7      A      To start an ultrasound division for a

8   Danish medical company.

9      Q      And then how long were you resident in

10  the United States?

11     A      I was resident in the United States from

12  1982 beginning '83 -- the exact date, I was going

13  back and forth -- and I left -- and I'm trying to

14  think exactly when that was -- in December of

15  19 -- I just graduated from Emory in the spring;

16  and then I moved to Switzerland by the end of 1991

17  where I stayed for just about a year; and then I

18  moved to Denmark in December of 1993 -- no,

19  December of 1992, sorry.  I was just one year in

20  Switzerland.

21     Q      And then were you continuously residing

22  in Europe until you came back and came to Reno?

23     A      Well, then I was in Denmark in '93, '94,

24  and '95.

25     Q      And you said you're Danish; right?



Case 0:11-cv-61663-FAM   Document 85-1   Entered on FLSD Docket 02/14/2014   Page 10 of 84

KARSTEN DAMGAARD-IVERSEN                        September 19, 2013
AIRCRAFT GUARANTY vs. DIAMOND AIRCRAFT                        10

 1          A    I was born in Copenhagen, yes.

 2              And then as of January 1996, I moved to

 3     Hamburg to start a subsidiary company of the

 4     company I was working for.

 5          Q    That's the coldest place on the face of

 6     the earth.  Maybe Rotterdam is a little colder.

 7          A    Perhaps.

 8          Q    To me, for all the places I've been.

 9          A    Scandinavia offers a lot more chill if

10     you go further north.

11              I moved to Hamburg in January of '96 and

12     I was there '96 and '97; and then in the fall of

13     '98 I moved back to the United States, to

14     Colorado, for another assignment or start-up

15     company while I was still looking after the

16     business in Germany and Denmark, and I stayed

17     there to the end of 1999; and in the January or

18     February time frame of 2000, I moved back to

19     Germany where I stayed until the end of 2001; and

20     January 2002 I moved to the UK.

21          Q    And then we know everything after that.

22          A    I think you do.

23          Q    Okay.  Where did you do your

24     undergraduate studies?

25          A    At the engineering college in Copenhagen.



KARSTEN DAMGAARD-IVERSEN                    September 19, 2013
AIRCRAFT GUARANTY vs. DIAMOND AIRCRAFT                      11

1        Q     And how did you happen to go to Emory?

2        A     I went for an executive MBA program, paid

3    for by my current employer, while I was living in

4    Atlanta.

5        Q     Was that full time?

6        A     No.  It was one of those where, you know,

7    I had a desk over in the corner of my office, so

8    at 5:00 every day I'd try to concentrate on

9    homework.  It's their executive MBA program, it

10   runs for just under two years, so I graduated in

11   the spring of '91.

12       Q     Are you currently employed?

13       A     Yes.

14       Q     By whom?

15       A     A company called Sonocine,

16   S-o-n-o-c-i-n-e.

17       Q     And where are they located?

18       A     Reno, Nevada.

19       Q     Where are they incorporated?

20       A     Delaware.

21       Q     And what do they do?

22       A     Sonocine has developed a new technology

23   for automated whole breast ultrasound screening.

24   The purpose of it is to detect mammographically

25   occult cancers in women with dense breast tissue.



Case 0:11-cv-61663-FAM   Document 85-1   Entered on FLSD Docket 02/14/2014   Page 12 of 84

KARSTEN DAMGAARD-IVERSEN                                September 19, 2013
AIRCRAFT GUARANTY vs. DIAMOND AIRCRAFT                              12

1      Q     And what is your position with the

2   company?

3      A     I am the CEO.

4      Q     Did you start as CEO?

5      A     Yes.

6      Q     Was it a start-up company at the time?

7      A     The company was 10 years old and had

8   spent about that time to develop its technology,

9   acquire patents and go through a process of

10   clinical validation with peer review, published

11   studies, et cetera.  It was for all practical

12   purposes a very small non-commercial outfit.

13      Q     And you're a pilot?

14      A     I am a pilot.

15      Q     What licenses or ratings or certificates

16   do you hold?

17      A     I have a U.S. private pilot with

18   single-engine, multi-engine, and instrument

19   privileges.

20      Q     Do you have any European equivalent

21   licenses?

22      A     No.

23      Q     Where did you learn to fly?

24      A     Atlanta, Georgia.

25      Q     During those few years that you were in



1  Atlanta?

2      A     Right.   During -- what would that be --

3  that six, seven years in Atlanta.

4      Q     What types of planes did you fly?

5      A     Well, when you start, you know, you start

6  in a 152 and a 172 and a Piper Cherokee of various

7  configurations, and then as I got my license I

8  bought a Rockwell Commander 114 in 1988, which I

9  owned for -- when did I sell that, 1993 -- I owned

10  that for about five or six years.  I flew it to

11  Europe in the winter of '91, and then I sold it in

12  Denmark in '93 or '94, somewhere around that time.

13      Q     Have you owned any other airplanes?

14      A     Not other than the one that's the

15  question of this lawsuit.

16      Q     Okay.  How many hours do you think you

17  have?

18      A     About 12,050 hours give or take, which

19  includes some helicopter time as well.

20      Q     Was it a Commander that you said you had?

21      A     Commander 114.

22      Q     Was that a single or twin?

23      A     That's a single engine.

24      Q     What did you do your twin-engine training

25  in?



Case 0:11-cv-61663-FAM   Document 85-1   Entered on FLSD Docket 02/14/2014   Page 14 of 84

KARSTEN DAMGAARD-IVERSEN                          September 19, 2013
AIRCRAFT GUARANTY vs. DIAMOND AIRCRAFT                          14

1    A    It's in Naples, Florida, and it's called

2  European Aviation.

3    Q    What kind of aircraft?

4    A    European American Aviation.  And I did

5  the training in a DA42.

6    Q    Really?

7    A    The multi-engine.

8    Q    When was that?

9    A    That was in the period of late spring,

10  early summer of 2007 after I signed the purchase

11  agreement for N56KD.

12    Q    The Commander, was it new or used when

13  you bought it?

14    A    No, it was a 1976, so it was the

15  original, and I bought it in 1978.  I went out and

16  picked it up out at Boeing Field in Washington and

17  flew it back to Atlanta.

18    Q    When you fly your current DA42 -- and

19  that's capital D, capital A, 42 -- do you always

20  file a flight plan, either instrument or visual?

21    A    No.

22    Q    Sometimes you fly just visual with no

23  flight plan?

24    A    In the early years of flying,

25  particularly flying in Europe, I religiously filed



Case 0:11-cv-61663-FAM   Document 85-1   Entered on FLSD Docket 02/14/2014   Page 15 of 84

KARSTEN DAMGAARD-IVERSEN                        September 19, 2013
AIRCRAFT GUARANTY vs. DIAMOND AIRCRAFT                    15

```
 1    flight plans even if the weather looked good.

 2        Q    What about in this country?

 3        A    But when you're based in Reno, Nevada,

 4    where we have severe clear days, literally 300

 5    some a year, no.  I get flight following from

 6    NORCAL whenever it's necessary.  Sometimes I file

 7    it en route, if necessary.

 8        Q    What percentage of your flights would you

 9    say you fly on a flight plan?

10        A    Now or all over the entire time of my --

11        Q    In this country since you've had the

12    DA42.

13        A    And since I brought it over here?

14        Q    Right.

15        A    I flew it over here in May of 2011.

16        Q    Since then, about what percentage do you

17    fly on a flight plan?

18        A    I haven't flown very much.  I would

19    guesstimate maybe 10, 15 percent.

20        Q    On a flight plan?

21        A    On a flight plan.

22        Q    Any idea how many hours are on the

23    engines today?

24        A    I know exactly what's on them, I just

25    fueled the airplane before coming here.  245 hours
```



1   total time on both engines and the airframe.

2       Q    Did you fly it here?

3       A    No.  Why would I?

4       Q    That's true.  I was going to get you to

5   take me for a ride.  I've never been in a DA42.

6       A    You might find that interesting.

7       Q    What is the overall condition of the

8   airplane today?

9       A    My airplane?

10      Q    Yeah.  Is it like new?

11      A    It's like new.  It's been hangared

12  virtually its entire life give or take a few weeks

13  here and there in the shop.  When I had it up in

14  Denmark, which is where it was based initially

15  after it was flown over from the factory, it was

16  in a NATO bunker on a Danish air force base, so

17  it's always been well protected from the weather.

18  As you can tell, it's got very little use on it

19  considering its age.  A little bit of washing and

20  waxing and it will look as good as when it left

21  the factory; in fact, it actually does.

22      Q    Where did you take delivery?

23      A    In London, Ontario.

24      Q    Why?

25      A    Because it was to be combined with some



1  factory training, which I considered an added

2  benefit.

3       Q    And then where did the plane go from

4  London, Ontario?

5       A    It was flown from there to Aarhus,

6  Denmark.

7       Q    And ultimately?

8       A    And ultimately to southern Denmark where

9  I based it at the air force base.

10      Q    And who flew it from London, Ontario over

11  to Europe?

12      A    A ferry pilot that I had hired prior to

13  taking delivery.

14      Q    Did you go along?

15      A    No.

16      Q    Who flew it back to this country?

17      A    I did.

18      Q    And when was that?

19      A    That was in May of 2011.

20      Q    Of the 245 hours on the plane, what

21  percentage of those hours were flown here and what

22  in Europe?

23      A    Well, if we deduct the 50 hours that it

24  actually took to fly it over here, headwinds were

25  as high as 70 knots, so that was more or less



1   right on 50 hours in the cockpit, and the about 35

2   hours that were used to get it over there in the

3   first place, so then we're down to about 160

4   hours.   I couldn't tell you precisely, but there

5   has been relatively little use of it over here.   I

6   do an occasional trip to Las Vegas or Los Angeles

7   or San Francisco, but it's mainly sitting in hits

8   hangar enjoying a nice quiet time there.

9        Q     When did you last fly it there?

10       A     About a month ago.

11       Q     Where did you go?

12       A     I took my 13-year-old son up over

13   Lake Tahoe for some flightseeing and a little

14   stick time.

15       Q     A little stick time.

16       A     No complicated electromechanical piece of

17   equipment likes to sit still for too long, so it

18   needs a little exercise.

