

*(handwritten notes):*
(4 pages)
Au 1. -2007

By fax; Attention Ms. Dwana Peter

( I will fax/email the details of
the secured party for the FAA filing )

# Aircraft Guaranty ®

## *International Aircraft Title and Trust*

*The Global Standard*

Aircraft Guaranty Holdings LLC
Aircraft Guaranty Holdings & Trust, LLC

Aircraft Guaranty Title & Trust, LLC
Aircraft Guaranty Trust, LLC

May 19, 2007

Memorandum for Mr. Karsten Damgaard-Iversen

Matter of 2007 Diamond DA42, N56KD, SN 42.AC076

Ref:    Quotation for Provision of International FAA Registration via Owner Trust – Private Use

   **Aircraft Guaranty (AGC)** hereby offers to provision an Owner trust and the "N" registration of a Diamond DA42 series aircraft for worldwide operations with the Federal Aviation Administration, at the cost herein described:

## *1. ONE TIME ORGANIZATIONAL & FAA REGISTRATION FEES*

   *OWNER TRUST* – Offshore Bare Trust – Private Non-Tax Use

| | |
|---|---|
| *a. FAA Flight Registration documentation* | $   250.00 |
| *b. FCC International Radio Permit (Required for Overseas Flight)* | $   200.00 |
| *c. Setup of Aircraft as Trust Property & Operational Documents* | $   750.00 |
| *d. Trust Documentation & related Legal Filings* | $ 1,000.00 |
| *Total:* | $ 2,200.00 |

NOTE:    *Requests for special considerations by financial institutions or legal advisors in trust documentation structure may result in an increase in the quoted numbers.*

**Quoted Price shown herein includes:**

FAA Aircraft Registration Documentation
FAA assigned registration number (If Required)
Federal Communications Commission Aircraft Radio License for International Flight
Trust documentation & related legal filings
Documentation of Trust beneficial ownership & issue of Deed of Trust
Documentation for assignment of aircraft title into Trust and establishment of Trust property

**515 North Sam Houston Parkway East, Suite 305, Houston, Texas 77060**
**Phone:  1-281-445-7594     Fax:  1-281-445-7599**
**Email:  agc@agcorp.com     Internet:  www.agcorp.com**

AGC-000066

Aircraft Guaranty Holdings LLC, International FAA "N" Registration Quotation for
Services - 19 May 2007
Page 2 of 3

International Flight Operations Operating Agreement Documentation

***Does not include*** expense of counsel or fiduciary to respond to special requests of financial institutions, the client or client's outside counsel.  Fees range from $ 250 to $ 500 per hour.

***Does not include*** transaction related expenses such as *the issue of the FAA Certificate of Airworthiness or any airworthiness related expenses; US state or foreign sales tax; US state or foreign Use tax, US state or foreign Title transfer fees, Fees for the Escrow of monetary funds or documents, US state or FAA title search fees, Filing of Lien Documentation with the FAA or UCC, or travel time & travel related expenses by an AGC representative or its counsel to attend any transaction related meeting outside of Houston, Texas.*

## 2. OPTIONAL SERVICES AVAILABLE:

a.  Preparation and Recording of Security Interest with the FAA
     or any US state Uniform Commercial Code Office *(Each Filing)*        $ 250.00
     *(Required for Financing by all European Banks – one FAA, one Texas UCC filing)*

b.  Issue of Additional Beneficial Interest Certificate at time of
     Trust set up – per certificate issued                                              $ 250.00

c.  Special or Personalized FAA Registration Number                            $ 150.00

d.  Certified Record of FAA Document Filing                                        $ 225.00

e.  Expedited FAA Title Search                                                          $ 150.00 ***

     *** *REQUIRED IF AIRCRAFT IS NOT NEW & IS FAA REGISTERED!!!*

     ****NOT – REQUIRED IF CLOSING IS BEING DONE BY AN ESCROW AGENT
     ACCEPTABLE TO THE TRUSTEE & SAID AGENT PROVIDES SEARCH.*

## 3. "ANNUAL/RECURRING" related expenses:

Trustee Liability Fee ($ 0.00 to $ 600,000)                                     $   600.00
Files Administration, International Mail Handling & Forwarding          $   375.00

**NOTE:**  The Annual fees will be prorated for the initial year based upon the date the aircraft is registered in the name of the Trustee.  Thereafter, these fees will be invoiced in January of each year for service to be extended for the coming year.  If the aircraft is removed from Trust, these fees will be refunded based on the amount of service used minus any transaction related fees.  For example there is a $ 250 fee to remove the aircraft from trust & $ 150 fee to deregister it for export and to send the notice to the receiving CAA.

AGC-000067

Aircraft Guaranty Holdings LLC, International FAA "N" Registration Quotation for
Services - 19 May 2007                                                    Page 3 of 3

4. To initiate the international FAA "N" registration procedure:

    1.    Sign your acknowledgement & acceptance of the aforesaid terms where indicated below.

    2.    Place a checkmark in the appropriate OPTIONAL SERVICES box on the attached Engagement & Information form if desiring any of these services.

    3.    Sign and complete the attached Engagement & Information form indicating the method of payment to be utilized (Please use a typewriter or a computer to complete the form whenever possible so that we can correctly read the information).

    4.    Fax a copy of this signed acknowledgement letter and the signed Engagement & Information form to our office in Houston to 1-281-445-7599.

We accept payment via bank check drawn on a US banking institution or bank wire transfer. Our international bank wire transfer instructions are attached.

