PETER MAURER  
AIRCRAFT GUARANTY vs. DIAMOND

September 27, 2013  
5–8

Page 5

1  DA42 that you participated in?
2       A. I can't remember whether it was you
3  that deposed me or not. I honestly don't remember.
4       Q. A couple of the ground rules, I'll go
5  through them and if you have any questions we can
6  discuss. Obviously it's a deposition, I ask the
7  questions, you answer them. If you could wait until I
8  finish the question before you answer. If your
9  counsel objects but short of him instructing you not
10 to answer, you're to answer the questions.
11      If the question calls for a yes or no but
12 you want to provide additional clarification, please
13 answer yes or no first and then feel free to clarify.
14      If I ask you a question and you don't
15 understand or you need additional clarification please
16 let me or your counsel know and we'll seek to clarify
17 and restate. And if you need to speak to your counsel
18 please wait to do so until after you answer a specific
19 question unless there's an objection. If you need to
20 take a break obviously at any point then feel free to
21 let us know.
22      Unless I state otherwise, because we're
23 going to use the word Diamond fairly frequently today,
24 if I refer to the defendant or Diamond I'm referring
25 to Diamond Aircraft Industries, Inc.

Page 6

1       MR. NELSON: That's going to be awfully
2  confusing for him and for all of us. Can I suggest
3  that for Diamond Aircraft Industries, Inc. you use
4  Diamond Canada; for the Austrian company you use
5  Diamond Austria and for the USA you use Diamond USA.
6       MR. GRIM: Carl, did you look at my
7  deposition notes?
8       MR. NELSON: I looked at the last
9  deposition.
10      BY MR. GRIM:
11      Q. Let me make sure just to clarify so
12 it's clear because I don't know if I caught all that,
13 with regard to Diamond Aircraft Industries, Inc. we'll
14 refer to it as Diamond Canada. With regard to Diamond
15 Aircraft Sales USA, Inc., we'll refer to that as
16 Diamond USA and then Diamond Aircraft Industries GmbH,
17 we'll refer to that as Diamond Austria just to clarify
18 which entity on the record we're referring to as far
19 as those names.
20      Obviously unless I say otherwise the DA42
21 means the DA42 aircraft produced by I guess either
22 Diamond Aircraft Industries or Diamond Austria.
23      When I say Thielert Aircraft Engines or
24 Thielert TAE I'm referring to the DA42 engine
25 manufacturer's produced, either the 1.7 litre or 2.0

Page 7

1  litre turbo diesel engine for the DA42 and I believe
2  for some versions of the DA40, the European versions.
3       Another issue here is with regard to time
4  frame. I will be primarily referring to the time
5  frame between 2005 and 2009. If I'm asking for
6  something more current or more recent I'll be sure to
7  try to clarify but if there's any doubt please feel
8  free to ask.
9       Do you understand so far what we have
10 discussed?
11      A. Yes.
12      Q. Could you tell me a little bit about
13 your background, education?
14      A. I'm a mechanical engineer.
15      Q. Where did you go to school?
16      A. McGill University in Montreal.
17      Q. Was that a bachelor of science degree?
18      A. Bachelor of engineering.
19      Q. Any other post, undergraduate studies?
20      A. No university degrees.
21      Q. How long have you been with Diamond
22 Canada?
23      A. Since September 13, '93, 1993, a
24 little over 20 years.
25      Q. Could you give us a brief summary

Page 8

1  beginning with September, '93 the positions that you
2  held with Diamond Canada?
3       A. When I joined the company my initial
4  position was as -- I don't know the actual job title
5  but it was responsible for airworthiness and quality
6  assurance. I don't know if it was a manager -- I
7  think it was a manager title.
8       I later took on additional
9  responsibilities for engineering. I became chief
10 engineer around '97, '98, something like that. I took
11 over responsibility for operations in the late '90s
12 and I was appointed president in 2000.
13      Q. Between 2000 and today has your
14 position remained essentially the same as president?
15      A. Yes. The only addition was that I
16 became CEO and president. My title right now is
17 president and CEO. That was effective sometime mid-
18 2011 or early 2011.
19      Q. As chief of engineering were you
20 responsible for all aspects of engineering, for
21 example power plant structures, avionics?
22      A. Yes.
23      Q. Not any one particular specialty but
24 just sort of responsible for all?
25      A. As chief engineer you have overall



