UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:11-61663-CIV MORENO
ELECTRONICALLY FILED

AIRCRAFT GUARANTY CORPORATION,
TRUSTEE OF CONTINENT AIRCRAFT TRUST 1087

   Plaintiff,

v.

DIAMOND AIRCRAFT INDUSTRIES, INC., ET AL.

   Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING ORDER SCHEDULING MEDIATION

PLEASE TAKE NOTICE that the proposed Order Scheduling Mediation, has been filed of record with the Clerk of this Court.

Dated: this  6  day of March, 2014.

Respectfully submitted,

/s/Juan Martinez
Juan Martinez (FBN 9024)
GRAYROBINSON P.A.
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131-0014
Telephone: 305-416-6880
Facsimile: 305-416-6887
E-mail: juan.martinez@gray-robinson.com
COUNSEL FOR PLAINTIFF

| | |
|---|---|
| Michael A. Grim (*admitted pro hac vice*) | V. Brandon McGrath (*admitted pro hac vice*) |
| BINGHAM GREENEBAUM DOLL LLP | BINGHAM GREENEBAUM DOLL LLP |
| 3500 National City Tower | 255 East Fifth Street, Suite 2350 |
| 101 S. Fifth Street | First Financial Center |
| Louisville, Kentucky 40202 | Cincinnati, Ohio 45202 |
| Telephone: 502.587.3696 | Telephone: 513.455.7641 |
| Facsimile:  502.587.2235 | Facsimile:  513.762.7941 |
| E-mail: mgrim@bgdlegal.com | E-mail: bmcgrath@bgdlegal.com |

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2014 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified.

Respectfully submitted,

/s/Juan Martinez
Juan Martinez (FBN 9024)
GRAYROBINSON P.A.
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131-0014
Telephone: 305-416-6880
Facsimile: 305-416-6887
E-mail: juan.martinez@gray-robinson.com
COUNSEL FOR PLAINTIFF

## SERVICE LIST

**Continent Aircraft Trust 1087**
**vs.**
**Diamond Aircraft Industries, Inc.**
**Case No. 0:11-cv-61663 (MORENO)**
**United States District Court, Southern District of Florida**

Carl R. Nelson
cnelson@fowlerwhite.com
Ashley Bruce Trehan
ashley.trehan@fowlerwhite.com
FOWLER WHITE BOGGS P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, FL 33602
Phone: 813-228-7411
Fax:    813-229-8313
Attorneys for Defendants Diamond Aircraft Industries, Inc. & Diamond Aircraft Sales USA, Inc.

[Service by Notice of Electronic Filing generated by CM/ECF]

15188284_2.docx