UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 11-61663-CIV-MORENO

AIRCRAFT GUARANTY CORPORATION,
TRUSTEE OF CONTINENT AIRCRAFT
TRUST 1087,

    Plaintiff,

vs.

DIAMOND AIRCRAFT INDUSTRIES, INC., et al.

    Defendants,

_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be **held with J. Joaquin (Jay) Fraxedas** on June 18, 2014, at 9:00 AM at Fowler White Boggs, 501 E. Kennedy Boulevard, Suite 1700, Tampa, Florida 33602.

DONE AND ORDERED in Chambers at Miami, Florida, this 7 day of March, 2014.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record

15196111_1.docx