UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-CV-61663
ELECTRONICALLY FILED

AIRCRAFT GUARANTY CORPORATION, TRUSTEE OF
CONTINENT AIRCRAFT TRUST 1087

    Plaintiff,

v.

DIAMOND AIRCRAFT INDUSTRIES, INC., et al.

    Defendants.
_____/

## NOTICE OF SERVICE

Plaintiff hereby gives notice to the Court that it has received evidence defendant Diamond Aircraft Industries GmbH ("Diamond Austria") was served with the Complaint in this case on March 13, 2014. This information was provided to Plaintiff's counsel through Defendant's counsel.

    Respectfully submitted,

/s/ Juan Martinez
Juan Martinez (FBN 9024)
GRAYROBINSON P.A.
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131-0014
Telephone: 305-416-6880
Facsimile: 305-416-6887
E-mail: juan.martinez@gray-robinson.com
COUNSEL FOR PLAINTIFF

Michael A. Grim (admitted pro hac vice)
BINGHAM GREENEBAUM DOLL LLP
3500 National City Tower
101 S. Fifth Street
Louisville, Kentucky 40202
Telephone: 502.587.3696
Facsimile: 502.587.2235
E-mail: mgrim@bgdlegal.com

V. Brandon McGrath (admitted pro hac vice)
BINGHAM GREENEBAUM DOLL LLP
255 East Fifth Street, Suite 2350
First Financial Center
Cincinnati, Ohio 45202
Telephone: 513.455.7641
Facsimile: 513.762.7941
E-mail: bmcgrath@bgdlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2014 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via e-mail.

> Carl Richard Nelson, Esq.
> Fowler White Boggs P.A.
> 501 E. Kennedy Boulevard, Suite 1700
> Tampa, Florida 33602
> Email: cnelson@fowlerwhite.com

Counsel for Defendants Diamond Aircraft Industries, Inc. & Diamond Aircraft Sales U.S.A., Inc.

> Benjamine Reid, Esq.
> Carlton Fields Jorden Burt
> 100 S.E. Second Street, Suite 4200
> Miami, Florida 33131-2113
> Email:  breid@cfjblaw.com

Counsel for Defendant Diamond Aircraft Industries, GmbH

Respectfully submitted,

/s/Juan Martinez
Juan Martinez (FBN 9024)
GRAYROBINSON P.A.
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131-0014
Telephone: 305-416-6880
Facsimile: 305-416-6887
E-mail: juan.martinez@gray-robinson.com
COUNSEL FOR PLAINTIFF

15228226_1.docx