1

1    UNITED STATES DISTRICT COURT
     WESTERN DISTRICT OF KENTUCKY
2              AT LOUISVILLE

3    CIVIL ACTION NO. 3:09-CV-00644-S

4

MORRIS AVIATION, LLC
5                                   ORIGINAL

        Plaintiff,

6

vs.
7

DIAMOND AIRCRAFT INDUSTRIES, INC,
8

        Defendant.
9

10   _____/

11          401 East Las Olas Blvd.
                 Suite 1850
12          Fort Lauderdale, Florida
               September 29, 2011
13            9 a.m. - 12:40 p.m.

14

15

16

17

18

19       DEPOSITION OF PETER MAURER

20

21      taken on behalf of the Plaintiff

22   pursuant to a Notice of Taking Deposition

23              - - -

24

25

2

APPEARANCES:


      GREENBAUM, DOLL & MCDONALD, by
      V. BRANDON MCGRATH, ESQ.
      255 E. Fifth Street, Suite 2350
      Cincinnati, OH 45202
        and
      GREENBAUM, DOLL & MCDONALD, by
      MICHAEL A. GRIM, ESQ.
      101 South Fifth Street, Suite 3500
      Louisville, KT 40202
      Attorneys for the Plaintiff

      FOWLER, WHITE, BOGGS, by
      CARL R. NELSON, ESQ. & SCOTT RICHARDS, ESQ.
      501 East Kennedy Blvd., Suite 1700
      Tampa, FL 33602
      Attorneys for the Defendant


                        - - -

3

1                    I N D E X

2    WITNESS                           DIRECT     CROSS

3      Peter Maurer                        4        106

4

5

6                         EXHIBITS

7        Plaintiff's                           Page

8               54                              57
                55                              60
9               56                              66
                57                              74
10              58                              83
                59                              85
11              60                              87
                61                              88
12              62                              96
                63                              97

13

14

15

16

17

18

19

20

21

22

23

24

25

4

1    Thereupon:

2                          PETER MAURER

3    was called as a witness by the Plaintiff, and having

4    been duly sworn, was examined and testified as

5    follows:

6                      DIRECT EXAMINATION

7    BY MR. MCGRATH:

8         Q    Would you go ahead and state your full name

9    for the record?

10        A    My name is Peter Maurer, M-A-U-R-E-R.

11        Q    And what is your address?

12        A    Personal?  534 Elmdale Avenue, London,

13   Ontario, N5X104.

14        Q    Mr. Maurer, my name is Brandon McGrath and I

15   represent the plaintiff in the case of Morris Aviation

16   versus Diamond Aircraft Industries.  Today I'm going

17   to be taking your deposition.

18             Have you ever had your deposition taken

19   before?

20        A    Yes.

21        Q    How many times?

22        A    I'm not sure.  Maybe two, three times.  Two

23   times that I can think of right now.

24        Q    I'm going to be asking you a series of

25   questions.  You need to give me verbal responses.  Try

5

1   to avoid "uh-huh" and "uh-uh".  I may need you to

2   clarify your answer, just so it's clear on the record.

3          If I ask you a question that you don't

4   understand, just let me know.  I'll do my best to

5   rephrase it.  If you answer a question, I'm going to

6   assume you understood it.

7          Is that fair?

8      A   That's fair.

9      Q   If you need to take a break, just let me

10  know.  That's fine.  All I'll ask is if I have a

11  question pending, that you answer that question before

12  you take the break.

13         Is that fair?

14     A   Yes.

15     Q   You're currently employed by Diamond

16  Aircraft Industries, Inc.?

17     A   Correct.

18     Q   And what's your position?

19     A   I'm the president.

20     Q   Do you have an ownership interest in the

21  company?

22     A   I do not.

23     Q   In these two cases where you can remember --

24  two times you remember being deposed, what were the

25  nature of the depositions?

6

1      A      One was an employee, a dismissal case, and

2   the other was -- should I name the name?

3              MR. NELSON:  If you know it.

4              THE WITNESS:  Horowitch versus Diamond

5        Aircraft.  That was a case where a customer sued

6        us over a D-JET contract dispute.

7   BY MR. MCGRATH:

8      Q      For the employee case, was that a lawsuit

9   against Diamond as well?

10     A      Yes, it was.

11     Q      Was that in the United States or in Canada?

12     A      In Canada.

13     Q      Did you say Horowitch?

14     A      Horowitch.

15     Q      Can you spell that?

16     A      H-O-R-O-W-I-T-C-H, I believe.

17     Q      Was that case in Canada or the United

18  States?

19     A      United States.

20     Q      Do you remember what state or court?

21     A      Florida.

22     Q      Was it in Federal Court?

23     A      I don't know the jurisdiction.

24              MR. NELSON:  It was in Federal Court, Middle

25        District, tried in Orlando.

7

```
1          MR. MCGRATH:  Thank you.

2          MR. NELSON:  And on appeal in the 11th

3     Circuit, seeking award of attorneys' fees because

4     we got a defense judgment.

5          (Discussion off the record.)

6          THE WITNESS:  There would be another case,

7     the air taxi.  DA Air Taxi had another case where

8     I was deposed and that one we settled.

9  BY MR. MCGRATH:

10         Q    Where was that case?

11         A    That was also here, right?  Was that the

12 right district?

13         MR. NELSON:  It was here -- filed in Fort

14    Lauderdale, assigned to a Miami judge.

15         THE WITNESS:  That's why I said two or

16    three.  That's the one I couldn't remember.

17         Q    In the Horowitch case and the DA Air Taxi

18 case, you were deposed in both of those?

19         A    Yes.

20         Q    In your capacity as the president of

21 Diamond?

22         A    I don't know in what capacity they deposed

23 me, but I was deposed in both cases, yes.

24         Q    Can you briefly explain to me the corporate

25 structure of Diamond Aircraft Industries?
```

8

1    A    Diamond Aircraft Industries is held by a

2  holding -- sorry, it's held by APC Technology.

3    Q    And where is APC Technology located?

4    A    In Europe.

5    Q    Do you know what country?

6    A    I believe it's Austria.  It may be Germany.

7    Q    And when I say Diamond, I'm referring to the

8  defendant in this case, Diamond Industries, Inc.  Is

9  that fair?

10    A    Yes.

11    Q    Does Diamond have any subsidiaries?

12    A    Diamond has three subsidiaries.

13    Q    What are those subsidiaries?

14    A    We have one company that's called Diamond

15  Aircraft Sales U.S.A., a Delaware corporation.  We

16  have Diamond Aircraft Finance, which is a U.S. based

17  company as well, and we have another subsidiary called

18  DK Cafe -- delta-kilo-cafe, with a "C" -- which is a

19  restaurant that we operate in London, Ontario.

20    Q    Does APC Technology also own or hold other

21  companies other than Diamond Aircraft Industries?

22    A    Yes, it holds another company.

23    Q    What company is that?

24    A    It's called -- I believe it's called Diamond

25  Holdings or it's a holding company.  I don't know if

9

1     it's called Diamond Holdings.  Actually, I don't know.

2          Q     And what is Diamond Holdings?

3          A     It holds D-JET Corporation.

4          Q     Is D-JET Corporation the only entity it

5     holds?

6          A     As far as I understand, yes.

7          Q     Who owns Diamond Aircraft Industries --

8     excuse me, who owns APC Technology?

9          A     The shares are held by Mr. Hans Trapp-Dries.

10         Q     Is he the sole shareholder?

11         A     He's the sole shareholder, to my knowledge.

12    I'm not responsible for corporate affairs.  I run the

13    operating company, so I may not know everything

14    100 percent.

15         Q     Who's responsible for corporate affairs?

16         A     Right now that's done out of Europe.  I

17    honestly don't know who's doing it.

18         Q     What are the annual sales of Diamond

19    Aircraft Industries?

20         A     Diamond Aircraft Industries, Inc.?

21         Q     Yes.

22         A     It varied a lot over the years.  I think our

23    best year in 2007 would have been close to a hundred

24    million and I would think the last year was maybe

25    $20 million.

Case 3:09-cv-01663-FAM Document 272-6 Entered on FLSD Docket 04/03/2014 Page 10 of 95
Case 3:09-cv-00693-CRS-DW Document 276 Filed 12/13/11 Page 104 of 171 PageID #: 1495
131

10

1      Q      Last year being 2010?

2      A      Yes.

3      Q      And is that in dollars?

4      A      That's in U.S. dollars.

5      Q      Are all aircraft sales made through Diamond

6   Aircraft Sales?

7      A      No.

8      Q      Do aircraft sales go through Diamond

9   Aircraft Industries, Inc. as well?

10     A      Yes, sometimes.

11     Q      So which entities actually sell aircraft?

12     A      Diamond Aircraft Industries, Inc. and

13  Diamond Aircraft Sales U.S.A.

14     Q      Those are the only two?

15     A      Yes.

16     Q      What does Diamond Aircraft Finance do?

17     A      It's dormant.  It's something that prior to

18  me being responsible as president was used in the

19  United States to provide factory leases, so they would

20  finance essentially the retail customer.  But we

21  haven't done that at least since 2000 or 1999.  So

22  it's a dormant company.

23     Q      When did you first go to work for Diamond?

24     A      1993, in September.

25     Q      What was your position?

Case 0:01-cv-06663-FAM Document 272-76 Entered on FLSD Docket 04/03/2014 Page 11 of 6
Case 3:09-cv-00647-CRS-DW Document 76 Filed 12/13/11 Page 11 of 11 PageID #: 1496
131

11

1      A      I came in as director of quality assurance

2    and director of airworthiness.

3      Q      When did you become president?

4      A      2000.

5      Q      Who did you replace?

6      A      It wasn't a direct replacement.  We ran as a

7    short interim period with three people.  Prior to that

8    we had a Mr. Peter Chambers, who was in the company

9    for a short time, and he was running the company.

10            We went through a restructuring at that

11   point and -- not a formal restructuring, but basically

12   we had to cut costs, laid some people off, sort of

13   retrenched, regrouped, and after that I took over.

14     Q      Before you went to work for Diamond where

15   did you work?

16     A      I worked for Eurocopter Canada, formerly MBB

17   Copter, MBB Helicopter Canada.

18     Q      What was your position there?

19     A      I left as quality assurance or official job

20   title was director of product integrity.  So I was

21   responsible for air worthiness, engineering, safety

22   engineering.

23     Q      How long were you at that company?

24     A      I was with that company since 1985, except

25   for approximately a year and a half, where I went to

Case 9:09-cv-61663-FAM Document 87-2 Entered on FLSD Docket 04/03/2014 Page 12 of 97
Case 3:09-cv-00692-CRS-DW Document 76 Filed 12/13/11 Page 12 of 131 PageID #: 1497
131

12

1    work for another company and then returned to MBB

2    Helicopter.

3         Q    What's your educational background?

4         A    I'm a mechanical engineer by training.

5         Q    What's the highest degree you obtained?

6         A    Bachelor of Engineering.

7         Q    From where?

8         A    McGill University in Montreal.

9         Q    What year did you graduate?

10        A    I graduated in December, 1983.

11        Q    Do you have any formal training beyond the

12   bachelors degree?

13        A    There was a lot of job specific training

14   that I've done, technical training mostly, but --

15   well, that's normal in the course of being an

16   engineer.

17        Q    Do you hold any licenses or certificates?

18        A    No.

19        Q    Are you familiar with the term "professional

20   engineer"?

21        A    Yes of course.

22        Q    The license as a professional engineer?

23        A    Yes.

24        Q    Do you hold that?

25        A    No, I don't.

Case 3:09-cv-61663-FAM Document 87-2 Entered on FLSD Docket 04/03/2014 Page 13 of 131
Case 3:09-cv-00698-CRS-DW Document 76 Filed 12/13/11 Page 13 of 17 PageID #: 1498
131

13

1    Q    Where is -- is Diamond's factory located in

2    London, Ontario?

3    A    Yes.

4    Q    How many people does Diamond employ?

5    A    Currently, about 200.

6    Q    In the 2006 to 2008 time period about how

7    many employees did diamond have?

8    A    It ranged.  Diamond Aircraft Industries,

9    Inc. itself, approximately 300, average.

10   Q    What types of aircraft do you make in the

11   Ontario factory?

12   A    We produce a single engine two-seat aircraft

13   called a DA20, we produce a single engine four-seat

14   aircraft called the DA40 with a Lycoming engine, and

15   we produce under license or rather final assembly, we

16   just do final assembly of the DA42 aircraft.

17        Used to.  We don't currently produce the

18   DA42.

19   Q    Let's maybe talk about the time period 2006

20   through 2008.  During that time period you were making

21   the DA20 and the DA40 and assembling the DA42?

22   A    During that time period we were definitely

23   doing a DA20, the DA40.  I would actually have to go

24   back and check records to see when we started doing

25   final assembly with a DA42, because originally the

Case 3:09-cv-61668-FAM Document 97-26 Entered on FLSD Docket 04/03/2014 Page 1 of 9
Case 3:09-cv-00692-CRS-DW Document 176 Filed 12/13/11 Page 14 of 11 PageID #: 1499
131

14

1    aircraft were produced in Austria and brought to North

2    America and at some point we did final assembly, but I

3    don't know whether that would have started in 2006 or

4    2007.

5        Q    Do you think it started sometime in that

6    time period?

7        A    I think it started in either 2006 or 2007.

8        Q    When did you stop doing final assembly on

9    this aircraft?

10       A    We stopped doing final assembly on a

11   production basis essentially with the insolvency of

12   Thielert Aircraft in April of 2008.

13            We have since then built some aircraft out

14   of remaining inventory of airframes, powered by

15   Lycoming engines, and we've actually done I think

16   two -- one or two powered by the Austro engine, but

17   it's not a regular production line at our facility.

18       Q    Are DA42s being regularly produced

19   somewhere?

20       A    Currently they're being produced in Austria,

21   yes.

22            I'm sorry, I just want to clarify, so that

23   you don't misunderstand.  I said we're not currently

24   producing them right now.  We're not because we don't

25   have demand for it.  If we were to get demand, we're

Case 0:11-cv-61663-FAM Document 97-2 Entered on FLSD Docket 04/03/2014 Page 15 of
Case 3:09-cv-00067-CRS-DW Document 76 Filed 12/13/10 Page 19 of 171 PageID #: 500
131

15

 1    certainly authorized and licensed to produce them and

 2    then we would build to order.

 3              So we do have some flight schools that

 4    operate our aircraft in the United States with the

 5    Lycoming engines, and those are the ones we would

 6    build at this point.

 7         Q    You're talking about the DA42?

 8         A    Yes.

 9         Q    Who's the company in Austria that's

10    building -- that would build DA42s?

11         A    Diamond Aircraft Austria.  It's GmbH

12    officially, Diamond Aircraft GmbH.

13         Q    Is Diamond Aircraft GmbH currently building

14    DA42s?

15         A    Yes.

16         Q    Why would your facility need to do any type

17    of assembly of DA42s in Ontario if Diamond Aircraft

18    GmbH is already building DA42s?

19         A    Why now or why before?

20         Q    Why at any time would they -- would it need

21    to work that way?

22         A    Can you be more precise and define the time

23    frame?  I want to make sure I'm giving you accurate

24    answers.

25         Q    Sure, 2006 to 2008.

Case 0:11-cv-61663-FAM Document 87-2 Entered on FLSD Docket 04/03/2014 Page 16 of 131
Case 3:09-cv-00628-CRS-DW Document 76 Filed 12/13/11 Page 16 of 171 PageID #: 450

16

1    A    Okay.  In that time frame we had good demand

2  for the aircraft in North America and the aircraft

3  built in Austria would have to be flown across the

4  Atlantic.  So it's a substantial ferry flight.

5          You have to go via England, Scotland,

6  Iceland, Greenland, Northern Canada, and especially

7  during the winter months that's a little bit hazardous

8  in terms of ferry flight, especially if the aircraft

9  isn't equipped with the anti-ice protection system,

10  the airframe ice protection system.  So from that

11  perspective alone it made sense to do final assembly

12  of the aircraft in North America.

13          Also, it was a way of offloading some of the

14  labor to North America, where we were U.S. dollar

15  based or Canadian dollar based.  Canadian and U.S.

16  dollar were close together, versus having everything

17  down in Euros.  The Euro became very strong at that

18  point and also the avionics equipment, which is quite

19  expensive, is sourced in North America, is sourced in

20  the United States.

21          So it made sense for us to do final assembly

22  so that the customer would get a low time aircraft

23  from us, as opposed to one that has already flown

24  across the Atlantic, and we could basically manage our

25  cash flow better by installing the avionics equipment

Case 0:10-cv-61683-FAM Document 87-76 Entered on FLSD Docket 04/03/2014 Page 17 of 502
Case 3:09-cv-00667-CRS-DW Document 276 Filed 12/13/11 Page 17 of 131 PageID #: 4502

131

17

1    that was U.S. sourced just prior to delivery.

2         Q    So did the aircraft parts get shipped across

3    the Atlantic on a boat or something?

4         A    In a container, yeah.  We do container

5    shipments of kits.  The DA42 specifically may be a bit

6    too much detail for you, but it has a removable wing

7    center section that's fairly wide, but it's not easily

8    removable once it's assembled.

9              So the fuselage minus the wings, the

10   fuselage including the wing center section is too wide

11   to go into a container, so we can't ship an assembled

12   aircraft partially knocked down.  You really have to

13   knock it down a lot and at that point you would be

14   expending extra labor building the aircraft,

15   unbuilding the aircraft, shipping it and building it

16   again.

17             So that is why we either flew them across or

18   why we shipped them as kits and did final assembly.

19        Q    When did the demand for the DA42 drop?

20        A    It was really in late 2008, when the economy

21   went down.  The demand for the aircraft really went

22   down for all aircraft, not just that aircraft.

23        Q    Before 2008 how many DA42s, approximately,

24   had been sold?

25        A    We delivered in North America approximately

```
 1   150 or 160 aircraft in total.  Worldwide at the time

 2   of the Thielert insolvency, I believe we sold 466.

 3            I remember that number precisely because I

 4   did a presentation to the owners at that point, where

 5   I explained that.

 6       Q    Since the Thielert insolvency, how many

 7   DA42s have you sold?

 8       A    I honestly don't know that precisely.

 9       Q    Has it been less than what you were selling

10   before?

11       A    Absolutely, yes.

12            And when you ask if we sold them, are you

13   referring to Diamond Aircraft Industries, Inc. in

14   North America?

15       Q    Sure, we can go with that.

16       A    So you're referring -- because that's the

17   company I represent.  I don't represent Diamond

18   Aircraft Austria.

19            Diamond Aircraft Industries, Inc., somewhere

20   between 20 and 40, something like that over all the

21   years since the insolvency.

22       Q    The 466 number, does that represent both

23   Diamond Aircraft Industries, Inc. and Diamond Aircraft

24   GmbH?

25       A    That would be worldwide production and
```

Case 0:11-cv-61663-FAM Document 97-76 Entered on FLSD Docket 04/03/2014 Page 19 of
Case 3:09-cv-00693-CRS-DW Document 76 Filed 12/13/11 Page 19 of 71 PageID #: 504
131

1   worldwide sales.

2          Like I said previously, we sold 150 or 160

3   in the United States.  Those would have gone through

4   Diamond Aircraft Industries, Inc.

5       Q    So the 150, 160 that you referred to for

6   Diamond Aircraft Industries, Inc. is included in the

7   466 number for the worldwide sales?

8       A    That is correct.  And to be clear,

9   approximately half of those were built in Austria and

10  half of those were final assembled in North America.

11      Q    You're talking about the 150 to 160?

12      A    Yes.

13      Q    Did Diamond Aircraft Industries, Inc.

14  receive a loan from the Canadian government to expand

15  its business?

16      A    No.

17      Q    Did it ever receive a loan from the Canadian

18  government for any purposes?

19      A    I believe Diamond Aircraft Industries, Inc.

20  received some funding prior to 2000, but it was a

21  small amount, less than a million, for employee

22  training.

23      Q    But since 2000 --

24      A    Diamond Aircraft industries, Inc. has not

25  received funding from the Canadian government.

Case 3:09-cv-01663-FAM Document 87-7 Entered on FLSD Docket 04/03/2014 Page 20 of 105
Case 3:09-cv-00603-CRS-DW Document 176 Filed 12/13/12 Page 20 of 111 PageID #: 1605
131

20

1      Q     Are you aware of any of the Diamond Aircraft

2  entities receiving loans from the Canadian government?

3      A     D-JET Corporation received a loan from the

4  Canadian government.

5      Q     Do you know when that was?

6      A     Again, I think it would have been 2007,

7  around that time.  Perhaps 2006 even.

8      Q     Were you involved in the development of the

9  DA42?

10     A     No.  Sorry, I should specify I wasn't

11  involved in the development of the DA42.  After the

12  Thielert insolvency in Canada we did the development

13  of the Lycoming-powered version as a supplemental type

14  certificate to the base type certificate.  That I was

15  involved with.

16           So the Lycoming variant, it's officially

17  called a DA42 L360, that one I was involved in.

18     Q     When did you first learn that the DA42 was

19  going to be made by Diamond?

20     A     It was publicly announced I believe at the

21  Berman Air Show in 2001 or 2002.  I'm not sure, maybe

22  2003.

