UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO:  11-61663-CIV-MORENO

AIRCRAFT GUARANTY CORPORATION,
TRUSTEE OF CONTINENT AIRCRAFT
TRUST 1087,

    Plaintiff,

v.

DIAMOND AIRCRAFT INDUSTRIES, INC.;
DIAMOND AIRCRAFT INDUSTRIES, GMBH;
and DIAMOND AIRCRAFT SALES U.S.A., INC.,

    Defendants.
_____/

**DEFENDANT DIAMOND AIRCRAFT INDUSTRIES, GMBH'S
NOTICE OF FILING DECLARATION OF CHRISTIAN DRIES**

    Defendant Diamond Aircraft Industries, GmbH ("Diamond Austria") hereby gives notice of filing the Declaration of Christian Dries in support of Diamond Austria's Motion to Dismiss for Lack of Subject Matter Jurisdiction, For Lack of Personal Jurisdiction, or, in the Alternative, For Failure to State a Claim and Incorporated Memorandum of Law.

29418986.1

        Respectfully submitted,

        s/ Benjamine Reid
        Benjamine Reid, FBN 183522
        breid@cfjblaw.com
        Paul R. Borr, FBN 027515
        pborr@cfjblaw.com
        CARLTON FIELDS JORDEN BURT
        Miami Tower
        100 S.E. Second St., Ste. 4200
        Miami, Florida  33131-2113
        Tel:  305.539.7222
        Fax:  305.530.0055
        *Attorneys for Diamond Aircraft Industries, GmbH*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this document was served by CM/ECF on April 3, 2014, on all counsel of record on the Service List below:

        s/ Benjamine Reid
        Benjamine Reid, FBN 183522
        breid@cfjblaw.com
        Paul R. Borr, FBN 027515
        pborr@cfjblaw.com
        CARLTON FIELDS JORDEN BURT
        Miami Tower
        100 S.E. Second St., Ste. 4200
        Miami, Florida  33131-2113
        Tel:  305.539.7222
        Fax:  305.530.0055
        *Attorneys for Diamond Aircraft Industries, GmbH*

## SERVICE LIST

Michael A. Grim
*Admitted pro hac vice*
mgrim@bgdlegal.com
BINGHAM GREENEBAUM DOLL, LLP
3500 National City Tower
101 South Fifth Street
Louisville, KY 40202
Tel: (502) 589-4200
Fax: (502) 587-3695

V. Brandon McGrath
*Admitted pro hac vice*
bmcgrath@bgdlegal.com
BINGHAM GREENEBAUM DOLL, LLP
2350 First Financial Center
255 East Fifth Street
Cincinnati, OH 45202
Tel: (513) 455-7643
Fax: (513) 455-8500

Juan Martinez, FBN 9024
juan.martinez@gray-robinson.com
GRAY ROBINSON P.A.
1221 Brickell Avenue, Suite 1600
Miami, FL 33131-0014
Tel: (305) 416-6880
Fax: (305) 416-6887

*Attorneys for Plaintiff*

Carl R. Nelson, FBN 280186
carl.nelson@bipc.com
Ashley Bruce Trehan, FBN 0043411
ashley.trehan@bipc.com
Scott A. Richards, FBN 0072657
scott.richards@bipc.com
BUCHANAN INGERSOLL & ROONEY /
FOWLER WHITE BOGGS
501 E. Kennedy Blvd., Suite 1700
Tampa, FL 33602
Tel: (813) 228-7411
Fax: (813) 229-8313

*Attorneys for Defendants Diamond Aircraft Industries, Inc. and Diamond Aircraft Sales U.S.A., Inc.*