UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 11-61663-CIV-MORENO

AIRCRAFT GUARANTY CORPORATION,
TRUSTEE OF CONTINENT AIRCRAFT
TRUST 1087,

    Plaintiff,

v.

DIAMOND AIRCRAFT INDUSTRIES, INC.;
DIAMOND AIRCRAFT INDUSTRIES, GMBH;
and DIAMOND AIRCRAFT SALES U.S.A., INC.,

    Defendants.
_____/

## DECLARATION OF CHRISTIAN DRIES

Pursuant to 28 USC § 1746, Christian Dries declares as follows:

1. My name is Christian Dries. I am over the age of 18, have personal knowledge of the matters set forth herein, and am competent to testify thereto.

2. I am a citizen of Austria and a resident of Wiener Neustadt, Austria.

3. I am the President and Chief Executive Officer ("C.E.O.") of Diamond Aircraft Industries, GmbH ("Diamond Austria").

### Background

4. Diamond Austria (as well as its predecessor company) has been headquartered in Wiener Neustadt, Austria since 1990. Diamond Austria designs and manufactures light aircraft. One type of aircraft designed and manufactured by Diamond Austria is the DA42, a twin-engine plane designed for the general aviation market and for training purposes.

5. DA42 aircraft have been sold in the United States since approximately 2006. For a short time, DA42s that were sold to customers in the United States were produced by Diamond Austria and were sold by Diamond Austria to Diamond Aircraft Industries, Inc. ("Diamond Canada") to be sold in the United States. Later, however, DA42s that were sold in the United States were produced by Diamond Canada.

6. Diamond Austria's ownership structure is as follows:

   a. Diamond Austria is wholly owned by Diamond Informatics GmbH ("Diamond Informatics"). Diamond Informatics is an Austrian corporation with its principal place of business in Austria.

   b. Diamond Informatics is wholly owned by Diamond Verwaltungs GmbH ("Diamond Verwaltungs"). Diamond Verwaltungs is an Austrian corporation with its principal place of business in Austria.

   c. Diamond Verwaltungs is owned by three parties. TVH Verwaltungsgesellschaft mbH ("TVH") owns 40%; I, Christian Dries, own 10%; and Luftwesen Technologie GmbH owns 50%. TVH is an Austrian limited liability company with its principal place of business in Austria. Luftwesen Technologie GmbH is an Austrian corporation with its principal place of business in Austria.

   d. I, Christian Dries, wholly own TVH. As stated above, I am a resident of Wiener Neustadt, Austria.

7. Diamond Canada's ownership structure is as follows:

   a. Diamond Canada is owned by APC Aviation Production Company GmbH ("APC"). APC is an Austrian corporation with its principal place of business in Austria.

   b. APC is owned by Johannes Trapp-Dries. Johannes Trapp-Dries is a resident of Krumbach, Austria.

8. Diamond Austria has no ownership interest in Diamond Canada or APC. Neither Diamond Canada nor APC is a subsidiary of Diamond Austria.

9. Diamond Aircraft Sales U.S.A., Inc. ("Diamond U.S.A.") is a wholly owned subsidiary of Diamond Canada.

2

10. Diamond Austria, Diamond Informatics, Diamond Verwaltungs, and TVH have no ownership interest in Diamond Canada, Diamond U.S.A., or APC. I have no ownership interest in Diamond Canada, Diamond U.S.A., or APC.

11. Diamond Austria, Diamond Canada, and Diamond U.S.A. are independent legal entities. The ownership of Diamond Canada and Diamond U.S.A. does not overlap with the ownership of Diamond Austria.