19       Q     Why did you buy an airplane?

20       A     At the time I bought it I bought it

21   specifically to be used to transport me back and

22   forth between Holland and Denmark and then for

23   occasional business trips within Europe.

24       Q     Did you use it for that purpose?

25       A     Initially, yes, but it never materialized



1  into what it had been anticipated to do when I

2  actually signed the purchase agreement.

3      Q    Now you use it for your own pleasure

4  purposes?

5      A    I'm kind of hanging on to it for reasons

6  that I can elaborate on.

7      Q    Elaborate.

8      A    Well, you know, it's four years since we

9  filed this lawsuit, and for reasons of perhaps

10  that and thinking that a solution might have

11  something to do with owning the airplane, might

12  not, I've hung on to it.

13         Plus, I have not been -- in spite of the

14  fact that it's just a big ongoing cost, the last

15  annual was $13,000, I think I've flown 20 hours in

16  the past 12 months and there was nothing wrong

17  with the airplane per se.  It's kind of one of

18  those things it's a nice little toy to have

19  sitting for the occasional use.  I only brought it

20  over here because of the fact that I had moved

21  here, so why have it sitting in Europe, then I

22  would have zero use of it.

23      Q    Have you made any efforts to sell it?

24      A    No.

25      Q    What do you think it's worth today?



A I actually don't know. I would like to think that it -- no, I don't know. I can't tell you. I haven't followed the market.

Q I think I've seen an insurance document that says the insured value was I think $360,000 or $365,000. Does that sound right?

A I think that's what I have on my policy, yeah.

Q And where did that number come from?

A In a discussion with the insurance broker when I brought it over here and transferred my insurance from the European insurance I had to the U.S.

Q I've also seen something in the records that suggest that one or both of the clutches were replaced very early on.

A That's right.

Q Was it just the clutch or a gear box?

A I think it was the gear box and clutch.

Q On both sides?

A On both sides.

Q Why?

A Shortly after -- remember, I went to London, Ontario in September of 2007, one of the last days of September, took delivery, took some



1   enjoyable additional flight training -- mind you

2   that I just received my multi-engine rating a few

3   months earlier -- and basically left the airplane

4   to be picked up by the ferry pilot, Mr. Hardy

5   Kalitzki.  He runs a company, or whatever you want

6   to call it, called Atlantic Ferry Service.  He

7   flew it to Denmark.

8           And more or less immediately after he

9   arrived I was informed by the factory in London

10  that they accidentally had put the wrong oil on

11  the gear box and that therefore the gear box

12  needed to be removed from the airplane and sent to

13  Thielert for inspection to see if that wrong oil,

14  for lack of a better way, had caused any damage.

15  That's why the aircraft was sitting in Copenhagen

16  for many weeks while the engines were removed and

17  sent to Thielert in Germany for inspection.

18      Q    And was this work done and the gear boxes

19  and clutches replaced back in the plane while it

20  was still under warranty; that is, before Thielert

21  went bankrupt?

22      A    Indeed, yes.

23      Q    Have you had any mechanical problems or

24  any kind of problems with it, avionics,

25  propellers, mechanical, engines, anything since



KARSTEN DAMGAARD-IVERSEN                    September 19, 2013
AIRCRAFT GUARANTY vs. DIAMOND AIRCRAFT                        22

1   then?

2       A    There have been a couple of maintenance

3   issues like the replacement of a FADEC, the ECU.

4   I had interestingly some corrosion on both landing

5   gear brackets that was repaired this annual.

6   There were some going back and forth.  Diamond

7   wanted me to buy a brand new bracket, whatever you

8   call that assembly, they send you the whole

9   trailing beam landing gear, but my maintenance

10  facility in Grass Valley, California negotiated

11  with the FAA for repair and the repair was done.

12      Q    Overall, since the clutches were replaced

13  and the gear boxes, has it been dependable?

14      A    Yes.

15      Q    You've never lost an engine?

16      A    I've never lost an engine.  I've had

17  little issues with the avionics, auto pilot, and,

18  as I said, at least one ECU replaced, but other

19  than that, no major problems.

20      Q    And the ECU would have been replaced by

21  Diamond under the Diamond portion of the warranty;

22  is that correct?

23      A    I actually can't remember.

24      Q    Well, then this question is probably

25  going to be very difficult for you.  I was going



1  to ask you if you could estimate for me the amount

2  of money that you have been required to pay to

3  repair items that would have been covered under

4  the Thielert warranty but for Thielert becoming

5  insolvent.

6      A    I couldn't do that without having to go

7  back and look through documents.

8      Q    Can you give just a ballpark?

9      A    I prefer not to.

10     Q    $10?  $100,000?

11     A    Well, certainly somewhere in between that

12 I could confirm, but it hasn't been huge amounts

13 of money due to the fact that the airplane hasn't

14 been used very much.

15     Q    I think you have produced through your

16 attorneys the various logs of the airplane.  If

17 you reviewed those, could you come up with an

18 estimate of how much you've spent that you

19 wouldn't have had to spend?

20     A    I probably could.  And I also --

21     Q    Would that be a big project or something

22 that you could do in the next five or 10 minutes?

23     A    No, because it's not the logs themselves,

24 it's the actual billing.  I can give you an

25 example, for instance.  Back when the airplane



KARSTEN DAMGAARD-IVERSEN                    September 19, 2013
AIRCRAFT GUARANTY vs. DIAMOND AIRCRAFT                        24

1    clearly and indisputably was under the Thielert

2    warranty and those gear boxes had to be removed

3    and sent to Thielert and come back, Thielert was

4    not willing to pay the shop in Denmark for the

5    actual cost of hours that had been put into doing

6    that, so I ended up footing a large portion of

7    that bill already.  So from the get-go it became

8    clear that there were difficulties getting

9    Thielert to basically live up to what was my

10   expectations.

11       Q    What I'm really interested in is the

12   amount you've spent since the insolvency that you

13   would not have had to spend.

14       A    Right.

15       Q    I really need that.

16       A    Well, I'm sure we can calculate it based

17   on invoices and come up with a number.  I would

18   prefer not to come up with a number now.

19       Q    How long would it take you to do that?

20       A    Having access to the invoices, which I

21   think I have the bulk of, within a couple of days

22   I'm sure I could accomplish that.

23       Q    Is that something that you'd be willing

24   to do and provide to your attorneys to provide to

25   me?



1    A    I don't --

2         MR. McGRATH:  You're asking him to go

3    through the invoices and calculate up how much

4    he spent?

5         MR. NELSON:  That he would not have had

6    to spend but for the Thielert --

7    that's T-h-i-e-l-e-r-t -- insolvency.

8  BY MR. NELSON:

9    Q    Would you be willing to do that and give

10  that number to your attorney to relay to me?

11   A    I can't think of a reasonable reason not

12  to.

13   Q    Thank you.  I do appreciate that.

14        Can you think as you sit here what items

15  or what things have had to be done that would have

16  been under the warranty aside from the dollar

17  amount or euro amount or whatever it cost to fix

18  it?

19   A    Can you repeat that question?

20   Q    As you sit here, can you think of items

21  that would have been covered that were not after

22  April of 2008 upon the insolvency?  Can you think

23  of the things that were done -- I know you'd have

24  to look at the invoices to figure out the amount

25  that was spent, but I'm just saying can you



Case 0:11-cv-61663-FAM   Document 85-1   Entered on FLSD Docket 02/14/2014   Page 26 of 84

KARSTEN DAMGAARD-IVERSEN                     September 19, 2013
AIRCRAFT GUARANTY vs. DIAMOND AIRCRAFT                      26

1    remember what was done?

2         A    Not off the top of my head.  But perhaps

3    this is a good time to mention that there is a

4    reason why there is only 160 hours on the airplane

5    when you subtract the two ferry flights, and that

6    is that it became clear following the initial

7    trouble and the bankruptcy that I was dealing with

8    a fragile support situation.  And, frankly, the

9    main reason why the airplane didn't fly anymore

10   while it was in Europe was that I was afraid of

11   getting stuck in a situation that would be

12   complicated.

13            You have to remember -- and this also I

14   have recognized since I came here -- this went

15   from being the best since sliced bread in terms of

16   a new multi-engine aircraft that broke all the

17   molds of what we were used to in piston-powered

18   aircraft, receiving a lot of accolades from the

19   public press and pilot magazines, the anticipated

20   network of service and support facilities that

21   would actually be able to deliver under the

22   warranty which never materialized.

23        Q    Was there anything that required you not

24   to fly the airplane because of the support?

25        A    The risk of having a breakdown.  Let's



Case 0:11-cv-61663-FAM   Document 85-1   Entered on FLSD Docket 02/14/2014   Page 27 of 84

KARSTEN DAMGAARD-IVERSEN                    September 19, 2013
AIRCRAFT GUARANTY vs. DIAMOND AIRCRAFT                        27

1  say I would fly to Rome or to Czechoslovakia, or I
2  can mention random places -- at the time I was CEO
3  of Toshiba Medical Systems Europe, I had 10 group
4  companies including Russia and a thousand
5  employees, and I had a lot of opportunity to use
6  that airplane for business purposes.  I chose not
7  to because of my assessment of the fragile nature
8  of the machine I had.
9      Q    I'm not clear if you're saying the
10 airplane you considered fragile or the support
11 system if something went wrong was fragile.
12     A    I think it was a combination of the two.
13     Q    Okay.
14     A    We have to remember that the program of
15 putting diesel engines into flying machines had no
16 long track record.  And when I --
17     Q    Which, of course, you knew when you
18 bought it.
19     A    Which I knew when I bought it.  And I'm
20 sure we'll get to this later.  There was even lack
21 of clarity in my discussions with Premier about
22 the longevity, expected useful life of gear boxes,
23 the clutches, and the engines.  So, having already
24 encountered serious delays and difficulties with
25 Thielert before they went bankrupt, it didn't take



Case 0:11-cv-61663-FAM   Document 85-1   Entered on FLSD Docket 02/14/2014   Page 28 of 84

KARSTEN DAMGAARD-IVERSEN                    September 19, 2013
AIRCRAFT GUARANTY vs. DIAMOND AIRCRAFT                    28

 1   much to imagine what the situation would be if I

 2   had a technical problem which would render the

 3   aircraft not airworthy in some remote location.