**PLEASE NOTE:** *This quotation may be relied upon for 90 days from the date of this letter. Thereafter, prices contained in the quotation are subject to revision at the discretion of the company*

**REFUND POLICY:** *Once engaged and documentation for assignment of trust title documentation has been delivered via facsimile, post, or express service, - Organizational fees are 100 % earned, and Optional fees - if service consummated - are 100% earned.*

Thank you for your inquiry. If there are any questions concerning this quotation please contact me in Houston by phone at (1) 281-445-7594, by fax at (1) 281-445-7599, or by email at clw@agcorp.com.

**FOR:   AIRCRAFT GUARANTY HOLDINGS, LLC**

By:

**Dr. Connie L. Wood, J.D., President**

**ACKNOWLEDGED & AGREED:**

FOR: _____      By:

Date: August 1, 2007      Name: KARSTEN DAMGAARD-IVERSEN

AGC-000068

# Aircraft Guaranty ®
## *International Aircraft Title and Trust*



*The Global Standard*

**Engagement Data Form:**

Date: August 1 - 2007

I/We hereby engage Aircraft Guaranty Holdings LLC & its subsidiaries to provision a specified entity to hold legal title for my/our aircraft for the purpose of registering it with the Federal Aviation Administration.

### PLEASE TYPE INFORMATION AND FAX TO: 1- 281-445-7599

1. Aircraft information:
   Make/Model: DIAMOND AIRCRAFT - DA42

   Serial No: 42 AC 076 Present Reg No: N - 56 KD

2. Legal name of the company or individual that will be the owner of the company or trust:

   KARSTEN DAMGAARD - IVERSEN

   Signature Authority's Name & Title: _____

3. Mailing address, telephone / fax / e-mail address of company or individual in item 2 above..

   PRINSES MARIJKESTRAAT 59
   2595 TL, DEN HAAG, NETHERLANDS

4. Aircraft Operator's Name, Signing Authority, Title, mailing address, telephone / fax / e-mail address.

   Operator same as owner!
   phone 011 31 6 53547444, e-mail: KIVERSEN
   @TM86.NL

5. Amount Due (Please Circle Option Desired):

   ### $ 2,200.00 per quotation dated May 19, 2007

6. Plus Optional Services of

| | | |
|---|---|---|
| ✓ Filing of Lien Holder Security Agreement with FAA | $ 250.00 | |
| ___ Issue Additional Beneficial Interest | $ 250.00 - Each | |
| ___ Filing of UCC-1 Agreement with State | $ 250.00 | |
| ___ Obtain Special or Personalized "N" Number | $ 150.00 | |
| ___ Certified Record of FAA Document Filing | $ 225.00 | |
| ___ Expedited FAA Title Search | $ 150.00 | |

Total Amount Due: 2,450⁰⁰   Payment Method: ✓ Bank Wire ___ US Bank Check

Authorized signature: _____

Printed/Typed Name & Title: KARSTEN DAMGAARD - IVERSEN

AGC-000069

# Aircraft Guaranty ®
## International Aircraft Title and Trust



*The Global Standard*

May 19, 2007

### Aircraft Guaranty ® – General Information Letter

The **Aircraft Guaranty Companies (AGC)** have been in business providing services related to **Financing & "N" Registration** of aircraft with the US Federal Aviation Administration (FAA) since **1989**. **AGC** ranks number one in ownership of the total number of active private & corporate aircraft on the FAA's aircraft register. **AGC** Trustees are **Delaware or Nevada chartered companies** and each carries professional **"Omissions & Errors Fidelity Insurance"** same as a bank. All account administrators are **"Insured Public Notaries"**. **AGC** has a full service **Aircraft Title & Research Company** located at the FAA experienced in both domestic and international escrow transactions.

**AGC** provides Fiduciary service for *several hundred* trusts, corporations, and limited liability companies, which hold title to aircraft located **in sixty-two different countries.** **AGC** is an accepted Trustee service provider for numerous worldwide financial institutions including SüdLeasing **(Landesbank Baden-Wüttemberg),** Royal Bank of Scotland, Nordbanken Sweden, SG Equipment Finance **(SOCIETE GENERALE Bank of France)**, General Electric European Lease & Finance Services **(GE Capital London)**, AERO FINANZ **(Diskont und Kredit AG/Disko Leasing GmbH),** and **"Merrill Lynch"** Equipment Finance **(MLEF).**

**AGC** has a professional team of employees, legal advisors & professional associates with experience in international business law, tax law and insurance ready to serve you. **AGC's** legal services team includes Crowe&Dunlevy (www.crowedunlevy.com), Thompson & Knight LLP (www.tklaw.com) and Gardere Wynne LLP (www.gardere.com) in the USA; Maples & Calder in the Cayman Islands, United Kingdom, and Asia (www.maplesandcalder.com); Dr. Schaefer & Partner in Germany (www.hsp-law.de); Law Office Dr. Grassl (www.aviationlaw.at) in Austria; The insurance team includes: FINSERVE Aviation of Antwerp, Belgium (www.finserve.be), and Siegfried Peschke KG of Munich, Germany (www.peschke-muc.de).

**AGC** can provision an entity to legally register your aircraft with the FAA for permanent operation either inside or outside of the United States. Please review our advertisements in *World Aircraft Sales, a/cFLYER, GA Buyer, and Trade-A-Plane*. If you have any questions, please contact us in Houston at 1-281-445-7594, by fax at 1-281-445-7599, or by email at agc@agcorp.com or any of our regional representatives if this is more convenient for you. French, German, Dutch, Danish, Italian, Spanish, Portuguese, and English speakers are available. Their names and phone numbers may be found on the Internet at www.agcorp.com. This website may be viewed in German, Dutch, French, Spanish, Italian, Portuguese & English.