EXHIBIT "B"

Page 25

1 Finance, I believe it's Corporation, and DK Cafe.
2     Q. That's your restaurant here?
3     A. It's a restaurant.
4     Q. Do you hold any positions with Diamond
5 Aircraft Sales USA currently?
6     A. I'm officially the president and
7 director.
8     Q. Are there any other board members of
9 Diamond Aircraft Sales USA Inc.
10     A. No.
11     Q. You're it?
12     A. I'm it.
13     Q. How long have you been either director
14 or president of Diamond Aircraft Sales USA Inc.?
15     A. I believe we did that all at the same
16 time and it would have been the same time that I
17 became director also at Diamond Canada.
18     Q. 2003?
19     A. Somewhere around that time frame.
20     Q. Could it have been possibly 2008?
21     A. Sorry?
22     Q. 2008?
23     A. I don't think so. I think it was
24 earlier.
25     Q. Between 2005 and 2009 are you aware of

Page 26

1 any other directors or officers of Diamond Aircraft
2 Sales USA?
3     A. Christian Dries is a -- oh, sorry,
4 Diamond Sales USA? I have to check the company
5 records, I don't know. I'd have to confer with
6 Patrick Egan.
7     Q. In your role as president of Diamond
8 Canada do you attend aircraft trade shows?
9     A. I have.
10     Q. Have you attended the Experimental
11 Aircraft Association Air Venture trade show?
12     A. In previous years I have.
13     Q. Do you know if between 2005 and 2008
14 whether you would have attended?
15     A. I believe I would have. I don't know
16 whether I attended every year or intermittently.
17     Q. What about the Sun 'n Fun trade show
18 in Lakeland, Florida?
19     A. I would have attended that as well.
20     Q. During 2005 to 2008?
21     A. I believe. I don't go to every show
22 every year so I don't know exactly.
23     Q. What was the last general aviation
24 trade show in the US that you attended, do you recall?
25     A. I'd have to check to be accurate but

Page 27

1 it would have been at least two years ago if not three
2 years ago, Oshkosh. AirVenture.
3     Q. When you go to the trade shows what is
4 your role?
5     A. It's multiple things. One of them is
6 to meet with some customers, to meet with vendors.
7 GAMA had a board meeting scheduled coincident with
8 EAA AirVenture. And we like to go see what the
9 competitors are doing as well.
10     Q. Do you discuss new products, whether to
11 be manufactured by Diamond Canada or Diamond Austria?
12 For example, the D-Jet, would that be a product that
13 you would discuss or display?
14     A. Yes. Absolutely, yes.
15     Q. What about the DA50?
16     A. The DA50 is a product that we
17 displayed and then basically stopped displaying
18 because it didn't continue in development and hasn't
19 been commercialized.
20     Q. What about the DA52?
21     A. The DA52 we have not displayed at any
22 events in the United States or marketed in any way
23 there.
24     Q. Who sets up these trade shows, if you
25 know, for Diamond? Who sets up the kiosks and

Page 28

1 displays and so forth?
2     A. Diamond Canada has done that directly
3 so we have set up at the various trade shows including
4 Sun 'n Fun and AirVenture. The last several years
5 we have not attended events directly because of fiscal
6 restraints and so some of our distributors have set up
7 displays where they have showcased our products.
8     Q. When you've attended these trade shows
9 before have you taken orders from customers for
10 aircraft?
11     A. When you say "you" you mean me
12 personally?
13     Q. Let's say Diamond Canada. Has Diamond
14 Canada taken orders?
15     A. Typically not direct.
16     Q. If a customer at a trade show wants
17 to buy a Diamond product how would that process at the
18 trade show typically work?
19     A. It depends where the customer is from.
20     Q. Let's say Florida.
21     A. If the customer is from the United
22 States he'll be directed to one of the distributors.
23     Q. To your knowledge has Diamond Canada
24 ever sued any entity in the United States for say
25 breach of contract or some contract dispute that