23           MR. NELSON:  Are you talking about Diamond

24       Aircraft Industries, Inc. in that question?

25

Case 9:11-cv-61663-FAM Document 87-2 Entered on FLSD Docket 04/03/2014 Page 21 of
Case 3:09-cv-00628-CRS-DW Document 76 Filed 12/13/11 Page 24 of 171 PageID #: 4506
131

21

1    BY MR. MCGRATH:

2        Q    I mean whoever actually made it.

3        A    Diamond Aircraft Austria announced the

4    development of the DA42 in 2002, 2003, I believe,

5    maybe as early as 2001.  I'd have to go back and

6    check.

7        Q    That was a public announcement?

8        A    That was a public announcement, yes.

9        Q    Did you know before the public announcement

10   that they were going to develop this aircraft?

11       A    We had talked about it internally, that

12   there was a desire to do a the twin engine aircraft,

13   but it was announced fairly quickly at that point.

14       Q    Are you familiar with -- well, let me ask

15   you this.  Do you know why Diamond wanted to develop

16   the DA42?

17           MR. NELSON:  Which Diamond?

18           MR. MCGRATH:  Whichever one did the

19       development.

20   BY MR. MCGRATH:

21       Q    I think you said Diamond Aircraft GmbH

22   developed it, right?

23       A    Yes.

24       Q    Why did Diamond Aircraft GmbH want to

25   develop this aircraft?

Case 0:11-cv-61663-FAM Document 87-76 Entered on FLSD Docket 04/03/2014 Page 22 of
Case 3:09-cv-00645-CRS-DW Document 276 Filed 12/13/11 Page 22 of 171 PageID #: 4607
131

22

1      A      We wanted to develop that aircraft because

2    we felt that there was a niche or Diamond Aircraft --

3    I shouldn't say "we".  Diamond Aircraft Austria felt

4    there was a niche.

5           There were not many twin engine aircraft in

6    production and certainly not many that had modern

7    technology, and really the only twin engine aircraft

8    that was considered a reasonable flight training

9    aircraft for multiengine flight training was the Piper

10   Seminole, which was 1960s technology.

11     Q      What other aircraft manufacturers made a

12   twin engine aircraft in the early 2000s?

13     A      I assume you mean propeller?

14     Q      Right, yes, not jets.

15     A      Because there are a lot of jets.  It would

16   take me a long time the list them all.

17     Q      No, not jets.

18     A      The main manufacturers -- there are always

19   fringe manufacturers, but essentially there are five

20   manufacturers that deliver the bulk of the world's

21   piston aircraft and there's always some fringe ones.

22           So of the main ones, Cessna had none, Cirrus

23   had none, Hawker Beechcraft, or as it was known at the

24   time Beechcraft -- what was it called at the time --

25   it's Hawker Beechcraft now.  Had a different name

Case 0:11-cv-61663-FAM Document 87-2 Entered on FLSD Docket 04/03/2014 Page 23 of 131
Case 3:09-cv-00647-CRS-DW Document 76 Filed 12/13/11 Page 23 of 77 PageID #: 508

23

```
 1   before that.  But it's Beechcraft aircraft.

 2           They built the Beechcraft Baron, which is a

 3   twin engine aircraft.  Piper built the Piper Seminole

 4   and Piper built the Piper Seneca.

 5           Those were the only twin engine aircraft on

 6   the market offered by mainstream companies.

 7       Q    You said the Piper Seminole was 1960s

 8   technology?

 9       A    Yes, it is.

10       Q    How about the Beechcraft?

11       A    1940s, 1950s technology.

12       Q    And then what about the Seneca?

13       A    1960s, 70's.

14       Q    Are you familiar with the features of the

15   DA42?

16       A    Yes.

17       Q    What made the DA42 different from these

18   other aircraft, such as the Seminole, the Beechcraft,

19   and the Seneca?

20       A    There were three things.

21           Typically, when we look at an aircraft, you

22   have the airframe itself, which is what we do.  Then

23   you have the avionics equipment, which is all flight

24   and navigation equipment, and then you have the power

25   plants, the engines itself.
```

Case 0:11-cv-61663-FAM Document 97-6 Entered on FLSD Docket 04/03/2014 Page 24 of
Case 3:09-cv-00663-CRS-DW Document 76 Filed 12/13/11 Page 24 of 111 PageID #: 4509
131

24

 1              The DA42 was different from the others in

 2    that it was really absolute technology leading

 3    aircraft, because it combined for the first time of

 4    any aircraft a modern power plant with modern avionics

 5    with a modern airframe.

 6         Q    It's my understanding the airframe is a

 7    composite airframe?

 8         A    That is correct.

 9         Q    What kind of airframe did these other -- the

10    Seminole, the Beechcraft, the Seneca have?

11         A    They're aluminum sheet metal construction.

12         Q    And in terms of the avionics, the DA42 was

13    going to have a glass cockpit?

14         A    Yes, from the beginning.

15         Q    And then from the power plant standpoint,

16    the DA42 would have the Thielert engine?

17         A    It was originally envisioned that we would

18    offer a Thielert powered aircraft, which was a turbo

19    diesel engine that could burn jet fuel, and we were

20    also going to offer a Lycoming powered version, which

21    would have been the standard avgas powered aircraft.

22              At that time Diamond Austria actually built

23    prototypes with the Lycoming engine, but based on

24    market demand we shelved that or they shelved that and

25    it was decided that the Thielert powered aircraft was

```
 1    the one that was going to be built alone, because that

 2    is what the customers wanted.

 3         Q    Do you know when the decision was made to

 4    shelve the Lycoming engine?

 5         A    That would have been done approximately

 6    2005, I think.

 7         Q    Now, the TAE engine was based on diesel

 8    technology, right?  It was a diesel engine?

 9         A    It is a diesel engine.

10         Q    And at the time that the DA42 was being

11    made, none of these other aircraft, the Seminole, the

12    Beechcraft, the Seneca, used an engine like the TAE

13    engine, correct?

14         A    Correct.

15         Q    The TAE engine was fairly new technology, in

16    terms of putting that type of engine in general

17    aviation aircraft, correct?

18         A    What is fairly new?

19         Q    Well, how many other diesel engines such as

20    the TAE engine were being put in general aviation

21    aircraft at the time the DA42 was being put out?

22         A    Well, there was one engine called the SMA,

23    which was a French built diesel engine that had been

24    in development for some time and actually, that

25    company was acquired by Continental Motors not too
```

Case 9:11-cv-61663-FAM Document 87-2 Entered on FLSD Docket 04/03/2014 Page 26 of
Case 3:09-cv-00698-CRS-DW Document 176 Filed 12/13/11 Page 26 of 171 PageID #: 4691
131

26

1    long ago, and those engines were made available for

2    retrofits of Cessna 182s and small aircraft. There

3    was a German engine called Zoche, Z-O-C-H-E, that was

4    developing a diesel engine.

5           There was an American company called Delta

6    Hawk that was developing a diesel engine. There were

7    others as well.

8           So there was a lot of interest in a piston

9    engine that could run on jet fuel; i.e. a diesel

10   engine, for the general aviation market.

11          Prior to the diesel engine or the Thielert

12   engine being used in the DA42, Thielert offered that

13   engine for retrofits of Cessna 172s, Piper PA28s, and

14   also it was used in Robin aircraft, a French company,

15   both as a retrofit and original manufacture, and we

16   used the engine ourselves in our own single engine or

17   Diamond Austria used the engine itself in the single

18   engine DA40 TDI, which we never produced in North

19   America, but was produced in Europe, and that was

20   prior to going into the twin engine aircraft.

21        Q    You mentioned a lot of companies were

22   interested in developing these type of engines in that

23   period time, right?

24        A    They developed them.

25        Q    Right?

27

1    A    Yeah.

2    Q    Why were these companies interested in

3    developing this type of engine?

4    A    The advantage of a diesel aero engine, and

5    specifically the Thielert diesel engine, are on a

6    couple of fronts.

7         One is the fuel efficiency is very good.

8    The fuel burn of a Thielert engine is considerably

9    less than an equivalent gasoline powered engine.

10        The other thing is that it burns jet fuel,

11   which has no lead.  There is a lot of concern

12   currently in the current aviation gasoline because it

13   has a fairly high lead content, so it's an

14   environmental concern, and they're actually talking

15   about outlawing the current fuel that's used in most

16   piston engines.

17        The other advantage was enhanced safety,

18   simplicity of operation.  Conventional gasoline

19   engines, they've basically more or less stayed the

20   same since the 1950s, there are two main

21   manufacturers, Lycoming and Continental, and to

22   control an engine you have three levers.  You have a

23   throttle, you have mixture controls, and you have a

24   propeller pitch control.

25        With a modern electronically controlled

CERTIFIED SHORTHAND REPORTERS, INC.
Miami 305-374-6545  Fort Lauderdale 954-925-6545

Case 3:09-cv-00628-CRS-DW Document 176 Filed 12/13/11 Page 28 of 111 PageID #: 4513

28

1    engine such as the Thielert is, you have a single

2    lever that basically just sets your thrust.

3            So from a pilot perspective it's much

4    simpler and easier.  You have two levers in a twin

5    engine aircraft as opposed to six levers, especially

6    in an emergency situation.

7            That has been the cause of actually an

8    accident, when somebody has mismanaged the power plant

9    when they've had an engine problem with a conventional

10   engine.

11           So it offered enhanced safety, simplified

12   operation, electronic engine management, where you

13   could do proactive maintenance.  You could download

14   fault codes before something goes wrong with the

15   engine, as you can do on any modern car, which you

16   cannot do with conventional gasoline engines, and then

17   of course, fuel efficiency.

18           Those were the main drivers why people

19   wanted to develop something more modern than was

20   status quo in our industry at the time.

21   Q      You said the -- and I want to make sure the

22   time frame is right.  In talking about the time frame

23   around 2005, which is when -- I think 2005 is when the

24   DA421 started selling.

25           Does that sound about right?

Case 9:11-cv-61663-FAM Document 87-2 Entered on FLSD Docket 04/03/2014 Page 29 of
Case 9:09-cv-00663-CRS-DW Document 76 Filed 12/13/11 Page 29 of 111 PageID #: 4514
131

29

\

1        A      I don't know when the actual type

2    certification date was.   We could only start selling

3    immediately after the type certification date.   So I

4    would have to go back and check when the first

5    deliveries were made, but it's approximately correct.

6        Q      So during the time frame when the type

7    certifications were issued, how many type

8    certifications or -- I don't want to confuse this,

9    because you said a lot and I don't want to misstate

10   your testimony, but I want to understand what you're

11   telling me about the TAE engine.

12             I took it from what you just told me that

13   there were several companies or several aircraft on

14   which this TAE engine had been used or was being used?

15       A      Yes.

16       Q      Is this the same TAE engine that was on the

17   DA42?

18       A      Yes.   Sorry, let me be very specific.

19             Thielert had two variants of the engine.

20   Initially it had a 1.7-liter engine that was at some

21   point replaced with an equal horsepower two-liter

22   engine.   So some of these planes may have had the

23   original 1.7-liter engine, but at a certain point in

24   time that 1.7 was no longer available and only the

25   two-liter was available.

Case 3:09-cv-61663-FAM Document 272 Entered on FLSD Docket 04/03/2014 Page 30 of
Case 3:09-cv-00693-CRS-DW Document 76 Filed 12/13/11 Page 30 of 11 PageID #: 1595
131

30

1     Q    Are you familiar with the term "TBO"?

2     A    Yes.

3     Q    What does that mean?

4     A    TBO is an acronym for "time between

5 overhaul".

6     Q    And what does -- when you have an overhaul

7 on an engine, do you have to replace the engine?

8     A    No.

9     Q    You perform the overhaul and then the engine

10 can then be used again for another period of time

11 before the next TBO, correct?

12    A    Correct.

13    Q    Are you familiar with the term "TBR"?

14    A    Yes.

15    Q    What's that?

16    A    Time between replacement.

17    Q    And on a TBR, when you've reached that

18 limit, the engine has to be replaced.  You can't

19 overhaul it and continue to use it.  You actually have

20 to remove it from the airframe and put in a new

21 engine, correct?

22    A    Yes.

23    Q    Did the TAE engine that was being put in the

24 DA42 have a TBO?

25    A    It had a TBR.

Case 3:09-cv-61663-FAM Document 97-2 Entered on FLSD Docket 04/03/2014 Page 31 of
Case 3:09-cv-00613-CRS-DW Document 76 Filed 12/13/11 Page 34 of 77 PageID #: 1516
131

1    Q    Do you know what the TBR was on the TAE

2    engine?

3    A    It was a thousand hours initially.

4    Q    And then was it TAE's plan to be able to

5    extend that TBR over time?

6    A    Yes.

7    Q    Do you know what the current TBR is on the

8    TAE engine?

9    A    I'm not sure.  I think it has been extended.

10    Q    And I'm talking about -- let's talk about

11    the 2.0-liter, because I think the 2.0 liter is the

12    most common, is that correct, on the DA42s?

13    A    I don't know which is the most common, but

14    it's the one that Thielert currently has in production

15    and that's the one that's on the plaintiff's airplane.

16    Q    So on the 2.0-liter do you know what the

17    current TBR is?

18    A    I actually don't know for sure.  I believe

19    it's been raised to 1,200 or 1,500.

20    Q    In addition to the TBR there were also

21    maintenance intervals on the TAE engine, the

22    2.0 liter, correct?

23    A    Correct.

24    Q    And these maintenance intervals I think were

25    something like 300, 600, 900 hours.  Does that sound

Case 9:09-cv-61668-FAM Document 97-26 Entered on FLSD Docket 04/03/2014 Page 32 of 131
Case 3:09-cv-00628-CRS-DW Document 76 Filed 12/13/11 Page 32 of 111 PageID #: 4517

32

1    about right?

2         A    There were also maintenance intervals at 100

3    hours.

4         Q    100 hours?

5         A    Yes.

6         Q    Why were these maintenance intervals

7    necessary on this TAE engine?

8         A    It's normal on any aircraft engine.  There

9    are maintenance intervals on the Lycoming and

10   Continental engine.  In fact, they have maintenance

11   intervals at 50 hours.

12        Q    The TAE engine with the requirements of

13   these maintenance intervals, were they unusual?

14        A    If you look at a conventional engine like a

15   Lycoming or a Continental engine, they have typically

16   maintenance intervals at 50 hours, at 100 hours.  You

17   have to replace or remove and inspect the magnetos at

18   500 hours on a conventional engine.  So in that sense

19   they're not unusual.

20             Thielert had some components on the engine,

21   such as the clutch and the gearbox, that he wanted to

22   have inspected and returned at shorter intervals and

23   he made it public that he intended to extend those

24   intervals.

25        Q    So you're saying it was Thielert's decision

Case 0:11-cv-61663-FAM Document 27-76 Entered on FLSD Docket 04/03/2014 Page 33 of
Case 3:09-cv-00648-CRS-DW Document 276 Filed 12/13/11 Page 33 of 11 PageID #: 1518
131

33

1  to have these inspection intervals?

2      A    Of course.

3          Just to be clear, I don't know if

4  you understand, but when an airplane is type

5  certified, the airplane is type certified.  Engines

6  also have their own type certificate, so an

7  airworthiness authority will certify an aircraft

8  engine as being airworthy.  That was done in the case

9  of the Thielert.

10         We do not have any authority really to deal

11 with the engine internals.  Any aircraft manufacturer

12 has no authority to deal with the engine internals or

13 to change airworthiness limitations that the engine

14 manufacturer prescribes.

15         That's up to the engine manufacturer and the

16 certifying authorities; i.e. the FAA and the EASA.

17     Q    I'm not asking what you do to the engine.  I

18 was asking -- you made the comment that they wanted

19 certain parts inspected and returned, right?

20     A    I assume that it was Thielert, the company,

21 in conjunction with the airworthiness authority.

22     Q    Well, I was asking is it Thielert that set

23 the timelines or was that something that a certifying

24 authority would have set for the company or required

25 the company to follow?

Case 0:11-cv-61663-FAM Document 87-6 Entered on FLSD Docket 04/03/2014 Page 34 of 131
Case 3:09-cv-00658-CRS-DW Document 76 Filed 12/13/11 Page 34 of 131 PageID #: 1519

34

1      A      I don't know who did it specifically.  I

2  didn't work for Thielert.  But normally it's done in

3  conjunction with the airworthiness authorities.

4          The company works together with the

5  airworthiness authority and agrees on what they

6  consider to be a safe replacement interval for

7  components that are still undergoing field

8  evaluations.

9      Q      And that's what was going on with the TAE at

10  this time?

11      A      That is normal for any engine, yes.

12      Q      Well, if you have an engine that's been in

13  use for 10 or 15 years, people -- it's been tested,

14  right?  You know what the expected life is on certain

15  components and you can tell what you're going to have

16  to do with an engine, because it's been tested, right?

17      A      It would have gone through the same process

18  when it was introduced.

19      Q      Right, but the TAE engine had just been

20  introduced, especially with the 2.0-liter when it was

21  being put on the DA42, right?

22      A      There was operating experience on the

23  Thielert engines prior to that, of course, also on our

24  single engine aircraft.

25      Q      Are you familiar with the praise that the

Case 0:11-cv-61663-FAM Document 27-26 Entered on FLSD Docket 04/03/2014 Page 35 of
Case 3:09-cv-00648-CRS-DW Document 76 Filed 12/13/11 Page 69 of 111 PageID #: 520
131

35

1    DA42 received?

2        A    Not all of it.  Probably, but some of it,

3    yes.

4        Q    You're generally aware that publications and

5    individuals thought the DA42 was a great aircraft?

6        A    Some did, some didn't.

7        Q    Are you aware that at least one publication

8    called the DA42 the aircraft of the year for 2006?

9        A    Yes, I believe that was Flying Magazine.

10       Q    Did you believe that people saw the DA42 as

11   an attractive aircraft?

12       A    Yes.

13       Q    Was one of the key selling points -- let me

14   ask you this.  How involved were you with the sales of

15   DA42s?

16       A    I was involved with that.

17       Q    Did you provide -- just make sure we're on

18   the same page.  Diamond Aircraft Industries, Inc. has

19   distributors in the United States for its aircraft,

20   correct?

21       A    Yes.

22       Q    Did you provide sales materials to the

23   distributors related to the DA42?

24       A    Yes.

25       Q    Did you ever participate in selling DA42s to

Case 9:09-cv-61663-FAM Document 87-2 Entered on FLSD Docket 04/03/2014 Page 36 of
Case 3:09-cv-00667-CRS-DW Document 76 Filed 12/13/11 Page 36 of 171 PageID #: 1621
131

36

1  potential customers?

2      A      Indirectly I would attend air shows and

3  speak to customers.

4      Q      Does Diamond Aircraft Industries, Inc. sell

5  directly to customers?

6      A      Not in the United States, other than fleet

7  customers.

8      Q      What qualifies as a fleet customer?

9      A      A fleet customer is typically a larger

10  institutional customer, such as the U.S. Air Force or

11  Embry Riddle Aeronautical University or University of

12  North Dakota, these type of institutions, that deal

13  with any aircraft manufacturer.

14      Q      Does the number of aircraft that someone

15  purchases have any influence on whether they're

16  considered to be a fleet customer?

17      A      It does.  If it's a large number of

18  aircraft, typically it would be viewed as a fleet,

19  because it would also require typically a different

20  level of factory involvement during the support phase

21  and introduction of the fleet into operation.

22          So the number does figure into it, but we

23  don't have a hard cutoff to say anything over this

24  many aircraft is a fleet, anything below it is not a

25  fleet.  We have never been able to define it

Case 9:09-cv-61663-FAM Document 87-26 Entered on FLSD Docket 04/03/2014 Page 37 of 22
Case 9:09-cv-00663-CRS-DW Document 76 Filed 12/13/11 Page 37 of 131 PageID #: 522

131

37

1   satisfactorily for internal purposes.

2       Q    So you just make an assessment on a customer

3   by customer basis whether to treat it as a fleet

4   customer or not?

5       A    Yes.

6       Q    If someone is not a fleet customer, then

7   they have to purchase their aircraft through one of

8   the distributors, correct?

9       A    They don't have to purchase anything.  They

10  can purchase through a distributor, yes.

11      Q    Assuming they want to purchase your

12  aircraft, they would have to purchase that aircraft

13  through a distributor and not directly from Diamond

14  Aircraft Industries Inc., correct?

15      A    Yes.

16      Q    What type of sales and marketing materials

17  were provided to the distributors related to the DA42?

18      A    Before the aircraft was certified we had

19  several DA42 program updates that were distributed and

20  made public.  We would have created brochures.  We

21  would have created spec sheets and pricing sheets.

22      Q    Did you create Power Point presentations

23  that can be shown to potential customers?

24      A    I don't know if we did specific Power Point

25  presentations for presentation to customers.  We did

1    do some Power Point presentations that we used to do

2    program updates, aircraft features, things like that

3    for use at various air shows and gatherings, but I'm

4    not aware that we did any specific Power Point

5    presentations intended for distributors to be used to

6    selling to customers.

7            I'm not aware of that.

8        Q    Who would have been in charge of providing

9    sales and marketing materials to the distributors?

10       A    At what point in time?

11       Q    Well, why don't we do before April of 2008.

12       A    We had vice president of sales and marketing

13   Heike Larson and she would have been directly

14   responsible for sales and marketing.

15       Q    How long was she with the company?

16       A    I don't recall the exact dates when she

17   started and when she left, but I would say

18   approximately three years.

19       Q    Would Heika travel to distributors to assist

20   with sales to customers?

21       A    I'm not aware that she ever directly

22   assisted with specific sales to specific customers.  I

23   don't think she would have done that, but I'm not a

24   aware of that.