### Diamond Austria's Lack of Contacts With the State of Florida

12. Diamond Austria has few to no contacts with the State of Florida. Specifically:

   a. Diamond Austria has never been incorporated in Florida, has never registered to do business in Florida, and does not conduct business in Florida. Diamond Austria conducts business solely out of Austria.

   b. Diamond Austria has no offices, facilities, real property, assets, bank accounts, or investments in Florida.

   c. Diamond Austria has no employees, officers, directors, owners, shareholders, agents, or subsidiaries in Florida.

   d. Diamond Austria has no mailing address or telephone number in Florida.

   e. Diamond Austria has never filed taxes or administrative reports in Florida.

   f. Diamond Austria has never distributed print advertising materials in Florida, has never aired a radio or television advertisement in Florida, and has otherwise never advertised directly in Florida.

   g. Diamond Austria has never owned, leased, or used real property in Florida.

   h. Diamond Austria has no physical presence in Florida.

   i. Diamond Austria has never consented to the jurisdiction of any court in Florida.

13. Diamond Austria does not sell and has not sold aircraft directly to any person or business (including independent dealers and retail customers) in the State of Florida. Diamond

Austria has no contracts with individual retail purchasers in the State of Florida. Diamond Austria has no contracts with service centers in the State of Florida.

14. Diamond Austria's products are not specifically designed for the Florida market. Diamond Austria has not specifically intended to serve the Florida market.

15. Any sales in Florida would have happened through Diamond Canada, Diamond U.S.A., and a third-party, unrelated independent dealer in the United States.

16. Diamond Austria has no ownership interest in any United States independent dealers. Diamond Austria does not have contracts with United States independent dealers that sell Diamond aircraft. Diamond Austria has no authority to—and, in fact, does not—exercise control over such independent dealers. Diamond Austria has not acknowledged and does not acknowledge that any independent dealer was or is its agent. Diamond Austria has not exerted and does not exert control over independent dealers' day-to-day activities. Diamond Austria has never represented such independent dealers to be its agents.

17. The United States independent dealer located in Florida is Premier Aircraft Sales, Inc. ("Premier"). Diamond Austria has no ownership interest in Premier. Diamond Austria has no relationship or contract with Premier. Diamond Austria has no control over Premier. Premier is not an agent of Diamond Austria. Diamond Austria has no authority to—and, in fact, does not—exercise control over Premier. Diamond Austria has not acknowledged and does not acknowledge that Premier was or is its agent. Diamond Austria has not exerted and does not exert control over Premier's day-to-day activities. Diamond Austria has never represented Premier to be its agent.

18. Diamond Austria has entered into a Memorandum of Understanding with the Florida-based Embry-Riddle Aeronautical University ("Embry-Riddle"). This Memorandum of

4

Understanding was executed in Paris, France in June 2013. The Memorandum of Understanding expressly did not create a partnership, joint venture, agency relationship, or any other business organization or entity. The Memorandum of Understanding did not create any obligations on behalf of either party, but rather, contemplated joint research and development projects to take place in the future.

19. To date, the projects and operations contemplated by the Memorandum of Understanding have not materialized. No purchases have been made by Embry-Riddle from Diamond Austria.

20. I have attended two events in Florida.

   a. In 2012, I attended an exhibition called "Wings and Waves" in Daytona, Florida. This exhibition showcased three jet demonstration teams, including the United States Air Force Thunderbirds, and was free and open to the public. This exhibition was not a tradeshow. There was no static display, selling, purchasing, or soliciting of aircraft. It was a demonstration for entertainment purposes.

   b. In 2002, I attended the Sun 'n' Fun International Fly-In & Expo in Lakeland, Florida. At this expo, Diamond Canada had a static display. This 2002 event is the last trade show or expo I have attended in Florida.

21. Diamond Austria maintains a website available to the general public, www.diamond-air.at. This website is operated separately from Diamond Canada's website, www.diamondaircraft.com.

### Plaintiff's Aircraft

22. Diamond Austria has no contacts with the state of Florida that relate to the allegations in Plaintiff's claims set forth in the Second Amended Complaint (Doc. 62).

23. The aircraft at issue in this action has the serial number 42.AC076 and the Federal Aviation Administration ("FAA") registration number N56KD.

24. The aircraft's serial number indicates that this aircraft was produced by Diamond Canada, not Diamond Austria.

25. Diamond Austria was not involved in any sales of this specific aircraft at any point.

26. Diamond Austria had no knowledge that this specific aircraft would be sold in Florida.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on ____1. 4.____, 2014.

_____
Christian Dries