 4       Q    Do you know what, if any, repair

 5   facilities that Thielert maintained in those

 6   countries you've mentioned such as Czechoslovakia?

 7       A    Off the top my head I can't tell you, but

 8   the experience with the authorized representative

 9   in Copenhagen was that of an already strained

10   antagonistic relationship as evidenced by the fact

11   that Thielert refused to cover the actual cost of

12   doing what was necessary in spite of the fact that

13   this was a brand new airplane.

14       Q    Before we leave that subject, now there's

15   600-hour clutches and gear boxes and 1,500-hour

16   engines; is that correct?

17       A    I suspect you're right.

18       Q    You don't have any reason to question

19   those numbers?

20       A    No.  And a number that comes to mind with

21   respect to my gear boxes is 300 hours.  That's

22   sort of a number that I've been working with.

23       Q    But you're not sure whether that's been

24   extended to 600 for those gear boxes?

25       A    I seem to remember that some newer



Case 0:11-cv-61663-FAM   Document 85-1   Entered on FLSD Docket 02/14/2014   Page 29 of 84

KARSTEN DAMGAARD-IVERSEN                    September 19, 2013
AIRCRAFT GUARANTY vs. DIAMOND AIRCRAFT                    29

1  generation -- in fact, I discussed it with my

2  repair facility in connection with the last annual

3  and his indication is I'm due for replacement by

4  300 hours.

5       Q    How many hours are on the gear boxes?

6       A    Right around two hundred and -- I'll

7  say -- I'm not quite sure what actually happened.

8  The gear boxes came back, so whether or not that's

9  zero, the number, or whether it starts from zero,

10  I would have to go back and really look at it.

11       Q    Let's assume it starts from zero.  Well,

12  how many hours were on the gear boxes at the time

13  they were taken out?

14       A    I would say about 35, 40 hours.

15       Q    So there's roughly 200 hours on the gear

16  boxes?

17       A    With the 300-hour limit it would be in

18  that range subject to whether or not it was zeroed

19  at the time after the inspection at Thielert; and

20  actually, I can't answer that off the top of my

21  head.

22       Q    Do you file a U.S. tax return?

23       A    Certainly do.

24       Q    Do you have a U.S. Social Security?

25       A    Certainly have.



Case 0:11-cv-61663-FAM   Document 85-1   Entered on FLSD Docket 02/14/2014   Page 30 of 84

KARSTEN DAMGAARD-IVERSEN                    September 19, 2013
AIRCRAFT GUARANTY vs. DIAMOND AIRCRAFT                    30

1        Q    I do not want that in the record, so

2   don't say it.

3        A    All right.

4        Q    I may ask you to write it down, but I

5   don't want you to say it.  I don't want to have to

6   worry about letting the transcript out of my

7   hands.

8             Do you take any depreciation allowance on

9   the airplane?

10        A    Nothing.  Never have in any jurisdiction

11   or any tax relation.

12        Q    Since you've acquired the plane, who has

13   flown it other than yourself?  And I know, of

14   course, there was the ferry pilot who took it over

15   to Europe, but other than that who has flown it?

16        A    One time the repair facility in

17   Grass Valley flew the airplane from Grass Valley

18   to Reno, that would be it other than me.

19        Q    Is anyone else authorized to fly it?

20        A    No.

21        Q    This is the risk of Google nowadays, you

22   know, we find all sorts of stuff.  Does the name

23   William Shields do anything for you?

24        A    No.

25        Q    Michael Leonard?



Case 0:11-cv-61663-FAM   Document 85-1   Entered on FLSD Docket 02/14/2014   Page 31 of 84

KARSTEN DAMGAARD-IVERSEN                           September 19, 2013
AIRCRAFT GUARANTY vs. DIAMOND AIRCRAFT                          31

1       A     No.

2       Q     Robert Heutmaker?

3       A     No.

4       Q     Doesn't do anything for you?

5       A     No.

6             Who are they?

7       Q     They're listed as authorized to fly that

8   airplane.

9       A     It's not mine.  Are you sure you don't

10  have it confused with another airplane?

11  Definitely not.

12      Q     Well, that's the thing about Google, you

13  never know for sure.

14      A     That's odd.  I have the two sets of keys,

15  so I would know.  No, no one other than me.

16      Q     By the way, in the purchase documents and

17  the specs here and there it repeatedly says the

18  airplane was coming with 1.7 liter engines, but

19  yours did come with 2.0 liter engines, didn't it?

20      A     That's correct.

21      Q     And those are the original engines now,

22  the 2.0?

23      A     Certainly are, yes.

24      Q     When you acquired the aircraft, did you

25  pay sales tax on it?



```
 1        A    No.
 2        Q    Did you pay VAT when you got it over to
 3   Europe?
 4        A    No.
 5        Q    So you paid no VAT or sales tax on it?
 6        A    I can elaborate on this.
 7        Q    Please do.
 8        A    The sales tax in Florida was investigated
 9   and determined to be not required.  And at the
10   time when I flew the airplane or had the airplane
11   flown to Denmark, Denmark was one, I think the
12   only European union that had an ability to get tax
13   exemption on small general aviation airplanes
14   under a certain -- so I hired a firm over there to
15   make sure that all my paperwork were done
16   correctly.  So I have, in fact, a formal valid
17   European importation with a VAT certificate, but
18   no VAT was levied.
19        Q    How did you pay for it?  And by that I
20   mean was it in dollars?  In euros?  By wire
21   transfer?  By check?  How did you do that?
22        A    The initial down payment sort of earnest
23   money in the amount of about $5,000 or $6,000 was
24   paid via American Express, my UK American Express.
25        Q    And that was paid to Premier?
```



Case 0:11-cv-61663-FAM   Document 85-1   Entered on FLSD Docket 02/14/2014   Page 33 of 84

KARSTEN DAMGAARD-IVERSEN                    September 19, 2013
AIRCRAFT GUARANTY vs. DIAMOND AIRCRAFT                    33

1       A       To Premier.

2               All of the monies were paid to Premier.

3       And the rest of the funds in different tranches

4       came as wire transfers from my personal bank

5       accounts in U.S. dollars.

6       Q       Your bank accounts in Europe or bank

7       accounts in the U.S.?

8       A       In Europe.  But the payments were made

9       via wire transfer in U.S. dollars.  After all, I

10      acquired the airplane in U.S. dollars.

11      Q       And I know you acquired it or title

12      passed from Premier Aircraft Sales to you

13      personally?

14      A       Correct.

15      Q       Are you aware that before that or the

16      chain of title was Diamond Aircraft Industries,

17      Inc. in Canada to Diamond USA, a U.S. company, to

18      Premier and then to you?  Are you aware of that?

19      A       Not necessarily specifically, but being a

20      businessman I could imagine that that would be a

21      logical way to do it.

22      Q       In any event, the first title of which

23      you were aware was a direct transfer of title from

24      Premier to you personally?

25      A       That's correct.



1    Q    When did you first come across a DA42 or

2    that concept of an airplane?

3    A    We started reading about it I believe

4    sometime in 2006, perhaps I became aware of it in

5    late 2006.  There were a lot of write-ups in

6    AOPA Pilot, Flying Magazine, and other shall we

7    say popular publications for general aviation

8    pilots, that's how I became aware of it.

9    Q    Did you subscribe to those magazines?

10    A    Occasionally.  They were more like -- I

11    had access to them from time to time.  I don't

12    recall that I had a particular subscription at the

13    time.

14    Q    And when did you first actually see a

15    DA42?

16    A    That would have been in September of

17    2006.

18    Q    Where?

19    A    That would be at Gamston Airport in

20    Nottinghamshire in UK.

21    Q    Was there a distributor there?

22    A    Yes.  They were called Diamond UK.  What

23    the exact ownership and nature of that

24    relationship was I couldn't tell you.

25    Q    You don't know if that company was



```
 1   related in any way to the Diamond company in
 2   Canada, do you?
 3        A    No, I cannot say for sure.  But they
 4   certainly had a relationship with Diamond
 5   Industries in Wiener Neustadt, Austria.
 6        Q    In Austria.
 7             The first time you saw the plane, did you
 8   fly it the same day?
 9        A    I did.
10        Q    And you liked it --
11        A    Yeah.
12        Q    -- obviously?
13        A    Yeah, I liked it.
14        Q    How much time did you spend flying it?
15        A    About 40 minutes.
16        Q    On one occasion?
17        A    On one occasion.
18        Q    When did you decide you wanted to
19   actually buy one?
20        A    The real decision to buy, the night
21   before I signed the sales agreement.  There were a
22   lot of considerations and alternatives as well.
23        Q    What were the alternatives?
24        A    Well, you have to remember that at the
25   time when I signed the agreement on -- what was
```



1  it -- the 6th of February of 2007 to buy ACO76, I

2  was not multi-engine rated.  I was a fairly

3  low-time, fairly non-current single-engine private

4  pilot.  So one of the considerations as I was

5  looking for personal air transportation to have in

6  Europe was whether or not I should go to a twin

7  and hope that I could actually get a

8  certification.  So I was looking at actually

9  acquiring what I had before and I was very

10  comfortable with, the new version of the

11  Commander.  They had come up with a Commander 114.

12          I don't know if you know the history.

13  Rockwell developed their Commander line back in

14  the '70s, and they're wonderful airplanes, they're

15  easy to fly, easy to land, big roomy cockpits,

16  much bigger than the Diamond aircrafts, and I had,

17  what, 800, 900 hours then -- I had flown it across

18  the Atlantic single engine in the wintertime and

19  survived that -- and I loved that airplane.  The

20  idea of getting one again was quite attractive,

21  but I was also interested in the potential

22  redundancy of having a multi-engine aircraft that

23  was certified for non-icing.

24     Q    Well, everyone who has a single engine

25  wants a twin engine and that's just the way it is,



Case 0:11-cv-61663-FAM   Document 85-1   Entered on FLSD Docket 02/14/2014   Page 37 of 84

KARSTEN DAMGAARD-IVERSEN                    September 19, 2013
AIRCRAFT GUARANTY vs. DIAMOND AIRCRAFT                    37

1  isn't it?  And everyone who has a twin wants a

2  jet.