**515 North Sam Houston Parkway - East, Suite 305 - Houston, Texas 77060**
**Phone: 1-281-445-7594   Fax: 1-281-445-7599   Email:** agc@agcorp.com

AGC-000077

August 02, 2007

Aircraft Guaranty Title, LLC , Trustee for
Continent Aircraft Trust 1087
515 N. Sam Houston Parkway East
Suite 305
Houston, Texas 77060

     Re:    DIAMOND AIRCRAFT IND INC  DA 42
             Serial Number - 42.AC076
             FAA Registration - N56KD

Dear Sir:

Pursuant to Article II, Section 2.3 and Article VI, Section 6.2 of the terms of the Declaration of Trust agreement of Continent Aircraft Trust No. 1087 dated July 01, 2007, the undersigned Beneficiary requests that you receive the above referenced aircraft under trust and cause its registration with the United States of America's Federal Aviation Administration.

The Beneficiary and any persons transferring property to the Trust, represents and warrants to the Trustee that upon the receipt of the Trust Property by the Trustee, the Trustee will have good title to the Trust Property free and clear of any lien, except those expressly disclosed to the Trustee.

The undersigned is providing you a completed bill of sale for transferring title in the above referenced aircraft to Continent Aircraft Trust No. 1087.

Mr.  Karsten Damgaard-Iversen

AGC-000061



# Aircraft Guaranty ®
*International Aircraft Title and Trust*

## SERVICES AGREEMENT

This Services Agreement is entered into this August 02, 2007, between Karsten Damgaard-Iversen, **(BENEFICIARY)** with the address of Prinses Marijkestraat 59, 2595 TL Den Haag, Netherlands, and Aircraft Guaranty Title, LLC**(AGTLLC)**, a Nevada limited liability company, with its administrative offices at 515 North Sam Houston Parkway East, Suite 305, Houston, Texas 77060,.

**WHERE AS BENEFICIARY** desires to engage **AGTLLC** in its individual capacity to act as Trustee of Continent Aircraft Trust No. 1087, and **AGTLLC** agrees to be engaged to continue to act as Trustee for Continent Aircraft Trust No. 1087, it is hereby,

**AGREED** that at the request of **BENEFICIARY, AGTLLC,** acting not in its individual capacity, but acting only in its capacity as Trustee for Continent Aircraft Trust No. 1087, agrees to transfer 100% of the beneficial interest in Continent Aircraft Trust No. 1087, a Cayman Islands Bare Trust, to Karsten Damgaard-Iversen or to whomever **BENEFICIARY** specifies in writing to **AGTLLC**, it is further,

**AGREED,** that in return for receiving this 100% beneficial interest in Continent Aircraft Trust No. 1087, **BENEFICIARY** hereby agrees to pay to Aircraft Guaranty Holdings, LLC, on behalf of **AGTLLC, Trustee, an Organizational** Provisioning Fee of 2,200.00 U$D for the transfer of said 100% beneficial interest. This said fee includes the provisioning of FAA expedited registration, FCC Aircraft Radio License for International Flight, Trust documentation & related legal filings, documentation of Trust beneficial ownership, issuance of the Deed of Trust attesting to the ownership of said beneficial interest, documentation for assignment of aircraft title into the Trust, and the establishment of Trust Property & International Flight Operations Operating Agreement Documentation, and it is further,

**AGREED,** that in addition to the aforesaid fees, Aircraft Guaranty Holdings LLC will invoice on behalf of **AGTLLC,** for its services as Trustee for Continent Aircraft Trust No. 1087, an annual administration fee of 250.00 U$D, an annual international mail handling and forwarding fee of 125.00 U$D, and an annual trustee Liability fee of 600.00 U$D.

The aforesaid annual fees will be prorated from the date the aircraft is acquired by the Trust to December 31, and will be billed on the date the aircraft is acquired. Annual fees are billed on January 1 of each year for service to be rendered in the coming year. Annual fees include Trustee service, forwarding of airworthiness directives, correspondence and communications with civil aviation authorities, and other aircraft management issues including insurance and operations issues. Annual fees are a function of cost history and are subject to change.

AGC-000051

Aircraft Guaranty Title, LLC
2 of 2

Organization and Annual Fees do not include expense of counsel to respond to special requests of financial institutions, the client or client's outside counsel. Attorney & fiduciary fees range from 250.00 U$D to 500.00 U$D per hour. Nor do any fees include transaction related expenses such as the issue of the FAA Certificate of Airworthiness or any airworthiness related expenses, US state or foreign sales tax, US state or foreign Use tax, US state or foreign title transfer fees, fees for the Escrow of monetary funds or documents, US state or FAA title search fees, or any travel time & travel related expenses by an AGC representative or its counsel to attend any transaction related meeting outside of Houston, Texas, USA.

Annual Fees do not include any services associated with the collection or disbursement of lease payments or bank loan payments. Fees for services associated with cash receipts and disbursements will be negotiated on a case-by-case basis. Annual fees also do not cover any special legal or professional charges which may be incurred in the event of any administrative actions, the transfer or termination of a beneficial interest, the sale or registration of the aircraft, and any other changes which may be required by law or regulations. Any requests for additional services not provided for in this letter shall be subject to fee arrangements made at the time of the requested service.

In all dealings between the Trust, **AGTLLC**, and the designated beneficiary, the use of signed faxed copies shall have the same effect as an exchange of original signed documents. The terms of this agreement, any interpretations of this agreement, and any other associated agreements to this agreement shall be governed under the laws of the United States, the State of Texas and Harris Country.