PETER MAURER  
AIRCRAFT GUARANTY vs. DIAMOND

September 27, 2013  
33–36

Page 33

1    Q. Those two individuals that you
2 mentioned, who are they?
3    A. They would have been sales
4 representatives for Premier Aircraft Sales.
5    Q. How would a potential customer know
6 who's who at this booth in that picture?
7    A. Well, they wouldn't know who either
8 one was or what their position was or anything else
9 unless they talked to them.
10    Q. Just that they were there representing
11 Diamond?
12    MR. NELSON: Object to the form of the
13 question.
14    THE DEPONENT: If I was a customer going
15 up to somebody I would recognize that they're wearing
16 a shirt that has a logo on it so if I was interested
17 in one of the aircraft I would speak to one of them
18 and the people would introduce themselves. It would
19 be very quick that they would find out who it is.
20    I would introduce myself as Peter Maurer,
21 president of the company and sales personnel would
22 introduce themselves as sales personnel representing a
23 distributor.
24    Q. Speaking of distributors, I'll use
25 this generically because it sounds like Diamond Canada

Page 34

1 has relationships with distributors; correct?
2    A. Correct.
3    Q. I believe Diamond USA has relationships
4 with distributors?
5    A. I can't even tell you right now
6 whether our agreements between the distributors and
7 Diamond used generically are between Diamond Sales USA
8 or Diamond Aircraft Industries Inc., or both or either.
9 I don't know.
10    Q. What about Diamond Austria?
11    A. Diamond Austria doesn't have any
12 relationships with any distributors in the United
13 States to my knowledge.
14    Q. I'd like to make this exhibit 24.
15    EXHIBIT 24: Document headed Airport
16    Journals, 4 pages
17    BY MR. GRIM:
18    Q. It's an article about Premier Aircraft
19 Sales and on the second page there's actually the
20 prior picture?
21    A. So now we know it was Richard Simile.
22    Q. Right, I found that independent but
23 the caption there describes the relationship between
24 Premier and Diamond as symbiotic.
25    A. Where is that?

Page 35

1    Q. Right there. What does that mean?
2    A. I didn't write it. I don't know. I
3 know what symbiosis is but I didn't write this article
4 and I don't think I've ever read this article.
5    Q. On the third page there is a picture
6 that appears to be Diamond, they use it generically,
7 CEO Christian Dries with Fred Ahles?
8    A. Yes.
9    Q. Any idea where that picture was taken?
10 Do you know?
11    A. No. I see a mountain.
12    Q. Obviously not Indiana.
13    A. Not Florida.
14    Q. I'd like to enter that as exhibit 24.
15    --- Short recess 10:02-10:07
16    BY MR. GRIM:
17    Q. I think before we took a break we were
18 talking about Diamond's relationship with its
19 authorized distributors. Can you describe what
20 Diamond's relationship is with the US authorized
21 distributors?
22    A. Well, they're basically the front line
23 sales people for retail sales, i.e. individual
24 customers, sometimes small flight schools. It's a
25 re-seller relationship so we sell them aircraft and

Page 36

1 they sell them to the customers.
2    Q. When you say "we", for clarification?
3    A. Diamond Aircraft or Diamond Aircraft
4 Sales.
5    Q. So Diamond Aircraft -- let's keep it
6 simple. Diamond Canada?
7    A. Diamond Canada.
8    Q. Will sell aircraft to Diamond USA?
9    A. Yes. Typically, yes.
10    Q. And then Diamond USA would sell to a
11 third party distributor?
12    A. Yes.
13    Q. For subsequent sale to...?
14    A. Customers.
15    Q. Does Diamond Canada ever sell aircraft
16 directly to a third party in the US?
17    A. To a third party in the United States?
18    Q. Hm'hm.
19    A. Yes.
20    Q. What would be the example of that?
21    A. Fleet sales. For example, US Air Force
22 operates some of our airplanes, or actually DOSS
23 Aviation does. That would have been a factory direct
24 fleet sale. So when it's a larger institution, a
25 university like Embry-Riddle, those kind of sales are



800.211.DEPO (3376)  
EsquireSolutions.com