25       Q    Would she have attended trade shows?

Case 9:09-cv-61668-FAM Document 27-26 Entered on FLSD Docket 04/03/2014 Page 39 of 131
Case 9:09-cv-00608-CAS-DW Document 76 Filed 12/13/ Page 39 of 111 PageID #: 524

39

1        A       Yes.

2        Q       Were the distributors then allowed to use

3    the materials provided by Diamond Aircraft Industries,

4    Inc. to then make sales to individual customers?

5        A       The documents that we created for public

6    distribution, certainly, brochure, spec sheets, price

7    sheets, the program updates.  Those were intended to

8    go to customers.  That was the purpose of them being

9    produced.

10       Q       Would you also provide the materials that

11   you would expect them to show to customers?

12       A       Yes.

13       Q       What types of materials would those be?

14       A       We had a formal system of Diamond regional

15   distribution center bulletins.  So we would do

16   bulletins, where we would distribute information to

17   our distributors.

18       Q       What do those bulletins -- were they

19   electronic, like by email, or were they mailed?

20       A       Typically emailed.

21       Q       And what would these bulletins say?

22       A       There were a variety of topics.  For

23   example, we would use that to make the distributors

24   announce -- to make the distributors aware of if we

25   were going to do a promotion or if we were going to

Case 9:09-cv-61668-FAM Document 87-2 Entered on FLSD Docket 04/03/2014 Page 40 of 25
Case 9:09-cv-00608-CRS-DW Document 176 Filed 12/13/11 Page 40 of 111 PageID #: 1625

131

40

1    introduce a new optional equipment on an aircraft.

2           For example, I remember one synthetic

3    version that became available on the single as well as

4    the twin engine aircraft.  We would have given them a

5    bulletin at that point to give them a heads-up to

6    notify them ahead of time or pricing changes, things

7    like that; things you want to let your distributors

8    know ahead of them being public knowledge, but

9    ultimately that information would also become public

10   knowledge anyhow.

11       Q    So if Diamond -- let me ask you this.  Would

12   a distributor be allowed to run a promotion without

13   Diamond's authorization?

14       A    Yes.

15       Q    Would the distributor have to have

16   permission from Diamond before doing it?

17       A    To run a promotion?

18       Q    If they said we want to discount the DA42.

19       A    It's entirely up to them.

20       Q    Could a distributor --

21       A    I mean, excuse me for interrupting.  I don't

22   know if you were clear on that or not.

23           You asked me who sells the aircraft in the

24   United States before and I said they go through

25   Diamond Aircraft Sales, Inc.  But they go to the

Case 9:11-cv-61663-FAM Document 87-2 Entered on FLSD Docket 04/03/2014 Page 41 of
Case 3:09-cv-00618-CRS-DW Document 76 Filed 12/13/11 Page 44 of 111 PageID #: 1526
131

41

1    distributors.  So the distributor buys the aircraft

2    and resells the aircraft.

3              That's clear, right?

4        Q    Well, I was going to get to that.

5        A    Sorry.

6        Q    But that's fine.  So a distributor purchases

7    the aircraft from Diamond Aircraft Sales?

8        A    Yes.

9        Q    And then the distributor resells the

10   aircraft to an individual customer?

11       A    Yes.

12       Q    Do many aircraft manufacturers operate that

13   way?

14       A    Yes.

15       Q    Do you know Todd House?

16       A    Yes.

17       Q    How do you know Todd?

18       A    I don't know the first time that we met, but

19   Todd House is obviously associated with John Morris.

20   He wanted to start an air taxi business based on

21   D-JETs.

22             Pending availability of the D-JET he wanted

23   to start the air taxi business with a DA42, and

24   ultimately I believe that's why they purchased this

25   particular aircraft or why he convinced John Morris to

Case 0:11-cv-61663-FAM Document 97-2 Entered on FLSD Docket 04/03/2014 Page 42 of 27
Case 3:09-cv-00688-CRS-DW Document 76 Filed 12/13/11 Page 42 of 111 PageID #: 527
131

42

1   purchase this aircraft, so he could use it for that.

2        Q    How do you know that Todd House convinced

3   John Morris to buy an aircraft?

4        A    When Todd House and I were in discussion, he

5   said that he needed somebody to buy the aircraft.  He

6   didn't have the means to buy the aircraft and John

7   Morris was that person that would then make the

8   aircraft available to Todd House.

9        Q    Were you present for any discussions between

10  Todd House and John Morris?

11       A    No, I have never met John Morris.

12       Q    Are you familiar with a company called

13  YourJet?

14       A    This is the company that Todd House started.

15       Q    Do you know John Morris' relationship

16  YourJet?

17       A    No.

18       Q    Are you aware of the corporate structure of

19  YourJet?

20       A    No.

21       Q    Do you know whether Todd House ever started

22  the air taxi business?

23       A    My understanding is that he started the air

24  taxi business from a perspective of marketing and

25  promoting the aircraft, but he actually told me he was

Case 0:11-cv-61663-FAM Document 97-76 Entered on FLSD Docket 04/03/2014 Page 43 of 28
Case 3:09-cv-00663-CRS-DW Document 276 Filed 12/13/11 Page 43 of 110 PageID #: 131

43

```
1    unsuccessful in approximately one year of trying to
2    get the required FAA Part 135 certificate that would
3    have allowed him to operate as an air taxi business.
4         Q     When did he tell you that?
5         A     To be honest, sometime before he sued us,
6    when we stopped talking.
7              (Recess taken.)
8    BY MR. MCGRATH:
9         Q     I think right when we stopped we were
10   talking about Todd House and YourJet, and I believe
11   you made the comment that the last time you had spoken
12   to Todd House was before he sued you.
13             Are you --
14        A     Before Morris sued us, yeah.
15        Q     Do you know whether Todd House or YourJet
16   has ever filed a lawsuit against Diamond?
17        A     I'm not aware of lawsuits by Todd House or
18   YourJet.
19        Q     Do you remember Todd House visiting the
20   Diamond factory in Ontario?
21        A     I remember him visiting at least on one
22   occasion, yes.
23        Q     And was he coming up there to look at the
24   DA42?
25        A     I don't remember specifically what the
```

Case 0:11-cv-61663-FAM Document 97-2 Entered on FLSD Docket 04/03/2014 Page 44 of
Case 3:09-cv-00067-CRS-DW Document 76 Filed 12/13/11 Page 44 of 111 PageID #: 529
131

44

1    purpose was.  He had interest in the D-JET and the

2    DA42.

3        Q    Had he told you before his visit why he

4    wanted to come up to the factory?

5        A    I don't remember that.

6        Q    Do you remember who was present when Todd

7    House visited the facility?

8        A    Todd House was there, his wife Suzanne House

9    was there, I was there, Christian Dries was there.  He

10   happened to be visiting.

11       I don't know who else was there at that

12   time.  I don't know if Jeff Owen was there or not.

13   May have been.  And possibly Ken Harness, but I'm not

14   sure.

15       Q    Was Jeff Owen assigned to Todd House, in

16   terms of a sales role?

17       A    No.  We don't make formal assignments as

18   such.

19       Q    Was Jeff Owen handling the sales that Todd

20   House was interested in?

21       A    Jeff Owen was dealing directly with

22   customers at the factory, so he would have been

23   talking to Todd House, yes.

24       Q    Do you know what discussions Jeff Owen had

25   with Todd House about the D-JET or the DA42?

Case 9:11-cv-61663-FAM  Document 87-76  Entered on FLSD Docket 04/03/2014  Page 45 of
Case 3:09-cv-00057-CRS-DW  Document 76  Filed 12/13/11  Page 48 of 111  PageID #: 590
131

45

1    A    I don't know specifically if I wasn't there.

2    Q    Did you ever talk to Jeff Owen about what

3    Todd House was interested in doing or what he wanted

4    to purchase?

5    A    Well, I'm aware of what Todd House was

6    interested in.  Can't say specifically that I learned

7    this from conversations with Jeff at a specific time

8    or anything like that, but generally I was aware of

9    what Todd House wanted to do.

10   Q    Do you recall Jeff Owen leaving Diamond

11   Aircraft Industries in around March of 2007?

12   A    Yes.

13   Q    And he went to work for Premier, correct?

14   A    Yes, yes.

15   Q    Do you know why Jeff Owen decided to leave

16   Diamond to go work for Premier?

17   A    You'd really have to ask Jeff.

18   Q    Well, I'm asking you.  Do you know?

19   A    No, I don't know.

20   Q    He never told you?

21   A    Specifically.

22   Q    He never told you why he left and wanted to

23   go to Premier?

24   A    I remember him saying it's time for a change

25   for him.

Case 3:09-cv-61663-FAM Document 37-2 Entered on FLSD Docket 04/03/2014 Page 46 of
Case 3:09-cv-00693-CRS-DW Document 76 Filed 12/13/11 Page 46 of 111 PageID #: 691
131

46

1      Q      Did you have any problem with him going to

2  work for Premier?

3      A      No.

4      Q      What is the relationship between Premier and

5  either Diamond Aircraft Industries, Inc. or Diamond

6  Sales?

7      A      They're a distributor of ours.

8      Q      How are they in terms of volume?  Are they

9  the largest, second largest, smallest?

10      A      At some point they were the largest.

11  They're not the largest now.

12      Q      Who's the largest?

13      A      What do you mean by "largest"?

14      Q      Highest volume of aircraft sales.

15      A      Sales to retail customers or purchased from

16  us and then given time?

17          It's not static.  It changes, it's fluid.

18  There will be one period where they're selling more

19  and then there's another period where somebody else is

20  buying more from us.  I mean we don't, quite frankly,

21  track it that closely.

22      Q      How many distributors does Diamond have in

23  the United States?

24      A      Currently, five.

25      Q      Do you know how many distributors Diamond

Case 3:09-cv-01668-FAM Document 272-6 Entered on FLSD Docket 04/03/2014 Page 47 of 92
Case 3:09-cv-00698-CRS-DW Document 176 Filed 12/13/11 Page 47 of 77 PageID #: 4592
131

47

1  had back in 2005?

2      A    Maybe eight or nine.

3      Q    In the United States?

4      A    Yes.  Maybe eight.

5      Q    Does each distributor have an exclusive

6  territory?

7      A    The territories are assigned to them.  I'm

8  not an expert on sort of the anti-competition laws and

9  so forth, so we don't have exclusive territories that

10  a customer has to buy from a specific distributor.

11  They can buy from any distributor in the United

12  States.

13          But they have protected territories.  So

14  that the compensation is tied to whether they're

15  selling to customer in their territory or doing cross

16  territories.

17      Q    How does that work?

18      A    Well, if you, for example, want to buy an

19  aircraft but you don't like Premier Aircraft for

20  whatever reason and decide that you want to buy an

21  aircraft from somebody else, but you're resident in

22  Florida, let's say, then you could go and buy an

23  aircraft from another distributor anywhere and it's up

24  to that distributor to decide what kind of deal he

25  makes with you.

Case 3:09-cv-61668-FAM Document 97-26 Entered on FLSD Docket 04/03/2014 Page 48 of
Case 3:09-cv-00668-CRS-DW Document 76 Filed 12/13/11 Page 48 of 111 PageID #: 595
131

48

```
1            But then we would have internally cross
2   territory rules, where the "victimized distributor"
3   would be compensated by the selling distributor.
4            In other words, we discourage inside
5   distributors from selling in an outside distributor's
6   territory, but it's not prohibited.
7       Q    You told me before you never met John
8   Morris?
9       A    I don't believe I have.  Do you know if I
10  have?
11      Q    I do not know.
12      A    I don't think I have.
13      Q    Are you familiar with the Austro engine?
14      A    Yes.
15      Q    Do you know when that engine was first
16  developed?
17      A    The development takes many years, so it was
18  type certified I think in -- I think 2009.  Yeah, I
19  think it was 2009.  I think development or the whole
20  idea was started in maybe 2005 or something like that,
21  2005.
22      Q    You had mentioned Christian Dries earlier.
23  Who is Christian Dries?
24      A    Christian Dries is the owner and CEO of
25  Diamond Aircraft GmbH.
```

Case 0:11-cv-61663-FAM Document 37-2 Entered on FLSD Docket 04/03/2014 Page 49 of
Case 3:09-cv-00678-CRS-DW Document 76 Filed 12/13/11 Page 49 of 111 PageID #: 594
131

49

1    Q    Does he currently hold that position?

2    A    Yes.

3    Q    Has he ever been part of Diamond Aircraft

4  Industries, Inc.?

5    A    Yes.

6    Q    What was his position with Diamond Aircraft

7  Industries, Inc.?

8    A    I don't know exact time frames, but around

9  1996, '97 he was the CEO of Diamond Aircraft

10 Industries, Inc.

11   Q    Was he part of Diamond Aircraft Industries,

12 Inc. when you became its president?

13   A    I certainly met him at that time.  He was

14 the company principal.  That's the way he was

15 represented.

16   Q    The principal of the company of --

17   A    In Austria.

18   Q    Of Austria?

19   A    Yes.

20   Q    Of Diamond Aircraft GmbH?

21   A    Yes.

22   Q    But was he -- I'm just trying to understand.

23 What's his affiliation with Diamond Aircraft

24 Industries, Inc.?

25   A    I mentioned before that Hans Trapp-Dries is

Case 9:09-cv-61668-FAM Document 272-6 Entered on FLSD Docket 04/03/2014 Page 50 of 95
Case 3:09-cv-00678-CRS-DW Document 176 Filed 12/13/11 Page 50 of 111 PageID #: 1695
131

50

1  the shareholder of APC, which is a company that holds

2  Diamond Aircraft Industries, Inc.  Christian Dries is

3  the son of Hans Trapp-Dries.

4       Q     Do you know whether Christian Dries owns any

5  shares in APC?

6       A     Currently, not.

7       Q     Did he at some point?

8       A     I'm not sure.

9       Q     What does Christian Dries do at the company?

10      A     He's the CEO of Diamond Industries GmbH.

11  He's the head of the company.

12      Q     Do you know what his background is?  Is he

13  an engineer?

14      A     I don't believe he's an engineer.

15      Q     On the Austro engine, you said the

16  development takes many years and I think you said the

17  development probably began in 2005, correct?

18      A     The initial thought of starting an engine

19  company, a Diamond associated engine company, around

20  that time.

21      Q     Around 2005?

22      A     Yes.  I don't know when actual development

23  started.

24      Q     Would Christian Dries know that?

25      A     To be honest, I asked him that and he didn't

Case 0:11-cv-61663-FAM Document 87-26 Entered on FLSD Docket 04/03/2014 Page 51 of 96
Case 3:09-cv-00608-CRS-DW Document 176 Filed 12/13/11 Page 54 of 117 PageID #: 1596
131

51

1    know exactly when it actually started.  It was also

2    from memory.  We could look when the company was

3    incorporated.

4            I mean, when did the development start?

5    It's also a matter of definition; when do you actually

6    think about doing something or when do you start the

7    development.  So maybe if you asked the question more

8    specifically, I can help you.

9        Q    When was Austro Engine incorporated?

10       A    I don't know.

11       Q    Was Diamond developing this engine before it

12   incorporated Austro Engine?

13       A    I don't know that Diamond actually did

14   development work on the engine --

15           MR. NELSON:  Which Diamond?

16           THE WITNESS:  Diamond GmbH.

17           MR. MCGRATH:  Whichever.

18           THE WITNESS:  Just to be clear, Diamond

19       Aircraft Industries, Inc. had nothing to do with

20       the development of the Austro engine.

21   BY MR. MCGRATH:

22       Q    Okay.

23       A    And Diamond Aircraft GmbH would certainly

24   have been the company that was initially involved in

25   the idea of creating an Austro engine prior to

Case 9:11-cv-61663-FAM Document 97-2 Entered on FLSD Docket 04/03/2014 Page 52 of 97
Case 3:09-cv-00646-CRS-DW Document 76 Filed 12/13/11 Page 52 of 111 PageID #: 1697
131

52

1  incorporation of Austro Engine.

2      Q    Would it be fair to say that Christian Dries

3  would be more knowledgeable about that subject than

4  you?

5      A    About which subject?

6      Q    About the development of the Austro engine.

7      A    I don't know.

8      Q    But you don't know when the development

9  began, right?

10     A    Define for me what you mean exactly by

11 "development" and I'll give you the best answer I can.

12     Q    When did someone at Diamond -- and I know

13 we're talking about Diamond Aircraft GmbH -- decide we

14 need to build this Austro engine?

15     A    I'm fairly certain that would have been late

16 2005.

17     Q    And this Austro engine is similar to the TAE

18 engine, correct?

19     A    Yes.

20     Q    In fact, the Austro engine is now one of the

21 engines that's offered for the DA42, correct?

22     A    Yes.

23     Q    Is the TAE engine still offered on the DA42?

24     A    We don't offer or Diamond Industries GmbH or

25 Diamond GmbH, Diamond Industries, Inc. does not offer

Case 0:11-cv-61663-FAM Document 87-26 Entered on FLSD Docket 04/03/2014 Page 53 of 98
Case 3:09-cv-00628-CRS-DW Document 276 Filed 12/13/11 Page 53 of 131 PageID #: 598
131

53

1   the TAE engine on the DA42.

2       Q    When was the TAE engine no longer offered on

3   the DA42?

4       A    We stopped active promotion with the

5   insolvency of Thielert April of 2008.

6       Q    Would the Austro engine need to receive type

7   certification before it could be offered on an

8   aircraft?

9       A    Yes.  Sorry, you say offered.  You mean

10  offered or sold, delivered?

11      Q    Well, let's start with offered.

12      A    You can offer anything to anybody, quite

13  frankly.  I mean, if I decide I want to develop a

14  brand new aircraft and I describe that in concept, I

15  can offer it to you and you might say I'm interested

16  in that.  You might even sign a contract to purchase

17  one once it's certified.  So you can offer it.

18          In terms of delivering, you can only do that

19  once it's type certified, once the aircraft is type

20  certified, and you can only get an aircraft type

21  certificate if the subsystems are also certified,

22  including type certification of the engine and the

23  propeller.

24      Q    Can someone sign a contract to purchase an

25  aircraft with an engine that's not yet type certified?

Case 9:11-cv-61663-FAM Document 97-76 Entered on FLSD Docket 04/03/2014 Page 54 of 96
Case 3:09-cv-00642-CRS-DW Document 276 Filed 12/13/11 Page 54 of 131 PageID #: 1599
131

54

1    A    Yes, there's nothing against that.

2    Q    But the manufacturer can't deliver an

3  aircraft to that customer with that engine unless that

4  engine is type certified?

5    A    You cannot get an airworthiness certificate

6  for a specific aircraft unless the aircraft has been

7  type certified and you cannot get an aircraft type

8  certificate unless the subsystems, including the

9  engine, are also type certified.

10    Q    When did -- when was the Austro engine or

11  when was it first announced that the Austro engine

12  would be available for DA42s?

13    A    I don't know the exact date, but there is a

14  press release.  I'm sure you have it in the files.  I

15  think it was in 2006.  There was an initial press

16  release.

17         I remember attending a public presentation

18  in April of 2007, where it was definitely discussed.

19    Q    And where did this take place?

20    A    That was in Friedrichshafen, Germany.  It's

21  called Aero Air Show.

22    Q    That's when Diamond Aircraft GmbH announced

23  that it was going to offer it?

24    A    No, that's when I heard it announced

25  directly publicly.  Prior to that I believe they

Case 0:11-cv-61663-FAM Document 87-2 Entered on FLSD Docket 04/03/2014 Page 55 of
Case 3:09-cv-00648-CRS-DW Document 76 Filed 12/13/11 Page 68 of 111 PageID #: 540
131

55

1    issued a press release.

2        Q    And you said, I believe, that was in 2006?

3        A    I think so.

4            MR. GRIM:   And to clarify your question, it

5        was on the DA42?

6            MR. MCGRATH:   Right, I'm asking on the DA42.

7    BY MR. MCGRATH:

8        Q    When did Diamond Aircraft GmbH state that

9    the Austro engine would be available on the DA42?

10       A    It would have been at the same time.

11       Q    It would have been at the 2006 --

12       A    That was the purpose of the engine, to go

13   into the single engine DA40 and the twin engine DA42,

14   and also to offer it to other manufacturers at some

15   point.

16       Q    And that purpose would have been stated in

17   this 2006 press release and this April, 2007 event?

18       A    I didn't prepare for this specifically.  We

19   can look it up.  I don't recall what it says right

20   now, the content of the press release, but it's

21   public.

22       Q    And the Austro engine was first type

23   certified in January, 2009, correct?

24       A    I don't know the exact date.  It sounds

25   correct.  I thought late 2008, early 2009, sounds

Case 0:04-cv-61663-FAM Document 97-2 Entered on FLSD Docket 04/03/2014 Page 56 of 131
Case 3:09-cv-00628-CRS-DW Document 76 Filed 12/13/11 Page 56 of 71 PageID #: 641

56

1    correct, what you're saying.  Again, that's public

2    record.

3         Q    Were you aware that Diamond Aircraft -- let

4    me ask it this way.  Were you aware that TAE's largest

5    customer was Diamond?

6         A    No.

7         Q    In 2005 was the TAE 2.0-liter or TAE

8    1.7-liter used on any other general aviation aircraft

9    other than the Diamond Aircraft?

10        A    I believe it was used on the Cessna 172 as a

11   supplemental type certificate and on the Piper Archer

12   or Warrior, the PA128.

13        Q    Do you know whether it was actually ever

14   installed on the either the Piper or -- what was the

15   other one you mentioned?

16        A    The Cessna 172 Skyhawk.

17        Q    Or the Cessna.  Do you know whether any of

18   those TAE engines were installed on those aircraft?