3      A    There's some merit to that with everyone

4  being the majority.

5      Q    But in any event, you decided that you

6  liked that plane and you wanted to buy that.  You

7  decided you were going to take it a step farther

8  after your test flight?

9      A    Yeah.  I liked the single-engine

10 handling, I liked the fuel economy, but I was a

11 long cry from deciding to buy one.

12     Q    Why did you buy one from Premier in

13 Ft. Lauderdale, Florida instead of from the folks

14 there in the UK where you had done the test flight

15 or some other place?

16     A    Well, as you may recall, I was still

17 considering, you know, whether I would go and

18 obtain a multi-engine rating, and I was looking at

19 various options for that and one of the options

20 would be to go to the U.S.  One of the better

21 options to get a multi-engine rating that would be

22 relevant -- and forgive me for saying it, but the

23 DA42 is such an easy airplane to fly that they

24 probably should require training in other

25 airplanes as well to give you a multi-engine



1    rating.

2            I was looking at if I was getting a

3    multi-engine rating it would be good to do it in a

4    DA42 and do it in this case at European American

5    Aviation in Naples, Florida.

6        Q    That made sense because you had a U.S.

7    certificate?

8        A    Right.  Let's say I decided to buy one

9    and purchase it in Europe, then I would have to

10   get it on European registration, UK or Denmark or

11   Germany, then I would have to subject myself to

12   complete recertification under the European rules,

13   which I clearly wasn't up for.

14       Q    By the way, did you ever attend any air

15   shows such as the AOPA and the Sun 'n Fun and the

16   Oshkosh?

17       A    I had been one time to Sun 'n Fun, but it

18   was long before the DA42 was on the map.  I can't

19   tell you the exact year.

20       Q    How is it that you came into contact with

21   Premier specifically as opposed to some other U.S.

22   side distributor?

23       A    I believe it was in discussions with the

24   gentleman that I was working with to get the test

25   flight, Henrik Burkal, the sales manager in



 1   Gamston.

 2        Q    That's in the UK?

 3        A    Yes.  I said well, if I was to buy this

 4   airplane, I have this problem of certification.

 5   And I think it's no secret that the European

 6   requirements are significantly stricter in terms

 7   of the actual flight test and written tests.  And

 8   I think he may have mentioned that Premier was one

 9   of the largest distributors of Diamond aircrafts

10   in the United States.  Plus, I liked the idea of a

11   warm environment.  I'd rather go there than to

12   Pittsburgh.  Not that I know there was a

13   distributor, but just the proverbial Pittsburgh.

14        Q    It just occurred to me also that it

15   probably cost you less real money to buy it in the

16   United States in dollars than to buy it in Europe

17   in euros?

18        A    Among the many things I was looking at,

19   including alternatives, I was obviously also

20   comparing prices and prices were better if

21   acquired in the U.S.

22        Q    In dollars?

23        A    In U.S. dollars.  Plus, it would -- I'm

24   not sure about that.  It was just better in U.S.

25   dollars.



1    Q    Did you ever visit Premier's facility in

2    Ft. Lauderdale?

3    A    After I had signed the agreement and it

4    came to choosing my paint scheme or the decal

5    stripes, I went and visited with them, and that

6    would have been sometime in the summer of 2007.

7    And Susan McKenzie was helpful.  And there was a

8    particular airplane she thought I would like to

9    see, which turned out to be my choice of decals,

10   so I've been there once.

11   Q    Who else did you talk to on that occasion

12   other than Susan McKenzie?

13   A    Virtually nobody else.  I might just have

14   waved to the VP, Al something.  But Susan was my

15   contact and information source through the entire

16   process.  She answered the phone when I called

17   them.

18   Q    Prior to signing the contract, and in

19   this visit actually to Premier's facility, who at

20   Premier did you have contact with by phone, by

21   e-mail, in any fashion?

22   A    Nobody.  Not prior to my contact with the

23   process that started, probably --

24   Q    No, no, that wasn't my question.  My

25   question was prior to signing the contract, who



1    did you have contact with?

2        A    Nobody else.

3        Q    Nobody other than --

4        A    Susan McKenzie.

5        Q    All right.

6        A    She was extremely helpful no matter what

7    I was asking or inquiring about.  She was a good

8    source and helpful.

9        Q    Are you aware that a company has

10   developed another turbo diesel engine that's

11   suitable for the Diamond DA42 called an Austro

12   engine?

13       A    Yes.

14       Q    When did you first become aware of that?

15       A    I think perhaps in connection with the

16   customer assistance program.

17       Q    It was after the insolvency of Thielert?

18       A    Right, for sure.

19       Q    Okay.  Did that trouble you in any way or

20   cause you any concern that this Austro engine was

21   being developed?

22       A    I can't say directly.  Initially it was

23   just a piece of information that there might be an

24   alternative engine in the future.

25       Q    It's like an automobile, they come out



1  with different motors --

2       A     Right.

3       Q     -- on a regular basis, and that doesn't

4  really mean anything to you, does it?

5       A     Not at the time when I learned it.

6       Q     Had you known it before you bought the

7  airplane, would that have made any difference to

8  you, that there were going to be other engines

9  available, for example, Lycoming gasoline engines,

10  that sort of thing.

11       A     That's two questions.

12            A Lycoming gasoline engine would have

13  been probably a natural option given that Lycoming

14  and Continental basically owned the single-engine

15  or the piston-engine market.  The news of another

16  engine would probably have raised some questions

17  why, because what I had learned from

18  Susan McKenzie was that Thielert and Diamond were

19  joined at the hips and were working so closely

20  together, so that might have made me wonder why.

21       Q     Would it have prevented you from buying

22  the airplane if you had known someone was building

23  an alternative engine?

24       A     I think that would depend on what

25  knowledge came with that.  I think if I had known



Case 0:11-cv-61663-FAM  Document 85-1  Entered on FLSD Docket 02/14/2014  Page 43 of 84

KARSTEN DAMGAARD-IVERSEN                    September 19, 2013
AIRCRAFT GUARANTY vs. DIAMOND AIRCRAFT                    43

1  at the time when I made the decision to buy the

2  airplane that another engine was being developed

3  to potentially cover some shortcomings in the

4  Thielert-Diamond relationship, that would have

5  been a disturbing factor.

6          You have to remember that at the time

7  there was a lot of uncertainty about the actual

8  lifetime TBR, TBO of the gear boxes and the

9  engines.  That would have been a piece of

10  information that would have given rise to some

11  speculation and potentially some second thoughts

12  and I didn't know about it.

13      Q    As a practical matter, sitting here

14  today, there's no way for you really to know how

15  you would have reacted at the time --

16      A    No.

17      Q    -- is that true?

18      A    That's true.  But I would have found it

19  unusual.

20          (Recess taken from 1:56 p.m. to 2:01

21      p.m.)

22          (Exhibit No. 15 was marked for purposes

23      of identification.)

24  BY MR. NELSON:

25      Q    I'm handing you what has been marked as



Case 0:11-cv-61663-FAM   Document 85-1   Entered on FLSD Docket 02/14/2014   Page 44 of 84

KARSTEN DAMGAARD-IVERSEN                    September 19, 2013
AIRCRAFT GUARANTY vs. DIAMOND AIRCRAFT                      44

```
 1   Exhibit 15.  If you will look at that you will see
 2   that it's Bates stamped except for the last page,
 3   which is the signature page.  The reason for that
 4   is the signature page that you-all gave me that
 5   was Bates stamped you can't read very well.  Let
 6   me do this.  I'm going to show you a document that
 7   is Bates stamped as AGC147.  Is that the same
 8   document as the last page of Exhibit 15?
 9        A    It looks substantially to be that, yes.
10             MR. NELSON:  Do you-all have any
11        objection to me writing AGC-000147 on the
12        bottom of that last page?
13             MR. McGRATH:  No.
14             MR. NELSON:  Off the record.
15             (Discussion off the record.)
16   BY MR. NELSON:
17        Q    What has been marked as Exhibit 15, is
18   that the C-A-P or CAP program document?
19        A    It looks to be.
20        Q    Live it up.  Take a look at it.  I will
21   get you cookies if your blood sugar is --
22        A    I think I'm fine.
23             I notice it says "Revision 1" on it.
24   That's the one that came out on December 17th;
25   correct?
```



1      Q    I don't know.  I'm just asking you if

2    this is what you understand to be the CAP program?

3      A    Without reading it in detail, I can only

4    answer it appears to be the case.

5      Q    Do you have any reason to believe it's

6    not?

7      A    No.

8      Q    And the last page of Exhibit 15 has been

9    marked AGC-000147.  Is that the signature page to

10   the CAP program?

11            MR. McGRATH:  Objection.

12            THE WITNESS:  Of revision zero.

13   BY MR. NELSON:

14      Q    Of revision zero.  Okay.

15            THE WITNESS:  What was your objection?

16            MR. McGRATH:  Go ahead.

17   BY MR. NELSON:

18      Q    Do you know of any revision or any

19   modification of the program -- when I say CAP

20   program I'm referring, of course, to the customer

21   assistance program.  Do you know of any

22   substantive change that was made in Revision 1 or

23   any other revision?

24      A    I know there are some; otherwise, I guess

25   there wouldn't be a revision.



1      Q    Any that were a concern to you or would

2    change the overall effect of the program?

3           MR. McGRATH:   Objection.   Answer to the

4      extent you can.

5    BY MR. NELSON:

6      Q    You said you understood there were

7    revisions and you knew what they were, and I just

8    want to know if they were revisions that --

9      A    I didn't say I knew what they were.

10     Q    Did you receive the revisions?

11     A    I'm trying to think.   Obviously, the one

12   I signed was the original version zero.   I can't

13   answer what the changes were.

14     Q    Okay.   That's fair.   Look at the second

15   page.   The first page is a letter and it says in

16   the third paragraph, "For your convenience, we

17   provide a summary of changes section up front."

18   Have you ever seen that page before?

19     A    I may have.   I can't say for certain.

20     Q    The first page would indicate that it was

21   sent out on December 17th of 2008 to DA42 owners.

22   And do you remember if you actually received it

23   with that letter and the document attached?

24     A    I don't.

25     Q    You don't remember.



1          Okay.  Can you take a look at the summary

2    of changes.  It's two pages.