FOR: Aircraft Guaranty Title, LLC

By: _____
Dwana Peters
Manager, Trust Administration

ACKNOWLEDGED AND ACCEPTED as of the date first written on page One above:

_____
Mr. Karsten Damgaard-Iversen

## ASSIGNMENT OF TITLE

This ASSIGNMENT OF TITLE (this "Assignment") is executed as of August 02, 2007 , by and between Karsten Damgaard-Iversen ("Assignor") and Aircraft Guaranty Title, LLC, a Nevada limited liability company ("AGTLLC") in its capacity as Trustee for Continent Aircraft Trust No. 1087 (the Trust), a Trust Agreement dated as of July 01, 2007, between the Trustee and Aircraft Guaranty Financial Corporation, a Nevada Corporation (the Settlor); (the Trust and AGTLLC shall collectively be referred to herein as "Assignee", and the Trust may herein also be from time to time referred to as the "Trust Agreement");

### W I T N E S S E T H :

WHEREAS, Assignor has executed that certain accession agreement dated of even date herewith (the "Accession Agreement") to aquire a 100% beneficial interest in the Trust under the terms of that certain Trust Agreement executed on July 01, 2007 to create the Trust and pursuant to which AGTLLC has been appointed as trustee; and

WHEREAS, pursuant to the Trust Agreement, Assignor desires to assign to the Trust, and Assignee desires to accept the assignment of that certain Aircraft, as described below, upon the terms and subject to the conditions herein set forth;

NOW, THEREFORE, in consideration of the foregoing premises and for ten dollars ($10.00) and other good and valuable consideration paid by Assignee, the receipt and sufficiency of which are hereby acknowledged by Assignor, Assignor does hereby, ASSIGN, TRANSFER, DELIVER and SET OVER unto Assignee, its successors and assigns, the Aircraft (as defined below).

1. Assets Transferred. In exchange for the promise to be trustee, Assignor does hereby assign, transfer, and deliver (collectively, "transfer"), or cause to be transferred, to Assignee, and Assignee does hereby accept from Assignor, the title and legal ownership in that certain aircraft as described in Exhibit 1 hereto (the "Aircraft"), until such time as the Trust Agreement is terminated.

2. Excluded Assets. The Aircraft transferred by Assignor to Assignee hereunder includes only that which is referred to in Section 1 and described in Exhibit 1, and no other assets or properties of Assignor, are hereby transferred to Assignee hereunder.

3. Other Agreements. Both the Assignor and the Assignee agree to execute any and all documents, including, but not limited to, the Bill of Sale promulgated by the Federal Aviation Administration ("FAA") as required by the Federal Aviation Act, as may be necessary to record this transfer.

4. Third-Party Consents. Notwithstanding any other provision of this Assignment, to the extent that the assignment and transfer of the Aircraft requires the consent of one or more third parties, this Assignment will not constitute an assignment thereof if such assignment or transfer would constitute a breach of any contract, agreement or instrument relating to such Assets until Assignor or

AGC-000058

–2–

Assignee, as the case may be, has obtained consent to such assignment or assumption from the appropriate third party or third parties.

5.    Successors and Assigns.  This Assignment is binding upon, and will inure to the benefit of, Assignor and Assignee and their respective successors and assigns.

6.    Governing Law.  This Assignment shall be construed under the laws of Nevada .

7.    Counterparts.  This Assignment may be executed in multiple counterparts, each of which shall constitute an original and all of which shall constitute one and the same document.

IN WITNESS WHEREOF, the undersigned have executed this Assignment as of the date first above written.

Assignor :  _____
Mr.  Karsten Damgaard-Iversen


Assignee:

Continent Aircraft Trust No. 1087


For:    Aircraft Guaranty Title, LLC,  Trustee

By:_____
Mary Wood
Manager


–2–

-3-

**EXHIBIT 1**

## DESCRIPTION OF AIRCRAFT ASSIGNED

REGISTRATION :              N56KD

SERIAL NUMBER:              42.AC076

MAKE:              DIAMOND AIRCRAFT IND INC

MODEL:              DA 42

YEAR:              2007

-3-

AGC-000060

# AIRCRAFT OPERATING AGREEMENT

This AIRCRAFT OPERATING AGREEMENT by and between Aircraft Guaranty Title, LLC, a Nevada limited liability company, in its capacity as Trustee for CONTINENT AIRCRAFT TRUST NO. 1087, a Cayman Islands Trust with a mailing address of MAPLES and CALDER, P.O.Box 309 G.T., Ugland House, South Church Street, Grand Cayman, Cayman Islands,  (hereinafter called, together with its successors and assigns, "CAT"), and Karsten Damgaard-Iversen, with the address of Prinses Marijkestraat 59, 2595 TL Den Haag, Netherlands ("Operator"), Operator and CAT agree that:

*a. Agreement to Release & Description of Aircraft.*  CAT agrees to release in bailment to Operator, and Operator agrees to lease from CAT the following described aircraft for the benefit of the Operator .

> DIAMOND AIRCRAFT IND INC  DA 42, bearing manufacturer's Serial No. 42.AC076
> and FAA Registration No. N56KD, or (when applicable)
> more particularly described in Exhibit "A' and the annexes thereto, together
> with the engines and all parts, including, without limitation, all
> non-standard parts attached to the Aircraft, which non-standard and
> spare parts are also described in the Exhibits.

*b. Use.*  Operator covenants and agrees that the Aircraft shall be used, maintained and operated throughout the term of this Agreement only for private, noncommercial air carriage and/or private carriage for hire within the meaning, scope and in strict conformity with the requirements of United States Federal Aviation Regulations FAR 91, as amended ("FAR 91"), and FAR 61, as amended (FAR 61"). Operator confirms and agrees that the aircraft shall not be operated outside of the airspace of the United States of America unless a copy of FAA Standard Form 14 - Temporary Certificate of Registration or an original AC Form 8050-3 Certificate of Aircraft Registration is carried on board the aircraft.

*c. Term.*  Operator's use of the Aircraft shall commence effective as of the date CAT receives and accepts clear legal title to the aircraft, and shall continue from that date for the next succeeding ten (10) years and shall, unless sooner terminated under this Agreement, shall expire at midnight ten (10) years from the aforementioned commencement date.