19        A    Yes.

20        Q    How do you know that?

21        A    It was public information.  There was a

22   supplemental type certificate.  There were a number of

23   operators that had converted their Cessnas to Thielert

24   power.

25             Cessna in fact had publicly announced that

Case 9:09-cv-61668-FAM Document 272-6 Entered on FLSD Docket 04/03/2014 Page 57 of 131
Case 3:09-cv-00048-CRS-DW Document 276 Filed 12/13/11 Page 57 of 171 PageID #: 1542

57

 1   they would be offering a diesel powered version of the

 2   Skyhawk and in fact had aircraft in flight test and

 3   had aircraft on the production line test insolvency.

 4           There was also a publicized contract for ten

 5   Cessna Skyhawks, Cessna 172s, that were Thielert

 6   powered that went to the new Iraqi Air Force,

 7   purchased by the U.S. government.

 8           (A document was marked for identification as

 9      Plaintiff's Exhibit 54.)

10      Q    I show you what I've marked as Exhibit 54.

11   Have you ever seen this document before?

12      A    I'm sure I have.

13      Q    Do you know what this document is?

14      A    No, and I have to apologize, I can't read

15   it.  My eyes aren't good enough to read it.  So if you

16   want me to read it, I'm going to need to blow it up.

17      Q    Well, do you need reading glasses?  Is

18   that --

19      A    Yeah, I'm supposed to get some.  I don't

20   know if this is a brochure or website take.  I don't

21   know.

22      Q    Does this look like something that a Diamond

23   company may have produced?

24      A    Yes.

25      Q    I'm looking -- and this is on the left side

Case 9:11-cv-61663-FAM Document 87-2 Entered on FLSD Docket 04/03/2014 Page 58 of 131
Case 3:09-cv-00648-CRS-DW Document 76 Filed 12/13/11 Page 58 of 71 PageID #: 548

58

1    of this document under the "DA42 NG, the next

2    generation diesel twin", and in the middle paragraph

3    it states, "Austro engine GmbH was specifically

4    established in 2007 to create a new generation of

5    general aviation power plants."

6            Do you see that?

7        A    I can read that now.

8        Q    Does this sound about right to you as to

9    when Austro Engine was incorporated and created as a

10   company?

11       A    Yeah, but I mean if it says that there,

12   that's probably when it was incorporated.

13       Q    Do you know who would have created -- and I

14   mean the person who would have created a document like

15   this?

16       A    It's quite probable that I had direct input

17   into this.  Typically, the English language brochures

18   we generated in Canada and I had quite a direct role

19   in the writing of these documents.

20       Q    Is there anything on this document that

21   would indicate the date that it was created?

22       A    I don't see anything.

23       Q    Is there any way to be able to find out when

24   this document was created?

25       A    I believe there would be.  I would have to

59

1  go back through files and find out when it was

2  created.

3         Now, is this a brochure that you've taken

4  this picture from?

5     Q    This is a document that was produced to me

6  by your lawyers.  If you look on the lower right-hand

7  corner, it says DAI and then some zeros 1192?

8     A    Uh-huh.

9     Q    That was a number placed on there by your

10 attorneys.  So --

11    A    I mean, this looks to me -- I see a fold

12 down the center.  Looks to me like a brochure of some

13 sort.  At some point just to track documents we

14 started putting dates on the back of brochures, but if

15 we go back through the generation of this document,

16 I'm sure it would be possible to find out when it was

17 generated.

18    Q    This is what was provided to me and I'm not

19 aware of whether there was a back side.  Maybe there

20 was.  But you're saying if this was a brochure, then

21 there would have been some sort of date marking on the

22 back of it?

23    A    Possibly, yeah.

24    Q    You can set that down.

25         What languages do you speak?

1    A    German fluent, English, French not so

2  fluent.

3    Q    Not so fluent in French?

4    A    Reasonable.  I can carry on a conversation.

5    Q    I think the words are bigger on this one.  I

6  show you what I've marked as Exhibit 55.

7         (A document was marked for identification as

8         Plaintiff's Exhibit 55.)

9         Have you ever seen this document before?

10   A    It's our document and I would have seen it.

11  I may have even authored it, but I don't know

12  specifically.

13   Q    There's a date, January 28, 2009, and I take

14  it that was the date this document was made public?

15   A    Where was that date?

16   Q    At the very top under "for immediate

17  release"?

18   A    Yeah, that would be when it was released,

19  yeah.

20   Q    How would this document have been published?

21   A    This would be distributed by email to a list

22  of publications and just it's a whole list of people

23  that were sent.

24   Q    Would it also have been placed on the

25  website?

Case 0:11-cv-61663-FAM Document 87-2 Entered on FLSD Docket 04/03/2014 Page 61 of
Case 3:09-cv-00698-CRS-DW Document 76 Filed 12/13/11 Page 64 of 171 PageID #: 1546
131

61

1    A    Yes.  We have a new section, typically would

2    be placed on the website.

3    Q    I understand the purpose of this press

4    release is to announce that the Austro engine received

5    type certification for the AE300, correct?

6    A    Yes.

7    Q    It says it received an EASA type

8    certificate.  EASA is the European authority, correct?

9    A    Yes, it's the equivalent to the FAA for the

10   European member states.  I'm looking at this now.  I

11   remember this.  This was authored in Austria.

12   Q    It was authored in Austria?

13   A    Yes.

14   Q    Was it authored originally in English or

15   would it have been done in a different language?

16   A    They also do them in German and then do a

17   translation.

18   Q    Who would have done the translation?

19   A    I don't know.

20   Q    Would you have reviewed this document before

21   it was released?

22   A    Sometimes I got them ahead of time to review

23   and sometimes when they were just happy to get

24   something out, anxious to get something out, I'd get

25   it after the fact because of the time difference.

Case 0:11-cv-61663-FAM Document 97-2 Entered on FLSD Docket 04/03/2014 Page 62 of
Case 3:09-cv-00678-CRS-DW Document 276 Filed 12/13/11 Page 62 of 111 PageID #: 4547
131

1        Q    Is there anything in this document that you

2    believe to be inaccurate?

3        A    Well, let me read it.

4        Q    Okay.

5        A    No, from the time of the perspective that it

6    was written I believe things would have been accurate

7    there.  I can't specifically say that it was 42 months

8    or not 42 months.  I just don't know.

9        Q    Do you know who owns Austro Engine, the

10   company?

11       A    The share are owned by Hans Trapp-Dries.

12       Q    Do you know if there's any other

13   shareholders other than him?

14       A    I don't believe there are.

15       Q    Do you know who is the president or CEO or

16   upper level management of the company?

17       A    At the time it was Thomas Mueller, was

18   officially the CEO mentioned in there.  I actually

19   don't know who the current CEO is.  Typically, in

20   Europe they have managing directors and they'll have

21   managing directors with responsibility for different

22   areas.

23            I don't know who is registered on the

24   documents as the president or CEO.  It's probably

25   Thomas Mueller, but I'm not a hundred percent sure.

22924529

22

Case 9:11-cv-61663-FAM Document 87-26 Entered on FLSD Docket 04/03/2014 Page 64 of
131
Case 3:09-cv-00693-CRS-DW Document 176 Filed 12/13/11 Page 64 of 111 PageID #: 1549

64

1    Q    Does the AE300 have the same types of

2  maintenance requirements as the TAE engine?

3    A    Generally similar.

4    Q    Does it have the same intervals that require

5  the replacement of the gearbox?

6    A    At this point, no.  When we type certified

7  or when Austro Engine certified the AE300, it was

8  certified with an inspection interval of a thousand

9  hours and the gearbox was also certified to a life of

10  a thousand hours at that point right out of the box.

11        There is a requirement to remove the gearbox

12  and inspect and/or replace a torsional vibration

13  damper that can only be accessed if you remove the

14  gearbox, but the gearbox itself doesn't have to go

15  back to the factory.

16    Q    Does the AE300 have a TBO?

17    A    We have a TBO intent to get the engine

18  rebuilt, as opposed to replaced.

19    Q    Are you familiar with something called

20  Av Web?

21    A    Yes.

22    Q    What is Av Web?

23    A    Av Web is an aviation specific news channel,

24  news website.  It's a daily.  They report daily.

25    Q    Are you familiar with something known as

Case 0:11-cv-61663-FAM Document 97-6 Entered on FLSD Docket 04/03/2014 Page 65 of
Case 3:09-cv-00648-CRS-DW Document 176 Filed 12/13/11 Page 68 of 171 PageID #: 590
131

65

1    Flight International?

2         A    Yes.

3         Q    What's that?

4         A    Flight International is a magazine that

5    publishes I believe weekly, English based, UK based.

6    Again, aviation specific.

7         Q    Would there be someone at Diamond -- and I'm

8    assuming and correct me if I'm wrong here, but I'm

9    assuming this would be a Diamond Aircraft GmbH --

10   would there be someone who would be responsible for

11   communicating with publications such as Av Web or

12   Flight International?

13        A    We have in North America, the company, a

14   list of these type of publications that we communicate

15   with and there are also a list of publications that

16   the Europeans communicate with.  There's some overlap

17   depending on what the product is and so forth.

18            So for example, if it has to do with

19   products in Canada, we could communicate directly with

20   Flight International or with Av Web.  Av Web we

21   couldn't communicate directly in any case, because

22   they're UK based and in UK they would communicate with

23   their European communications.

24            So if it was European products, they might

25   communicate, but there's definitely overlap.

Case 3:09-cv-61663-FAM Document 27-76 Entered on FLSD Docket 04/03/2014 Page 66 of
Case 3:09-cv-00673-CRS-DW Document 76 Filed 12/13/11 Page 66 of 171 PageID #: 691
131

66

1       Q      Is Flight International a North American

2  based publication?

3       A      I believe they're UK based.

4       Q      Do you receive -- well, are they a daily

5  like Av Web?

6       A      I said before they're -- Flight

7  International is a weekly magazine.

8       Q      A weekly?

9       A      Paper magazine.

10      Q      Do they also have an electronic publication?

11      A      They have a sister company called Flight

12  Global, which is an Internet publication, which is a

13  daily.

14      Q      Do you receive that?

15      A      Anybody can receive it.  It's a free

16  subscription.

17      Q      I'm asking if you receive it.

18      A      I read it periodically, not religiously

19  every day.

20      Q      How about Av Web, do you receive it?

21      A      I receive it.  Again, I read it.  Not

22  religiously, but typically I look at it several times

23  a week.

24             (A document was marked for identification as

25       Plaintiff's Exhibit 56.)

Case 9:09-cv-61663-FAM Document 87-2 Entered on FLSD Docket 04/03/2014 Page 67 of 92
Case 3:09-cv-00668-CRS-DW Document 76 Filed 12/13/11 Page 67 of 71 PageID #: 1592
131

67

1      Q     Show you what I've marked as Exhibit 56.
2  This looks like an email to you.  Who is Francois --
3  is it Gagnon?  Is that how you pronounce his name?
4      A     Gagnon, Francois Gagnon.
5      Q     Who is Francois Gagnon?
6      A     He was an engineer that worked for us for a
7  short time in Canada.
8      Q     What is the TIO-360?
9      A     We had talked to Lycoming about doing a
10 turbocharged version of the Lycoming engine that we
11 use, the IO-360, and that was a program that we had
12 worked with them as an alternative and Francois was
13 communicating with Lycoming regarding this
14 turbocharged engine.
15     Q     And when he says, "Now it is public
16 knowledge", is he talking about the Austro Engine?
17     A     Yes.
18     Q     And was this Lycoming TIO-360 something that
19 was -- that you were working with Lycoming to offer or
20 is it something they had already decided to develop?
21     A     I had wanted to do a turbocharged version of
22 the Lycoming powered aircraft.  The problem that I had
23 is there's only aftermarket turbocharger kits
24 available, which would have created warranty issues if
25 you were modifying the engine.

Case 0:11-cv-61663-FAM Document 97-2 Entered on FLSD Docket 04/03/2014 Page 68 of
Case 3:09-cv-00648-CRS-DW Document 276 Filed 12/13/11 Page 68 of 111 PageID #: 698
131

68

1        So I had talked to Lycoming whether they

2    would be prepared to develop a turbocharged version of

3    their engine for use in our single engine aircraft and

4    possibly the twin engine aircraft as well, and so that

5    was what this program was.

6        I mean, to just get to the point and save

7    you some time, Francois was concerned that Lycoming

8    might not continue with that program, knowing that

9    they would essentially be a competitor to Austro

10   Engine, which was closely affiliated with Diamond

11   Aircraft.

12        His concerns were unfounded.

13      Q    So did Lycoming develop the engine?

14      A    Lycoming developed the engine.  We went as

15   far as installing it in our single engine aircraft and

16   test flying the aircraft, and basically just because

17   of the generally depressed economy and poor sales

18   overall, we discontinued the program.  At some point

19   in the future I'd like to revive it again.

20        The engine was never type certified.

21        This, by the way, is the lead page from the

22   Austrian website, the news section of the Austrian

23   website.  It's not specifically an email blast.  This

24   is a picture of the Austrian website.

25      Q    You're talking about the bottom half?

Case 9:11-cv-61663-FAM Document 272-76 Entered on FLSD Docket 04/03/2014 Page 69 of
Case 3:09-cv-00668-CRS-DW Document 176 Filed 12/13/11 Page 69 of 77 PageID #: 594
131

69

1       A       Yes.

2       Q       But this is an email that Francois sent just

3   to you?

4       A       Yes.

5       Q       Do you know when the first prototype of the

6   Austro engine was built?

7       A       Not exactly.  I would think early 2007,

8   possibly late 2006.  More like 2007, I think.  Again,

9   there was a press release that showed the engine

10  installed on a DA40.  Probably you have it in your

11  files.

12      Q       When were distributors first authorized to

13  make potential customers aware that the Austro engine

14  would be available in the DA42?

15      A       We wouldn't have restricted them from saying

16  anything to any customers or we wouldn't have

17  specifically instructed them to say anything to any

18  customers.  It's basically when it became public that

19  the Austro engine was going to be made available.

20  That's when it's public.

21      Q       So as soon as it became public knowledge,

22  then distributors would have been allowed to tell

23  customers hey, you can get the Austro engine on the

24  DA40?

25      A       Of course you could read it on the web site.

Case 0:09-cv-61663-FAM Document 272 Entered on FLSD Docket 04/03/2014 Page 70 of
Case 3:09-cv-00698-CRS-DW Document 76 Filed 12/13/11 Page 70 of 77 PageID #: 1595
131

70

1   It's public information.  It's public information, so

2   anybody can talk about it.  The customers will see it.

3        Q    Did you include the Austro engine marketing

4   materials that you sent to your distributors after it

5   was made public?

6        A    I don't understand the question.  Did I

7   include what materials?

8        Q    Did Diamond include marketing materials

9   describing the Austro engine to distributors after

10  this press release that made the Austro engine public?

11       A    I don't think we sent anything specific on

12  the Austro engine to our distributors.  Once we had

13  developed brochure material for public use, we would

14  have definitely distributed that to the distributors,

15  but there was nothing specific to the distributors

16  that I can remember.

17       Q    Do you know when you first began to provide

18  distributors with brochures about the Austro engine?

19       A    I don't recall the exact date when we

20  produced the first documentation, marketing

21  documentation.  I don't.  We'd have to look at the

22  documents and look at what dates they were published.

23       Q    Would you have that information?

24       A    We'd be able to find it, but I don't have it

25  right now.

Case 0:11-cv-61663-FAM Document 87-2 Entered on FLSD Docket 04/03/2014 Page 74 of 96
Case 3:09-cv-00008-CRS-DW Document 76 Filed 12/13/11 Page 74 of 111 PageID #: 1596
131

71

1    Q    Was there anyone that you dealt with at TAE?

2    A    Yes.

3    Q    Who was that?

4    A    I spoke periodically and communicated

5    periodically with Thomas Mueller, with Michael

6    Goldschmidt.

7    Q    They're at TAE?

8    A    They were at TAE -- sorry, TAE, sorry,

9    sorry.  Let me back up.

10    Q    Okay.

11    A    I communicated at TAE mainly with Frank

12    Thielert directly and also with Jasper Wolfson and

13    occasionally with some of their technical specialists.

14    Q    Was -- and this I'll put in the time frame

15    of before the insolvency -- was Frank Thielert the

16    owner?

17    A    Frank Thielert was the founder of

18    Thielert -- of TAE, but TAE did an IPO and they went

19    public, so I don't know how many shares he owned and

20    how many shares were public and what other investors

21    he had.  I wouldn't know that.

22    Q    Do you know when they went public?

23    A    I don't know that off the top of my head,

24    but again, that's public record.

25    Q    Did they do their IPO while -- let me ask it

Case 0:11-cv-61663-FAM Document 27-2 Entered on FLSD Docket 04/03/2014 Page 72 of
Case 3:09-cv-00641-CRS-DW Document 176 Filed 12/13/11 Page 72 of 171 PageID #: 1697
131

72

1    this way.  Did they do the IPO before the production

2    of the TAE engine that was going to go on the DA42?

3         A    No, no, no.  It was after that.

4         Q    And who is Jasper Wolfson?

5         A    Jasper Wolfson was in charge of sales and

6    marketing at TAE.

7         Q    Had Diamond ever used a TAE engine in any of

8    its products before offering the 1.7-liter and

9    two-liter engines in its aircraft?

10        A    There was no Thielert engine prior to the

11   1.7 and two-liter engine.

12             Are you asking about whether we offered it

13   prior to offering it in the DA42 or what is the

14   specific question?

15        Q    So Thielert's first engines were -- was the

16   1.7 its first engine?

17        A    It was the first aero engine that I'm aware

18   of, yeah.

19        Q    And were there -- well, what aircraft, what

20   Diamond Aircraft offered the TAE 1.7-liter engine?

21        A    The DA40TBI single engine.

22        Q    And that was the only one?

23        A    That's the only aircraft we had that was

24   suitable for that engine, yes.

25        Q    Do you have to design an aircraft to fit a

Case 3:09-cv-01668-FAM Document 87-2 Entered on FLSD Docket 04/03/2014 Page 73 of
Case 3:09-cv-00643-CRS-DW Document 76 Filed 12/13/11 Page 73 of 111 PageID #: 698
131

73

1    particular engine?

2         A    No, but you have to match a particular

3    engine and an airframe together and so you have to

4    choose an engine of a certain size and power range

5    that might fit a particular airframe.

6         Q    So you can't just take any aircraft

7    engine -- and I'm not talking about jets, I'm talking

8    about the propellers.  You can't just take any

9    aircraft engine and stick it on an airframe?

10        A    That's correct.  It has to have the right

11   power range and the right weight range basically to

12   match.

13        Q    Do you know when Frank Thielert founded TAE?

14        A    No.

15        Q    Do you know why Diamond chose to use the TAE

16   engine?

17        A    It was the most suitable engine and the most

18   promising engine for that class of aircraft.

19             Just so you understand, prior to Thielert

20   Aircraft Engines Thielert was very experienced in

21   aircraft development, working for OEMs, working for

22   Mercedes, Volkswagen, et cetera.  He also had a

23   reputation in the racing industry doing development on

24   the racing engines and prototype engines for new

25   series production engines, automotive.

74

1    Q    Did he have his own company before he
2  started TAE?
3    A    Yes.
4    Q    What was his company before that?
5    A    I think it was just called Thielert GmbH.
6    Q    Did he have experience in the aviation
7  industry before TAE?
8    A    I don't know what his specific experience
9  is.  I know he was a pilot and he was an aviation
10  enthusiast.
11    Q    I'm going to show you what I've marked as
12  Exhibit 57.
13       (A document was marked for identification as
14       Plaintiff's Exhibit 57.)
15       If you look at the bottom half of 57, I
16  believe that is the email that we previously talked
17  about that was marked as Exhibit 56, and this looks
18  like an email from you back to Francois.
19    A    Give me a minute and let me read it.
20    Q    Sure, go ahead.
21    A    Okay.
22    Q    This is an email that you sent to Francois?
23    A    Yes.
24    Q    In the -- I'm looking in the first
25  paragraph, the second sentence or third sentence it

Case 0:11-cv-61663-FAM Document 87-76 Entered on FLSD Docket 04/03/2014 Page 75 of
Case 3:09-cv-00628-CRS-DW Document 276 Filed 12/13/11 Page 78 of 111 PageID #: 7590
131

75

1    starts, "At Aero Christian announced the engine

2    programs and Ian Walsh was in the audience."

3          What is Aero?

4    A    Aero is that show that I was referring to in

5    Friedrichshafen, so that was in April of 2007, and I

6    referred to that earlier when you asked me questions

7    related to that.  That was where it was definitely

8    publicly announced, that I was publicly in attendance.

9    Q    Who is Ian Walsh?

10   A    Ian Walsh was the CEO of Lycoming.  He's

11   currently the chief technology officer at Textron, the

12   parent company of Lycoming.

13         In other words, I'm telling Francois don't

14   worry about it.  Lycoming already knows about it at

15   top level; because he's worried that Lycoming is going

16   to find out that Diamond is building or Austro Engines

17   is building an engine that will compete with ours, and

18   I told him focus on the technical stuff.  Don't worry

19   about the upper management issues.

20   Q    Well, you said that -- it sounded like you

21   were saying if they bring that up to him, to refer

22   that back to you?