3        A     Right.

4        Q     And tell me if there's anything there

5    that would have caused you to withdraw your

6    acceptance of that program.  While you do that,

7    I'm going to take the break that you took.

8              (Recess taken from 2:09 p.m. to

9         2:11 p.m.)

10             THE WITNESS:  I have read the summary of

11        changes overview and they appear to be of a

12        technical nature, pricing, et cetera.

13        Considering the fact that I signed on to

14        revision zero on the basis that I felt I had no

15        other choice, I am not sure that these changes

16        would have made -- this, of course, is a

17        hypothetical what would I have done -- I'm not

18        sure that these changes would have made any

19        difference to my decision to sign.

20   BY MR. NELSON:

21        Q     Please look at that last page again, if

22   you would.

23        A     The signature page?

24        Q     Yes, sir.

25              That is your signature?



Case 0:11-cv-61663-FAM   Document 85-1   Entered on FLSD Docket 02/14/2014   Page 48 of 84

KARSTEN DAMGAARD-IVERSEN                          September 19, 2013
AIRCRAFT GUARANTY vs. DIAMOND AIRCRAFT                              48

1        A      It certainly is.

2        Q      Would you read the paragraph immediately

3   above your signature.

4        A      "In consideration of the benefits

5   provided by enrolling this noted DA42 aircraft

6   (the aircraft) in the Diamond DA42 Customer

7   Assistance Program, the undersigned hereby waives

8   and releases all claims against Diamond Aircraft,

9   its associated entities and distributors, relating

10  to the Aircraft's original engine equipment, and

11  agrees not to make any claim against any person

12  that may claim contribution or indemnity from any

13  of Diamond Aircraft, and associated entities and

14  distributors."

15       Q      Do you understand that that was a release

16  of claims against Diamond?

17       A      I understand.

18           MR. McGRATH:  Object.  You can answer

19       that to the extent you don't have to reveal

20       what you discussed with us.

21  BY MR. NELSON:

22       Q      Would you agree that your lawsuit is

23  inconsistent with the terms of that paragraph?

24           MR. McGRATH:  It's the same objection.  I

25       think you're getting into attorney-client



Case 0:11-cv-61663-FAM  Document 85-1  Entered on FLSD Docket 02/14/2014  Page 49 of 84

KARSTEN DAMGAARD-IVERSEN                        September 19, 2013
AIRCRAFT GUARANTY vs. DIAMOND AIRCRAFT                        49

```
 1        privilege.
 2              You can answer that to the extent you
 3        don't have to reveal what you --
 4              THE WITNESS:  Can you repeat the
 5        question?
 6   BY MR. NELSON:
 7        Q    Would you agree that filing a lawsuit
 8   against Diamond Aircraft Industries, Inc. was an
 9   inconsistent act in view of the release you
10   signed?
11        A    No, I disagree.
12        Q    Why?
13              MR. McGRATH:  Again, to the extent you
14        don't have to reveal what we've told you.
15              THE WITNESS:  Okay.
16   BY MR. NELSON:
17        Q    Can you answer that without revealing
18   what they've told you?  I'm talking about your
19   independent feelings about that subject and not
20   the feelings of your attorney.  I can't inquire
21   into that.
22              MR. McGRATH:  To the extent there's a
23        difference, go ahead.
24              THE WITNESS:  Right.  The reason why I
25        say that it is -- well, I answered no to the
```



Case 0:11-cv-61663-FAM   Document 85-1   Entered on FLSD Docket 02/14/2014   Page 50 of 84

KARSTEN DAMGAARD-IVERSEN                    September 19, 2013
AIRCRAFT GUARANTY vs. DIAMOND AIRCRAFT                       50

1        previous question because our lawsuit alleges

2        fraud, fraudulent misrepresentation or

3        negligence, which in my view falls outside the

4        scope of this release.  That's my layman's

5        interpretation.

6   BY MR. NELSON:

7        Q    All right.  By the way, did you ever deal

8   with any person employed by Diamond Aircraft

9   Industries, Inc., the Canadian company that's the

10  defendant in this lawsuit?

11       A    Several.

12       Q    I'm talking about before you signed the

13  contract --

14       A    No.

15       Q    -- and before you went up there to

16  deliver it?

17       A    No, not before I signed the contract, but

18  yes, immediately before I took delivery there were

19  various people coordinating.  There was a

20  Schlingen, an Austin.  These are names that come

21  to mind.

22       Q    I'm going to hand you what was marked as

23  Exhibit 1 in a previous deposition.  Down near the

24  bottom it says "Reliable Powerplant" -- before I

25  do that, this is a Premier form, isn't it?



Case 0:11-cv-61663-FAM   Document 85-1   Entered on FLSD Docket 02/14/2014   Page 51 of 84

KARSTEN DAMGAARD-IVERSEN                     September 19, 2013
AIRCRAFT GUARANTY vs. DIAMOND AIRCRAFT                    51

1      A     This is a piece of the documentation that

2    went along with my purchase agreement.  It's

3    specific to my airplane.

4      Q     But this is a Premier document?

5      A     Yes, it is.

6      Q     Down there at the bottom under "Reliable

7    Powerplant Includes" it says "Dual Thielert 1.7

8    Centurion Turbo Diesel Engines."  But, in fact, it

9    did come with 2.0 liter engines; is that correct?

10     A     That's correct.

11     Q     Was the price changed or modified in any

12   way?

13     A     No.  They asked me if I would accept 2.0s

14   because about four production units prior to 076

15   they had swapped from the 1.7 to the 2.0.

16     Q     Okay.  And, of course, you said yes?

17     A     I said yes.

18     Q     Is this a correct list of the

19   specifications for the airplane you acquired?

20     A     Yes.  To the best of my knowledge, yes.

21     Q     And the plane that you acquired has an

22   FAA registration or tail number of N56KD; correct?

23     A     Correct.

24     Q     If you can just put that as a stack right

25   there.



Case 0:11-cv-61663-FAM   Document 85-1   Entered on FLSD Docket 02/14/2014   Page 52 of 84

KARSTEN DAMGAARD-IVERSEN                     September 19, 2013
AIRCRAFT GUARANTY vs. DIAMOND AIRCRAFT                      52

1      A      Put them as we use them?

2      Q      Right.  We don't want them to get away

3   from the court reporter.

4      A      No more questions on that one?

5      Q      No more questions on that one.

6             Do you have a question about it?

7      A      No.  For me it's very clear.

8      Q      I'm handing you a document that was

9   previously marked as Exhibit 2.  It's a three-page

10  document.  Up at the top it says "Trade-A-Plane."

11  What is this?

12     A      It's a copy of an ad in Trade-A-Plane,

13  which is, as you know, a general aviation

14  marketplace for aircrafts and associated hardware.

15     Q      Is that how you found N56KD?

16     A      No, I can't say because there was no

17  N56KD.

18     Q      The DA42 that you could acquire.

19     A      That's a copy from my file of something

20  that I printed out in connection with

21  investigating and considering buying a DA42,

22  indicating that Premier Aircraft had an aircraft

23  for sale.

24     Q      There is handwriting on the first two

25  pages.  Is that yours?



KARSTEN DAMGAARD-IVERSEN                    September 19, 2013
AIRCRAFT GUARANTY vs. DIAMOND AIRCRAFT                    53

```
 1        A     Yes.

 2        Q     And where did you get those numbers that

 3   you've inserted in?

 4        A     I think they refer to some price

 5   increases that were either coming or on their way

 6   to becoming new pricing.

 7        Q     My question is:  What was the source of

 8   that information?

 9        A     I believe Premier Aircraft.  There

10   couldn't have been any other source.

11        Q     Next I've handed you what was marked as

12   Exhibit 3, and I'd like you to just take a look

13   through that.

14        A     Yeah.

15        Q     On the last page, for the court

16   reporter's benefit, is that the address in the UK

17   where you were residing at the time?

18        A     Yes.

19        Q     And there's a sales draft there.  Is that

20   the American Express receipt for the initial

21   deposit?

22        A     That's correct.

23        Q     The third page with the Bates number at

24   the bottom of 16 says "Premier Sales, Inc. Wire

25   Transfer Instructions."  When you made the wire
```



1   payments, are those the instructions that you

2   followed?

3        A     Yes.

4        Q     Then go to the very next page, which has

5   a 17 for a Bates number at the bottom.  Is that

6   the sales agreement?

7        A     Yes.

8        Q     Solve a mystery for us.  Why in the first

9   paragraph does it say -- whose address is Atlanta,

10  Georgia?

11       A     Would you like me to answer that as a

12  question?

13       Q     Yes.

14       A     Is that a question to me?

15       Q     It's a question.  I want you to help me

16  solve a mystery.

17       A     Susan McKenzie, with whom I spoke at

18  least a handful of times about this as I was

19  considering what aircraft to buy and where and was

20  getting closer to deciding upon doing this, told

21  me that since I was a European resident she could

22  not legally sell me an airplane.  I said, "Well, I

23  have a U.S. card, I'm also a permanent resident of

24  the United States even though I don't have an

25  abode here for the time, but my son is up in



1    Atlanta, Georgia."  She said, "Well, we'll just

2    write Atlanta, Georgia."  That was her request in

3    order not to infringe upon territorial rights of

4    others I guess.  We never discussed it in depth,

5    but she's the one who put it in and you will

6    notice there is no address.

7        Q    I did notice that.

8             MR. GRIM:  Mystery solved.

9             MR. NELSON:  Solved, yes.  I do

10       appreciate that.

11   BY MR. NELSON:

12       Q    On the first page it has the serial

13   number of 42.AC076.  Is that the serial number

14   of --

15       A    That is the serial number of my airplane,

16   yes.

17       Q    And then after you acquired the airplane,

18   you transferred title immediately into Continent

19   Aircraft Trust?

20       A    Right.

21       Q    Who did that?

22       A    The company called --

23       Q    Aircraft?

24       A    -- Aircraft Guaranty Trust, yes.

25       Q    Who introduced you to those folks?



Case 0:11-cv-61663-FAM   Document 85-1   Entered on FLSD Docket 02/14/2014   Page 56 of 84

KARSTEN DAMGAARD-IVERSEN                    September 19, 2013
AIRCRAFT GUARANTY vs. DIAMOND AIRCRAFT                      56

 1       A     Susan.

 2       Q     Susan.

 3             The initial trust was a Cayman Islands

 4   trust.  Why was that?