*d. Value.*  The current declared value of the subject aircraft is .  USD 562,268

*e. Fees.*  As partial consideration for CAT entering this Agreement, Operator covenants and agrees to pay and assume the following:  (1) Rental fees in the amount of $(N/A) payable last business day of each month occurring during the term of this Agreement.  (2) All taxes due under paragraph "f" of this Agreement.

*f. Taxes.*  Operator shall report and pay promptly any and all other taxes, fees and assessments due and to become due which are assessed against CAT, the Operator, or the Aircraft which relate to, arise out of the delivery, leasing, possession, use or operation thereof, including, without limitation, all license and registration fees and all sales, use, personal property, excise, gross receipts, franchise, stamp or other

AGC-000062

taxes, value added taxes (VAT), imports, duties, and charges, together with any penalties, fines or interest thereon, imposed against this Agreement, CAT, Operator or the Aircraft by any Governmental Authority during the term of this Agreement or relating to any transaction or circumstance occurring or existing during the term of this Agreement (herein called "taxes"). In addition, Operator shall reimburse CAT, or its assigns, upon receipt of written request, for any taxes charged to or assessed against CAT, or its assigns, paid by CAT. Operator will, on request of CAT, submit to CAT written evidence of Operator's payment. In case any report or return is required to be made with respect to any tax, Operator will make such report or return in such manner as will show the Ownership of the Aircraft, and send a copy to CAT.

**g.** *No Representations or Warranties.* OPERATOR ACCEPTS THE AIRCRAFT "AS IS—WHERE IS" WITH ALL DEFECTS, AND CAT MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND OR CHARACTER WHATSOEVER, EXPRESS OR IMPLIED, WITH RESPECT TO THE AIRCRAFT OR ANY ENGINE OR ANY PART, COMPONENT, ELEMENT, ASSEMBLY, SUBASSEMBLY, SYSTEM OR SUBSYSTEM THEREOF, OR WITH RESPECT TO THE DESIGN, DURABILITY, AIRWORTHINESS, REPAIR, MAINTENANCE OR OTHER CONDITION OR CHARACTERISTIC OF THE AIRCRAFT. CAT SPECIFICALLY DISCLAIMS AND OPERATOR SPECIFICALLY WAIVES ANY AND ALL WARRANTIES OF EVERY KIND AND CHARACTER WHATSOEVER, EXPRESS OR IMPLIED, WITH RESPECT TO THE AIRCRAFT, THE ENGINES AND ALL PARTS, COMPONENTS, ELEMENTS, ASSEMBLIES, SUBASSEMBLIES, SYSTEMS AND SUBSYSTEMS THEREOF, INCLUDING, WITHOUT LIMITATION, ANY AND ALL IMPLIED WARRANTIES OF MERCHANTABILITY, AIRWORTHINESS AND FITNESS FOR A PARTICULAR PURPOSE. NOTHING CONTAINED IN THIS AGREEMENT SHALL BE CONSTRUED AS DEPRIVING OPERATOR OF WHATEVER RIGHTS, IF ANY, OPERATOR MAY HAVE AGAINST ANY PERSON OTHER THAN CAT, SUCH AS THE SUPPLIER AND THE MANUFACTURER OF THE AIRCRAFT OR OF ANY PART.

**h.** *Expenses.* Except as provided in this Agreement, Operator covenants and agrees to and shall pay all costs, expenses and charges of every kind and character whatsoever related to, arising out of or occasioned by the Ownership, use, operation, maintenance, repair, inspection and/or testing of the Aircraft, including, without limitation, compliance with all legal requirements. Operator further covenants and agrees to and shall promptly upon demand by CAT, reimburse to CAT any and all such costs, expenses and/or charges which at any time are billed directly to CAT.

**i.** *Quiet Enjoyment.* So long as no default or event of default exists under this Agreement, CAT shall not do (or suffer to be done by any person claiming through or against CAT and not against Operator or any lessee) any act which interferes with any rights of Operator to peaceably and quietly hold, possess and use the Aircraft in accordance with the terms of this Agreement.

**j.** *Governing Law.* Except to the extent Texas law is preempted with respect to matters regarding Aircraft, this Agreement shall in all respects be governed by, and construed in accordance with, the laws of the United States and the state of Texas, including all matters of construction, validity and performance.

**k.** *Operator Proficiency.* The Aircraft shall only be operated by pilots currently certificated, holding valid medical certificates and qualified to operate the Aircraft in compliance with the laws of the United States Federal Aviation Administration (FAA) or any other state or local governmental authority

AGC-000063

having jurisdiction therefore, and in accordance with the provisions of the insurance policy or policies issued in connection therewith.

*l. Entire Agreement.* THIS AGREEMENT, ANY VARIATION OR MODIFICATION OF THIS AGREEMENT, AND ANY WAIVER OF ANY OF ITS PROVISIONS OR CONDITIONS SHALL NOT BE VALID UNLESS IN WRITING AND SIGNED BY AN AUTHORIZED OFFICER OF CAT.