23   A    Yeah.  I'm telling him not to get involved

24   in the strategic business aspects.  His job was

25   supposed to focus on the technical aspects.  He was an

Case 0:11-cv-61663-FAM Document 27-2 Entered on FLSD Docket 04/03/2014 Page 76 of
Case 3:09-cv-00607-CRS-DW Document 176 Filed 12/13/11 Page 76 of 111 PageID #: 769
131

76

1    engineer that always worried about the big, big

2    picture, quite frankly, when he was supposed to be

3    working on detail things.

4         Q    In the second paragraph you talk about --

5    you refer to TXL.  What is TXL?

6         A    That was just an internal name that we used

7    for the turbocharged DA40.  The DA40 at that time was

8    called the XL, so the TXL was supposedly the turbo XL.

9         Q    And it looked like the third paragraph is

10   dealing with a technical issue?

11        A    Uh-huh.

12        Q    And you said that Lycoming did not stop the

13   project?

14        A    That's correct.  Lycoming didn't stop the

15   project.

16        Q    Are you familiar with the warranty that was

17   offered on the TAE engine?

18        A    Not in detail.  Generally, yes.  I mean, I

19   can't quote it to you.

20        Q    I'm not asking you to quote me the warranty.

21   But you're familiar --

22        A    With the concept, yes.

23        Q    Are you familiar with the fact that TAE was

24   going to cover the expenses of these maintenance

25   levels of the 300, 600, 900?

Case 0:09-cv-61663-FAM Document 276-6 Entered on FLSD Docket 04/03/2014 Page 75 of
Case 3:09-cv-00618-CRS-DW Document 276 Filed 12/13/11 Page 74 of 111 PageID #: 1502
131

77

1      A      Partially.

2      Q      And that they were also going to offer some

3   sort of prorated amount on a replacement engine?

4      A      Yes.

5      Q      Would you agree with the warranty offered by

6   TAE was an important selling point for the DA42?

7      A      I think the warranty on any product is an

8   important selling point.

9      Q      With respect to the DA42 with the TAE

10  engine, would you agree that having that warranty was

11  an important selling point for customers who are going

12  to purchase a DA42 with the TAE engine?

13     A      For customers that expected to have high

14  utilization on the aircraft, that warranty was quite

15  important.

16            For customers that were using the aircraft

17  privately, realistically they would have expected the

18  TBRs to be extended prior to them hitting that limit.

19            So I would think it would be less important

20  to them, but obviously it would give them assurance.

21     Q      At the time that TAE became insolvent in --

22  let me see if we've got the exact date.  It was in

23  April of 2008?

24     A      Yes.

25     Q      I don't remember the exact date.  But at

Case 0:11-cv-61663-FAM Document 27-76 Entered on FLSD Docket 04/03/2014 Page 78 of 131
Case 3:09-cv-00673-CRS-DW Document 176 Filed 12/13/11 Page 78 of 171 PageID #: 568

78

1    that time did you have any DA42s with a TAE engine

2    that had been ordered, but not yet delivered?

3         A    Yes.

4         Q    And did any of the customers want to back

5    out of their orders at that point?

6         A    Yes.

7         Q    And did you let them?

8         A    Yes.

9         Q    Did you allow those customers to move their

10   order to another type of aircraft?

11        A    Yes.

12        Q    And did they do that?

13        A    Some did.  Some decided that they wanted to

14   wait to see what would happen with Thielert.  Some

15   wanted to wait until an Austro powered aircraft would

16   be available.  Some moved their position to another

17   type of aircraft.  Some wanted to get out completely.

18             Just to be clear, most of those would have

19   been dealing directly with their distributors, if

20   you're talking about the U.S. based customers.  We of

21   course dealt with customers directly in other markets,

22   not the U.S., but most of those customers would have

23   dealt directly with their distributors if they had

24   deposits with the distributors.

25             We were not party to the contracts in those

Case 9:09-cv-61668-FAM Document 97-2 Entered on FLSD Docket 04/03/2014 Page 79 of
131
Case 9:09-cv-00668-CRS-DW Document 76 Filed 12/13/11 Page 79 of 111 PageID #: 584

79

1   cases.

2       Q    Well, if a customer wanted to -- if a

3   customer had an order for an aircraft with a

4   distributor and the customer wanted to change to a

5   different type of aircraft, wouldn't Diamond Aircraft

6   Industries have had to work with the distributor to

7   make that change?

8       A    In that case, yes.  If the customer simply

9   wanted his deposit back and wanted to get out of the

10  order all together, that would have been done directly

11  with the distributor, and we were aware that some

12  distributors did that and just basically refunded the

13  customer their deposits.

14      Q    And then the distributor canceled the order

15  with Diamond Industries Aircraft, Inc.?

16      A    In some cases.  In some cases they wanted a

17  new aircraft with an Austro engine.  So it varies.

18          MR. MCGRATH:  I need to take a quick break.

19          (Recess taken.)

20  BY MR. GRIM:

21      Q    Were you pleased with the TAE engine?

22      A    Generally, yes.

23      Q    I'll break it down to be a little bit more

24  specific.  With the 1.7-liter TAE engine, you were

25  pleased with the performance of that engine?

Case 0:11-cv-61663-FAM Document 87-2 Entered on FLSD Docket 04/03/2014 Page 80 of
Case 3:09-cv-00673-CRS-DW Document 176 Filed 12/13/11 Page 80 of 111 PageID #: 1595
131

1      A      The performance, yes.

2      Q      How about just the overall experience with

3  that engine?

4      A      There were some service difficulties.  It's

5  normal on a new product, new technology product, that

6  there will be some service difficulties.

7            Generally, the engine was very good.  I

8  talked about all the positive attributes earlier,

9  about fuel burn, and basically delivered all those

10  things.

11            What I was not a hundred percent pleased

12  with was the aftersales support by Thielert in the

13  early days in North America.

14      Q      Did the 1.7-liter also have some technical

15  problems as well?

16      A      Oh, I said there were some teething issues,

17  but these are normal in a new aeronautical product;

18  that there are service difficulties that get dealt

19  with along the way and get resolved and you move

20  forward.  It's not abnormal.

21            Every aircraft, every engine, every piece of

22  avionics equipment has service bulletins on it;

23  doesn't matter whether it's a Cessna, Beechcraft,

24  Thielert or Lycoming.

25      Q      Were the consumers of the aircraft happy

Case 9:11-cv-61663-FAM Document 87-2 Entered on FLSD Docket 04/03/2014 Page 81 of 131
Case 3:09-cv-00698-CRS-DW Document 76 Filed 12/13/11 Page 84 of 171 PageID #: 1506

81

1    with the 1.7-liter engine?

2        A    Some were and some were not.

3        Q    Did you get complaints about the TAE engine?

4        A    Yes.

5        Q    How about with the 2.0-liter engine?

6        A    The 2.0-liter engine generally was thought

7    to be more reliable than the 1.7.  Thielert had

8    addressed some of the service difficulties in the 1.7,

9    so the 2.0 was considered to be more reliable.

10        Q    If Diamond was pleased with the TAE engine,

11    why then develop the Austro engine?

12        A    We didn't just -- or Diamond Austro just

13    didn't develop Austro engines to develop one engine as

14    a competitor to Thielert.  It was intended to be the

15    first of many engines.

16            In fact, Diamond Aircraft prior to Austro

17    Engine even starting already had an engine program.

18    We produced or Diamond produced a rotary engine,

19    single rotor and twin rotor, and that was done in a

20    division within Diamond Austria.  So we already had

21    basically an engine product.

22            It was always the desire of Christian Dries

23    to also have his own power plant company, but the

24    intent was to develop something that would be suitable

25    for our existing four-seat aircraft, the DA40 and the

Case 3:09-cv-61663-FAM Document 97-2 Entered on FLSD Docket 04/03/2014 Page 82 of 87
Case 3:09-cv-00693-CRS-DW Document 176 Filed 12/13/11 Page 82 of 117 PageID#: 1587

131

82

1    DA42, and also develop a higher powered version, V6

2    engine of let's say the 270 to 300-horsepower range,

3    and those kind of developments are continuing or plans

4    to development those kind of engines are continuing;

5    also to do a higher powered version of a V8 engine.

6           So it wasn't just establishing one engine as

7    an alternative to Thielert.  It was establishing an

8    entire engine company that would offer a range of

9    products.

10      Q     What products -- you said it was a rotary

11   engine?

12      A     Uh-huh.

13      Q     What is the rotary engine offered in?

14      A     What is it offered in?

15      Q     Yes, what products?

16      A     There's one Germany glider manufacturer.

17   It's a smaller engine.  So it's on a pod and it pops

18   out and then you can basically fly home with a glider

19   in case you don't have enough lift.

20          I don't know the exact model, but it's

21   offered in that and it's also used in a UAV

22   helicopter.  UAV, the company is called Schiebel and

23   they deliver to different militaries a remotely

24   piloted helicopter, and that's the power plant for

25   that.

Case 9:11-cv-61663-FAM Document 87-26 Entered on FLSD Docket 04/03/2014 Page 83 of
131
Case 3:09-cv-00674-CRS-DW Document 76 Filed 12/13/11 Page 83 of 111 PageID #: 568

83

1        There's one other reason.  Thielert had his

2   engine at 135-horsepower and we wanted something that

3   had a little bit more horsepower or considerably more

4   horsepower, and the Austro from the beginning was

5   conceived to be 170-horsepower engine with better

6   altitude performance so we could have a better

7   performing airplane.

8        (A document was marked for identification as

9        Plaintiff's Exhibit 58.)

10   Q    I show you what I've marked as Exhibit 58.

11  The email on the first page is from Michael

12  Goldschmidt to you, copying Klaus-Dieter Moeller and

13  Ulrich Rummel.

14       Then there's an email string, it looks like

15  it's from you to those same people.  Is that correct?

16   A    I don't know which one came first.  I don't

17  know which way to read it, from the bottom up or from

18  the top down.  We always get confused, because the

19  times shown could be either in Germany or in Canada or

20  Austria or Germany.

21       So there's a time difference, so I don't

22  know which came first.

23   Q    Well, the second email appears to be dated

24  the 25th of August and the first one appears to be

25  dated the 27th of August?

Case 3:09-cv-61668-FAM Document 27-76 Entered on FLSD Docket 04/03/2014 Page 84 of
Case 3:09-cv-60668-CAS-DW Document 276 Filed 12/13/11 Page 84 of 111 PageID: 1509
131

84

1      A      So I actually wrote him and he wrote me

2    back, is what you're saying.

3      Q      Well, that's what I wanted to make sure.

4      A      Well, if it's dated August 25th, I would

5    have written to Goldschmidt, Klaus-Dieter Moeller,

6    Ulrich Rummel, Heike Larson.  Then Michael Goldschmidt

7    responded to me, copying Moeller and Rummel and not

8    Heika Larson.  That's the way I see it.

9      Q      Who is Klaus-Dieter Moeller?

10     A      He was responsible for sales at that time in

11   Austria, but he's not with the company any more.

12     Q      And how about Ulrich Rummel?

13     A      Rummel was corporate CFO, but he's not with

14   the company any more.

15     Q      I'm looking at the email also -- looking at

16   the August 27th email from Michael Goldschmidt.

17            When he refers to the DA40 and DA42 -- this

18   is the second bullet point -- "DA40 and 42 Austro

19   engine power plants", he puts in parenthesis,

20   "Availability for series production, do we keep

21   135-horsepower TAE as an option," and then puts, "that

22   relates to pricing issues."

23            What's he talking about there?

24     A      Well, we were or Diamond was developing,

25   Austro was developing the Austro engine and it was

Case 9:09-cv-61668-FAM Document 87-76 Entered on FLSD Docket 04/03/2011 Page 85 of 131
Case 9:09-cv-00641-CRS-DW Document 276 Filed 12/13/11 Page 89 of 171 PageID #: 570

85

```
 1    clear that we wanted to put an Austro engine on the

 2    DA40 and the 42, and one of the things we were

 3    discussing internally was whether we would offer the

 4    Thielert engine to the customers.

 5          The Austro engine is higher performance, so

 6    we still at that point considered offering the

 7    Thielert engine as an alternative to the Austro

 8    engine.

 9    Q    So he says, "That relates to pricing issues"

10    meaning he thinks --

11    A    How much he thinks the engine costs.

12    Q    How much he thinks the engine would be?

13    A    Uh-huh.

14          That's it on that one?

15    Q    Yes.  I show you what I've marked as

16    Exhibit 59.

17          (A document was marked for identification as

18          Plaintiff's Exhibit 59.)

19          I don't know if you've seen this email

20    before.

21    A    Well, since it's from me to him, I think I

22    would have seen it before.

23    Q    What I wanted to ask, the top part of the

24    email is dated November 8, 2007 to Paul --

25    A    Bertorelli.
```

Case 0:11-cv-61663-FAM Document 97-2 Entered on FLSD Docket 04/03/2014 Page 86 of
Case 3:09-cv-00688-CRS-DW Document 76 Filed 12/13/11 Page 86 of 131 PageID #: 651
131

86

1      Q    You said, "Sorry for late response."  Then

2 it looked to me like --

3      A    I inserted answers, yes.

4      Q    That's what I was getting at.  So the

5 inserted answers are related to your November 8, 2007

6 email?

7      A    Yes.

8      Q    Who is Paul Bertorelli?

9      A    Paul Bertorelli is the editor of -- or the

10 publisher/editor, I'm not sure -- of Aviation Consumer

11 Magazine and he is also one of the active editors on

12 Av Web, the daily -- if you look at Av Web today,

13 you'll see his name all over it.

14      Q    Is there anything in this email with your

15 responses to his questions that you believe to be

16 inaccurate?

17      A    I'd have to reread the whole thing.  You

18 want me to reread it?

19      Q    Yes, I would.

20      A    Okay.  Yeah, a hundred percent.

21      Q    Was this part of an interview for something

22 that Paul was going to publish?

23      A    Well, it would have been -- I don't know

24 whether it was a specific interview.  I don't think

25 it's an interview.  He was doing an article on diesel

Case 0:11-cv-61663-FAM Document 27-6 Entered on FLSD Docket 04/03/2014 Page 87 of 131
Case 3:09-cv-00628-CRS-DW Document 176 Filed 12/13/11 Page 87 of 111 PageID #: 1592

87

1   engines and new innovative technology, so forth.  He's

2   done a series of articles.  So he's asking me specific

3   questions for background.

4       Q    Are you aware of any particular articles

5   that he published that used the information you

6   provided in this email?

7       A    I don't know.

8       Q    I show you what I marked as Exhibit 60.

9            (A document was marked for identification as

10       Plaintiff's Exhibit 60.)

11           I included both emails, but I'm mostly

12   concerned with the email on the first page.

13       A    Can I just take a look at it first?

14       Q    Sure.

15       A    Okay.

16       Q    Who is Chuck Glass?

17       A    Chuck Glass worked for us as director of

18   fleet sales.

19       Q    This email seems to be talking about an

20   increase in cost for TAE owners.  What was that

21   related to?

22       A    He's specifically addressing the 2.0-liter

23   operating costs.

24           The previous email from Gary Gaudreau,

25   customer support manager at that time, points out that

Case 0:04-cv-61663-FAM Document 87-2 Entered on FLSD Docket 04/03/2014 Page 88 of 131
Case 3:09-cv-00628-CRS-DW Document 176 Filed 12/13/11 Page 88 of 171 PageID #: 678

88

1    going from the 1.7-liter engine to the two-liter

2    engine, Thielert no longer wanted to pay for parts or

3    labor to replace certain engine components at the 300

4    and 600-hour mark.

5         Q    Did that ultimately change or did the

6    increased price difference between the 1.7 and 2.0 get

7    added into the cost of the aircraft or the cost of the

8    engine?

9         A    No, this isn't the cost of the engine.  This

10   is operating cost after delivery to the customer.

11   We're talking 300 and 600 hours, you're referring to

12   operating costs.

13        So it doesn't affect the selling price of

14   the engine to Diamond.  It affects the operating cost

15   impact on the customer.

16        Q    Was this ultimately implemented or did

17   Thielert change and go back and provide the same

18   coverage they were providing on the 1.7?

19        A    I honestly don't know.  There was a lot of

20   back and forth.

21            (A document was marked for identification as

22        Plaintiff's Exhibit 61.)

23        Q    I'm showing you what I marked as Exhibit 61

24   and looking at the first page of this email, do you

25   have any idea what was contained in this email from

Case 9:09-cv-61663-FAM Document 87-26 Entered on FLSD Docket 04/03/2014 Page 89 of
Case 3:09-cv-00698-CRS-DW Document 76 Filed 12/13/11 Page 89 of 131 PageID #: 554
131

89

1  Michael Goldschmidt to you?

2      A     No.  No, these are basically, if I look at

3  it, like a .gif and stuff.  That's just off the

4  website.  When you pick up things off the website, you

5  get all sorts of attachments and stuff.

6            Here 300 times 125 JPeg, all that kind of

7  stuff, that wouldn't have been specific documents that

8  he's sending me.

9            He's sending me a web grab, basically, off

10 Yahoo Germany.

11     Q     And if you look at the second page, it looks

12 like it is a stock ticker for Thielert?

13     A     Yeah.

14     Q     In his email on the first page he said,

15 "Thielert stock goes down the drain, lost over

16 50 percent in a month.  Investors lose patience or

17 confidence or both."  And I take it this stock ticker

18 is showing that loss?

19     A     Uh-huh.

20     Q     Do you know why he was sending you this?

21     A     Just for information.

22     Q     If you turn to the last page, it looks like

23 there's a string of emails?

24     A     Yes.

25     Q     I'm looking at the one at the top of the

Case 9:11-cv-61663-FAM Document 272-6 Entered on FLSD Docket 04/03/2014 Page 90 of
Case 3:09-cv-00628-CRS-DW Document 276 Filed 12/13/11 Page 90 of 171 PageID #: 7575
131

1    page.  It's from you to Michael Goldschmidt and it

2    says, "Wow, good news on the TAE stock.  He'll be

3    bankrupt soon."

4             Had you been watching TAE stock?

5        A    Not on a daily basis, but I was aware that

6    the stock was going down, yeah.

7        Q    And you said, "Oh, wait.  We aren't finished

8    with our engine.  What will we do now?  Quick, get the

9    DA42 Lycoming certified or maybe we take over TAE, but

10   then we have to carry his warranty obligations.  What

11   do we do now?  Oh, well.  Main thing is that Thielert

12   is dying.  Might kill us too, but we win."

13            What were you going to win if Thielert died?

14       A    We weren't going to win.  There's obviously

15   a lot of sarcasm in this email.

16       Q    You're saying this is sarcastic?

17       A    Yeah, absolutely.

18       Q    Well, were you concerned in November of 2007

19   that Thielert was going to go out of business?

20       A    Not really.  I didn't expect that Thielert

21   would go out of business at that point.

22       Q    Why would -- do you know why Michael sends

23   you information on TAE stock and made the comment that

24   it was going down the drain, if this was a sarcastic

25   email?

91

1    A    I don't know if he sent that before or

2  after, but I responded to it.  November 20th, 1:53, it

3  looks like I responded to the email where he's telling

4  me about the stock going down.

5    Q    Oh, you think your email is a response to

6  the one he sent to you?

7    A    It says November 20th, 9:25 a.m. and his is

8  November 20th, 1:53 a.m.

9    Q    Is Michael located in Europe?

10    A    Was.

11    Q    At the time he sent this email?

12    A    Yes.  See, if you look at the address,

13  Michael Goldschmidt@diamond-air.at, AT is the

14  extension.  That's Austria.  So he's sending this to

15  me in the morning his time.  When I got to work I saw

16  it.

17    Q    With the TAE stock price falling the way it

18  was, were you concerned that TAE was in trouble as a

19  company?

20    A    No, I wasn't concerned that TAE was in

21  trouble as a company per se.  My understanding why the

22  stock dropped is there was an investigation of Frank

23  Thielert personally.  There were allegations that

24  there was some impropriety when he did the IPO, and

25  that would certainly account for the stock going down,

1  for investors losing confidence.

2          But at that point -- I mean, I'm not an

3  expert in public companies, but at that point that's

4  the stock value.  So it would be of concern to the

5  investors at Thielert, the people that had purchased

6  the stock, but it wouldn't necessarily affect the

7  ability of the company to operate.

8     Q    Did you ever do any type of investigation of

9  Thielert or ask them any questions about their health

10  or their ability to continue to deliver engines?

11    A    Two separate subjects you're addressing.  So

12  which one do you want me to answer?

13    Q    Well, how about did you ever do any type of

14  investigation to determine the financial stability of

15  Thielert as a company?

16    A    No, and quite frankly, it would have been

17  pointless to do so.  Thielert was a publicly listed

18  company.  So all of their financials were audited and

19  there's a securities commission that also oversees the

20  company and the financials.

21          So if you have a professional auditing firm

22  auditing the financials and a security commission

23  buying off of that and permitting the IPO to go ahead

24  and listing the company as a public company, what more

25  could we possibly do to investigate his health?

Case 3:09-cv-61668-FAM Document 272-76 Entered on FLSD Docket 04/03/2014 Page 93 of
Case 3:09-cv-00668-CRS-DW Document 276 Filed 12/13/FP Page 93 of 111 PageID #: 1578
131

93

1          Publicly he was also spending money.  He

2   acquired Superior Aircraft, which was a U.S. based

3   company, and he purchased that for -- reputedly

4   $10 million was going around in the media at that

5   time.  So that seemed healthy.

6          At the same time he was also working with

7   Cessna Aircraft and Cessna, which is a large company

8   owned by Textron, which is a public company, certainly

9   would have done their homework on Thielert as well and

10  they were going ahead and proceeding with installing

11  the Thielert engine in the Cessna 172.