 5       A     I have no idea.

 6       Q     That's the way they set it up?

 7       A     I think they have changed some of their

 8   setup since it actually was established, and I

 9   assume that it has to do with their tax situation

10   or other legal matters that I have no knowledge

11   of.

12       Q     You left that to them?

13       A     Beg your pardon?

14       Q     You left that to Aircraft Guaranty?

15       A     Well, basically I acquired their services

16   for one purpose, but since I wasn't at the time

17   living in the United States I could not register

18   the airplane in my name, therefore the need for

19   this extra expense and therefore setting up the

20   trust.

21       Q     That is, you could not register the plane

22   with the FAA?

23       A     Right.  Since I needed an N registration

24   to fly it because of my American flight

25   privileges, my FAA flight privileges, I needed a



1  vehicle to allow that, and that's -- I think Susan

2  had experience from others and was quite familiar

3  with that.

4      Q    Well, why don't we skip to that subject

5  now while we're on the subject.

6          (Exhibit No. 16 was marked for purposes

7      of identification.)

8  BY MR. NELSON:

9      Q    I'm handling you a stack of papers that

10  collectively have been marked as Exhibit 16.

11          MR. McGRATH:  Which of those?

12          MR. NELSON:  The first big clip.

13          MR. McGRATH:  It starts with 66?

14          MR. NELSON:  It does.  The numbers are

15      not sequential on the Bates numbers, there are

16      some 500 numbers and 66 and 52 and it's various

17      ones.  If you think I need to go through and

18      read every number I will, but I think we can

19      trust the court reporter to fasten it in one

20      piece.  Do you agree with that?

21          MR. McGRATH:  That's fine.

22          Are you representing this to be one

23      complete document or multiple documents?

24          MR. NELSON:  It's multiple documents, but

25      they all relate to Aircraft Guaranty, so I



Case 0:11-cv-61663-FAM   Document 85-1   Entered on FLSD Docket 02/14/2014   Page 58 of 84

KARSTEN DAMGAARD-IVERSEN                    September 19, 2013
AIRCRAFT GUARANTY vs. DIAMOND AIRCRAFT                    58

1          thought I would make it simple for us.

2              MR. McGRATH:  Sure.

3              Are the last two intended to be

4      duplicated or do I just have an extra copy?  I

5      have two of these, the very last page.

6              MR. NELSON:  I do, too.  You hand these

7      things to people -- and it was not Ashley --

8              MR. McGRATH:  It was Scott again.

9              MS. TREHAN:  Off the record.

10             (Discussion off the record.)

11   BY MR. NELSON:

12       Q    When you get to the last page, pull it

13   out and toss it.

14       A    The very last page in the stack?

15       Q    The last stapled together.

16             MS. TREHAN:  It's 51 and 52.

17             MR. McGRATH:  Let me see the exhibit.  It

18     appears to be correct in your stack.  In this

19     stack it's correct.

20             MR. NELSON:  That's the original stack I

21     handed him to copy.

22             MR. McGRATH:  We just got extra copies.

23   BY MR. NELSON:

24       Q    Would you go down one, two, three,

25   four -- to the fifth page.



Case 0:11-cv-61663-FAM   Document 85-1   Entered on FLSD Docket 02/14/2014   Page 59 of 84

KARSTEN DAMGAARD-IVERSEN                      September 19, 2013
AIRCRAFT GUARANTY vs. DIAMOND AIRCRAFT                          59

1    A    That's the one called AGC --

2    Q    It ends with a 69, but the numbers aren't

3  all sequential so don't rely on that.

4    A    So it's in the first clip basically.

5    Q    No.  Well, I don't know.  I don't have a

6  clip on it.

7    A    I have 66, 67, and 68, and then I jump to

8  77 and then I have 69.  Yes.

9    Q    Aircraft Guaranty there's a thing there

10  that suggests that there was an extra $250 charge

11  for filing of lienholder security agreement with

12  the FAA.  Is there a lien on this plane or was

13  there a lien on it?

14    A    Never was, no.

15    Q    You paid cash for it?

16    A    I paid cash for it wire transfer, as we

17  previously discussed.

18    Q    Wire transfer.

19         Okay.  So going back to the first page

20  this is --

21         MS. TREHAN:  Do you want to say the Bates

22      numbers when you go to each page just so the

23      transcript --

24         MR. NELSON:  I will.

25  BY MR. NELSON:



1    Q    The first page ends with a 66 --

2  actually, there are three pages to that document.

3  Does that summarize what they charged you for

4  their services?

5    A    It appears to be the document that I

6  signed to get the whole thing going and get the

7  trust established.

8    Q    And on the second page, it ends in 67, it

9  says there's a -- I'm sorry, somewhere it says

10  there's an annual fee.

11    A    Yep.

12    Q    And you pay that annual fee?

13    A    I certainly do.

14    Q    And what do you get for that?

15    A    Registration and the trust.

16    Q    And you've thumbed through all of these.

17  Is this a complete set of all the Aircraft

18  Guaranty and trust documents, as far as you know?

19    A    I couldn't tell for sure, but there

20  certainly seems to be a lot and all the documents

21  appear familiar.

22    Q    But at least what is here does relate to

23  the trust and what Aircraft Guaranty set up for

24  you?

25    A    I would say so.



Case 0:11-cv-61663-FAM   Document 85-1   Entered on FLSD Docket 02/14/2014   Page 61 of 84

KARSTEN DAMGAARD-IVERSEN                          September 19, 2013
AIRCRAFT GUARANTY vs. DIAMOND AIRCRAFT                        61

```
1        Q     Okay.

2        A     A lot of this has to do with how they

3   changed from the Cayman trust to another trust and

4   I just had to go along with it.  The sole purpose

5   of this was to have the aircraft registered in the

6   trust rather than me at the time because of what

7   we already discussed.  The trust has no other

8   purpose.

9        Q     If you sell the airplane, that's your

10  decision; right?

11       A     Yes.

12       Q     And then you just tell the trust?

13       A     Right.  I'm 100 percent beneficiary

14  owner.

15       Q     You control it in every way?

16       A     Yes.

17       Q     You pay for the maintenance?

18       A     Everything.

19       Q     If the aircraft is sold, you get the

20  money?

21       A     Yes.

22       Q     Does Aircraft Guaranty have any control

23  over the aircraft at all?

24       A     None.

25       Q     Do they have any control over this
```



 1  litigation, directing your attorneys and that sort
 2  of thing?
 3       A    Not to my knowledge.
 4       Q    Do you control the prosecution of this
 5  case with your attorneys personally?
 6       A    I would say yes.
 7       Q    Okay.  This particular trust is a
 8  single-asset trust; isn't that correct?
 9       A    That is correct.
10       Q    And that's the airplane we're talking
11  about?
12       A    That is correct.
13       Q    And so far every expense that has come up
14  for maintenance and operation and whatever, that's
15  all been your personal expense?
16       A    That's correct.
17       Q    You can put that clip back on that whole
18  thing and set it back on the stack.
19            (Exhibit No. 17 was marked for purposes
20       of identification.)
21  BY MR. NELSON:
22       Q    I'm going to hand you another stack of
23  documents marked as Exhibit 17.  As you go through
24  these anticipate my question is:  Are these
25  insurance documents relating to the insurance



Case 0:11-cv-61663-FAM   Document 85-1   Entered on FLSD Docket 02/14/2014   Page 63 of 84

KARSTEN DAMGAARD-IVERSEN                    September 19, 2013
AIRCRAFT GUARANTY vs. DIAMOND AIRCRAFT              63

 1   covering your airplane and your operation of the

 2   airplane?

 3        A    Yes, very clearly so.

 4        Q    And on the very first page the document

 5   is marked at the bottom 78.  About in the middle

 6   it says "FAA Reg" and "56KD" under that, and to

 7   the right it says "Agreed value $360,000."  That's

 8   the number you and I were talking about earlier

 9   on?

10        A    Right, for the hull value that was

11   suggested by the insurance broker and I think at

12   the time seemed to be reasonably in line with

13   current market value.

14        Q    And this is more of a question out of

15   curiosity.  I haven't looked at an airplane

16   insurance dec page for a long, long time.  In the

17   middle there it says "Physical Damage Coverage"

18   and under it it says "Ground coverage only - not

19   in motion."  What does that mean?

20        A    Basically means that the current

21   insurance policy that I have in place while it's

22   hangared at KRNO, Reno/Tahoe International

23   Airport, is one where the aircraft is covered, the

24   hull value of it is covered when it's not in the

25   air.



1      Q    So, for example, if the hangar burned

2    down it would be covered?

3      A    Right.

4      Q    What if you take off and crash it into

5    somebody's house, do you have coverage?

6      A    Then I have liability coverage, but not

7    hull coverage.

8      Q    When you do fly the plane, do you get a

9    rider on this for hull coverage?

10     A    No.

11     Q    Is it cost prohibitive?  Don't believe in

12   it?

13     A    I don't believe in it.  If I smash it I

14   might not need another airplane; right?  It's also

15   a way of keeping the cost somewhat --

16     Q    That's true.

17     A    And I don't think about it when I fly.

18          (Exhibit No. 18 was marked for purposes

19     of identification.)

20   BY MR. NELSON:

21     Q    Next I'm handing you some papers marked

22   collectively as Exhibit 18.

23     A    Looks like copies from my logbook.

24     Q    What logbook specifically?

25     A    My pilot logbook.



Case 0:11-cv-61663-FAM   Document 85-1   Entered on FLSD Docket 02/14/2014   Page 65 of 84

KARSTEN DAMGAARD-IVERSEN                    September 19, 2013
AIRCRAFT GUARANTY vs. DIAMOND AIRCRAFT                        65

1    Q    It's not an aircraft book, it's --

2    A    It's my personal flight log, yeah.

3    Q    They're not little black books like this

4  anymore?

5    A    My first one was little and black.  The

6  one I have now when it folds out it's like this

7  long (indicating), so it's like this (indicating).

8         (Exhibit No. 19 was marked for purposes

9     of identification.)