*m. FAR 91.23 NOTICE:* THE AIRCRAFT DESCRIBED IN PARAGRAPH "a" OF THIS AGREEMENT HAS BEEN MAINTAINED UNDER FEDERAL AVIATION REGULATIONS (FAR) PART___N/A___ FOR THE PROCEEDING TWELVE MONTHS.   THE AIRCRAFT WILL BE MAINTAINED AND INSPECTED BY THE OPERATOR UNDER FAR 91.409(f)(3) FOR OPERATIONS TO BE CONDUCTED UNDER THIS LEASE AGREEMENT.   DURING THE DURATION OF THIS LEASE AGREEMENT Karsten Damgaard-Iversen IS CONSIDERED RESPONSIBLE FOR OPERATIONAL CONTROL OF ALL AIRCRAFT IDENTIFIED AND TO BE OPERATED UNDER THIS LEASE AGREEMENT.   AN EXPLANATION OF THE FACTORS BEARING ON OPERATIONAL CONTROL AND THE PERTINENT FEDERAL AVIATION REGULATIONS CAN BE OBTAINED FROM THE NEAREST FAA FLIGHT STANDARDS DISTRICT OFFICE.  THE UNDERSIGNED REPRESENTATIVE OF Karsten Damgaard-Iversen AS OPERATOR CERTIFIES THAT OPERATOR IS RESPONSIBLE FOR OPERATIONAL CONTROL OF THE AIRCRAFT AND THAT OPERATOR UNDERSTANDS ITS RESPONSIBILITIES FOR COMPLIANCE WITH APPLICABLE FAR'S.  THIS SECTION IS INCLUDED IN THIS AGREEMENT FOR PURPOSES OF SATISFYING FAR 91.23 AND SHALL BE NEITHER DEEMED NOR CONSTRUED TO LIMIT OR REDUCE ANY DUTIES OR OBLIGATIONS IMPOSED UPON OPERATOR UNDER OTHER PROVISIONS OF THIS AGREEMENT.

WITNESS THE EXECUTION OF THIS AGREEMENT, in multiple copies, each of which shall constitute an original instrument, but all of which shall constitute but a single instrument, as of this date, but effective as of the date provided in paragraph "c" above.

CAT:

CONTINENT AIRCRAFT
TRUST NO. 1087

By:    Aircraft Guaranty Title, LLC,
       as Trustee

By: _____
       Dwana Peters
       Manager, Trust Administration

Date: _____August 02, 2007_____

OPERATOR:

Karsten Damgaard-Iversen


_____
Karsten Damgaard-Iversen

Date: _____August 02, 2007_____

AGC-000064

**EXHIBIT A**

## DESCRIPTION OF AIRCRAFT ASSIGNED

REGISTRATION :          N56KD

SERIAL NUMBER:          42.AC076

MAKE:          DIAMOND AIRCRAFT IND INC

MODEL:          DA 42

YEAR:          2007

AGC-000065

## MEMORANDUM OF TRUSTEE'S MERGER OF TRUSTS

THIS MEMORANDUM OF TRUSTEE'S MERGER OF TRUSTS dated as of July 25, 2011 (this "Memorandum"), is made by Aircraft Guaranty Corporation, a Wyoming corporation in its dual capacity as trustee ("Trustee") of Continent Aircraft Trust No. 1087, a Cayman Islands common law trust (hereinafter "1087-CI") and Continent Aircraft Statutory Trust No. 1087, a Wyoming statutory trust (hereinafter "1087-WY").

**1. Merger.**   Subject to the terms and conditions hereinafter set forth, 1087-CI shall be merged with and into 1087-WY with 1087-WY being the surviving statutory trust. This Merger shall be effective upon execution hereof (the "Effective Time" of the Merger).

**2. Governing Document.**   1087-WY shall be the surviving statutory trust in the Merger (sometimes referred to herein as the "Surviving Statutory Trust"), and the Surviving Statutory Trust shall continue its existence under the laws of the state of Wyoming; however, the Declaration of Trust of 1087-CI dated July 1, 2007 with Aircraft Guaranty Financial Corporation, a Nevada corporation, as settlor and Aircraft Guaranty Title, LLC, a Nevada limited liability company, as original trustee ("Declaration") shall continue to be the Declaration of the Surviving Statutory Trust, without change or amendment until thereafter amended.

**3. Succession.**   At the Effective Time the separate existence of 1087-CI shall cease, 1087-WY shall succeed to all rights, privileges, assets and liabilities of 1087-CI in the manner set forth in §17-23-201(g) of the Wyoming Statutory Trust Act of the State of Wyoming (the "Wyoming STA"). 1087-CI is sometimes referred to herein as the "Disappearing Trust."

**4. Succession of Beneficial Interest.**   At the Effective Time, by virtue of the Merger and without any action on the part of the holder thereof the Beneficiary(ies) (as defined in the Declaration) of 1087-CI shall become the Beneficiary(ies) of 1087-WY in the same proportion(s) as that held under 1087-CI.

**5. Trust Certificates.**   At and after the Effective Time of the Merger, all of the outstanding certificates which immediately prior to the Effective Time of the Merger evidenced beneficial interest of 1087-CI shall be deemed for all purposes to evidence ownership of, and to represent, beneficial interest of 1087-WY into which the beneficial interest of 1087-CI formerly evidenced by such certificates have been converted as herein provided.   Certificates evidencing beneficial ownership of 1087-WY shall continue to evidence ownership of shares of the Surviving Statutory Trust.

**6. Further Assurances.**   From time to time, as and when required by the Surviving Statutory Trust, or by its successors or assigns, there shall be executed and delivered on behalf of the Disappearing Trust such deeds and other instruments, and there shall be taken or caused to be taken by it all such further and other action as shall be appropriate or necessary to vest, perfect, or confirm, of record or otherwise, in the Surviving Statutory Trust the title to and possession of all property, interests, assets, rights, privileges, immunities, powers, franchises and authority of the Disappearing Trust and otherwise to carry out the purposes of this Memorandum; and the officers and directors of the Surviving Statutory Trust are fully authorized in the name and on behalf of the Disappearing

AGC-000509

Trust or otherwise, to take any and all such action and to execute and deliver any and all such deeds and instruments.

   **7. Notice.** The Trustee shall give notice of the Merger to the Beneficiary(ies) pursuant to the Wyoming STA and Wyoming Uniform Trust Code §4-10-418 made applicable by §113 of the STA.