12         So quite frankly, we as a smaller company

13  than Textron, significantly smaller company than

14  Textron, would never have the ability to do a

15  financial due diligence on Thielert.  There was no

16  reason to do so and there was no reason for Thielert

17  to allow us access to his financials.

18         So no, we didn't do it and we had no

19  particular concern that there were difficulties with

20  his business.

21     Q    Well --

22     A    Other than the stock prices.

23     Q    Did you have any concern about TAE being

24  able to deliver the products, the engines?

25     A    Yes, we had some concerns.  We had some

Case 9:09-cv-61663-FAM Document 272-6 Entered on FLSD Docket 04/03/2014 Page 94 of
Case 3:09-cv-00683-CRS-DW Document 176 Filed 12/13/11 Page 94 of 171 PageID #: 1579
131

1  supply difficulties, where Thielert was lagging

2  behind.  We had actually built up some airframes in

3  Austria and in Canada and he was behind on engine

4  deliveries and he told us that it was supply issues,

5  supply problems, getting them from the vendors, the

6  parts and so forth.

7         But he assured us that that was being

8  corrected and was being fixed and everything would be

9  back to normal in the very near future, and we

10  accepted that.

11     Q    So despite a plummeting stock price and

12  supply problems, you had no concerns that TAE was

13  going to be around as a company and be able to honor

14  the warranties on these TAE engines?

15     A    I had no concerns or prior knowledge that

16  Thielert was going to go into insolvency.  Neither

17  apparently had Cessna.

18     Q    The email below that, what is Michael

19  talking about?

20     A    There was an engine manufacturer, a Thielert

21  recommended coolant system pressure test to be

22  performed at 100-hour intervals.  That was normal

23  maintenance and Christian Dries wanted to have that

24  done on a more frequent basis.  He wanted to have it

25  done every 50 hours.

Case 3:09-cv-61663-FAM Document 272-6 Entered on FLSD Docket 04/03/2014 Page 95 of
Case 3:09-cv-00683-CRS-DW Document 276 Filed 12/13/11 Page 94 of 111 PageID #: 590
131

95

```
1              Technically, I wasn't in agreement with

2     that, neither was Michael Goldschmidt, but Diamond

3     Austria put out a service bulletin instructing

4     customers that we recommended or Diamond Austria

5     recommended that they do a 50-hour coolant system

6     pressure check, but that they would not get

7     compensated for it by Diamond.  They should basically

8     address Thielert if they had any issues.

9         Q    And looking --

10        A    So my comment there is also sarcastic.  I

11    did not agree with that action.

12        Q    Well, in his email where he says, "Great.  I

13    know, however CD" -- that's referring to Christian

14    Dries -- "insisted on it"?

15        A    Uh-huh.

16        Q    "We tried to convince him this was foolish

17    but to no avail."  And that's referring to the

18    pressure test?

19        A    Right.

20        Q    This email has a date of Tuesday,

21    November 20th, 2007, 1:45 a.m.

22        A    Uh-huh.

23        Q    And your email above that is November 20th,

24    2007, 9:25 a.m.  But Michael is in Austria.  So

25    weren't you responding with your 9:25 a.m. email to
```

Case 3:09-cv-01663-FAM Document 87-2 Entered on FLSD Docket 04/03/2014 Page 96 of
Case 3:09-cv-00643-CRS-DW Document 76 Filed 12/13/11 Page 96 of 111 PageID #: 691
131

96

1    his 1:45 a.m. email?

2         A    I don't know.  I find it confusing, to be

3    honest, when I look at this and I look at that, this

4    one here, because this one is November 20th,

5    1:53 a.m., which is after the one he sent at 1:45 a.m.

6    and then I'm writing him at 9:25 a.m.

7              So you can assume that the 1:45 a.m. coming

8    from Goldschmidt is actually 7:45 and this one would

9    be 7:53, and then I'm responding at 9:25.

10             (A document was marked for identification as

11        Plaintiff's Exhibit 62.)

12        Q    Show you what I marked as Exhibit 62.  When

13   I look at 61 and 62, if you look at the same email

14   where the "Wow, good news on the TAE stock" is, these

15   appear to be the same email, but the dates -- or

16   excuse me, the times are different.

17        A    Well, this one says 15:25 and this one says

18   9:25 and that would be a six-hour time difference.  So

19   I think it's just a matter of how it's getting date

20   stamped, because it's going back and forth.

21        Q    It looks like Michael responded to your

22   email -- and I don't want to mispronounce what that

23   says, but what is that phrase and what does it mean?

24        A    It says, "Ich sitze im bonker, mitten in

25   Berlin".  There was a little cartoon that was going

Case 3:09-cv-01668-FAM Document 272-6 Entered on FLSD Docket 04/03/2014 Page 98 of
Case 3:09-cv-00698-CRS-DW Document 276 Filed 12/13/11 Page 97 of 11 PageID #: 1592
131

97

1    around in Germany, a little cartoon movie showing

2    Adolf Hitler and it was a little parody.

3           It was a cartoon and he's sitting in his

4    bunker and there's this little song that goes with it;

5    him sitting in the bunker in the middle of Berlin and

6    then basically things are coming apart on him, and he

7    had sent me that.  It was on You Tube.  We kind of had

8    a laugh over it.

9           So he's responding to that and saying, "I'm

10   sitting in a bunker in the middle of Berlin."

11   Q    Was he referring to Frank Thielert?

12   A    No, I think he's referring to us.

13   Q    He's referring to you?

14   A    Yeah.  Not to me personally, to us, to

15   Diamond.

16   Q    To Diamond?

17   A    Yeah.  I assure you that if I thought that

18   Thielert was going to go bankrupt, I wouldn't have

19   written that email, would I?

20          (A document was marked for identification as

21          Plaintiff's Exhibit 63.)

22   Q    Show you what I marked as Exhibit 63.  This

23   looks like some emails related to an article -- looks

24   like an April 10th, 2008 article about Thielert, and

25   this article also appears to relate to the fact that

```
 1     the stock price is falling.

 2         A    Okay.

 3         Q    Have you seen this email and this article

 4     before?

 5         A    I would have back then, obviously, since I

 6     responded to it, but I'd have to refresh my memory by

 7     reading it.

 8              Can I do that?

 9         Q    Sure, go ahead.

10         A    Okay.

11         Q    Who is Udo Hanemann?

12         A    I don't know -- oh, sorry, I do know who Udo

13     Hanemann is.  He worked with us on the D-JET project.

14     He was a contractor and so he had forwarded this to me

15     and Ken Harness.

16         Q    Who is Ken Harness?

17         A    Ken Harness worked for us at the time

18     specifically on the D-JET project.  He was VP of

19     operations.

20         Q    And you put at the top -- looks like in an

21     email you said, "Not actually that bad.  Call and I

22     can explain."

23         A    Yeah.

24         Q    Why did you think it wasn't actually that

25     bad?  Was it because they were going to get a cash
```

Case 3:09-cv-61663-FAM Document 87-2 Entered on FLSD Docket 04/03/2014 Page 99 of
Case 3:09-cv-00693-CRS-DW Document 76 Filed 12/13/11 Page 99 of 171 PageID #: 594
131

99

 1   infusion?

 2       A    Well, I don't remember specifically what I

 3   was thinking at the time.  I can't tell you that, what

 4   I was thinking at the time.

 5            But it looked to me as though Thielert was

 6   going to go through a difficult period with respect to

 7   stock value.  They were going through a difficult

 8   period with respect to stock value and this article

 9   basically looks at it from an investor perspective.

10   This is Bloomberg's.

11            But as far as Thielert surviving, I had been

12   told that investment was coming to Thielert to cover

13   the liquidity issue, and they had good orders from us,

14   from Cessna, from General Atomics, from others.

15            So at that point I had no real idea that he

16   was going to go into bankruptcy, and Frank Thielert

17   stepping down, being asked to step down and being

18   replaced by someone else I didn't see as negative,

19   quite frankly, because he was very much an autocrat.

20            So bringing in good management I thought was

21   a positive.

22       Q    Who told you that Thielert was going to be

23   getting -- I think you maybe used the word

24   "investment"?

25       A    Additional investment.  Frank Thielert told

Case 3:09-cv-61668-FAM Document 87-26 Entered on FLSD Docket 04/03/2014 Page 100 of
Case 3:09-cv-00614-CRS-DW Document 76 Filed 12/13/11 Page 100 of 131 PageID #: 585
131

100

1    me that.

2        Q    When did he tell you that?

3        A    It was shortly before the insolvency, so it

4    was right around that time.  I can't tell you the

5    exact date, but Frank Thielert and Jasper Wolfson

6    visited us in Canada, sat with me.

7             Basically, we had asked to meet with them

8    because of the customer support issues in North

9    America, the future of establishing a parts depot and

10   additional technical support in North America and

11   supply of engines.

12            At that point he said that they were going

13   to get additional funds in and so forth.  After he

14   visited us he traveled on to see Jack Pelton and the

15   CEO of Cessna at that time.  I learned that

16   afterwards, in discussion with Jack Pelton.

17       Q    You would have known that information before

18   April 11th of 2008, when you wrote the email back?

19       A    I would have known right around that time,

20   yeah, and I think it was right around that time that

21   Thielert had visited us, because I don't know the

22   exact dates.  They could be reconstructed.

23            But I went to Europe at the end of April and

24   it was in Europe that I learned that Thielert had

25   filed for bankruptcy.

Case 0:11-cv-61663-FAM Document 87-26 Entered on FLSD Docket 04/03/2014 Page 101 of 131
Case 3:09-cv-00064-CRS-DW Document 76 Filed 12/13/11 Page 104 of 121 PageID #: 586

131

101

1      Q      Who is Jean Claude Lemy or Jean Christophe

2  Lemy?

3      A      L-E-M-Y?

4      Q      I think that's right.

5      A      He worked for us for a short time doing

6  D-JET sales.

7             Are we done with this one?

8      Q      Yes.

9      A      He worked for us for a short time, was

10  supposed to be doing D-JET sales, Jean Christophe

11  Lemy.

12      Q      Did Christian Dries and Frank Thielert get

13  along with each other?

14      A      At some point they got along very well.

15      Q      Did the relationship deteriorate over time?

16      A      Yes, it did.  It was public.

17      Q      You say it was public.  What do you mean by

18  that?

19      A      They would both be interviewed and there was

20  a lot of finger pointing back and forth over a

21  specific incident that really sort of poisoned the

22  relationship to some extent.

23      Q      What was that incident?

24      A      There was a DA42 in Germany that shortly

25  after takeoff had a dual engine failure and the

Case 3:11-cv-61668-FAM Document 87-76 Entered on FLSD Docket 04/03/2014 Page 102 of
131
Case 3:09-cv-60644-CRS-DW Document 76 Filed 12/13/11 Page 102 of 131 PageID #: 587

102

1   aircraft crash landed.  Nobody was hurt, but there was

2   a big investigation, because quite frankly, that's

3   something that's never supposed to happen.  That's why

4   you have a twin engine aircraft, when one engine

5   fails.

6             But both of them to shut off at the same

7   time -- and the investigation showed that the Thielert

8   engine at that time wouldn't tolerate a severe voltage

9   drop for a long period of time.

10            So Diamond blamed Thielert and Thielert said

11  well, our spec says you're supposed to provide

12  28 volts to the engine and obviously you had a drop in

13  voltage and that's why it happened.  So it was mutual

14  finger pointing.

15            In the end Diamond did a modification to the

16  aircraft to provide additional batteries that would

17  guarantee continued voltage and Thielert was forced by

18  the airworthiness authorities to do a service

19  bulletin, and there was actually an airworthiness

20  directive where they had to change their documentation

21  to be very specific that the engine wouldn't tolerate

22  these transient voltage drops.

23            In that particular case that created a lot

24  of ill will between Christian Dries and Frank

25  Thielert, because Christian Dries very much thought it

Case 9:11-cv-61663-FAM Document 87-26 Entered on FLSD Docket 04/03/2014 Page #10585 of
Case 3:09-cv-00667-CRS-DW Document 76 Filed 12/13/11 Page 103 of 131 PageID #: 908
131

103

1   was the fault of Thielert and that Thielert should pay

2   for the retrofit of the existing fleet out there, and

3   Thielert basically said no, I'm not going to.

4           So that really didn't help the relationship

5   between the two parties.

6       Q    When did that incident happen?

7       A    Around 2007 sometime, maybe even 2006.  I'm

8   not sure.

9           You know what, I think it was 2006, because

10  we discussed the consequences in April, 2007 at that

11  aero meeting.  I was there at the Aero Friedrichshafen

12  and there was a meeting with Christian Dries, Frank

13  Thielert, the aero authorities of Germany, and there

14  was a general meeting to discuss this issue.

15          That was in April, so I suspect it happened

16  either before April or it would have happened before

17  April, 2007 in any case.  Likely 2006.

18      Q    Do you know the cost to develop the Austro

19  engine?

20      A    I've only heard the number thrown around.

21  I've heard 48 million Euros and you've heard

22  52 million Euros to develop the Austro engine and to

23  stand up the Austro engine plant, the factory.

24          So I can't break down what was actual

25  development of the Austro engine, because it would be

1   establishment of the company, the development of that

2   specific engine, and then also the integration into

3   the airframes.

4       Q    Did you get along with Frank Thielert?

5       A    Yeah.  We had differences of opinion

6   sometimes regarding how we should support customers

7   specifically, but I had no issues with Frank Thielert.

8            Out of curiosity, you're aware that Thielert

9   is still operating, right, to this day?

10      Q    That's what you're telling me?  You're

11  telling me Thielert is still operating?

12      A    I'm asking if you're aware of that.

13      Q    Let's not do a question and answer on the

14  record.

15      A    All right.

16           (Recess taken.)

17  BY MR. MCGRATH:

18      Q    I can't remember if I asked you this

19  earlier, so I just want to clear it up.  Diamond

20  Aircraft GmbH, who owns that?  Which entity owns that?

21      A    Christian Dries is the shareholder of

22  Diamond Aircraft GmbH.

23      Q    Is it held by APC Technology or any other

24  company?

25      A    No, not related, completely separate.

Case 0:11-cv-61663-FAM Document 87-26 Entered on FLSD Docket 04/03/2014 Page 105 of
Case 3:09-cv-00694-CRS-DW Document 76 Filed 12/13/11 Page 105 of 131 PageID #: 590
131

1      Q      With respect to Diamond Aircraft Industries,

2   Inc., I had asked before annual sales and I think you

3   told me --

4      A      I told you $20 million last year,

5   approximately.

6      Q      Is it a profitable company?

7      A      No.  We made a small profit in 2007 and have

8   made losses since then.

9      Q      Have you received any outside investors to

10  prop up the financial stability of the company?

11     A      To date, not Diamond Industries, Inc., but

12  you asked before also about the government loans.

13     Q      Right.

14     A      Those went to D-JET Corporation.  So that

15  went into the R&D.  Those were R&D eligible expenses.

16  So we received some support there.

17            Hans Trapp-Dries has been basically shoring

18  up the shortfall in the interim and we were seeking

19  investors.  We started an investor search late 2008,

20  early 2009.  We had several potential investors that

21  didn't work out.

22            One contracted with us, but ended up not

23  transacting and we're currently seeking investment and

24  are in investment discussions.

25     Q      Is Mr. Dries upholding the shortfall himself

Case 0:11-cv-61663-FAM Document 87-76 Entered on FLSD Docket 04/03/2014 Page 106 of 131
Case 3:09-cv-00694-CRS-DW Document 76 Filed 12/13/11 Page 106 of 131 PageID #: 691

106

 1    or through one of his companies?

 2         A    Mr. Trapp-Dries?

 3         Q    Yes.

 4         A    It's been a combination.  There's been very

 5    small amounts that he has personally injected, but

 6    it's always gone -- actually, that's not correct.

 7    It's gone through one of his other companies and we've

 8    received loans from other companies.

 9              So we've never received it directly from

10    him, but we've received it through another company.

11              MR. MCGRATH:  I don't have any further

12         questions.

13              MR. NELSON:  I just have a couple.

14                   CROSS EXAMINATION

15    BY MR. NELSON:

16         Q    The particular plane that we're talking

17    about, serial number AC-100 or N510TS, do you know the

18    chain of the title, how that went from Diamond

19    Aircraft Industries, Inc. and ultimately to Morris

20    Aviation?

21         A    I'm aware that that aircraft was originally

22    titled to somebody else.  It was delivered through a

23    Chicago area distributor.

24         Q    Who was that?

25         A    Great Lakes Diamond Aircraft Sales or at the

1    time it was called A&M Aviation.  I forget the name of

2    the individual that it was sold to or titled to, but

3    that happened in December, 2007.

4              I don't know exactly how that ended up then

5    going from there and ending up with Morris, but I

6    checked the record and as far as we're concerned, when

7    it was sold to Morris it was a used aircraft, because

8    the warranty had been activated back in December of

9    2007.

10        Q    That initial purchaser, does something like

11   Mark Ogier sound familiar?

12        A    Yeah, that's it.

13        Q    At the time of the Thielert insolvency, you

14   mentioned that there were several position holders or

15   folks who had deposits on TAE 42s, and the dealers

16   returned some deposits and some switched to other

17   positions.

18             Do you remember that?

19        A    Yes.

20        Q    Did any of the position-holders go through

21   with their purchase and acquire a DA42 with Thielert

22   engines after the insolvency?

23        A    I don't know for a fact that any of the

24   specific deposit-holders went through with

25   acquisition, but I do know that Thielert powered DA42s

Case 0:01-cv-61663-FAM Document 87-26 Entered on FLSD Docket 04/03/2014 Page 108 of
131
Case 3:03-cv-00644-CRS-DW Document 276 Filed 12/13/11 Page 109 of 131 PageID #: 898

108

1    were sold retail after that insolvency with a

2    purchaser knowing of insolvency.

3            MR. NELSON:  That's all I have.  We will

4        read.  I'm assuming you're ordering?

5            MR. GRIM:  Yes.

6            MR. NELSON:  I thank you folks very, very

7        much.

8            (Whereupon, the taking of the deposition was

9        concluded at 12:40 p.m.)

10                       - - -

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 0:11-cv-61663-FAM Document 27-26 Entered on FLSD Docket 04/03/2014 Page 109 of
Case 3:09-cv-00644-CRS-DW Document 76 Filed 12/13/11 Page 109 of 111 PageID #: 694
131

109

## CERTIFICATE OF OATH

I, Alice J. Teslicko, a Notary Public for
the State of Florida at large, do hereby certify
that the witness, Peter Maurer, appeared
personally before me and was duly sworn.

Signed and sealed this 12th day of October,
2011.


_____
Alice J. Teslicko


Commission No. EE031095
Expires December 14, 2014

Case 0:01-cv-61663-FAM Document 87-2 Entered on FLSD Docket 04/03/2014 Page 110 of
131
Case 3:09-cv-00694-CRS-DW Document 76 Filed 12/13/91 Page 110 of 114 PageID #: 1695

110

1                          CERTIFICATE

2    STATE OF FLORIDA        )
                             )      ss.
3    COUNTY OF DADE          )

4

5          I, ALICE TESLICKO, CSR, a Certified
     Shorthand Reporter and Notary Public for the State of
     Florida at Large, do hereby certify that I reported
6    the deposition of Peter Maurer, a witness called by
     the Plaintiff in the above-styled cause; and that the
7    foregoing pages, numbered from 1 to 109, inclusive,
     constitute a true and correct transcription of my
8    shorthand report of the deposition of said witness.

9          I further certify that I am not an attorney
     or counsel of any of the parties, nor a relative or
10   employee of counsel connected with the action, nor
     financially interested in the action.

11

12         WITNESS my hand and official seal in the
     City of Miami, County of Dade, State of Florida, this
     12th day of October, 2011.

13

14                          _____

15                          Alice J. Teslicko, CSR

16   My commission expires:
     December 14, 2014
17   Commission No. EE031095

18

19

20

21

22

23

24

25

CERTIFIED SHORTHAND REPORTERS, INC.
Miami 305-374-6545  Fort Lauderdale 954-925-6545

Case 9:11-cv-61663-FAM Document 87-76 Entered on FLSD Docket 04/03/2014 Page 111 of
131
Case 3:09-cv-00642-CRS-DW Document 76 Filed 12/13/91 Page 111 of 131 PageID #: 596

111

### ERRATA SHEET

#### F.R.C.P. RULE 1.310 PROVIDES IN PART:

(e)"...Any changes in form or substance that the
witness wants to make shall be entered upon a separate
correction page by the officer with a statement of the
reasons given by the witness for making them..."


PAGE/LINE            CHANGE/CORRECTION                    REASON


I, _____, do hereby certify that I have
read the foregoing transcript of my deposition, given
on _____, and that together with any
additions or corrections made herein, it is true and
correct.


                          _____
                                       Deponent

The foregoing instrument was acknowledged before me
this _____ day of _____, 2011, by
_____, who is personally known to me
or has produced _____ as identification
and who did not take an oath.