10  BY MR. NELSON:

11    Q    Next I'll hand you what has been marked

12  as Exhibit 19.  I'll ask you to take a look

13  through that and tell me what it is.

14    A    It looks like a copy of the aircraft's

15  technical log as marked on the front.  Engine

16  logs, airframe log, yep, propeller logs.

17    Q    In this log there's actually multiple

18  parts to it?

19    A    It exists in a complete binder provided

20  by Diamond Aircraft when you receive the airplane.

21    Q    The entries that are made in this, do

22  they cover everything that's been done to the

23  airplane in the way of maintenance, repairs, and

24  that sort of thing?

25    A    To the best of my knowledge, yes.



1     Q    So if you take it to a repair shop and
2   they do something, they make a notation or they
3   put a sticker in this thing which shows what they
4   did and when they did it?
5     A    Correct.
6     Q    But it doesn't show what they charged you
7   for that?
8     A    No.
9     Q    That would be the invoices that you're
10  talking about?
11    A    Yes.
12    Q    Which we don't have.
13         MR. GRIM:  You do have.
14         MR. NELSON:  Do we?
15         MR. GRIM:  If we got them, you got them.
16         MR. NELSON:  Then you don't have them.  I
17     don't think we have them.  It's Scott; he hid
18     them.
19         MR. GRIM:  He's going for the trifecta
20     now.  You got everything we received, but like
21     you, Carl, we don't necessarily -- we'll go
22     back and revisit it.
23  BY MR. NELSON:
24    Q    Have you provided your counsel with all
25  the invoices for all the maintenance items?



Case 0:11-cv-61663-FAM   Document 85-1   Entered on FLSD Docket 02/14/2014   Page 67 of 84

KARSTEN DAMGAARD-IVERSEN                    September 19, 2013
AIRCRAFT GUARANTY vs. DIAMOND AIRCRAFT                          67

1      A    I have provided my counsel with a

2    significant amount of invoices.  I can't guarantee

3    that it's necessarily complete, but I would say

4    substantially complete.  There might be little

5    things like a replacement of a tire.  All the

6    major expenses are there which mainly surround

7    scheduled maintenance, 100-hour maintenance, and

8    annual inspections should be there.

9      Q    We will look to see if those documents

10   have been produced to us, and we'll confirm to you

11   one way or the other whether we have them or not.

12     A    I cannot guarantee that they are

13   complete, but there is a substantial amount of

14   invoices there.

15     Q    But I still do appreciate your

16   willingness to go through those invoices and give

17   us the number of what you spent that you would not

18   have had to spend but for the bankruptcy, for the

19   insolvency.

20          (Exhibit No. 20 was marked for purposes

21      of identification.)

22          MR. GRIM:  Carl, do you want just to date

23      or anticipated future expenses?

24          MR. NELSON:  To date.

25          MR. GRIM:  Just to date.



Case 0:11-cv-61663-FAM   Document 85-1   Entered on FLSD Docket 02/14/2014   Page 68 of 84

KARSTEN DAMGAARD-IVERSEN                    September 19, 2013
AIRCRAFT GUARANTY vs. DIAMOND AIRCRAFT                      68

1          MR. NELSON:  And that would be the

2     expenses from April the 24th of 2008 to date.

3   BY MR. NELSON:

4     Q    I'm going to hand you what's been marked

5   as Exhibit 20.

6     A    Yes.  We're in good consecutive order.

7     Q    If you could just take a thumb through

8   that and tell me what that is.

9     A    Actually, if you go to the second page

10  you'll see this is part of what I submitted to

11  counsel.  Some invoices are missing from

12  Aero Technik, but this is actually a compilation

13  of maintenance records, documents, and

14  miscellaneous invoices associated with service,

15  inspections, and the like.

16    Q    I apologize for saying I didn't have it.

17  I didn't know what I had.  Except for

18  inconsequential small charges, as you've

19  mentioned, everything else would be included in

20  here, the invoices for all those?

21    A    I can't say.  I have moved three times

22  since then and since there's no business activity

23  or accounting associated with this, it's just

24  money out of my discretionary pocket book, I have

25  not -- I cannot guarantee that it's all there.



KARSTEN DAMGAARD-IVERSEN                    September 19, 2013
AIRCRAFT GUARANTY vs. DIAMOND AIRCRAFT                        69

1        Q    Well, I still appreciate you going

2    through it.  I do note some of this is in euros

3    and some is in dollars.  If you could just give me

4    the two numbers, one in euros -- or give your

5    counsel -- and the dollar amount, we'll do the

6    conversion.

7             Up at the top of the very first page it

8    says "Aero Technik."

9        A    Aero Technik, yeah.

10       Q    What is that?

11       A    It's a service facility in Hamburg

12   Airport in Germany.

13       Q    And then below those three boxes it says

14   "Aircraft technical record logbook."  Is this

15   their record of what they do?

16       A    Yeah.  Without purporting to be an expert

17   on this, the requirements for service records and

18   the maintenance of a service program per se under

19   the joint aviation regulation in Europe is

20   somewhat different from what's required under

21   federal aviation regulation so they fitted me into

22   the German system.

23       Q    But these are documents that are prepared

24   by Aero Technik?

25       A    Yes.



1    Q    And when it says "record logbook," this

2  is something they prepared and that's different

3  from what comes from Diamond, the aircraft

4  technical log that we've already marked as

5  Exhibit 19?

6    A    Yes.  There were two binders.  One is the

7  technical log in which you can put stickers and

8  other records of work done, but in addition to

9  that they ran their own within the German system.

10        (Exhibit No. 21 was marked for purposes

11    of identification.)

12  BY MR. NELSON:

13    Q    Here's what's marked as Exhibit 21, which

14  is more of what I said I didn't think I had but do

15  have.

16    A    Looks familiar.  That's the $13,315

17  annual inspection.

18    Q    The entire exhibit relates to that?

19    A    Let me see here.

20    Q    No, it doesn't because I see something

21  about Reno Aviation in here and Alpine, unless

22  they're one in the same.

23    A    Yeah, there is some avionics work

24  and -- I think this is substantially the U.S.

25  records, Ahart Aviation.  So the one pile appears



1  to be what I have provided from the European

2  history and this other pile is what I have

3  provided for what has occurred at -- what is

4  substantially at least three different or four

5  different maintenance facilities.

6      Q    I see right off the very first page is

7  actually the seventh page.

8      A    Yeah.  And there's actually an invoice

9  from Denmark for some auto pilot troubleshooting

10 as well.

11     Q    The first seven pages --

12     A    They seem to be a little mixed up.

13     Q    Look at the very first page.  That looks

14 like Alpine Aviation charged $13,315.11.

15     A    Yes.

16     Q    Was that for the annual?

17     A    The annual inspection with associated

18 service items, including the mandatory five-year

19 hose replacement, the repairing of the landing

20 gear brackets and, yeah, all kinds of stuff.

21     Q    Can you skim through that and see if you

22 see anything there that you were charged for that

23 would have been covered under the Thielert

24 warranty.

25     A    Let's see here.  Yeah, I would assume



1    that all of the stuff that had to do with the

2    engine would have been covered, but, again, as you

3    know, I have wisely kept the hours below these big

4    costs of clutches, gear boxes, and so on, so

5    they're not huge amounts.

6         Q    That's something else you'll consider

7    when you go through and come up with the numbers.

8         A    Yeah.  Were there any further questions?

9         Q    No.  If you could put that back together

10   the way it was.

11             Next I'm going to hand you what was

12   marked previously as Exhibit 5.  What does that

13   document represent to you?

14        A    It looks like a summary of the limited

15   warranty statement.

16        Q    Is that the Diamond Aircraft Sales USA,

17   Inc. limited warranty?

18        A    I can't say off the top of my head.

19        Q    Let me go about this.  As far as you

20   understand, is this the Diamond warranty that came

21   with the airplane?

22        A    It looks to be because if you look under

23   the section "Warranty Coverage" it talks about the

24   Diamond warranty for the airframe for 24 months

25   and the Thielert aircraft engines parts and labor



Case 0:11-cv-61663-FAM   Document 85-1   Entered on FLSD Docket 02/14/2014   Page 73 of 84

KARSTEN DAMGAARD-IVERSEN                    September 19, 2013
AIRCRAFT GUARANTY vs. DIAMOND AIRCRAFT                    73

1   plus prorated 2,400 hours or 12 years.  It says

2   "administered by Thielert," yes.

3        Q    Is this customary in the industry, as far

4   as you know, for light aircraft sales where the

5   airframe is warranted by the manufacturer of the

6   airframe but the manufacturer of the airframe does

7   not warrant the engines, propellers, and avionics?

8        A    I couldn't say for sure.

9        Q    But you understood that to be the case

10   with the plane that you purchased?

11       A    No, actually, I understood it to be the

12   case that Diamond Aircraft warranted everything

13   and Thielert administered that warranty.

14            Also, if you recall the spec sheet we

15   looked at earlier, it says factory warranty where

16   it also specifically mentioned the 2,400 hours and

17   12 years.

18            (Exhibit No. 22 was marked for purposes

19       of identification.)

20   BY MR. NELSON:

21       Q    Next I'm going to hand you what has been

22   marked as Exhibit 22.  It's got the Bates number

23   at the bottom of the front page DAI1002242 and

24   it's 42 through 45.  Is that a copy of the

25   Thielert warranty that came with the plane that



Case 0:11-cv-61663-FAM   Document 85-1   Entered on FLSD Docket 02/14/2014   Page 74 of 84

KARSTEN DAMGAARD-IVERSEN                    September 19, 2013
AIRCRAFT GUARANTY vs. DIAMOND AIRCRAFT                     74

1    covered the engines?

2        A    I don't know that I have seen this

3    document before.  I don't think so.

4        Q    Have you seen any Thielert warranty

5    documents?

6        A    As in documents that were specifically

7    issued by Thielert rather than statements made by

8    Diamond?

9        Q    Yes.

10       A    I'm trying to think back.  I don't think

11   so.

12       Q    How did the prorated warranty work?

13       A    Well, the way it was explained to me --

14       Q    By whom?

15       A    By Susan McKenzie.

16            -- was that at the time when I decided to

17   buy the airplane I would get a warranty which,

18   quote-unquote, "No matter what, you are covered

19   for 2,400 hours and 12 years."  But, as she

20   explained, we don't know the lifetime of the

21   clutches and the gear boxes may be extended.