   IN WITNESS WHEREOF, Aircraft Guaranty Corporation, a Wyoming corporation, Trustee of (i) Continent Aircraft Trust No. 1087, a Cayman Islands common law trust and (ii) Continent Aircraft Statutory Trust No. 1087, a Wyoming statutory trust, has caused this Memorandum to be executed as of the date first above written.

Aircraft Guaranty Corporation,
a Wyoming corporation

By: _____
Ashley M. Phippin, Jr. Vice President

STATE OF WYOMING      )
                           ) ss:
COUNTY OF LARAMIE    )

   This instrument was acknowledged before me by Ashley M. Phippin, Jr. Vice President, on July 25, 2011.   Witness my hand and official seal.   My commission expires: *7.12.2013* .



_____
NOTARY PUBLIC

2

AGC-000511

## STATE OF WYOMING
## Office of the Secretary of State

I, MAX MAXFIELD, SECRETARY OF STATE of the STATE OF WYOMING, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

CERTIFICATE OF ORGANIZATION

### Continent Aircraft Statutory Trust No. 1087

Accordingly, the undersigned, by virtue of the authority vested in me by law, hereby issues this Certificate.

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **25th** day of **July**, **2011**.



_Max Maxfield_
Secretary of State

By: _____ Ryan Anderson

Filed Date: 07/25/2011

AGC-000513



**Wyoming Secretary of State**
State Capitol Building, Room 110
200 West 24th Street
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Fax 307.777.5339
Email: business@state.wy.us

**Max Maxfield, WY Secretary of State**

**FILED: 07/25/2011 01:16 PM**

**ID: 2011-000605522**

# Statutory Trust
# Certificate of Trust

1. Name of the statutory trust:

> Continent Aircraft Statutory Trust No. 1087

2. Name and address of at least one (1) of the trustees authorized to manage the statutory trust:

> Aircraft Guaranty Corporation
> 199 E. Pearl, Ste 101
> Jackson, WY 83001

3. Name and physical address of its registered agent:
*(The registered agent may be an individual resident in Wyoming, a domestic or foreign entity authorized to transact business in Wyoming, having a business office identical with such registered office. The registered agent must have a physical address in Wyoming. A Post Office Box or Drop Box is not acceptable. If the registered office includes a suite number, it must be included in the registered office address.)*

> Frontier Registered Agency Services LLC
> 199 E. Pearl, Ste 101
> Jackson, WY 83001

4. Mailing address of the statutory trust:

> PO Box 2549
> Onalaska, TX 77360

5. Principal office address:

> 199 E. Pearl, Ste 101
> Jackson, WY 83001

6. Future effective date or time of this certificate if it is NOT to be effective upon the filing of this certificate:

> *(Date – mm/dd/yyyy)*

ST-CertificateTrust - Revised 08/13/2009

AGC-000515

7. Execution:

Trustee Signature: _____  Date: | 07/21/2011 |
*(mm/dd/yyyy)*

Print Name: | Aircraft Guaranty Corporation, by Jeremy W. Bouchard, Vice President |

Trustee Signature: _____  Date: |   |
*(mm/dd/yyyy)*

Print Name: |   |

Trustee Signature: _____  Date: |   |
*(mm/dd/yyyy)*

Print Name: |   |

Contact Person: | Jeremy W. Bouchard |

Daytime Phone Number: | (307) 632-1103 |  Email: | info@wyoregisteredagent.com |

---

Checklist
☐ ***Filing Fee: $100.00*** Make check or money order payable to Wyoming Secretary of State.
☐ The Certificate of Trust must be signed by at least one trustee.
☐ The Certificate of Trust must be accompanied by a written consent to appointment executed by the registered agent.
☐ For consistency the Secretary of State's Office will only keep one version of the agent's name on file.
☐ Please submit one **originally signed** document and one exact photocopy of the filing.
☐ **Please review form prior to submitting to the Secretary of State to ensure all areas have been completed to avoid a delay in the processing of your documents.**

---

**Other Requirements:**
An annual report will be due on or before January 1 each year. If not paid within thirty (30) days from the due date, the entity will be subject to dissolution/revocation.

ST-CertificateTrust - Revised 08/13/2009



**Wyoming Secretary of State**
State Capitol Building, Room 110
200 West 24th Street
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Fax 307.777.5339
Email: business@state.wy.us

## Consent to Appointment by Registered Agent

I, | Frontier Registered Agency Services LLC | , registered office located at
*(name of registered agent)*

199 E. Pearl, Ste 101
Jackson, WY 83001

voluntarily consent to serve

**\*** *(registered office physical address, city, state & zip)*

as the registered agent for | Continent Aircraft Statutory Trust No. 1087 |
*(name of business entity)*

I hereby certify that I am in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

Signature: _____     Date: | 07/21/2011 |
*(Shall be executed by the registered agent.)*                           *(mm/dd/yyyy)*

Print Name: | Jeremy W. Bouchard |   Daytime Phone: | (307) 632-1103 |

Title: | Vice President |   Email: | info@wyoregisteredagent.com |

Registered Agent Mailing Address
(if different than above):

---

**\*If this is a new address, complete the following:**

Previous Registered Office(s):

I hereby certify that:
- After the changes are made, the street address of my registered office and business office will be identical.
- This change affects every entity served by me and I have notified each entity of the registered office change.
- I certify that the above information is correct and I am in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

Signature: _____     Date: |              |
*(Shall be executed by the registered agent.)*                           *(mm/dd/yyyy)*

Checklist
☐ Submit one **originally signed** consent to appointment and one exact photocopy.

RAConsent – Revised 10/21/2009

AGC-000519

## AFFIDAVIT AND CERTIFICATE OF CITIZENSHIP

STATE OF TEXAS

COUNTY OF POLK

BEFORE ME, the undersigned authority, personally appeared Dr. Connie L. Wood, who being by me duly sworn, deposes as follows:

My name is Connie L. Wood. I am over 18 years of age, of sound mind, capable of making this Affidavit, and personally acquainted with the facts stated below.