                          _____
                                     Notary Signature


                     NOTARY PUBLIC, State of Florida
                     _____
                               Commission Number

Case 0:11-cv-61663-FAM Document 97-2 Entered on FLSD Docket 04/03/2014 Page 112 of
131
Case 3:09-cv-00044-CRS-DW Document 76-1 Filed 12/31/10 Page 1 of 20 PageID #: 1397

# EXHIBITS 54-63

EXHIBIT
34
PENGAD 800-631-6989

# DA42 NG – The Next Generation Diesel Twin

The DA42, with its fuel efficient diesel engines, modern aerodynamics, all carbon airframe, Garmin G1000 glass flight deck and known icing certification, redefined the light twin market once already. With its next generation turbo-diesel, 170 hp AE 300 engines by Austro Engine GmbH (AEG), it is poised to do so again. With 25% more engine power and better high altitude engine performance than its predecessor, the DA42 NG will outperform across the board – take-off performance, climb performance, single engine performance and of course speed. At the same time, the AE 300 offers up to 15% better specific fuel consumption and economy power setting, preserving the range, endurance and economy that has made the DA42 famous.

## A new, well-financed aviation diesel development.

Austro Engine GmbH was specifically established in 2007 to create a new generation of general aviation powerplants. The AE 300 engine is developed by Austro Engine, with key technology partners, including MB Tech (Mercedes Benz) and Bosch – both companies with long histories of quality and customer service – providing engineering and production support for key components of the AEG engine. Combining their automotive engineering and production experience with Diamond's extensive aviation experience and insights acquired from building and operating a fleet of nearly 1,000 diesel-powered aircraft, AEG is well positioned to deliver the next generation powerplant.

Certification of the engine with EASA is well under way. Diamond aircraft from the DA40 to the DA42 will be updated with it, and have been flying the Austro engines since early 2008, and engine-level EASA certification is expected in fall 2008. Diamond plans to certify the engine on the DA42 under EASA by late 2008, with FAA certification expected by fall 2009.

## A next-generation engine.

Incorporating many improvements, the 170 hp AE 300 engine is truly a next-generation power plant.

- **Improved gearbox.** With a gearbox design life of 2400 hrs and a torsional vibration damper instead of a friction clutch, the AE 300 gearbox is designed to be low on maintenance requirements and high on reliability, eliminating all friction plates.
- **Engine mounting.** The 4-point tuned engine mount system vs. the predecessor's 3-point system improves already smooth engine operation.
- A cast iron crankcase vs an aluminum casting ensures durability and allows a higher power output.
- Improved turbocharger, air induction and cooling system improve high altitude performance. It's not just about horsepower, but how well you can keep that power to higher altitudes.
- Electronic and propeller governance, driven by a FADEC controlled servo vs integral prop regulator improves prop control and reliability.
- Integral oil / coolant heat exchanger eliminates external oil lines and oil cooler.
- All core automotive components are unmodified, ensuring that the demonstrated operating experience and reliability are applicable to the AE 300.

# DA42 L360 – Modern, affordable, robust light twin.



"I flew a proof-of-concept Lycoming-powered Twin Star back in the fall of that year (2004). All I can say is that the airplane's entry power (300 total horsepower versus the 270 horses of the 2.0 liter Centurion 1.7s) made the Lycoming Twin Star a hot rod by comparison. The engine leapt off the runway and climbed at well over 1,200 fpm. As our cruise flight, I must be put the Lycoming back its 25 inches of manifold pressure and 2,500 rpm to keep from busting the airframe's VNE of 161 KIAS (This prototype was limited to the DA40's 6-pane in the interest of safety). That would have been a 165% horsepower cruise at sea level. Climbing far up, the Lycoming Twin Star throttled up this power setting produced 161 KIAS. So if a performance you want, a Lycoming-powered Twin Star could certainly fill the bill. It is something that would make me want to take this American market with better parts and service for Lycoming engines."

Thomas A. Horne, AOPA Pilot, June 2004




Above, the original Lycoming-powered DA42. This prototype provided the basis of the cowlings for the new DA42 L360, at left, was almost complete.

Where AvGas is easily available, the Lycoming-equipped DA42 L360 offers a viable choice, especially for flight training operations. Introduced at the request of several light flight training customers, with an unexpected availability of O1-2009, the DA42 L360 is specifically focused on the North American market, with an eye towards flight training organizations and owner operators looking for an affordable "conventional" light twin. The well proven and robust Lycoming powerplant will guarantee years of trouble-free operations, with familiar operation and maintenance requirements, and a fuel burn of as low as 16 gph on both engine combined in high speed cruise, or 20 gph at 75% power cruise. Best of all, the DA42 L360 offers an anticipated upgrade path to an Austro Engine down the road to cover all of the bases now and in future – regardless of the availability and price of fuels.

## Performance.

With a 33% increase in power over the previous generation DA42, the DA42 Lycoming will outperform in performance across the board. Fast off the runway, with great climb performance, the cruise speed will make even longer trips seem speedy.

## Reliability and support.

With over 50,000 engines in the Lycoming IO-360 series in operation, the powerplant has earned a reputation for unmatched robustness and ease of maintenance. Diamond's DA40 XLS uses the same engine and its service history has been outstanding. A Diamond's existing Diamond Authorized Service Centers are already familiar with it, as are about all other maintenance shops in North America. Technical and parts support is established and well proven with a comprehensive powerplant warranty from Pennsylvania-based Lycoming. Thought it lacks the advancements of the single lever control FADEC engine management and the extreme low fuel burns of turbo-diesel engines, in maturity and lowest cost may be the choice for you.

DA000119



# For Immediate Release

January 28, 2009

## Austro Engine and Diamond Aircraft Industries receive Type Certification for the turbo-diesel airplane engine AE 300!

Diamond Aircraft Industries has received EASA Type Certificate EASA.E.200 for the turbo-diesel airplane engine E4 (AE 300).

According to Mr. Christian Dries, CEO of Diamond Aircraft Industries GmbH, and the Executive Management Team of Austro Engine GmbH, the certification of the E4 engine was achieved after 42 months of most intense development work and program costs of Euro 48 Million. "The complete program developed into one that was significantly more complex than originally anticipated. Only the full dedication of all participants, specifically the Austrian and European Airworthiness Authorities, MB Tech, Bosch General Aviation Technologies and our employees, enabled the successful conclusion of the certification process."

The issuance of this Type Certificate represents a most significant milestone and secures the future of the company.

There are already 27 Diamond DA42 NG with AE 300 engines on the production line, whose type certification is also expected imminently. Following will be AE 300 powered versions of the DA40 and the DA50. Based on the high demand, the AE 300 powered version of the MPP will also be certified as soon as possible. For the existing diesel engine powered Diamond fleet, a retrofit solution to convert to AE 300 power will be developed and offered.

Christian Dries, CEO of Diamond Aircraft Industries, and Thomas Mueller, General Manager of Austro Engine, are confident of a good future for the companies, despite the current difficult times.

For more information, visit www.diamond-air.at and www.austroengine.at



DA42 NG



Austro Engine



AE 300



EXHIBIT

55

PENGAD 800-631-6989

Case 0:11-cv-61663-FAM Document 97-2 Entered on FLSD Docket 04/03/2014 Page 115 of
131
Case 3:09-cv-00044-CRS-DW Document 76-11 Filed 12/13/10 Page 4 of 20 PageID #: 1600

| From: | Francois Gagnon |
|---|---|
| Sent: | Thursday, July 12, 2007 9:42 AM |
| To: | Peter Maurer |
| Subject: | Austro Engine GmbH 2.2 liter vs Lycoming TIO-360 |

**Now it is of public knowledge;**

**During our today's regular Teleconf with Lycoming on the TIO-360, what do I tell them when they get the cold shower and raise doubts about being able to make it on the DA 42 (Their main interest) and the DA 40 ?**

**Note that Lycoming has yet no parts made for the TIO-360, therefore they can easily withdraw from that program;**

**Do we still have an interest in the TIO-360 ?**



arch | Login | Imprint | Press

English     Products | Sales & Services | About us | Experience | Dia

he latest news
iamond Aircraft



42 Twin Star | DA40 Diamond Star | DA20-C1 | HK36 Super Dimona

ess | Press Releases | News Detail

ail     New engine for General Aviation

EXHIBIT
56
PENGAD 800-631-6989

DAI000281

Case 0:11-cv-61663-FAM Document 97-2 Entered on FLSD Docket 04/03/2014 Page 116 of
131
Case 3:09-cv-00044-CRS-DW Document 76-11 Filed 12/13/11 Page 5 of 20 PageID #: 1601

| | |
|---|---|
| **From:** | Peter Maurer |
| **Sent:** | Thursday, July 12, 2007 10:11 AM |
| **To:** | Francois Gagnon |
| **Cc:** | Don Uffen; Joe vander Heyden |
| **Subject:** | RE: Austro Engine GmbH 2.2 liter vs Lycoming TIO-360 |
| | |
| **Importance:** | High |

Francois, these issues must be handled at a senior level – if they address it, refer them to me. Don't volunteer any information if they don't ask. At Aero, Christian announced the engine programs and Ian Walsh was in the audience. Please focus on getting the technical aspect completed in a timely manner vs worrying about the business aspects.

Our internal discussions with Christian, knowing that we were developing our own engine, were that we would proceed with the TXL to an experimental stage and that based on a review at that time (cost, performance) we would decide re certification. Nothing has happened to change this from our perspective.

Regarding the DA42, the 170 hp will have one big issue – no counter rotating props. This was an issue with power on stalls on the Lyc prototype – never resolved or pursued. DAI-A needs to certify the engine, then the engine in the airplane, then FAA validations of everything, then the installation and certification in the DA42, etc etc. The engine is heavy so we need gross weight increases etc etc.. The only thing in my mind that would kill the Lycoming from our perspective is if it takes too long. If Lycoming decides to stop the program, that is a different matter.

Stay the course!

Peter

---

**From:** Francois Gagnon
**Sent:** Thursday, July 12, 2007 9:42 AM
**To:** Peter Maurer
**Subject:** Austro Engine GmbH 2.2 liter vs Lycoming TIO-360

Now it is of public knowledge;

During our today's regular Teleconf with Lycoming on the TIO-360, what do I tell them when they get the **cold shower** and raise doubts about being able to make it on the DA 42 (Their main interest) and the DA 40 ?

Note that Lycoming has yet no parts made for the TIO-360, therefore they can easily withdraw from that program;

Do we still have an interest in the TIO-360 ?



EXHIBIT

S7

PENGAD 800-631-6989

Case 0:11-cv-61663-FAM Document 97-2 Entered on FLSD Docket 04/03/2014 Page 117 of
131
Case 3:09-cv-00064-CRS-DW Document 76-11 Filed 12/19/14 Page 6 of 20 PageID #: 1602

| | |
|---|---|
| **From:** | Goldschmidt, Michael [M.Goldschmidt@diamond-air.at] |
| **Sent:** | Monday, August 27, 2007 3:34 AM |
| **To:** | Peter Maurer |
| **Cc:** | Moeller, Klaus-Dieter; Ulrich Rummel |
| **Subject:** | AW: DA42 Production |

Peter,

It's correct what you are proposing, however I think time has come to sit down with C.D and the management team to discuss as the number of questions and issues have risen to a level that all interrelates to each other.

- DA42 (what effort are we going to spend on engineering to make a better plane, what features)
- DA40 and 42 Austro Engine powerplants (availability for series production, do we keep 135 HP TAE as an option (that relates to pricing issues)
- Certification time DA40 and 42 with new Austro Engines powerplants
- DA40 W/F out of China (timing, cost for us, cost for JV, I wonder whether the JV can make a living as long as they need to import all material)
- MPP (what is the real status, I am hearing different stories on what we sold so far)
- DA20, HK36. Production in Varaczdin is still way out, not even started building construction
- DA50 (C.D is still talking about 2008 production)
- Sagem and other developments / projects e.g. I learned that we are looking into the possibility to produce our own carbon fibre.

We are only fighting day-to-day problems, no more serious planning.

Mit freundlichen Grüßen

with best regards

Michael Goldschmidt

DIAMOND AIRCRAFT INDUSTRIES GmbH

N. A. Ottostraße 5,

A-2700 Wiener Neustadt

Phone: +43-2622-26 700-101

Fax: +43-2622-26 700-109

email: m.goldschmidt@diamond-air.at

http://www.diamond-air.at

**Von:** Peter Maurer [mailto:pmaurer@diamondair.com]
**Gesendet:** Samstag, 25. August 2007 19:17
**An:** Goldschmidt, Michael; Moeller, Klaus-Dieter; Ulrich Rummel; Heike Larson
**Betreff:** RE: DA42 Production
**Wichtigkeit:** Hoch

EXHIBIT
58

This decision should not be based on the current backlog alone. While new orders are coming in and deliveries are 14 months out, we are certainly not selling at a rate of 240 per year at current prices and if we expedite the working off of the backlog, we will face the crunch sooner. I think it may be better to stabilize production and to achieve a sales rate that is equal to our production rate, targeting a 4 – 6 month steady backlog. We should run an analysis to see what impact increasing the production rate would have on the leadtime and based on projected steady state sales, and when the

DAI000283

cross-over point comes where we would be producing white tails and needing to cut production, before a decision is made to ramp up (see DA40 tdi!). Simply increasing production by 40 units will only reduce the delivery from 14 to 12 months unless we push back existing customers, which we should not do (but could of course do even now). To cover short term fleet demand, would require us to switch existing customers out of their positions, whether we increase production or not (this may be possible with the introduction of improvements – see below).

Complicating factors are the introduction of design changes, including GFC 700, WAAS, the 170 hp engines, etc. If we overproduce while announcing the new and improved airplane, which CD will undoubtedly do, we run the very real risk of a large number of white tails.

The DA42 and its supporting documentation require development. The parts catalogues are inadequate, the inspections take too much time and labor (30 to 40 hrs for a 100 hr inspection, that takes place every 3 weeks at a place like Embry Riddle) and we have reliability and operational issues that are not just engine related. These need to be resolved for the aircraft to be operated successfully and to ensure repeat business. Our dispatch reliability and "up-time" is poor and even with the low fuel burn, the overall ops cost, at least in the US, is not as good as it seems when factoring in low availability and high maintenance costs.

There are a couple of design issues we should also contemplate:

**GFC 700:**  C. Trieb tells me that only structural substantiation and flight manual revision, including data generation remain (2 man months).

**WAAS:**        Garmin is phasing out non WAAS equipment early next year and Trieb confirmed that there is no active project at Diamond to certify WAAS compatible equipment on the DA42 !!  We are introducing it on the Lycoming DA40 in October (STC).  (I am checking into availability of non-WAAS equipment).  Note: I assume that no one is working on the DA40-tdi either.

**Bubble canopy:**        Certified and being introduced on Lyc DA40, however we have no commitment to existing customers to offer this at this time.

**Proposal:**  Package the GFC 700, WAAS, bubble canopy, and perhaps some other improvements here and there for introduction, FAA and EASA certification and delivery in April 2008 (Sun'n'Fun and Berlin intro concurrently).  This will justify a good $$ increase and we can up-sell low $$ customers to improve our margin.  Introducing this will surely "liberate" some KAP 140 airplanes for fleetsales, as private customers upgrade.  In fact I expect that some will accept again delayed delivery once the improvements are announced such that KAP 140 aircraft could be available to Chuck as early as the announcement.

Concurrently we need to apply resources to deal with support and resolution of current issues.

Speaking to Mr. Dries, he indicates that he wants to soon announce the 2 ton 170 hp version and that he expects this to be available March or April 2008.  Because of the impending availability, in his opinion, he wants to invest no more development into the current DA42, i.e. no GFC 700.  If this is the case, we do not want to increase production!!  Clarity regarding the timelines for EASA as well as FAA and CAAC certification of the 170 hp engine, the DA40 tdi-170 and DA42 tdi-170 is needed.  WE NEED TO DEAL WITH THIS ISSUE!!

I suggest we have a conference call of those involved and to formulate a proposal for CD and to push it through.

Peter

---

**From:** Goldschmidt, Michael [mailto:M.Goldschmidt@diamond-air.at]
**Sent:** Friday, August 24, 2007 2:43 AM
**To:** Joe vander Heyden
**Cc:** Peter Maurer; Weinhart, Guenther; Moeller, Klaus-Dieter
**Subject:** DA42 Production

Joe,

DAI000284

Case 0:11-cv-61663-FAM Document 97-2 Entered on FLSD Docket 04/03/2014 Page 119 of
Case 3:09-cv-00044-CRS-DW Document 76-11 Filed 12/31/14 Page 8 of 20 PageID #: 1804
131

| | |
|---|---|
| **From:** | Peter Maurer |
| **Sent:** | Thursday, November 08, 2007 4:52 PM |
| **To:** | Paul Bertorelli |
| **Subject:** | FW: Interview on diesel folo - DRAFT RESPONSE |
| **Importance:** | High |

Sorry for late response, Peter

**From:** Paul Bertorelli [mailto:paul.bertorelli@belvoirpubs.com]
**Sent:** Friday, October 26, 2007 12:56 PM
**To:** Peter Maurer
**Subject:** RE: Interview on diesel folo

Peter:

EXHIBIT

59

PENGAD 800-631-6989

Here are my for-the-record questions for the diesel follow up:

How many Diamond-based Theilert aircraft are flying worldwide? How many in North America?

About 700 with most of them in high utilization operation. Approximately half are DA42's, with over a hundred of those delivered in North America.

Any idea of estimated total fleet hours?

TAE, who regularly collect FADEC download data, advise us that they estimate the Diamond world fleet time to be about 500,000 hours.

What is the estimate of the highest time engine in the fleet?

Engines are replaced at 1000 hours in accordance with the TAE 1000 hr TBR requirement. TAE advises us that to date approximately 50 engines had achieved the full TBR of 1000 hrs.

Have there been any inflight stoppages or engine failures?

There have been some cases, as you have documented. Some are engine specific, some are maintenance related and some are powerplant system related.

In general, has Diamond been satisfied with the performance and reliability of the 1.7 engines?

The engines are well matched to our airframes and generally perform very well. Regarding reliability it was obviously expected to experience some teething problems, as is common with any new and innovative product. Regardless of the amount of analysis and testing done, there is no substitute for real life operating experience. With the field experience feedback, improvements are developed both for the engine and its installation. Also as operators and maintainers gain experience, and operating and maintenance procedures are adjusted as required, the number of service difficulties diminish. This is a normal process, regardless of brand or product.

Of course we always wish that reliability were higher, regardless of engine brand, and we are continuously working with our engine suppliers, including TAE, to improve the reliability of our aircraft. In general, we have seen improved reliability with the DA42 installation vs the very early DA40D's, and at this point the new 2.0 engine is demonstrating higher initial reliability than we have seen with the 1.7 liter engines. The 1.7 liter engines are being replaced with 2.0 liter engines as they get to TBR and so eventually there will be only 2.0 liter engines in service.

In general, has Diamond been satisfied with Thielert's warranty and service support worldwide? And in North America?

As stated above, a certain level of teething problems were expected. Our opinion is that when a new technology is introduced by a company, extra special efforts need to be made to support the "early adopter" customers that are willing to accept the expected teething problems in return for the benefits of the modern technology. To be blunt we feel that there needs to be much more effort put into the support of the product, especially with regard to quick AOG response, both regarding troubleshooting support and parts availability. With our joint efforts we expect these improvements in the very near future.

Regarding warranty, we accept that TAE can demonstrate a certain task in a given time, however the complete job starts with pulling the aircraft into the hangar to doing all associated work and finishing when the aircraft is ready to hand over to the customer with all paperwork complete. If there is a genuine warranty issue, it isn't the customer's fault and neither the customer nor the service provider expect to bear part of the direct expenses associated with such a service difficulty. We are currently working with TAE to improve the warranty support.

Diamond and TAE are working jointly on the subject of improved customer support and we expect to implement significant improvements to the after sales service in the very near future.

**Diamond is sponsoring the Austro engine project, which clearly seems to be an indication that Diamond isn't satisfied with Thielert. If that's true, how soon might those engines be ready for market?**

Pursuing a new business doesn't necessarily indicate dissatisfaction with a current vendor, but recognition of a business opportunity. Diamond is currently producing a large number of aircraft, we are JV partners in the Diamond China operation and we currently have 2 airframes, including the DA40 and the twin engine DA42 that need such an engine. We see growth in the flight training aircraft market and as such expect to increase our production over the next several years. With many of our aircraft being utilized in high utilization operations, there is a significant business component related to after sales support, something that we currently only participate in to a limited extent. The initial Austro Engine project is a 170hp turbo-diesel engine which we feel will ultimately result in more capable Diamond aircraft. Our ability to have more influence on the engine design and features, including warranty, configuration and after sales support are main reasons for supporting such a project.

Initial domestic (EASA) certification is scheduled for mid next year. It is too early to reliably predict the "foreign" validations (e.g. FAA, Transport Canada) of Austro engine equipped Diamond aircraft and their introduction to the North American market.

**Last, if you can connect me with the Indonesian operator, that would be helpful. I'll have followup questions.**

Already done – separate e-mail

Best,

Paul Bertorelli
Editor
Aviation Consumer

**From:** Peter Maurer [mailto:pmaurer@diamondair.com]
**Sent:** Thursday, October 25, 2007 7:41 PM
**To:** Paul Bertorelli
**Subject:** RE: Interview on diesel folo

Paul,

Anytime – tonight is good if you call soon. Otherwise tomorrow.