22   There was some uncertainty about whether it was

23   TBO, which means time between overhaul, or TBR,

24   time between replacement.  So my understanding was

25   that if, say, we came to 1,600 hours and I got two



KARSTEN DAMGAARD-IVERSEN                    September 19, 2013
AIRCRAFT GUARANTY vs. DIAMOND AIRCRAFT                    75

1    new engines at that time, there would be 800 hours

2    covered by warranty, but if the TBR of the engine

3    at the time was, say, 1,200 hours, I would pay

4    one-third of the cost of that engine replacement.

5    That was my understanding.

6        Q    And did you see that explained in any

7    document?

8        A    Not other than the general term and the

9    multiple conversations I had with her about that.

10       Q    You said other than the general term?

11       A    The 2,400 hours, 12 years.

12            And again, the words ring very clearly in

13   my ear:  "Don't worry, Karsten, no matter what,

14   you are covered for 12 years."  And for me that

15   was sufficient especially since it was a factory

16   warranty that I thought I got.

17       Q    Okay.  And now a single-page document

18   marked as Exhibit 7.  It says "Commercial Invoice"

19   at the top.  Is that Premier's commercial invoice

20   to you for the airplane?

21       A    Yes, issued at the time when I had

22   transferred the entire purchase amount.

23       Q    And is this the correct amount you paid

24   for it, the $569,164?

25       A    Yes.  And it was also my correct address



Case 0:11-cv-61663-FAM   Document 85-1   Entered on FLSD Docket 02/14/2014   Page 76 of 84

KARSTEN DAMGAARD-IVERSEN                      September 19, 2013
AIRCRAFT GUARANTY vs. DIAMOND AIRCRAFT                      76

 1   at the time, as at that time I had moved to

 2   Holland.

 3        Q    And now I'll hand you what's been marked

 4   as Exhibit 8.  It says at the top "United States

 5   of America Aircraft Bill of Sale."  Is that the

 6   bill of sale from Premier Aircraft Sales, Inc. to

 7   you personally?

 8        A    Yeah, it looks to be the standard FAA

 9   document for that with the exception of a little

10   spelling error.  I'm with an o-n in the document

11   when, in fact, it is e-n.

12        Q    Why was the Cayman Islands trust merged

13   into, I think it's a Wyoming trust?

14        A    I have no idea.  Aircraft Guaranty Trust

15   changed their internal arrangement.  They took

16   care of the documents and I just followed along.

17        Q    That wasn't done on the instructions of

18   your attorneys --

19        A    Absolutely not.

20        Q    -- to have that done?

21        A    No.  Remember, the exclusive purpose of

22   having this trust was to provide ownership for me

23   because I wasn't a resident at the time of buying

24   the airplane.

25        Q    So that you could get the U.S. FAA



Case 0:11-cv-61663-FAM   Document 85-1   Entered on FLSD Docket 02/14/2014   Page 77 of 84

KARSTEN DAMGAARD-IVERSEN                          September 19, 2013
AIRCRAFT GUARANTY vs. DIAMOND AIRCRAFT                              77

1  registration?

2      A    Precisely.  There were no other purposes,

3  and it has since then been used for no other

4  purposes.

5           MR. NELSON:  I want to confer with my

6      co-counsel for a moment and I think I'm about

7      done.

8           (Recess taken from 2:55 p.m. to

9      3:00 p.m.)

10 BY MR. NELSON:

11     Q    The purchase agreement that was

12 identified earlier that you signed for this

13 aircraft, where were you physically located when

14 you signed that?

15     A    In my office at Toshiba Medical Systems

16 Europe.

17     Q    Where?

18     A    The actual address --

19     Q    That was in the UK?

20     A    No, this was the European headquarters of

21 Toshiba Medical Systems where I had moved over to

22 take the big CEO job in the summer of 2006.

23     Q    What city was that in?

24     A    This is in a place called Zoetermeer,

25 Sweetwater Lake.  It's right outside -- for



Case 0:11-cv-61663-FAM   Document 85-1   Entered on FLSD Docket 02/14/2014   Page 78 of 84

KARSTEN DAMGAARD-IVERSEN                          September 19, 2013
AIRCRAFT GUARANTY vs. DIAMOND AIRCRAFT                              78

1  practical purposes it's The Hague.

2      Q    Just outside of it?

3      A    I can give you the exact address.

4      Q    In the Netherlands?

5      A    In the Netherlands.

6      Q    And then you faxed that over to

7  Susan McKenzie?

8      A    Right.

9          MR. NELSON:  I don't have any other

10     questions.  I really appreciate you coming over

11     here.

12         MR. McGRATH:  What do we owe you?

13         MR. NELSON:  All you owe me is the dollar

14     amount that he has spent between April 24th of

15     2008 and today on items that would have been

16     covered by the Thielert warranty had Thielert

17     not become insolvent.

18         THE WITNESS:  But only after the

19     insolvency.

20         MR. McGRATH:  He gave us the dates.

21         (Discussion off the record.)

22  BY MR. NELSON:

23     Q    You talked about the gear boxes and the

24  clutches and that they didn't pay everything that

25  you thought they were supposed to pay, so include



1   that, but if you can just indicate what that was

2   for that particular work.

3        A    I'll try to find it.

4        MR. NELSON:  When do you think you can do

5   that?  I need to put a note on my calendar when

6   I should start getting worried because when I

7   walk out of here I'll forget about it.

8        MR. McGRATH:  Hang on.  Does this need to

9   be on the record?

10        MR. NELSON:  No, it doesn't need to be on

11   the record.

12        (Deposition was concluded at 3:02 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25



Case 0:11-cv-61663-FAM   Document 85-1   Entered on FLSD Docket 02/14/2014   Page 80 of 84

KARSTEN DAMGAARD-IVERSEN                    September 19, 2013
AIRCRAFT GUARANTY vs. DIAMOND AIRCRAFT                    80

```
 1                    CERTIFICATE OF REPORTER

 2   STATE OF FLORIDA        )

 3   COUNTY OF HILLSBOROUGH)

 4

 5        I, Laura M. Semik, Registered Professional

 6   Reporter, certify that I was authorized to and did

 7   stenographically report the deposition of

 8   KARSTEN DAMGAARD-IVERSEN; pages 1 through 79; that

 9   a review of the transcript was requested; and that

10   the transcript is a true record of my said

11   stenographic notes.

12        I further certify that I am not a relative,

13   employee, attorney, or counsel of any of the

14   parties, nor am I a relative or employee of any of

15   the parties' attorneys or counsel connected with

16   the action, nor am I financially interested in the

17   action.

18        Dated this 27th day of September, 2013.

19

20                    _____

21                        Laura M. Semik, RPR

22

23

24

25
```



Case 0:11-cv-61663-FAM   Document 85-1   Entered on FLSD Docket 02/14/2014   Page 81 of 84

KARSTEN DAMGAARD-IVERSEN                     September 19, 2013
AIRCRAFT GUARANTY vs. DIAMOND AIRCRAFT                     81

```
 1                    CERTIFICATE OF OATH

 2

 3   STATE OF FLORIDA        )

 4   COUNTY OF HILLSBOROUGH)

 5

 6

 7        I, Laura M. Semik, Registered Professional

 8   Reporter, Notary Public, State of Florida, certify

 9   that KARSTEN DAMGAARD-IVERSEN personally appeared

10   before me on September 19, 2013 and was duly

11   sworn.

12

13        Signed this 27th day of September, 2013.

14

15

16

17        _____

18        Laura M. Semik, RPR
          Notary Public, State of FL
19        Commission No. 152343575
          Expires: 01/31/2014
20

21

22

23

24

25
```



Case 0:11-cv-61663-FAM  Document 85-1  Entered on FLSD Docket 02/14/2014  Page 82 of 84

KARSTEN DAMGAARD-IVERSEN                    September 19, 2013
AIRCRAFT GUARANTY vs. DIAMOND AIRCRAFT                    82

```
1                    DEPOSITION ERRATA SHEET

2

3    Our Assignment No. 401035

4    Case Caption:  Aircraft Guaranty vs. Diamond

5    Aircraft

6

7

8            DECLARATION UNDER PENALTY OF PERJURY

9

10        I declare under penalty of perjury that I

11   have read the entire transcript of my Deposition

12   taken in the captioned matter or the same has been

13   read to me, and the same is true and accurate,

14   save and except for changes and/or corrections, if

15   any, as indicated by me on the DEPOSITION ERRATA

16   SHEET hereof, with the understanding that I offer

17   these changes as if still under oath.

18

19

20        Signed on the ____ day of _____, 20___.

21

22

23        _____

24                 KARSTEN DAMGAARD-IVERSEN

25
```



```
 1                    DEPOSITION ERRATA SHEET

 2

 3    Page No._____Line No._____Change to:_____

 4    Reason for change:_____

 5    Page No._____Line No._____Change to:_____

 6    Reason for change:_____

 7    Page No._____Line No._____Change to:_____

 8    Reason for change:_____

 9    Page No._____Line No._____Change to:_____

10    Reason for change:_____

11    Page No._____Line No._____Change to:_____

12    Reason for change:_____

13    Page No._____Line No._____Change to:_____

14    Reason for change:_____

15    Page No._____Line No._____Change to:_____

16    Reason for change:_____

17

18    SIGNATURE:_____DATE:_____

19                 KARSTEN DAMGAARD-IVERSEN

20

21

22

23

24

25
```



```
 1                      DEPOSITION ERRATA SHEET

 2

 3    Page No._____Line No._____Change to:_____

 4    Reason for change:_____

 5    Page No._____Line No._____Change to:_____

 6    Reason for change:_____

 7    Page No._____Line No._____Change to:_____

 8    Reason for change:_____

 9    Page No._____Line No._____Change to:_____

10    Reason for change:_____

11    Page No._____Line No._____Change to:_____

12    Reason for change:_____

13    Page No._____Line No._____Change to:_____

14    Reason for change:_____

15    Page No._____Line No._____Change to:_____

16    Reason for change:_____

17

18    SIGNATURE:_____DATE:_____

19                   KARSTEN DAMGAARD-IVERSEN

20

21

22

23

24

25
```