I am President of *Aircraft Guaranty Corporation*, a corporation organized *under the laws of the State of Wyoming*; which is now Trustee of **Continent Aircraft Trust No. 1087** (formed under Trust Agreement dated July 01, 2007, between *Aircraft Guaranty Title, LLC, a Nevada Limited Liability Company* as Trustee, and Aircraft Guaranty Financial Corporation, a Nevada Corporation, as Grantor) in its capacity as the surviving corporation of a merger with *Aircraft Guaranty Corporation, a Wyoming corporation* as officially recorded by the state of Wyoming's Office of the Secretary of State on 06 July 2011.

I hereby certify that Aircraft Guaranty Corporation, a Wyoming corporation, as Trustee, is a citizen of the United States and that Karsten Damgaard-Iversen, as successor Beneficiary (s), is/are not a citizen of the United States, and that I know of no reason, situation or relationship as a result of which the beneficiary(s) or any other persons under the Trust Agreement who are not citizens or resident aliens of the United States together would have more than 25% of the aggregate power to influence or limit the exercise of Aircraft Guaranty Corporation's authority as Trustee under the Trust Agreement.

This affidavit is submitted in fulfillment of the requirement stated in Part 47 of the Federal Aviation Regulations § 47.7(c)(2).

AIRCRAFT GUARANTY CORPORATION, TRUSTEE

BY: _____
Dr. Connie L. Wood, President

SUBSCRIBED AND SWORN TO BEFORE ME this 20th day of July, 2011.

_____
Notary Public - State of Texas

FE LANE
Notary Public
STATE OF TEXAS
My Comm. Exp. May. 27, 2014

AGC-000521



CONTINENT AIRCRAFT TRUST NO. 1087
TRUST CERTIFICATE

COPY

UNDER TRUST AGREEMENT DATED July 01, 2007

Certificate No. 2                                                                 August 02, 2007

Aircraft Guaranty Title, LLC, a Nevada limited liability company, as trustee (the "Trustee") under a Declaration of Trust dated July 01, 2007, with Aircraft Guaranty Financial Corporation (the "Settlor"), hereby certifies that Karsten Damgaard-Iversen is the owner of a 100% undivided beneficial interest in the Trust Property provided for in the Declaration of Trust. This Trust Certificate shall serve as evidence that the Beneficiary is the registered owner of the Ownership Percentage stated above.

Capitalized terms used herein without definition have the meanings ascribed to them in the Declaration of Trust.

Transfer of the beneficial ownership interest represented by this Trust Certificate is subject to certain restrictions and limitations set forth in the Declaration of Trust. This Trust Certificate may be transferred upon the books of the Trust by the registered Beneficiary in person or by an attorney duly authorized in writing upon surrender of this Trust Certificate to the Trustee accompanied by a written instrument of transfer and with such evidence of authority of the persons signing the instrument of transfer as the Trustee may reasonably require, whereupon the Trustee shall issue in the name of the transferee a Trust Certificate or Trust Certificates evidencing the amount and extent of interest of the transferee.

The Beneficiary, by its acceptance of this Trust Certificate, warrants and represents to the Trustee and to the Beneficiaries of the other Trust Certificates issued under the Declaration of Trust and agrees not to transfer this Trust Certificate except in accordance with the Declaration of Trust.

This Trust Certificate and the Declaration of Trust shall in all respects be governed by, and construed in accordance with, the laws of the Cayman Islands (excluding conflict of law rules).

IN WITNESS WHEREOF, the Trustee has caused this Trust Certificate to be issued as of the date hereof.

Aircraft Guaranty Title, LLC, as Trustee

By
Mary Wood
Manager

AGC-000523

*1087*

# Aircraft Guaranty ®
## *International Aircraft Title and Trust*



*The Global Standard*

Aircraft Guaranty Holdings LLC

Aircraft Guaranty Corporation

September 06, 2011

Dear Client,

**On July 06, 2011, Aircraft Guaranty was reorganized**, and all Aircraft Guaranty Trustee companies were merged into the following company: **Aircraft Guaranty Corporation**.

**Aircraft Guaranty Corporation** is a **"State of Wyoming Private Trust Company"**; and it is also **certified by the 9th District Court of Wyoming** as a **"Corporate Trustee"**.

What this means to you is that the legal name of your Trustee has changed to **"Aircraft Guaranty Corporation, Trustee"**.    All other existing agreements and relationships remain unchanged.  Copies of the merger and court order are available upon request.

The FAA & FCC records for your aircraft have been updated to record the name of the new Trustee & attached are the FAA Registration Certificate & FCC International Radio Permit for your aircraft resulting from their act of recording the merger documentation.

**VERY IMPORTANT** – You must now:

(1) Remove and replace the FAA Registration Certificate card & FCC letter that is currently in your airplane with the new ones in the name of "Aircraft Guaranty Corporation, Trustee";
(2) Sign the enclosed receipt;
(3) Staple the replaced FAA registration card & FCC permit to the receipt;
(4) Mail the card and the receipt back to the Trustee in the envelope provided.

This is very important because the Trustee must certify to the FAA that the Trustee has physical possession of the old FAA certificate of registration & FCC letter and has stamped them as "Cancelled".

**FOR:  AIRCRAFT GUARANTY CORPORATION**

By:_____

Dr. Connie L. Wood, CEO

POB 2549 (2058 FM 356 North), Onalaska, Texas 77360
Email:  agc@agcorp.com     Internet:  www.agcorp.com
Phone:  +1-281-445-7594      Fax:  +1-281-445-7599

AGC-000050