DAI000291

Case 9:11-cv-61663-FAM Document 97-26 Entered on FLSD Docket 04/03/2014 Page 121 of
131
Case 3:09-cv-00644-CRS-DW Document 76 Filed 12/13/1 Page 10 of 20 PageID #1606

| | |
|---|---|
| **From:** | Peter Maurer |
| **Sent:** | Wednesday, June 13, 2007 11:48 AM |
| **To:** | Ulrich Rummel; Goldschmidt, Michael; Moeller, Klaus-Dieter |
| **Subject:** | FW: 2.0 L Costs |
| | |
| **Importance:** | High |

We need to address the costs for the TAE 2.0 on a priority basis!!!
Peter

**From:** Chuck Glass
**Sent:** Tuesday, June 12, 2007 10:01 PM
**To:** Peter Maurer
**Subject:** 答复: 2.0 L Costs

Peter,

I'm afraid this news cuts deep for all fleet customers, including ERAU. I have sold or am close to selling DA 42s for ERAU, Letourneau, Sabena, Shenzhen, JDF, F.I.T., an additional 8 for BPA, etc -- and have told them all that operating costs will be 60% of what they will now be faced with in the future. Such increased costs for private operators are an irritant, but much more significant for a fleet operator who uses the aircraft at a higher rate and has already factored the DOC into the company operating budget. These operators now face this 60% increase, which means an additional $37,248 in increased operating costs per airplane over 2400 hours.

This sudden, and I presume unilateral, action by Thielert puts us in a very vulnerable position unless something can be done to mollify the financial impact to our customers. Do we have any leverage with Thielert to have them change this policy or at least phase in these increased costs over a longer period of time? Most fleet customers will go through their engines within 2 years and, if Thielert would cover these costs for that period, it would allow us time to modify our marketing regarding DOCs. Such a phase in action by Thielert would also allow us time to change the price structure of the DA 42 to the point where we might even be able to cover some of those costs when the two year period was over.

If no relief can be provided to fleet customers, I will have to go to each of them and explain the operating cost change. I suspect that this may cause some -- maybe many -- to reconsider their purchases. At the very least, we will have many angry customers.

Chuck

**From:** Peter Maurer
**Sent:** 2007-6-12 (星期二) 15:24

EXHIBIT

60

PENGAD 800-831-6989

DAI000469

Case 9:11-cv-61663-FAM Document 97-276 Entered on FLSD Docket 04/03/2014 Page 122 of
Case 3:09-cv-00044-CRS-DW Document 76 Filed 12/13/11 Page 4 of 20 PageID #: 607
131

**To:** Chuck Glass
**Subject:** FW: 2.0 L Costs

What do we do with this info – I'm sure ERAU would want to know asap…

In total, Gary tells me a TAE 2.0 will cost $47,000 for 2400 hrs.  That's a lot more than a Lyc.

Peter

---

**From:** Gary Gaudreau
**Sent:** Sunday, June 10, 2007 7:29 PM
**To:** Pawel Gruszkiewicz (DAI-A)
**Cc:** Heike Larson; Klaus Möller (DAI-A); Chuck Glass; Peter Maurer
**Subject:** 2.0 L Costs

Pawel

Attached is a presentation from Thielert given to me by one of my sources.

I have personally not seen or heard anything Diamond-Austria or Thielert about the 2.0L engine that was any different then the 1.7L engine. According to the attached, Thielert no longer pays parts and labor to replace engine components at the 300 and 600 hour mark. Now the operator has to pay for parts and labor to replace components.

Were you aware of this???

Please advise.

Regards,

Gary Gaudreau
Customer Support Manager
**DIAMOND AIRCRAFT INDUSTRIES, INC.**
1560 Crumlin Sideroad
London, Ontario, Canada N5V 1S2
Phone: 519-457-4041
Fax: 519-457-4045
Email: ggaudreau@diamondair.com

DAI000470

Case 0:11-cv-61663-FAM Document 97-26 Entered on FLSD Docket 04/03/2014 Page 123 of
131
Case 3:09-cv-00644-CRB-DW Document 76 Filed 12/43/11 Page 42 of 20 PageID #1608

| | |
|---|---|
| **From:** | Goldschmidt, Michael [M.Goldschmidt@diamond-air.at] |
| **Sent:** | Tuesday, November 20, 2007 1:53 AM |
| **To:** | Peter Maurer |
| **Subject:** | Thielert Stock |
| **Attachments:** | B2519442;sz=1x1;ord=1195541433?; 070810_WWK_300x250_ym.gif?adxq=1191333615; finac.gif; fi▨  ; reference.gif; down_r.gif; selectorgray_1.gif; newd2.gif; imagebuttonyahoo01.jpg; im▨  ; 071116125x60produktgrafikenaltersvorsorgesiegerschweinsl.jpg; 07켈˘; postbankotgifbonusneugeldv01125x600910111.gif;   B2☐☐ ªdo;sz=1x  !ord=  do5414(; salopp125x6rot.gif; sa☐☐  Îдo5x6rot  !if; edit2.gif; t? s=T3C.DE; track_trns_1.gif; download_trns_1.gif; butto2.gif; finan1.gif; addtomyyahoo4.gif; rss.gif; 07鞭˘  2&; 300x125zert.jpg; 30鞭˘; 30鞭˘; mail_1.gif; ymes1.jpg; 20483043; 20沦 K; 20沦  ; thfi.gif; beaconimg.php?promoid=FINANCEDE&eventid=42191; be沦  ; b? P=ZQMYfdkMBXkBaa9xRnpmJQh_UHiMDEdCg7kAAMq0&T=16m8qlfk6/X=1195541433/E= 97060074/R=defin99/K=5/V=3.1/W=JR/Y=DE/F= 1713561483/H=Y2FjaGVoaW50PSI5NzA2MDA3NCIgdGlja2VyPSJUM0MuREUiIGNvbnRlbn Q9InRpY2tlcj1UM0MuREU7Ig--/Q=-1/S=1/J=DE050CD9 |

Thielert stock goes down the drain. Lost over 50% in a month. Investors loose patience or confidence or both.

---

Yahoo! Deutschland   Mein Yahoo!   Mail

YAHOO! FINANZEN   **Anmelden**   Neuer Nutzer? Registrieren
DEUTSCHLAND

Suche
im     [        ] [Suche]
Web

Finanzen Startseite - Hilfe

Dienstag, 20 November 2007, 07:50 - Xetra-Handel öffnet in 1 Stunde 10 Minuten. DAX -1,32% TecDAX -4,08%

- Startseite
- Börse & Kurse
- Nachrichten
- Geld & Vorsorge
- Diskussionsforen
- Meine Portfolios
-
- Portfolios bearbeiten
- Portfolios erstellen

- Indizes
- Gewinner & Verlierer
- IPO
- Fonds
- Zertifikate
- Währungsrechner
  - DAX
  - TecDAX
  - MDAX
  - SDAX
  - Branchen
  - Dow Jones
  - Nasdaq
  - Nasdaq100
  - EuroStoxx 50
  - EUR/USD
  - Indizes

**Kurse abfragen[        ] [Deutschland ∨] [Kurse abfragen]|**

EXHIBIT
61

PENGAD 800-631-6989

DAI000499

Case 0:11-cv-61663-FAM Document 97-26 Entered on FLSD Docket 04/03/2014 Page 124 of
131
Case 3:09-cv-00644-CRB-DW Document 76 Filed 12/43/11 Page 40 of 20 PageID #4609

Nachrichtensuche[        ] [Nachrichtensuche]

**THIELERT N (WKN 605207)**                         Um Nov 19: **10,00 €**  ↓0,90 (8,26%)

T3C
**Kurse**
▶Übersicht
Real-Time
Börsenplätze
Historische Kurse
Kurshistorie
**Derivate**
Hebelprodukte
Anlageprodukte
**Charts**
Standard Chart
Technischer Chart
**Technische Analyse**
Fundamentale Analyse
**News & Infos**
Nachrichten
Termine
Diskussionsforum NEW
**Unternehmensdaten**
Profil
**Analysen**
Analystenmeinungen
Analystenerwartungen
Research Reports
Up/Downgrades
**Besitzverhältnisse**
Hauptgesellschafter
Insider Transaktionen
Indizes







x-markets
**X**
☑
Deutsche Bank
VaR Risiko – Matrix       Beste Riester–Rente       Extragroße Zinsen       präsentiert Derivate

**THIELERT N** (XETRA : WKN 605207/ISIN DE0006052079)          Bearbeiten

| | | | | |
|---|---|---|---|---|
| Letzter Kurs: | **10,00 €** | Tagesspanne: | 9,86 - 11,04 | |
| Kurszeit: | 19 Nov | 52W Spanne: | 10,55 - 25,95 | |
| Veränderung: | ↓0,90 (8,26%) | Volumen: | 296.504 | |
| Letzt. Schluß: | 10,00 | Ø Volumen: | 139.835 | |
| Eröffnungskurs: | 11,00 | Mkt. Kap.: | 211,92 Mio | |
| Geldkurs: | 9,95 | KGV (ttm): | 38,46 x | |
| Briefkurs: | 9,97 | EPS : | 0,26€ | |
| Kursziel 1J: | 20,80€ | DpA: | N/A | |



T3C.DE
11.5
11.0
10.5
10.0
9.5
10am 12pm 2pm 4pm
1T  5T  3M  6M  1J  2J

✉T3C.DE zum Portfolio hinzufügen   ⬇ Kursdaten downloaden   ✎ Auf comdirect.de handeln   🖉Aktuelle Finanzinformationen auf
Ihrem Handy

**NACHRICHTEN**

• Thielert verbucht Umsatz- und Ergebnisplus

☒
**KENNZAHLEN**

DAI000500

Case 0:11-cv-61663-FAM Document 97-26 Entered on FLSD Docket 04/03/2014 Page 125 of
131
Case 3:09-cv-00644-CRS-DW Document 76 Filed 12/43/13 Page 44 of 20 PageID #:4500

finanzen.net (Mi 14 Nov)

- Flugzeugmotorenbauer Thielert mit Umsatz- und Gewinnsprung

dpa-afx (Mi 14 Nov)

- Ausblick: Die Märkte am Mittwoch

finanzen.net (Mi 14 Nov)

- ots.CorporateNews: Thielert AG folgt weiter dem Wachstumspfad

dpa-afx (Mi 14 Nov)

- Mittwoch: Termine, Wirtschaftsdaten, Quartalszahlen

Börse Go (Di 13 Nov)

- Ausblick: Unternehmens- und Wirtschaftstermine vom Mittwoch

finanzen.net (Di 13 Nov)

- Thielert neues Kursziel

Finanzen.net (Fr 9 Nov)

- Unternehmenskalender 14.11.2007

Boersenreport (Mi 7 Nov)

- euro adhoc-Stimmrechte: Thielert AG

dpa-afx (Di 6 Nov)

- dpa-AFX Überblick: ANALYSTEN-EINSTUFUNGEN vom 05.11.2007

dpa-afx (Mo 5 Nov)

**Weitere Nachrichten für T3C.DE...**

T3C.DE Nachrichten zu Mein Yahoo! hinzufügen:

| Veränderung(1 J): | -46,04% |
|---|---|
| Gleitender Durchschnitt (200): | 19,11 |
| Rendite (DpA): | N/A |
| Div. Datum: | N/A |

**Weitere Kennzahlen...**



**ANALYSTENMEINUNGEN**

| EPA (1 Jahr): | 0,90€ |
|---|---|
| Umsatz (1 Jahr): | 117,69 Mio |
| Nettoverschuldung*(1 Jahr): | 18,17 Mio |
| Mittelwert Kursziel: | 20,80€ |

**Meinungen - Erwartungen**

☒ Zum Portfolio hinzufügen  ☒ Per Mail senden  ⋇ Portfolio in Yahoo! Messenger

**Kurs Übersicht** für andere WKN: [        ][Xetra V][Suchen] WKN Suche

- Marktüberblick  •  Indizes

Copyright © 2007 Yahoo! Deutschland GmbH. Alle Rechte vorbehalten.
Feedback & Kritik | Wir über uns | Jobs@Yahoo! | Yahoo! auf Ihrer Homepage | AGB
Kurse und Informationen werden von verschiedenen unabhängigen Anbietern geliefert. Diese können bei unser Yahoo! Finanzen Partner Seite einsehen. Dividenden- und Finanzdaten bereitgestellt von Thomson Financial

----------------------------------------
-------------------- Diese Information ist vertraulich und ausschliesslich zur Kenntnisnahme durch den (die)

DAI000501

genannten Adressaten bestimmt. Wenn Sie nicht der vorgesehene Adressat sind, informieren Sie uns bitte unverzueglich. The information herein is confidential and intended solely for the attention and use of the named addressee(s). If you are not the intended recipient please inform us immediately. -------------------------------------- ------------------------------------------------------------------------------------------------------------

DAI000502

**From:** Peter Maurer
**Sent:** Tuesday, November 20, 2007 9:25 AM
**To:** Goldschmidt, Michael

Wow, good news on the TAE stock – he'll be bankrupt soon! Oh wait, we aren't finished with our engine – what will we do now? Quick get the DA42 Lycoming certified....or maybe we will take over TAE – but then we have to carry his warranty obligations – what do we do now? Oh, well – main thing is that Thielert is dying. Might kill us too, but we WIN!

**From:** Goldschmidt, Michael [mailto:M.Goldschmidt@diamond-air.at]
**Sent:** Tuesday, November 20, 2007 1:45 AM
**To:** Peter Maurer
**Subject:** AW:

Great, I know, however C.D insisted on it. We tried to convince him that this is foolish, but to no avail.

Mit freundlichen Grüßen

with best regards

Michael Goldschmidt

DIAMOND AIRCRAFT INDUSTRIES GmbH

N. A. Ottostraße 5.

A-2700 Wiener Neustadt

Phone: +43-2622-26 700-101

Fax: +43-2622-26 700-109

email: m.goldschmidt@diamond-air.at

http://www.diamond-air.at

**Von:** Peter Maurer [mailto:pmaurer@diamondair.com]
**Gesendet:** Dienstag, 20. November 2007 00:44
**An:** Goldschmidt, Michael
**Betreff:** FW:
**Wichtigkeit:** Hoch

Great!

**From:** Gruszkiewicz, Pawel [mailto:P.Gruszkiewicz@diamond-air.at] **On Behalf Of** Diamond Aircraft-Product Support
**Sent:** Monday, November 19, 2007 11:48 AM
**Subject:**
**Importance:** High

Dear Diamond Customer, Operator, Service Center or Sales Partner,

Please be informed that Diamond Aircraft Industries GmbH recommends to perform a Cylinder Pressure Loss Test every 50 flight hours on 1.7l TAE engines if installed in accordance with TAE 125-01 RM-02-01, chapter 37, latest effective issue.

DAI000503

| | |
|---|---|
| **From:** | Goldschmidt, Michael [M.Goldschmidt@diamond-air.at] |
| **Sent:** | Tuesday, November 20, 2007 9:27 AM |
| **To:** | Peter Maurer |
| **Subject:** | AW: |

Ich sitze im Bonker, mitten in Berlin.........


Mit freundlichen Grüßen

with best regards

Michael Goldschmidt

DIAMOND AIRCRAFT INDUSTRIES GmbH

N. A. Ottostraße 5,

A-2700 Wiener Neustadt

Phone: +43-2622-26 700-101

Fax: +43-2622-26 700-109

email: m.goldschmidt@diamond-air.at

http://www.diamond-air.at


**Von:** Peter Maurer [mailto:pmaurer@diamondair.com]
**Gesendet:** Dienstag, 20. November 2007 15:25
**An:** Goldschmidt, Michael
**Betreff:**

Wow, good news on the TAE stock – he'll be bankrupt soon!  Oh wait, we aren't finished with our engine – what will we do now?  Quick get the DA42 Lycoming certified….or maybe we will take over TAE – but then we have to carry his warranty obligations – what do we do now?  Oh, well – main thing is that Thielert is dying.  Might kill us too, but we WIN!

**From:** Goldschmidt, Michael [mailto:M.Goldschmidt@diamond-air.at]
**Sent:** Tuesday, November 20, 2007 1:45 AM
**To:** Peter Maurer
**Subject:** AW:

Great, I know, however C.D insisted on it. We tried to convince him that this is foolish, but to no avail.


Mit freundlichen Grüßen

with best regards

Michael Goldschmidt

DIAMOND AIRCRAFT INDUSTRIES GmbH

N. A. Ottostraße 5,



EXHIBIT

62

DAI000448

Case 9:11-cv-61663-FAM Document 97-26 Entered on FLSD Docket 04/03/2014 Page 129 of
131
Case 9:09-cv-00644-CRS-DW Document 276 Filed 12/43/1 Page 48 of 20 PageID #: 18 04

A-2700 Wiener Neustadt

Phone: +43-2622-26 700-101

Fax: +43-2622-26 700-109

email: m.goldschmidt@diamond-air.at

http://www.diamond-air.at

---

**Von:** Peter Maurer [mailto:pmaurer@diamondair.com]
**Gesendet:** Dienstag, 20. November 2007 00:44
**An:** Goldschmidt, Michael
**Betreff:** FW:
**Wichtigkeit:** Hoch

Great!

---

**From:** Gruszkiewicz, Pawel [mailto:P.Gruszkiewicz@diamond-air.at] **On Behalf Of** Diamond Aircraft-Product Support
**Sent:** Monday, November 19, 2007 11:48 AM
**Subject:**
**Importance:** High

Dear Diamond Customer, Operator, Service Center or Sales Partner,

Please be informed that Diamond Aircraft Industries GmbH recommends to perform a Cylinder Pressure Loss Test every 50 flight hours on 1.7l TAE engines if installed in accordance with TAE 125-01 RM-02-01, chapter 37, latest effective issue.

In case that the differential pressure values drop below the published limits, please contact the engine manufacturer Thielert Aircraft Engines and additionally inform Diamond Aircraft Industries After Sales Support.

Please note that the costs to perform this test will not be borne by Diamond Aircraft Industries GmbH.

with best regards

Diamond Aircraft After Sales Support
-----------------------------------------------------------------
DIAMOND AIRCRAFT INDUSTRIES GmbH
N.A. Otto-Straße 5
A-2700 Wiener Neustadt
Tel: 0043-2622-26700
Fax: 0043-2622-26620
e-mail: support@diamond-air.at
Internet: http://www.diamond-air.at
-----------------------------------------------------------------


--------------------------------------------------------------------------------------------------------

Diese Information ist vertraulich und ausschliesslich zur Kenntnisnahme durch den (die) genannten Adressaten bestimmt.

Wenn Sie nicht der vorgesehene Adressat sind, informieren Sie uns bitte unverzueglich.

The information herein is confidential and intended solely for the attention and use of the named addressee(s).

If you are not the intended recipient please inform us immediately.

DAI000449

| From: | Peter Maurer |
|---|---|
| Sent: | Friday, April 11, 2008 10:48 AM |
| To: | Ken Harness |
| Subject: | RE: Thielert News - Cash Flow Crisis |

Not actually that bad – call and I can explain…

**From:** Ken Harness
**Sent:** Friday, April 11, 2008 10:47 AM
**To:** Udo Hanemann; Peter Maurer
**Subject:** RE: Thielert News - Cash Flow Crisis

Not good at all!

**From:** Udo Hanemann
**Sent:** April 11, 2008 9:58 AM
**To:** Peter Maurer; Ken Harness
**Subject:** Thielert News - Cash Flow Crisis

Gentlemen!

I just received the following email, which I am passing on - in case you haven't seen it:

http://www.bloomberg.com/apps/news?pid=20601085&sid=aGhyDnXVyPHU&refer=europe

### Thielert Falls on Plan to Sell Shares, Replace Chief (Update2)

By Joseph Mapother and Nadja Brandt

April 10 (Bloomberg) -- Thielert AG, the German manufacturer of aircraft engines, fell the most since 2005 in Frankfurt trading after saying it will sell shares to cover a cash shortage and replace Chief Executive Officer Frank Thielert.

Thielert slumped as much as 2.16 euros, or 46 percent, to 2.53 euros, the steepest decline since its initial share sale in November 2005. The stock traded at 2.83 euros as of 1:44 p.m., giving the Hamburg-based company a market value of 59.9 million euros ($95 million). It's the second-biggest loser in Germany's 682-stock CDAX Performance Index.

Thielert faces an ``urgent'' liquidity crisis and plans to raise as much as 24.4 million euros selling shares, it said in a statement. The company requires about 13.6 million euros to cover its needs until June 30 and between 20 million euros and 24 million euros for the period until the end of the first quarter of 2009.

Chief Financial Officer Roswitha Grosser also has been asked to leave the two-person management board, the company said.

``Anyone who was surprised has been sleeping for the past weeks,'' said Jochen Klusmann, an analyst at BHF Bank in Frankfurt, who had a ``sell'' rating on the stock until last month, when the bank dropped coverage. ``The bottom line is the company has booked relatively high sales and profit, but never has had good cash flow.''

EXHIBIT

63

PENGAD 800-451-6989

DAI000491

Last month, Thielert postponed publication of its 2007 financial report until the end of April because it said it needed more time to complete audits for previous years. The delay came after a German court invalidated financial statements from 2003 to 2005 because of a violation of valuation regulations.

`Urgent' Liquidity Crisis

Thielert ``is threatened by an urgent liquidity crisis, which was triggered by investments already made and delays with the series delivery of airplane engines to airplane manufacturers,'' the company said its statement.

Thielert Vermoegensverwaltung and other shareholders have granted a 2.65 million-euro loan, which is due for repayment March 14, 2010. In addition, banks have granted new credit lines totaling 5.5 million euros and have previously agreed to stand- still commitments with respect to existing credit lines.

Spokesman Sebastian Wentzler couldn't immediately be reached for comment.

The supervisory board has begun a search for a candidate to replace Thielert, who agreed to continue to serve on the management board as chief operating officer once a new CEO is appointed, the company said.

To contact the reporter on this story: Joseph Mapother in Frankfurt at jmapother1@bloomberg.net

*Last Updated: April 10, 2008 07:46 EDT*

DAI000492