# Exhibit A

**FILE NOW: FILING FEE AFTER MAY 1ST IS $550.00**

| PROFIT CORPORATION ANNUAL REPORT 1998 |  | FLORIDA DEPARTMENT OF STATE **Sandra B. Mortham** Secretary of State DIVISION OF CORPORATIONS |
|---|---|---|

**FILED**
**Mar 23 1998 8:00am**
**Secretary of State**

DOCUMENT # **F97000002712 (4)**

1. Corporation Name
DIAMOND AIRCRAFT SALES U.S.A. INC.



| Principal Place of Business | Mailing Address |
|---|---|
| 3100 AIRMAN'S DRIVE FORT PIERCE FL 34946 | 3100 AIRMAN'S DRIVE FORT PIERCE FL 34946 |

DO NOT WRITE IN THIS SPACE

3. Date Incorporated or Qualified
**05/21/1997**

| 2. Principal Place of Business | 2a. Mailing Address | 4. FEI Number | X Applied For / Not Applicable |
|---|---|---|---|
| 21 1459 Tallevast Road | 26 1459 Tallevast Road | | |
| Suite, Apt #, etc | Suite, Apt #, etc. 27 | 5. Certificate of Status Desired ☐ | **$8.75** Additional Fee Required |
| City & State 23 Sarasota, FL | City & State 28 Sarasota, FL | 6. Election Campaign Financing Trust Fund Contribution ☐ | **$5.00** May Be Added to Fees |
| Zip 24 34243 | Country 25 U.S.A. | Zip 29 34243 | Country 30 U.S.A. |

8. This corporation owes or has paid the current year Intangible Personal Property Tax due June 30. ☐ Yes ☒ No

| 9. Name and Address of Current Registered Agent | 10. Name and Address of New Registered Agent |
|---|---|
| PARR, E G ESQUIRE 695 ROYAL PALM PLACE VERO BEACH FL 32960 | 8.1 Name **Betty J. Rector** 8.2 Street Address (P.O. Box Number is Not Acceptable) **461 East Airport Avenue, #107** 8.3 8.4 City **Venice** FL 8.5 Zip Code **34285** |

11. Pursuant to the provisions of Sections 607.0502 and 607.1508, Florida Statutes, the above-named corporation submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. Such change was authorized by the corporation's board of directors. I hereby accept the appointment as registered agent, and I am familiar with, and accept the obligations of, Section 607.0505, Florida Statutes.

SIGNATURE: _Betty J Rector_    3/17/98
Signature, typed or printed name of registered agent and title if applicable    (NOTE: Registered Agent signature required when reinstating)    DATE

| 12. | OFFICERS AND DIRECTORS | 13. | ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 12 |
|---|---|---|---|
| TITLE | PC ☐ DELETE | 1.1 TITLE C | ☒ Change ☐ Addition |
| NAME | DRIES, CHRISTIAN | 1.2 NAME | |
| STREET ADDRESS | 1560 CRUMLIN SIDEROAD, LONDON, ONTARIO | 1.3 STREET ADDRESS | |
| CITY-ST-ZIP | N5V 1S2 CANADA | 1.4 CITY-ST-ZIP | |
| TITLE | S ☒ DELETE | 2.1 TITLE | ☐ Change ☐ Addition |
| NAME | VON TEICHMAN, WOLF | 2.2 NAME | |
| STREET ADDRESS | 178 ST. GEORGE STREET, TORONTO, ONTARIO | 2.3 STREET ADDRESS | |
| CITY-ST-ZIP | M5R 2N2 | 2.4 CITY-ST-ZIP | |
| TITLE | T ☐ DELETE | 3.1 TITLE | ☐ Change ☐ Addition |
| NAME | FOULDS, JASON | 3.2 NAME | |
| STREET ADDRESS | 1560 CRUMLIN SIDEROAD, LONDON, ONTARIO | 3.3 STREET ADDRESS | |
| CITY-ST-ZIP | N5V 1S2 CANADA | 3.4 CITY-ST-ZIP | |
| TITLE | ☐ DELETE | 4.1 TITLE P | ☐ Change ☒ Addition |
| NAME | | 4.2 NAME Michael Slingluff | |
| STREET ADDRESS | | 4.3 STREET ADDRESS 1560 Crumlin Sideroad | |
| CITY-ST-ZIP | | 4.4 CITY-ST-ZIP London, Ontario, Canada N5V 1S2 | |
| TITLE | ☐ DELETE | 5.1 TITLE | ☐ Change ☐ Addition |
| NAME | | 5.2 NAME | |
| STREET ADDRESS | | 5.3 STREET ADDRESS | |
| CITY-ST-ZIP | | 5.4 CITY-ST-ZIP | |
| TITLE | ☐ DELETE | 6.1 TITLE | ☐ Change ☐ Addition |
| NAME | | 6.2 NAME | |
| STREET ADDRESS | | 6.3 STREET ADDRESS | |
| CITY-ST-ZIP | | 6.4 CITY-ST-ZIP | |

14. I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this annual report or supplemental annual report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 12 or Block 13 if changed, or on an attachment with an address.

SIGNATURE: _[signature]_    MAR 0 2 1998    (519) 457-4000
SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR    Date    Daytime Phone #    0493220

# Exhibit B

EBSCOhost

The link information below provides a persistent link to the article you've requested.

Persistent link to this record: Following the link below will bring you to the start of the article or citation.

Cut and Paste: To place article links in an external web document, simply copy and paste the HTML below, starting with "<a href"

To continue, in Internet Explorer, select FILE then SAVE AS from your browser's toolbar above. Be sure to save as a plain text file (.txt) or a 'Web Page, HTML only' file (.html). In FireFox, select FILE then SAVE FILE AS from your browser's toolbar above. In Chrome, select right click (with your mouse) on this page and select SAVE AS

**Record: 1**

|  |  |
|---|---|
| **Title:** | TOP GUNS. |
| **Authors:** | de Bono, Norman |
| **Source:** | Canadian Business. 5/26/2003, Vol. 76 Issue 10, p147. 2p. 1 Color Photograph. |
| **Document Type:** | Article |
| **Subject Terms:** | *AIRCRAFT industry |
|  | *TWIN-engine airplanes |
|  | *JETS (Fluid dynamics) |
|  | *FLIGHT training |
| **Geographic Terms:** | LONDON (Ont.) |
|  | ONTARIO |
|  | CANADA |
|  | LAKELAND (Fla.) |
|  | DAYTONA Beach (Fla.) |
|  | FLORIDA |
|  | COLORADO Springs (Colo.) |
|  | COLORADO |
|  | UNITED States |
| **Company/Entity:** | DIAMOND Aircraft Industries Inc. |
|  | UNITED States. Air Force |
|  | DIAMOND Aircraft Industries GmbH |
|  | EMBRY-Riddle Aeronautical University |
| **NAICS/Industry Codes:** | 611512 611512 |
|  | 928110 928110 |

**Abstract:** He's back from a week in Florida, and Peter Maurer doesn't have a tan or tales from the golf course. What the president of Diamond Aircraft Industries Inc. does have is a pocket filled with orders for new airplanes. The Canadian manufacturer of

recreational and training aircraft had been at the Sun 'n Fun show in Lakeland, Fla., where he showed off the two-and four-seater planes Diamond builds in London, Ont. He also promoted the twin-engine aircraft its parent company--Diamond Aircraft GmbH, of Wiener Neustadt, Austria--manufactures and sells, although parts for it are produced in London. But what really turned heads is the fact that the company plans to make the D-Jet, a five-passenger private aircraft, which will sell for about US $850,000--and might manufacture it in Ontario. Interest in the D-Jet comes as Diamond is still basking in its biggest sale to date: a US $4.9-million deal signed last summer to supply 35 two-seater airplanes to train cadets at the U.S. Air Force Academy in Colorado Springs. Also on the military front, Diamond inked a deal to supply two-seater training planes to the US Naval Academy in Annapolis, Md., to train naval aviators, and reached an agreement to supply 10 four-seater planes for use by Embry-Riddle Aeronautical University, of Daytona Beach, Fla., in a program to train first officers who go on to co-pilot regional airline jets.

**Full Text Word Count:** 1081

**ISSN:** 00083100

**Accession Number:** 9842209

**Persistent link to this record (Permalink):** http://search.ebscohost.com.ezproxy.uky.edu/login.aspx?direct=true&db=aph&AN=9842209&site=ehost-live&scope=site

**Cut and Paste:** <A href="http://search.ebscohost.com.ezproxy.uky.edu/login.aspx?direct=true&db=aph&AN=9842209&site=ehost-live&scope=site">TOP GUNS.</A>

**Database:** Academic Search Premier

**Section:** MANUFACTURING

# TOP GUNS

**Diamond Aircraft is helping US pilots earn their wings**

He's recently back from a week in Florida, and Peter Maurer doesn't have a tan or tales from the golf course. What the president of Diamond Aircraft Industries Inc. does have is a pocket filled with orders for new airplanes. "It went very well," Maurer says of an aviation trade show he attended in the Sunshine State in the first week of April. "Usually these are for promotion and to get the word out about a new product--it is not about retail. But we were taking orders."

The Canadian manufacturer of recreational and training aircraft had been at the Sun 'n Fun show in Lakeland, Fla., where he showed off the two- and four-seater planes Diamond builds in London, Ont. He also promoted the twin-engine aircraft its parent company--Diamond Aircraft GmbH, of Wiener Neustadt, Austria--manufactures and sells, although parts for it are produced in London. But what really turned heads is the fact that the company plans to make the D-Jet, a five-passenger private aircraft, which will sell for about US$850,000--and might manufacture it in Ontario. "We took several orders for the jet," which won't be sold until 2006, Maurer says. "People are prepared now to make a down payment because they know the specs of the aircraft, and people know we're an airplane manufacturer that can deliver on this."

Interest in the D-Jet comes as Diamond is still basking in its biggest sale to date: a US$4.9-million deal signed last summer to supply 35 two-seater airplanes to train cadets at the US Air Force Academy in Colorado Springs. That deal means the next generation of US top gun fighter pilots will start to earn their wings on aircraft made in Canada. Also on the military front, Diamond inked a deal to supply two-seater training planes to the US Naval Academy in Annapolis, Md., to train naval aviators, and reached an agreement to supply 10 four-seater planes for use by Embry-Riddle Aeronautical University, of Daytona Beach, Fla., in a program to train first officers who go on to co-pilot regional airline jets. "If people see the [US] Air Force and Navy and Embry-Riddle selecting Diamond planes, it really makes them start to sit up and take notice," says Maurer.

Most recently, Diamond landed a $5-million deal to sell 20 trainers--11 four-seaters and nine two-seaters--to Middle Tennessee State University. In fact, this year, the private company's sales will reach US$24 million, topping last year's revenue of about US$18 million, which was up from about US$10 million the year before. Diamond sold 108 planes last year, and in 2003 at least 153 London-made aircraft will be sold. It's a notable feat, given the North American aviation industry continues to suffer through a prolonged slump in the wake of the terrorist attacks of 9/11. More than 400 US flight schools went out of business after demand dropped for training, Diamond's biggest market. "People are complaining the aviation industry is not doing well, but we're taking market share from competitors," says Maurer.

Maurer, 43, has been with Diamond since 1993. He previously worked in aircraft certification and quality assurance. The latest deals are merely the icing on the cake given that Diamond has endured lawsuits and a near-shutdown of its 220,000-square-foot plant. Maurer became president in 2000, at a time when the company was reeling from 140 layoffs that left only 64 people at the facility. The bleak period included allegations that the company's Austrian owners had lost interest in the business. A London lawyer representing Diamond wrote in a memorandum (also contained in an affidavit) dated Jan. 5, 1999, that Hanns Trapp-Dries, the company's owner, and his son, Christian Dries, Diamond's chief executive, were more focused on other projects. "The family's interest in this project has waned," the memorandum noted. "First of all, because Christian is on to other things [such as] building auto plants in India."

That came after different levels of government had pumped more than $4 million into the plant from 1993 to 1996 in training programs and capital costs to build a new taxiway. Diamond also became embroiled in lawsuits with the London International Airport over runway access and fees.

From 1996 to 1997, more than 10 managers left Diamond, and four terminations resulted in legal action. In addition, Diamond sued a flight school in Oklahoma for wrongful termination of a contract. According to one former manager, Diamond was involved in 36 lawsuits in the late 1990s.

Diamond officials can't discuss details of the suits and settlements, Maurer says. "They were all settled, none went to trial, they were all dealt with out of court," he says. "Over the past three years, since the restructuring, we have not had any litigation, personnel or contract or equipment related. We have never, ever been served with a product liability lawsuit."

Maurer acknowledges that at one point the future of the London plant "was in jeopardy"--and the company was looking to move to the US. But careful restructuring, and the introduction of a four-seater aircraft in 2001, paved the way for a turnaround by opening up new markets. "We had limited diversity, and the combination of high costs and only a two-seat product made it difficult to have a viable business, so we made the decision to restructure and refocus," says Maurer. As for the introduction of the four-seater plane, he adds: "It really cannot be overstated. If not for the four-seater, we would not be as successful."

If, as Maurer hopes, London gets to build the D-Jet--or at least a good portion of it--the sales numbers will take off even more. "We have a larger facility than in Austria, and they are busy with orders for the four-seater," says Maurer. "It could happen here." If the D-Jet is indeed manufactured here, Maurer may be jetting to the next Sun 'n Fun in style, but he expects he still won't be getting a lot of time to tan or golf. After all, Diamond will boast a product lineup of a two-seater, four-seater, twin engine and a jet aircraft--the full range needed to breed customer loyalty. "During that week, we sold 14 aircraft, all with down payments," including two jets and three orders for the new twin-engine aircraft, Maurer says of last month's show. "I feel like we're really moving from the minor leagues to the major leagues."

PHOTO (COLOR)

~~~~~~~

By Norman de Bono

––––––––––––––––––

Copyright of Canadian Business is the property of Rogers Publishing Limited and its content may not be copied or emailed to multiple sites or posted to a listserv without the copyright holder's express written permission. However, users may print, download, or email articles for individual use.

# Exhibit C

Sun 'N Fun 2001: Hot Fun in the Sunshine



You are viewing the printer-friendly version of this page.
Click here for the standard version.

## Sun 'N Fun 2001: Hot Fun in the Sunshine

April 9, 2001

by AVweb's Sun 'N Fun News Team

**About Glenn Pew ...**



Glenn Pew earned his private certificate in 1991. His history includes service in production design and quality assurance for two companies that develop and produce experimental aircraft. He's produced aircraft parts for distribution, public display and as samples for the acquisition of government contracts. Glenn has also worked as a consultant for homebuilders of composite aircraft and was employed to create raw footage for a video construction manual.

As a Research Editor for Boardroom Inc., a direct-mail newsletter and book publisher, Glenn works with a team of experts and freelance writers to hone useful copy for the masses. He also edits a section of Boardroom's web site. Glenn lives in New York City and is building an aerobatic experimental of his own, which should be finished "sometime late Wednesday afternoon" — he's not quite as specific about the date.

# Trends, Sun 'N Fun 2001

## The Dawn Of A New Age ... ?



The perception of homebuilders and certainly homebuilt aircraft has evolved from the "crazy outsider" stages to the corporate giant phase and now we all stand to reap the benefits, hard won by an adventurous minority — minority, that is, until you step foot into Sun 'n Fun. In the beginning of the homebuilt movement, you could get plans for an airplane that would be built entirely from raw materials that you purchased and by your own hands. The design may have been wood and fabric, tube and fabric, foam and fiberglass. You might attach to the front end a VW engine that you sawed in half and — after a few years labor — fly off in your new baby at 50 or 80 MPH. That hasn't changed, but today, the range of possibilities has increased substantially. Today, you can buy what looks like an almost-finished airframe, acquire professional builder's assistance, strap a turbine onto your craft and set out on a 1,000 mile cross-country at 250 KTAS. Still, the evolution goes farther. Cirrus Designs, Lancair International and Zenith are just a few of the "kitplane" manufacturers who've turned the corner by turning out finished "turn-key" products that (unlike some of their other products) actually come with their very own FAA type certificate and fly upon delivery. These new products have invigorated a stagnant general aviation market and from the mocking faces of good-ole Piper, Cessna and Beechcraft drivers, a new generation of expressions can be seen — and it's usually a bit greener. Still, there's more to the market shift than a more accepting public.

As healthy caution and fear of change finally gives way to common sense, pilots are waking from their conservative comas to a wider variety of (better) new aircraft that are available at lower prices than ever before. Folks are starting to wonder why they would spend a quarter million dollars on their father's spam can (now with leather interior!), when they can have an extra 30 KTAS and 200 miles' range, plus brand new aerodynamic and

aesthetic styling, for $50,000 less ... with the same leather interior. What you may not know, is just how many companies based in European nations have been producing brand new light aircraft for quite some time — and just how soon they may be flooding into American markets. The key is the pending Sport Pilot proposal.

## ... As Sport Pilot Proposals Attract Attention ...



At three standing-room-only seminars this week at Sun 'n Fun, officials from the EAA and the FAA briefed pilots and ultralight flyers on the current status of the long-anticipated NPRM known as the Sport Pilot proposal. Bob Warner, an executive vice president of the EAA, gave the main presentation, while Sue Gardner, the FAA's point person on the proposal, was on hand to offer "hypothetical answers to hypothetical questions." And there were plenty of questions. The complicated proposal affects airmen, aircraft, maintenance and instruction. Warner made sure everyone had a copy of a brand-new brochure outlining the rules as they were "being discussed as of March 28, 2001." The caveat: "They are not final and may not accurately outline the rules that will be posted." Because, of course, before the rule can be posted it must undergo a review at the Department of Transportation, then the federal Office of Management and Budget, then go back to the FAA, then to the public for comment, and back to the FAA yet again, before a Final Rule can exist. Thus, the "hypotheticallness" of the entire enterprise. Regardless, interest in the proposal is so intense, and hopes for its impact are so high, that the EAA and FAA are working hard to keep everyone informed. Warner described the proposal as "really revolutionary, and getting the highest priority at the FAA." The time frame for the final rule was estimated at mid-2002, but many observers expect that to be wildly optimisitc, while not completely beyond the realm of plausibilty. The matter of instructors seemed a bit thorny and indefinite. Current ultralight instructors would be able to qualify as Sport Pilot instructors under a limited grandfather clause. They would have a lot to do, because Sport Pilots would need a logbook endorsement for each make and model of aircraft they want to fly. Owners would be able to get a repairman's certificate to inspect and maintain their own aircraft.

Briefly, the proposal aims to create a new Sport Pilot Certificate, that would be "affordable, safe, and appropriate" for the sport flyer. A driver's license would be acceptable medical certification, and about 20 hours would be plenty of training to pass the practical test. Ultralight experience could be credited toward flight time. Ultralight pilots who prefer to stay as they are would be free to continue operating under Part 103, which would remain in effect unchanged. Sport pilots would be restricted to day VFR flying, not for hire.

Warner said the industry has plenty of incentive to make radical changes — and make them soon — to make it easier, more attractive and more affordable for new enthusiasts to get involved in flying. By 2003, he said, the Young Eagles will have flown a million youngsters, representing a huge pool of prospective pilots and owners. Likewise, the intensive attention that aviation is expected to get as the U.S. celebrates the Centennial of Flight in 2003 "might inspire many people to try to fulfill their dream of flight." And Warner wants to be sure that when people get that urge, the way is clear for them to make it come true.

## ... Complying Aircraft Shine In The Distance (From Overseas) ...

The Sport Pilot regs, as the currently sit, would require eligible aircraft weigh no more than 1,232 pounds, seat two (maximum), stall at no faster than 45 knots, fly Day VFR only and not exceed 115 KTAS in level flight (with a logbook endorsement). Well, it just so happens that a booming economy, coupled with the ability to circumvent a huge portion of liability through use of the experimental category has led to a virtual explosion of experimental designs here in the states over the past two decades. Unfortunately, none of those aircraft have been available to pilots unwilling or unable to build. Hopefully, this is where the Sport Pilot regs will find their niche. By sheer volume and variety, a large number of those experimental aircraft will be eligible for certification under Sport Pilot guidelines. When asked if they'd be producing aircraft under the new rules, nearly every manufacturer of light kit aircraft we've asked here at Sun 'n Fun answered in the affirmative.

## ... And FAA Ties The Hands Of U.S. Sport Pilot Aircraft Hopefuls

Sun 'N Fun 2001: Hot Fun in the Sunshine

However, *if* all the "ifs" do fall into place, many of those manufacturers may be starting out behind the curve. Europe has seen a similar design explosion over the past decade, but due to different regulations many of those designs are certified and sold as flying aircraft and that may put U.S. designers at a disadvantage. European general aviation markets often struggle against strictly regulated airspace and often face very high fuel prices (currently close to $6.00 per gallon of avgas in much of Europe) and surcharges for services is the rule, but in this case that may be an advantage. As a result of their general aviation environments, most European aviation enthusiasts don't need an aircraft that goes high and fast, they need an efficient aircraft that simply allows them to embrace the joy of flight within the confines of their system. It follows that most European designers and manufacturers have not only designed, but are already producing aircraft that fall within the limits of the Sport Pilot proposal. U.S. manufacturers have geared their production forces on producing and supporting kits — not flying aircraft.

In short, if the regs go through, we may see a virtual sea of aircraft — that were specifically designed to be economical and fun to fly — pour into the American market from established manufacturers around the world. Many could be available at prices near $100,000. This could have even established U.S. kit manufacturers interested in joining the ready-to-fly market, playing catch-up. Those "new" aircraft will have been flying safely and for several years in Europe and formerly unavailable in the U.S. due to strict and costly certification requirements. In this case, the slow wheels of bureaucracy could actually help U.S. kit manufacturers by giving them time to establish production plans. On the downside, kit company's looking to gear up for production could get slammed if the regulations are modified before becoming a final rule — and that will almost certainly be the case.

*— Glenn Pew*

# Improbable Solutions

## Born Here, Built Abroad — Sold Here: Symphony May Show The Way

The GlaStar kit may be on the rocks, but will anyone care when they find out they can now buy a factory-finished GlaStar? Monday, here at Sun 'n Fun, an aircraft called the Symphony, produced in Germany by OMF Aircraft and distributed here in the U.S. by AMD, was granted its FAA type certificate. Both too heavy and too fast to be considered for the Sport Pilot proposal, the Symphony has the distinct advantage of being available now but with higher performance. OMF had considered obtaining rights to the GlaStar kit, but was put off by legal wrangling and the potential need to provide customer support to a pre-disgruntled customer base. For all aesthetic and aerodynamic purposes, the Symphony *is* the GlaStar, a very popular kit originating with the Glasair series of aircraft and now, lost in the shuffle of asset acquisition and legal sparring following the economic demise of Stoddard-Hamilton Inc. (the kit's former distributor). However, the Symphony is FAR Part 23 and JAR 23 approved.



The OMF Symphony 160 incorporates a steel-tube fuselage, aluminum wings and tail, Lycoming 0-320 power, straps it all under a high-wing and cruises at 130 KTAS for close to 520 NM and stalls at only 46 knots. The production aircraft did originate as the GlaStar, but through the course of seeking certification the aircraft developed some distinct engineering differences. Among the major changes: The production aircraft's fuselage is structurally formed by steel tube alone, where the kit aircraft used it's composite shell for structure in the tail section — including the vertical fin. Yet, the production aircraft managed little or no weight gain in the fuselage by reducing the number of plies in the now non-structural composite fuselage shell. The production vehicle also has beefed up landing gear — spring steel — to help adapt the aircraft for its aspired market: the training industry in the U.S., greener private pilots and those who need a sturdy affordable mount. More major structural changes are inside the wing — e.g. the wing does *not* fold on the Symphony (it does on the GlaStar) and may have gained a pound or two. Still, at about 1,200 lbs. empty and 1,960 pounds at maximum gross, the aircraft retains nearly identical performance characteristics and there are seven factory finished aircraft flying in Europe to prove it, with

seven more set for delivery. The aircraft is offered at the show for $120,000 and for ten percent down, OMF claims they'll deliver (the first order, at least) inside two months — VFR equipped, with a KX 135A GPS/COM ... and a leather interior. Although, we did see an amateur-built GlaStar for sale on the flight line for a no-haggle price of $165,000, if you'd prefer that. OMF hopes to increase to 50 aircraft per year and is simply waiting for the market to offer the challenge.

### ...As Domestic Aircraft Get Ready For ... Import?

The evolution of the GlaStar — from U.S. kit to European turn-key — has become popular over the years, and may have an impact on how aircraft are produced and distributed if the Sport Pilot regulations pass. Both Rans Aircraft and Zenith Aircraft Company produce several time-tested and respected aircraft that will become eligible for certification under Sport Pilot rules. Rans aircraft range from ultralights, to light experimental aircraft and — you guessed it — nearly all of their designs (some 13) meet Sport Pilot requirements. Zenith produces the extremely popular CH 701 light utility bush plane as well as the Zodiac CH 601 and others. Both companies are also examples of highly-successful American experimental aircraft kit manufacturers that also sell kits which are then shipped overseas where they are assembled and sold as finished light aircraft. Well more than 30 percent of Rans' sales are shipped overseas and Zenith recently announced the sale of 85 aircraft to the Indian air force. India's purchase will be assembled by Czech Aircraft Works, which also happens to produce completed GlaStars for purchase in Europe. What all this means is that channels for the production of "Sport Pilot ready" aircraft are already in place in Europe. It will be up to the U.S. to either continue using proven resources overseas or catch up by creating manufacturing facilities here in the states to compete with established facilities already working abroad. Whatever happens, it seems you can thank the EAA for its diligence in pushing the Sport Pilot proposal along and the FAA for making sure the U.S. for entering the game so late and so handicapped.

Whatever happens, there's more to come. Watch this space.

*— Glenn Pew*

# New Avionics Roundup

### Honeywell Joins Electronic HSI Fray...

Honeywell's Bendix/King unit announced this week at Sun 'n Fun in Lakeland, Fla., that it will soon be doing battle in the electronic horizontal situation indicator (EHSI) market for the small business and owner-flown GA aircraft against products like the Sandel SN3308. The Bendix/King KI 825 is a 3-inch ATI-format HSI unit designed to readily interface with the "most common systems found in general aviation aircraft," according to the company, and will be priced at $11,950. Available in late 2001, the KI 825 incorporates LCD display technology — instead of the backlit display used in the Sandel unit — to provide "the sharpest, most readable display in general aviation," according to Honeywell's Dan Barks. Among the product's features are a moving map display and the ability to integrate traffic information, as well as traditional heading and navigation capability. In addition to its compatibility with existing directional gyros, the KI 825 is also designed to work and play well with other avionics in Honeywell's lineup, including the KLN89/B, KLN90/A/B and KLN94 GPS navigators, the KX165 nav/comm and



the KCS 305 compass system. It will also display traffic information available from the company's KTA870, KMH880 and the CAS66A units. The KI 825 can also be used with Bendix/King's integrated hazard avoidance system (IHAS) product line. How the new EHSI will compare to the wildly-popular Sandel unit in functionality and compatibility remains an unanswered question.

### ...Meggitt Rolls Out Its S-TEC 55X Autopilot, Makes Organizational Changes

Last year at Sun 'n Fun, Meggitt PLC announced its

acquisition of the popular S-TEC company and its line of
autopilots and avionics. This year, the company is implementing its integration plans and rolling out the new and long-awaited 55X autopilot, an update of the S-TEC 55 unit. The 55X is a full-function autopilot for the retrofit market — one of S-TEC's strong suits — and includes numerous new or advanced features. Among them are incorporation of S-TEC's popular GPSS, or GPS Steering, device which reads roll steering information via the ARINC-429 serial data output available from many popular GPS navigators, most notably the line from Garmin International. The 55X also incorporates a high-contrast, black-on-silver LCD display for its control unit, which is designed for mounting in a center stack, as well as use of that same display technology in the autopilot's remote annunciator and altitude selector/alerter. Additional improvements to the 55X over the 55 include new algorithms in the unit's NAV and glideslope couplers as well as its heading mode. These changes allow the autopilot to intercept and track navigation signals with "new authority," according to the company and automatically adjust the unit's gain to enhance smoothness. An additional altitude hold circuit was incorporated to help eliminate altitude loss in turns. The 55X is already STC'd for a wide variety of aircraft, with more expected soon. The unit's base price is $12,995.

Other news from Meggitt include continued strong sales of its MAGIC line of integrated, flat-panel EFIS displays. The MAGIC line, which consists of primary flight, nav data, air data/heading reference/attitude and engine instrument displays, was certified last year and is standard equipment on the New Piper Meridian single-engine turboprop. So far, the equipment has been installed on 40-45 Meridians and Meggitt has shipped about 100 full systems. STCs for other aircraft are forthcoming, with the popular Twin Commander series first in line — approvals are expected by September at the 2001 edition of the National Business Aviation Association convention.

Meggitt is also working to complete the integration of S-TEC and other facilities into its product development and management structure, with the company's marketing Director, Ken Paul, telling attendees that products for upper-end general aviation aircraft will continue to be developed in the United Kingdom, Meggitt's home, while more traditional "steam" gauges will reside at the company's facility in New Hampshire. Essentially, the UK and New Hampshire facilities will concentrate on OEM applications and sales to new aircraft manufacturers while the S-TEC facility in Mineral Wells, Texas, will continue its work on the retrofit market.

---

# Diamond's DA-40 Star Gets FAA Type Certificate, JAA IFR Approval



The champagne was flowing amid wide smiles under the Diamond Aircraft tent Monday at Sun 'n Fun as *AVweb*'s (and now Diamond's, too) Favorite Aviation Agency stopped by to drop off a small packet of paper. The paper, though seemingly insignificant, was the company's long-awaited Type Certificate for its newest model, the DA-40 Star, an all-new, four-seat single. Diamond threw a small celebration at its tent near the Sun 'n Fun flight line and company executives labeled the Type Certificate's receipt as THE significant milestone in the young company's history. Diamond Aircraft's Chairman, Christian Dries, received the DA-40 Type Certificate from Acting Deputy Administrator Monte Belger, representing Administrator Jane Garvey, who was forced to cancel her planned appearance at Sun 'n Fun thanks to pressing ICAO business. The DA-40 Type Certificate was awarded to Diamond just three scant years after the type's concept was developed. The same day, elsewhere, the European Joint Aviation Authority granted Diamond certification to operate the DA-40 under IFR, signaling the emergence of the Star as a very real contender in the owner-flown and rental market for lightweight four-seaters.

The DA-40 Star is an all-composite design providing buyers of its safe and popular two-seat Katana singles with a well-designed step-up path to a fuel-efficient and easy-to-fly cross country cruiser designed to compete directly against the Cessna 172 and New Piper's Warrior III and Archer III, among others. As of Monday,

Sun 'N Fun 2001: Hot Fun in the Sunshine

Diamond indicated it had some 80 firm orders for the DA-40 — the first two production aircraft were en route to the company's London, Ontario, manufacturing facility — and that its production would soon be meeting demand. Short-term plans call for two aircraft to be delivered every two weeks but that, by 2002, DA-40s destined for the North American market will be produced in Canada, while European models will be assembled in Austria. Eventually, Diamond expects to build some 160 DA-40s a year in Canada and 65 a year in Austria. The Diamond DA-40 Star retails for $187,900, IFR equipped.

> **NOTE:** *For more on Diamond's DA-40 Star, be sure to check* <u>Dave Higdon's Pilot Report</u>, *part of AVweb's recent, four-part "Plastic Planes" series.*

# Briefs...

## Bohannon's Best — Bruce Beat Time-To-Climb Record, We Think...

It's too early. It's unofficial. But it might be over. Bruce Bohannon's quest for the time-to-climb world-record in the Exxon Flying Tiger took him 01:21:43, takeoff to touchdown. The unofficial, uncorrected altitude he reached? A bone chilling, skin-numbing 34,150 feet MSL. Bohannon also sought the record for sustained level flight, at a scant 50 feet lower. Not bad for a normally-aspirated piston single. The attempt isn't official — yet. The results go to the National Aeronautic Association, then to the Federation Aeronautique Internationale, which has the ultimate responsibility to certify the record. It could take a month or so.

> **NOTE:** *AVweb's Dave Higdon spent some quality time watching Bohannon's extensive preparations for high-altitude, unpressurized flight in a piston single. Be sure to check* <u>Dave's midweek article on balloons, booms and Bruce</u>.

## Jeppesen Releases New Version Of FliteStar and FliteMap Planning Software

One of the industry's most popular flight planning software packages just got an upgrade. <u>Jeppesen</u>'s FliteStar/FliteMap is now in Version 8.3 and includes several new features designed to enhance the product and provide improved usability for international users, according to the company. Major new features include worldwide graphical weather overlays, enhanced security, ICAO flight plan export and Australian flight plan and notification forms. Other enhancements in Version 8.3: Addition of top-of-climb and top-of-descent fields; the ability to print route profile and navigation log information from the software's Trip Kit option; two new vector chart themes — European VFR and Atlas — have been added and a "Nearest Airport/Emergency" button has been added to FliteMap. The release also includes the introduction of FliteMAP VFR for Europe and the U.S.



## Avidyne Drops Prices On FlightMax FSDs



Putting an <u>Avidyne</u> flight situation display (FSD) into your aircraft just got a bit easier, thanks to some across-the-board retail price cuts the company announced this week at Sun 'n Fun. The company's popular FlightMax series of FSDs display data from various sensors simultaneously, including weather radar, traffic and lightning, as well as navigation data from their own Jeppesen databases and from the aircraft's GPS equipment. The price cuts announced this week are significant in some cases: The FlightMax

Sun 'N Fun 2001: Hot Fun in the Sunshine

750 and 650 are both priced at $10,995 now, down from $14,995 and $13,995, respectively. Additionally, optional equipment like EGPWS and TCAS I interfaces saw a 50% price cut. The company also announced pricing on the FlightMax 850 ($17,995) and the FlightMax 450 ($9,995). All of the FlightMax FSDs can be interfaced with either B.F. Goodrich or Ryan TCAD traffic avoidance equipment as well as with the WX-500 Stormscope.

## Airwolf Earns STC for P&W Engine Oil Filters



Airwolf, the add-on oil filter people, announced this week that the company had received a Supplemental Type Certificate (STC) from the FAA for its remote-mounted oil filter systems on the full line of Pratt & Whitney radial engines used on bush, agriculture and warbird aircraft around the world. The filter system, dubbed "Gorilla" by Airwolf, filters some 20 gallons of oil each minute, is installed on the radial engine mount and uses an easy-to-change spin-on filter, according to the company. Airwolf says it is working on STCs for radial engines from other manufacturers including Jacobs, Wright and Warner, but that the filter system should be eligible for installation under the Field Approval process in the meantime.

## PDC's Newest Aircraft Performance Monitor



PDC Technologies, which makes a portable aircraft performance calculator, is bringing out a new model of its venerable PDC-100 unit that features a remote temperature sensor. The PDC-100R improves on the company's original model by allowing pilots and aircraft owners to use the remote temperature sensor to obtain more accurate, real-time temperature data to improve the unit's density altitude and performance calculations. Additionally, the company obtained ISO 9001 of the patented new product. Both the earlier PDC-100 and the later version calculate density altitude, ground roll, best rate of climb and preferred flight levels by sampling the temperature and absolute pressure 50 times per second. The user simply inputs the aircraft type and enters wind speed. The results are given on a large, backlit LCD display. The lightweight, portable unit — it's about the size of a small GPS navigator — can be affixed to an aircraft's window or instrument panel using the supplied suction cups.

Copyright Aviation Publishing Group. All rights reserved

# Exhibit D

**DEPARTMENT OF TRANSPORTATION**
**FEDERAL AVIATION ADMINISTRATION**

| |
|---|
| A57CE |
| Revision 16 |
| DIAMOND |
| DA 42 |
| DA 42 NG |
| DA 42 M-NG |
| |
| June 24, 2013 |

## TYPE CERTIFICATE DATA SHEET NO. A57CE

This data sheet which is part of Type Certificate No. A57CE prescribes conditions and limitations under which the product for which the type certificate was issued meets the airworthiness requirements of the Federal Aviation Regulations.

Type Certificate Holder: Diamond Aircraft Industries GmbH, airworthiness@diamond-air.at
N.A. Otto-Str.5
A-2700 Wiener Neustadt
Austria

I.   **Model DA 42 (Normal Category), approved July 22, 2005**

| | |
|---|---|
| Engine | 2 Thielert TAE 125-01 or 2 Thielert TAE 125-02-99, see Note 1 |
| | FAA Type Certification Data Sheet No. E00069EN |
| Fuel | Jet A, Jet A-1  (ASTM 1655) |
| Engine Limits | Maximum Take-Off, 2300 rpm |
| | Continuous Operation, 2300 rpm |
| | (Propeller shaft RPM) |
| Propeller | 2  MT Propeller Co. MTV-6-A-C-F/CF187-129 |
| | FAA Type Certification Data Sheet No. P19NE |

Propeller Limits

| | | |
|---|---|---|
| Diameter | 74.0 in., +0.0 in., -2.0 in; (1870 mm, +0.0mm, -50mm) | |
| Low Pitch Setting | 12° | |
| Feather Position | 81° | |
| Start Lock | 15° | |

Airspeed Limits

| | |
|---|---|
| Maximum Never Exceed Speed $V_{NE}$ | 192 KCAS, 220 mph |
| Maximum Structural Cruising Speed $V_{NO}$ | 155 KEAS, 178 mph |
| Design Cruising Speed $V_C$ | 155 KEAS, 178 mph |
| Maneuvering Speed | |
| if MAM 42-088 and/or OAM 42-054 incorporated | |
| $V_A$ (up to 3400 lbs / 1542 kg) | 119 KEAS, 137 mph |
| $V_A$ (above 3400 lbs / 1542 kg) | 125 KEAS, 144 mph |
| if neither MAM 42-088 nor OAM 42-054 incorporated | |
| $V_A$ (up to 3236 lbs / 1468 kg) | 119 KEAS, 137 mph |
| $V_A$ (above 3236 lbs / 1468 kg) | 122 KEAS, 140 mph |
| Maximum Flap Extending Speed $V_{FE\ Full\ Flaps}$ | 110 KEAS, 127 mph |
| $V_{FE\ Approach\ Flaps}$ | 135 KEAS, 155 mph |
| Maximum Landing Gear Operation Speed $V_{LO}$ | 155 KEAS, 178 mph |
| Maximum Landing Gear Extended Speed $V_{LE}$ | 192 KCAS, 220 mph |

C.G. Range

| | |
|---|---|
| Forward c/g position (aft of datum): | |
| up to 3236 lbs. (1468 kg) | 92.5 in. (2.35 meter) |

| Page No. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rev. No. | 16 | 3 | 6 | 8 | 10 | 15 | 14 | 10 | 13 | 15 | 15 | 10 | 10 | 16 | 16 |

at 3935 lbs. (1785 kg)                94.5 in. (2.40 meter)
Varying Linearly with weight in between

Rearward c/g position (aft of datum):
    At 2756 lbs. (1250 kg)              95.3 in. (2.42 meter)
    At 3527 lbs. (1600 kg) and above    98.0 in (2.49 meter)
Varying Linearly with weight in between

| | | |
|---|---|---|
| Empty Wt. C.G. Range | None | |
| Reference Datum | 86.5 in. (2.196 meter) in front of leading edge of stub-wing at the wing joint | |
| Leveling Means | Floor of front baggage compartment levelled. | |
| Maximum Weight | Takeoff (Normal Category) | 3748 lbs. (1700 kgs) |
| | | 3935 lbs. (1785kgs), see Note 9 |
| | Landing | 3748 lbs. (1700 kgs) |
| | Zero Fuel weight | 3638 lbs. (1650 kg) |
| Minimum Crew | 1 | |
| No. of Seats | 4 | |
| Maximum Baggage | Front Baggage Compartment | 66 lbs (30 kgs) |
| | Behind Rear Seats | 100 lbs (45 kgs) |
| | Aft part of Baggage Extension | 40 lbs (18 kgs) |
| | Whole aft baggage compartment together | 100 lbs (45 kg) |
| Fuel Capacity | With Standard Fuel Tank | 52 gallons (196.8 liters) total. |
| | | 50 gallons (189.2 liters) usable. |
| | With Auxiliary Tank additional | 27.4 gallons (104 liters) total |
| | | 26.4 gallons (100 liters) usable |
| Oil Capacity | each engine    Maximum – 6.3 qts (6.0 liters). | |
| | Minimum – 4.8 qts (4.5 liters) | |
| | See Note 2 | |
| | For specification of engine and gearbox oil see AFM | |
| Coolant | Distilled water / Cooler Protection | |
| | For more details see AFM, 7.01.05-E, Section 2 | |
| Maximum Operating Altitude | 18,000 feet. (5486 meters) | |
| Control Surface Movements | Aileron | trailing edge up 25°, ± 2°, trailing edge down 15°, +2/-0° |
| | Elevator | trailing edge up 15.5°, ± 0.5°, trailing edge down 13°, ± 1° |
| | Elevator Trim Tab: | + 17°, ± 5° (nose up at elevator 10° up) |
| | | - 35°, ± 5° (nose down at elevator 10° up) |
| | Rudder: | left 27°, ± 1° / right 29°, ± 1° |
| | Rudder Trim Tab: | + 34°, ± 5° (trim RH at rudder 20° LH) |
| | | + 18°, ± 5° (trim LH at rudder 20° LH) |
| | Flaps: | |
| | Cruise flap setting | 0°, + 2°- 0° |

Case 0:11-cv-61663-FAM   Document 101-1   Entered on FLSD Docket 04/21/2014   Page 19 of 61

|                     |                    |
|---------------------|--------------------|
| Approach flap setting | 20°, + 4° - 2°   |
| Landing flap setting  | 42°, +3° - 1°    |

Manufacturer's Serial Numbers

a)  For aircraft produced at Diamond Aircraft Industries GmbH, N.A. Otto-Str. 5, A-2700 Wiener-Neustadt Austria, eligible serial numbers are 42.004 and subsequent
b)  For aircraft produced at Diamond Aircraft Industries Inc., 1560 Crumlin Sideroad, London Ontario N5v 1S2, Canada, eligible serial numbers are 42.AC001 and subsequent

Certification Basis

Type Certification under 14 CFR Section 21.29 including the following requirements:

- Joint Aviation Requirements (JAR) 23, Amdt. 1, dated February 01, 2001.
- NOTE: The DA 42 was certificated using the FAA/JAA validation certification procedures. A list of Significant Regulatory Differences were addressed. Therefore, the certification basis is equivalent to 14 CFR Part 23 effective February 1, 1965, including Amendments 23-1 through Amendment 23-55.

- 14 CFR Part 36 effective December 1, 1969, including Amendments 36-1 through Amendment 36-24.

- Special Conditions:
- 23-167-SC applicable to the Model DA 42 for Protection of Systems for High Intensity Radiated Fields.
- 23-169-SC applicable to the Model DA 42 for Diesel Cycle Engine Using Turbine (Jet) Fuel.

Equivalent safety Items:
Equivalent Levels of Safety findings made per the provisions of 14 CFR 21.21(b)(1) for:
- Equivalent level of safety ACE-05-05 applicable to the Model DA 42 for Ignition Switches with the Thielert TAE-125-01 or Thielert TAE 125-02-99 Diesel Engines.

- Equivalent level of safety ACE-05-06 applicable to the Model DA 42 for Cockpit Controls and Motion and Effect of Cockpit Controls with the Thielert TAE-125-01 or Thielert TAE 125-02-99 Diesel Engines.

- Equivalent level of safety ACE-05-07 applicable to the Model DA 42 for Liquid Cooling with the Thielert TAE-125-01 or Thielert TAE 125-02-99 Diesel Engines.

- The Austro Control group (ACG) originally type certificated this aircraft. Effective September 28, 2003, the European Aviation Safety Agency (EASA) began oversight of this product under their Type certificate Number A.005 on behalf of Austria.

Equipment

The basic required equipment as prescribed in the applicable airworthiness regulations (see Certification Basis) is listed in the Airplane Flight Manual and must be installed in the airplane for certification.

In addition, the following items of equipment are required:
Airplane Flight Manual, Document No. 7.01.05-E, dated 29-April-2004.
Maintenance Manual (including Airworthiness Limitation), Document No. 7.02.01, dated 01-Dec-2004.

Import requirements

a) For aircraft produced in Austria, The FAA can issue a U.S. airworthiness certificate based on an NAA Export Certificate of Airworthiness (Export C of A) signed by a representative of the Austro Control Group (ACG) on behalf of the European Community. The Export C of A should contain the following statement "The aircraft covered by this certificate has been

examined, tested, and found to comply with Code of Federal Regulations Part 23 approved under U.S. Type Certificate No. A57CE and to be in a condition for safe operation".

b) For aircraft produced in Canada, a United States airworthiness certificate may be issued on the basis of a Canadian Certificate of Airworthiness for Export signed by a representative of the Transport Canada Civil Aviation (TCCA), containing the following statement (in the English language): 'The aircraft covered by this certificate has been examined, tested, and found to comply with U.S. type certificate No. A57CE and to be in a condition for safe operation.'

c) The U.S. airworthiness certification basis for aircraft type certificated under FAR Section 21.29 and exported by the country of manufacture is FAR Sections 21.183(c) or 21.185(c).

d) The U.S. airworthiness certification basis for aircraft type certificated under FAR Section 21.29 exported from countries other than the country of manufacture (e.g., third party country) is FAR Section 21.183(b) or 21.183(d).

**Service Information**

Each of the documents listed below must state that it is approved by the European Aviation Safety Agency (EASA) or – for approvals made before September 28, 2003- by Austro Control Group.

- Service bulletins
- Structural Repair Manuals
- Vendor Manuals
- Aircraft Flight Manuals, and
- Overhaul and Maintenance Manuals

The FAA accepts such documents and considers them FAA-approved unless one of the following condition exists:

- The documents change the limitations, performance, or procedures of the FAA approved manuals; or

- The documents make an acoustical or emissions changes to this product's U.S.type certificate as defined in 14 CFR § 21.93.

The FAA uses the post type validation procedures to approve these documents. The FAA may delegate on case-by-case to EASA to approve on behalf of the FAA for the U.S. type certificate. If this is the case it will be noted on the document.

NOTE 1:    Engine part number of TAE 125-01 approved for installation in the DA 42 is 125-01-(017)-(), engine part number of TAE 125-02-99 aproved for installation in the DA 42 is 125-02-99-(0003)-(), with approved firmware and mapping according to DAI MSB 42-007/1, always latest issue.

NOTE 2:    Weight and Balance:

A current weight and balance report including list of equipment included in the certificated empty weight, and loading instructions when necessary, must be provided for each aircraft at the time of original certification.

The certificated empty weight and corresponding center of gravity location must include full oil, coolant and unusable fuel.

NOTE 3:    The placards specified in the EASA approved Airplane Flight Manual must be displayed.

NOTE 4:    "Compliance with requirements of 14 CFR § 23.1419 as amended by Amendment 23-43 effective May 10, 1993, has been established by the Exemption Number 9623 granted to Diamond Aircraft

Industries, Austria, dated February 22, 2008, provided required ice protection systems are installed and functioning properly, and the airplane and the ice protections system are operated in accordance with Airplane Flight Manual Supplement S03, "Ice Protection System," dated February 10, 2007, or later approved revision."

NOTE 5:    For approved software versions of Garmin G1000 Integrated Avionics System, see DAI MSB 42-008, always latest version.

NOTE 6:    Instructions for Continued Airworthiness and Service Life Limited components is included in the Maintenance Manual Document No. 7.02.01.   (Revisions to Airworthiness Limitations must be approved by the FAA)

NOTE 7:    Exterior color is limited to that specified in Diamond Document No. 7.02.01.

NOTE 8:    Major structural repair must be accomplished at a FAA certified repair stations rated for composite aircraft structure work, in accordance with Diamond repair methods approved by ACG and accepted by FAA.

NOTE 9:    The maximum takeoff mass of  3935 lbs.(1785 kgs) is approved if major Change MAM 42-088 is installed.

NOTE 10:   Approved major level 1 changes on Diamond DA-42 NG are (all major level 2 changes are accepted automatically):
       MÄM 42-007 AFM Revision 5, part of initial type design
       MÄM 42-031 Increase of the initial Major Inspection Interval, part of initial type design
       MAM 42-046 Rough field Operations, Level 2
       MAM 42-088 Increased gross weight, Level 1
       MAM 42-101 New engine instrument marking, Level 2
       MÄM 42-102 Increase of the cont. major inspection interval, part of initial type design
       MÄM 42-111/b, New ROC for Single Engine Operation, Level 2
       MAM 42-198 Engine change to TAE 125-02-99, Level 1
       MÄM 42-361/c DA 42 Installation NG Safety Walk Strips, Level 2
       OÄM 42-051, Autopilot, part of initial type design
       OÄM 42-052 IFR Operation, part of initial type design
       OÄM 42-054 Known Icing, Level 1
       OAM 42-056 Auxilliary tank, Level 1
       OÄM 42-067 Adjustable back rest for front seats, Level 2
       OAM 42-102 Installation of Garmin GFC 700 Autopilot, Level 2
       OÄM 42-146 Garmin Synthetic Vision (SVT), Level 1
       OÄM 42-188 Increase of Maximum Zero Fuel Weight, Level 1
       OÄM 42-195 DA 42 NG Landing Gear for DA 42, Level 1

NOTE 11:   For Airplanes registered in the United States of America, an ECU Backup Battery must be installed.  The ECU Backup Battery may be installed during production per the requirements of OAM 42-129, or in compliance with FAA Airworthiness Directive 2007-23-14 per the requirements of OSB 42-050/1.

## II.   Model DA 42 NG (Normal Category), approved April 02, 2010

| | |
|---|---|
| Engine | 2 Austro Engine E4, see Note 1<br>FAA Type Certification Data Sheet No. E00081EN |
| Fuel | Jet A, Jet A-1  (ASTM 1655) |
| Engine Limits | Maximum Take-Off (5 min), 2300 rpm<br>Maximum Continuous Operation, 2100 rpm<br>    With MÄM 42-600 installed, 2300 rpm see note 12<br>(Propeller shaft RPM)<br><br>Max T/O Power (5min)   100%(123,5 kW)<br>Max. Continous Power   92% (114 kW) |
| Propeller | 2 MT Propeller Co. MTV-6-R-C-F/CF187-129 or<br>2 MT Propeller Co. MTV-6-R-C-F/CF190-69 see Note 12 |

FAA Type Certification Data Sheet No. P19NE

| | | |
|---|---|---|
| Propeller Limits | Diameter          74.0 in., +0.0 in., -2.0 in;  (1870 mm, +0.0mm, -50mm) | |
| | Low Pitch Setting | 12° |
| | | 13° (MÄM 42-600) see Note 12 |
| | Feather Position | 81° |
| | | 80° (MÄM 42-600) see Note 12 |
| | Start Lock | 15° |

| | | |
|---|---|---|
| Airspeed Limits | Maximum Never Exceed Speed $V_{NE}$ | 192 KCAS, 220 mph |
| | Maximum Structural Cruising Speed $V_{NO}$ | 155 KEAS, 178 mph |
| | Design Cruising Speed $V_C$ | 155 KEAS, 178 mph |
| | Operating Maneuvering Speed | |
| | $V_O$ (up to 3748 lbs / 1700 kg) | 114 KEAS, 131 mph |
| | $V_O$ ( 3748 lbs / 1701 kg through 3968 lbs / 1800kg) | |
| | | 121 KEAS, 139 mph |
| | $V_O$ (above 3968 lbs / 1800 kg) | 125 KEAS, 144 mph |
| | Maximum Flap Extending Speed $V_{FE\ Full\ Flaps}$ | 110 KEAS, 127 mph |
| | $V_{FE\ Approach\ Flaps}$ | 135 KEAS, 155 mph |
| | Maximum Landing Gear Operation Speed $V_{LO}$ | 155 KEAS, 178 mph |
| | Maximum Landing Gear Extended Speed $V_{LE}$ | 192 KCAS, 220 mph |

| | | |
|---|---|---|
| C.G. Range | Forward c/g position (aft of datum): | |
| | at 3329 lbs. (1510 kg) | 92.80 in. (2.357 meter) |
| | at 4189 lbs. (1900 kg) | 95.20 in. (2.418 meter) |
| | Varying Linearly with weight in between | |
| | | |
| | Rearward c/g position (aft of datum): | |
| | at 3329 lbs. (1510 kg) | 96,85 in. (2.460 meter) |
| | at 3748 lbs. (1700 kg) | 97,64 in. (2.480 meter) |
| | at 4189 lbs. (1900 kg) | 97,64 in. (2.480 meter) |
| | Varying Linearly with weight in between | |
| | | |
| | If OÄM 42-199 is installed (see note 13): | |
| | For all weights          2.450 m behind Datum | |
| | If OÄM 42-199 and MÄM 42-600 are installed (see note 13): | |
| | For all weights          2.460 m behind Datum | |

| | | |
|---|---|---|
| Empty Wt. C.G. Range | None | |

| | | |
|---|---|---|
| Reference Datum | 86.5 in. (2.196 meter) in front of leading edge of stub-wing at the wing joint | |

| | | |
|---|---|---|
| Leveling Means | Floor of front baggage compartment levelled. | |

| | | |
|---|---|---|
| Maximum Weight | Takeoff (Normal Category) | 4189 lbs. (1900 kgs) |
| | Landing | 3979 lbs. (1805 kgs) |
| | Zero Fuel weight | 3891 lbs. (1765 kg) |

| | | |
|---|---|---|
| Minimum Crew | 1 | |

| | | |
|---|---|---|
| No. of Seats | 4 | |

| | | |
|---|---|---|
| Maximum Baggage | Front Baggage Compartment | 66 lbs (30 kgs) |
| | Behind Rear Seats | 100 lbs (45 kgs) |
| | Aft part of Baggage Extension | 40 lbs (18 kgs) |
| | Whole aft baggage compartment together | 100 lbs (45 kg) |

| | | |
|---|---|---|
| Fuel Capacity | With Standard Fuel Tank | 52 gallons (196.8 liters) total. |
| | | 50 gallons (189.2 liters) usable. |
| | With Auxiliary Tank  additional | 27.4 gallons (104 liters) total |
| | | 26.4 gallons (100 liters) usable |

Case 0:11-cv-61663-FAM   Document 101-1   Entered on FLSD Docket 04/21/2014   Page 23 of 61

| Oil Capacity | each engine | Maximum – 7,4 qts (7.0 liters).<br>Minimum – 5,3 qts (5.0 liters)<br>See Note 2<br>For specification of engine and gearbox oil see AFM, 7.01.15, Section 2 |
|---|---|---|

| Coolant | Water / Cooler Protection<br>For more details see AFM, Section 2 |
|---|---|

| Maximum Operating Altitude | 18,000 feet. (5486 meters) |
|---|---|

| Control Surface Movements | Aileron | trailing edge up 25º, ± 2º, trailing edge down 15º, +2/-0º |
|---|---|---|
| | Elevator | trailing edge up 15.5º, ± 0.5º, trailing edge down 13º, ± 1º |
| | Elevator Trim Tab: | + 17º, ± 5º (nose up at elevator 10º up)<br>- 35º, ± 5º (nose down at elevator 10º up) |
| | Rudder: | left 27º, ± 1º / right 29º, ± 1º |
| | Rudder Trim Tab: | + 54º, ± 5º (trim RH at rudder 20º LH)<br>+ 22º, ± 5º (trim LH at rudder 20º LH) |
| | MÄM 42-600 | +35º, ± 5º (trim RH at rudder 20º LH) see Note 12 |
| | MÄM 42-600 | + 36º, ± 5º (trim LH at rudder 20º LH) see Note 12 |
| | Flaps:<br>Cruise flap setting<br>Approach flap setting<br>Landing flap setting | <br>0º, + 2º/- 0º<br>20º, + 4º/ - 2º<br>42º, +3º - 1º |

Manufacturer's Serial Numbers

    a)   For aircraft produced at Diamond Aircraft Industries GmbH, N.A. Otto-Str. 5, A-2700 Wiener-Neustadt Austria, eligible serial numbers are 42.N001 and subsequent
           See Note 10.

    b)   For aircraft produced at Diamond Aircraft Industries Inc., 1560 Crumlin Sideroad, London Ontario N5v 1S2, Canada, eligible serial numbers are 42.NC001 and subsequent
           See Note 10.

Certification Basis           Type Certification under 14 CFR Section 21.29 including the following requirements:

-    Joint Aviation Requirements (JAR) 23, Amdt. 1, dated February 01, 2001.
     NOTE: The DA 42 NG was certificated using the FAA/EASA interim validation certification procedures. A list of Significant Regulatory Differences were addressed. Therefore, the certification basis is equivalent to 14 CFR Part 23 effective February 1, 1965, including Amendments 23-1 through Amendment 23-55.

-    14 CFR Part 36 effective December 1, 1969, including Amendments 36-1through Amendment 36-24.

-    Special Conditions:
-    23-167-SC applicable to the Model DA 42 for Protection of Systems for High Intensity Radiated Fields.
-    23-169-SC applicable to the Model DA 42 for Diesel Cycle Engine Using Turbine (Jet) Fuel.

     Equivalent safety Items:
     Equivalent Levels of Safety findings made per the provisions of 14 CFR

21.21(b)(1) for:

- Equivalent level of safety ACE-05-05A: Extension of Equivalent Level of Safety (ELOS) to 14 CFR part 23, §23.1145, Motion and Effect of Cockpit Controls for the Diamond Aircraft Industries Model DA-42NG Airplane.

- Equivalent level of safety ACE-05-06A: Extension of Equivalent Level of Safety (ELOS) to 14 CFR part 23, §23.777(d), Ignition Switches, for the Diamond Aircraft Industries for the DA-42NG Airplane.

- Equivalent level of safety ACE-05-07A: Extension of Equivalent Level of Safety (ELOS) to 14 CFR part 23, §23.1061, Liquid Cooling – Installation, and §23.1063 Liquid Cooling – Coolant tan tests for the Diamond Aircraft Industries DA-42NG Airplane

- Equivalent level of safety ACE-10-07: Equivalent level of safety (ELOS) to 14 CFR part 23, § 23.991(a)(1) and §23.991(b), Fuel pumps for the Diamond Aircraft Industries DA 42 NG airplane

- The European Aviation Safety Agency (EASA) certificated this aircraft under their Type certificate Number A.005.

**Equipment**

The basic required equipment as prescribed in the applicable airworthiness regulations (see Certification Basis) is listed in the Airplane Flight Manual and must be installed in the airplane for certification.

In addition, the following items of equipment are required:
Airplane Flight Manual, Document No. 7.01.15-E, Rev. 2, dated 30-Nov-2009, or a later approved revision or if MÄM 42-600 is installed, Airplane Flight Manual, Document Number 7.01.16-E, Rev. 0, dated 01-Apr-2012 or a later approved revision.
Maintenance Manual (including Airworthiness Limitation), Document No. 7.02.15, Rev. 1, dated 15-Oct-2009, or a later approved revision..

**Import requirements**

a) For aircraft produced in Austria, The FAA can issue a U.S. airworthiness certificate based on an NAA Export Certificate of Airworthiness (Export C of A) signed by a representative of the Austro Control (ACG) on behalf of the European Community. The Export C of A should contain the following statement "The aircraft covered by this certificate has been examined, tested, and found to comply with Code of Federal Regulations Part 23 approved under U.S. Type Certificate No. A57CE and to be in a condition for safe operation".

b) For aircraft produced in Canada, a United States airworthiness certificate may be issued on the basis of a Canadian Certificate of Airworthiness for Export signed by a representative of the Transport Canada Civil Aviation (TCCA), containing the following statement (in the English language): 'The aircraft covered by this certificate has been examined, tested, and found to comply with U.S. type certificate No. A57CE and to be in a condition for safe operation.'

c) The U.S. airworthiness certification basis for aircraft type certificated under FAR Section 21.29 and exported by the country of manufacture is FAR Sections 21.183(c) or 21.185(c).

d) The U.S. airworthiness certification basis for aircraft type certificated under FAR Section 21.29 exported from countries other than the country of manufacture (e.g., third party country) is FAR Section 21.183(b) or 21.183(d).

**Service Information**

Each of the documents listed below must state that it is approved by the European Aviation Safety Agency (EASA) or Diamond Aircraft DOA No. EASA.21J.052:.

- Service bulletins

- Structural Repair Manuals

- Vendor Manuals

* Aircraft Flight Manuals, and

* Overhaul and Maintenance Manuals

The FAA accepts such documents and considers them FAA-approved unless one of the following condition exists:

* The documents change the limitations, performance, or procedures of the FAA approved manuals; or

* The documents make an acoustical or emissions changes to this product's U.S.type certificate as defined in 14 CFR § 21.93.

The FAA uses the post type validation procedures to approve these documents. The FAA may delegate on case-by-case to EASA to approve on behalf of the FAA for the U.S. type certificate. If this is the case it will be noted on the document.

| | | |
|---|---|---|
| NOTE 1: | Approved engine configuration for installation in the DA 42 NG: | E4-B |
| | With MÄM 42-600: | E4-C |

With approved engine software according to DAI MSB 42NG-002/3 or later issue.

NOTE 2:     Weight and Balance:

A current weight and balance report including list of equipment included in the certificated empty weight, and loading instructions when necessary, must be provided for each aircraft at the time of original certification.

The certificated empty weight and corresponding center of gravity location must include full oil, coolant and unusable fuel.

NOTE 3:     The placards specified in the EASA approved Airplane Flight Manual must be displayed.

NOTE 4:     "Compliance with requirements of 14 CFR § 23.1419 as amended by Amendment 23-43 effective May 10, 1993, has been established by the Exemption Number 10036 granted to Diamond Aircraft Industries, Austria, dated March 23 2010, provided required ice protection systems are installed and functioning properly, and the airplane and the ice protections system are operated in accordance with Airplane Flight Manual Supplement S03, "Ice Protection System," dated 28-May-2009, or later approved revision."

NOTE 5:     For approved software versions of Garmin G1000 Integrated Avionics System, see DAI MSB 42NG-003, always latest version.

NOTE 6:     Instructions for Continued Airworthiness and Service Life Limited components is included in the Maintenance Manual Document No. 7.02.15. (Revisions to Airworthiness Limitations must be approved by the FAA)

NOTE 7:     Exterior color is limited to that specified in Diamond Document No. 7.02.15.

NOTE 8:     Major structural repair must be accomplished at a FAA certified repair stations rated for composite aircraft structure work, in accordance with Diamond repair methods approved by EASA or Diamond Aircraft DOA No. EASA.21J.052 and accepted by FAA.

NOTE 10:    Aircraft Model DA-42 convered to DA42-NG via Diamond Aircraft Industries Service Bulletin OSB 42-068 are also eligible for this TCDS
Necesarry design changes to be incorporated in the Diamond DA-42 NG (factory installed or via service bulletin) are:
    MÄM 42-403 Modification of the electrical system
    MÄM 42-415 DA 42 NG Sealing of center wing push-rod cutout

NOTE 11:    Approved major level 1 changes on Diamond DA-42 NG are (all major level 2 changes are accepted automatically):

MÄM 42-325 DA 42 NG Exhaust shielding, part of initial type design
OAM 42-160 Flight into known icing conditions, part of initial type design
OÄM 42-179 SBAS and P-RNAV Operation, Level 1
OÄM 42-193 Recirculating Air Cabin Cooling, Level 1
OÄM 42-204 Additional Alternator, Level 1
OÄM 42-207 Short Baggage Compartment, Level I
OÄM 42-173 On Top Exhaust System, Level 1
MÄM 42-600 Performance Enhancement, Level 1
OÄM 42-199 Removal of Variable Elevator Stop Level I

NOTE 12:    The installation of Propeller MTV-6-R-C-F/CF190-69 is only approved by complete installation of design change MÄM 42-600 which includes a number of different modifications.

NOTE 13:    The Variable Elevator Stop is removed with OÄM 42-199 installed.

## III. Model DA 42 M-NG (Normal Category), April 02, 2010

| | |
|---|---|
| Engine | 2 Austro Engine E4, see Note 1<br>FAA Type Certification Data Sheet No. E00081EN |
| Fuel | Jet A, Jet A-1  (ASTM 1655) |
| Engine Limits | Maximum Take-Off (5 min), 2300 rpm<br>Maximum Continuous Operation, 2100 rpm<br>(Propeller shaft RPM)<br><br>Max T/O Power (5min)   100%(123,5 kW)<br>Max. Continous Power   92% (114 kW) |
| Propeller | 2  MT Propeller Co. MTV-6-R-C-F/CF187-129<br>FAA Type Certification Data Sheet No. P19NE |

Propeller Limits

| | | |
|---|---|---|
| Diameter | 74.0 in., +0.0 in., -2.0 in;  (1870 mm, +0.0mm, -50mm) | |
| Low Pitch Setting | 12° | |
| Feather Position | 81° | |
| Start Lock | 15° | |

Airspeed Limits

| | | |
|---|---|---|
| Maximum Never Exceed Speed $V_{NE}$ | 192 KCAS, 220 mph | |
| Maximum Structural Cruising Speed $V_{NO}$ | 155 KEAS, 178 mph | |
| Design Cruising Speed $V_C$ | 155 KEAS, 178 mph | |
| Operating Maneuvering Speed | | |
| $V_O$ (up to 3748 lbs / 1700 kg) | 114 KEAS, 131 mph | |
| $V_O$ ( 3748 lbs / 1701 kg through 3968 lbs / 1800kg) | | |
| | 121 KEAS, 139 mph | |
| $V_O$ (above 3968 lbs / 1800 kg) | 125 KEAS, 144 mph | |
| Maximum Flap Extending Speed $V_{FE\ Full\ Flaps}$ | 110 KEAS, 127 mph | |
| $V_{FE\ Approach\ Flaps}$ | 135 KEAS, 155 mph | |
| Maximum Landing Gear Operation Speed $V_{LO}$ | 155 KEAS, 178 mph | |
| Maximum Landing Gear Extended Speed $V_{LE}$ | 192 KCAS, 220 mph | |

C.G. Range

Forward c/g position (aft of datum):
at 3329 lbs. (1510 kg)          92.80 in. (2.357 meter)
at 4189 lbs. (1900 kg)          95.20 in. (2.418 meter)
Varying Linearly with weight in between

Rearward c/g position (aft of datum):
at 3329 lbs. (1510 kg)          96,85 in. (2.460 meter)

Case 0:11-cv-61663-FAM   Document 101-1   Entered on FLSD Docket 04/21/2014   Page 27 of 61

|                          |                                   |                                |
|--------------------------|-----------------------------------|--------------------------------|
|                          | at 3748 lbs. (1700 kg)            | 97,64 in. (2.480 meter)        |
|                          | at 4189 lbs. (1900 kg)            | 97,64 in. (2.480 meter)        |
|                          | Varying Linearly with weight in between |                          |

If OÄM 42-199 is installed (see note 12):
    For all weights         2.450 m behind Datum

**Empty Wt. C.G. Range**        None

**Reference Datum**        86.5 in. (2.196 meter) in front of leading edge of stub-wing at the wing joint

**Leveling Means**        Floor of front baggage compartment levelled.

**Maximum Weight**        Takeoff (Normal Category)      4189 lbs. (1900 kgs)
                           Landing                     3979 lbs. (1805 kgs)
                           Zero Fuel weight        3891 lbs. (1765 kg)

**Minimum Crew**        1

**No. of  Seats**        4

**Maximum Baggage**        Front Baggage Compartment      66 lbs (30 kgs)
                           Behind Rear Seats            100 lbs (45 kgs)
                           Aft part of Baggage Extension    40 lbs (18 kgs)
                           Whole aft baggage compartment together   100 lbs (45 kg)

**Fuel Capacity**        With Standard Fuel Tank          52 gallons (196.8 liters) total.
                                        50 gallons (189.2 liters) usable.

                           With Auxiliary Tank additional     27.4 gallons (104 liters) total
                                        26.4 gallons (100 liters) usable

**Oil Capacity**        each engine        Maximum – 7,4 qts (7.0 liters).
                                        Minimum – 5,3 qts (5.0 liters)
                                        See Note 2
                                        For specification of engine and gearbox oil see AFM, 7.01.15, Section 2

**Coolant**        Distilled water / Cooler Protection
        For more details see AFM, 7.01.15, Section 2

**Maximum Operating Altitude**        18,000 feet. (5486 meters)

**Control Surface Movements**        Aileron        trailing edge up 25°, ± 2°, trailing edge down 15°, +2/-0°

                                    Elevator        trailing edge up 15.5°, ± 0.5°, trailing edge down 13°, ± 1°

                                    Elevator Trim Tab:     + 17°, ± 5° (nose up at elevator 10° up)
                                                        - 35°, ± 5° (nose down at elevator 10° up)

                                    Rudder:        left 27°, ± 1° / right 29°, ± 1°

                                    Rudder Trim Tab:     + 54°, ± 5° (trim RH at rudder 20° LH)
                                                          + 22°, ± 5° (trim LH at rudder 20° LH)

                                    Flaps:
                                        Cruise flap setting     0°, + 2°/- 0°
                                        Approach flap setting   20°, + 4°/ - 2°
                                        Landing flap setting    42°, +3° - 1°

Manufacturer's Serial Numbers

   c) For aircraft produced at Diamond Aircraft Industries GmbH, N.A. Otto-Str. 5, A-2700 Wiener-Neustadt Austria, eligible serial numbers are 42.339, 42.379, 42.MN001 and subsequent
See Note 10.

**Certification Basis**          Type Certification under 14 CFR Section 21.29 including the following requirements:

- Joint Aviation Requirements (JAR) 23, Amdt. 1, dated February 01, 2001. NOTE: The DA 42 NG was certificated using the FAA/EASA interim validation certification procedures.  A list of Significant Regulatory Differences were addressed. Therefore, the certification basis is equivalent to 14 CFR Part 23 effective February 1, 1965, including Amendments 23-1 through Amendment 23-55.

- 14 CFR Part 36 effective December 1, 1969, including Amendments 36-1through Amendment 36-24.

- Special Conditions:
- 23-167-SC applicable to the Model DA 42 for Protection of Systems for High Intensity Radiated Fields.
- 23-169-SC applicable to the Model DA 42 for Diesel Cycle Engine Using Turbine (Jet) Fuel.

  Equivalent safety Items:
  Equivalent Levels of Safety findings made per the provisions of 14 CFR 21.21(b)(1) for:
- Equivalent level of safety ACE-05-05B: Extension of Equivalent Level of Safety (ELOS) to 14 CFR part 23, §23.1145, Motion and Effect of Cockpit Controls for the Diamond Aircraft Industries Model DA-42 M-NG Airplane.

- Equivalent level of safety ACE-05-06B: Extension of Equivalent Level of Safety (ELOS) to 14 CFR part 23, §23.777(d), Ignition Switches, for the Diamond Aircraft Industries for the DA-42 M-NG Airplane.

- Equivalent level of safety ACE-05-07B:  Extension of Equivalent Level of Safety (ELOS) to 14 CFR part 23, §23.1061, Liquid Cooling – Installation, and §23.1063 Liquid Cooling – Coolant tan tests for the Diamond Aircraft Industries DA-42 M-NG Airplane

- Equivalent level of safety ACE-10-07: Equivalent level of safety (ELOS)  to 14 CFR part 23, § 23.991(a)(1) and §23.991(b), Fuel pumps for the Diamond Aircraft Industries DA 42 NG airplane

- The European Aviation Safety Agency (EASA) certificated this aircraft under their Type certificate Number A.005.

**Equipment**        The basic required equipment as prescribed in the applicable airworthiness regulations (see Certification Basis) is listed in the Airplane Flight Manual and must be installed in the airplane for certification.

In addition, the following items of equipment are required:
Airplane Flight Manual, Document No. 7.01.15-E, Rev. 2, dated 30-Nov-2009, or a later approved revision including Supplement M00, dated 01-Jun-2009 or a later approved revision..
Maintenance Manual (including Airworthiness Limitation), Document No. 7.02.15, Rev. 1, dated 15-Oct-2009, or a later approved revision and Supplemental AMM Doc. No. 7.02.15-M00, date 01-Jun-2009 or a later approved revision.

| Import requirements | a) For aircraft produced in Austria, The FAA can issue a U.S. airworthiness certificate based on an NAA Export Certificate of Airworthiness (Export C of A) signed by a representative of the Austro Control (ACG) on behalf of the European Community.  The Export C of A should contain the following statement "The aircraft covered by this certificate has been examined, tested, and found to comply with Code of Federal Regulations Part 23 approved under U.S. Type Certificate No. A57CE and to be in a condition for safe operation". |
|---|---|

b) For aircraft produced in Canada, a United States airworthiness certificate may be issued on the basis of a Canadian Certificate of Airworthiness for Export signed by a representative of the Transport Canada Civil Aviation (TCCA), containing the following statement (in the English language):  'The aircraft covered by this certificate has been examined, tested, and found to comply with U.S. type certificate No. A57CE and to be in a condition for safe operation.'

c) The U.S. airworthiness certification basis for aircraft type certificated under FAR Section 21.29 and exported by the country of manufacture is FAR Sections 21.183(c) or 21.185(c).

d) The U.S. airworthiness certification basis for aircraft type certificated under FAR Section 21.29 exported from countries other than the country of manufacture (e.g., third party country) is FAR Section 21.183(b) or 21.183(d).

**Service Information**

Each of the documents listed below must state that it is approved by the European Aviation Safety Agency (EASA) or Diamond Aircraft DOA No. EASA.21J.052:.

- Service bulletins
- Structural Repair Manuals
- Vendor Manuals
- Aircraft Flight Manuals, and
- Overhaul and Maintenance Manuals

The FAA accepts such documents and considers them FAA-approved unless one of the following condition exists:

- The documents change the limitations, performance, or procedures of the FAA approved manuals; or

- The documents make an acoustical or emissions changes to this product's U.S.type certificate as defined in 14 CFR § 21.93.

The FAA uses the post type validation procedures to approve these documents.  The FAA may delegate on case-by-case to EASA to approve on behalf of the FAA for the U.S. type certificate.  If this is the case it will be noted on the document.

**NOTE 1:**   Approved engine configuration for installation in the DA 42 NG:   E4-B
With approved engine software according to DAI MSB 42NG-002/3 or later issue.

**NOTE 2:**   Weight and Balance:

A current weight and balance report including list of equipment included in the certificated empty weight, and loading instructions when necessary, must be provided for each aircraft at the time of original certification.

The certificated empty weight and corresponding center of gravity location must include full oil, coolant and unusable fuel.

**NOTE 3:**   The placards specified in the EASA approved Airplane Flight Manual must be displayed.

NOTE 4:    "Compliance with requirements of 14 CFR § 23.1419 as amended by Amendment 23-43 effective
           May 10, 1993, has been established by the Exemption Number 10037 granted to Diamond Aircraft
           Industries, Austria, dated March 29, 2010 provided required ice protection systems are installed and
           functioning properly, and the airplane and the ice protections system are operated in accordance with Airplane
           Flight Manual Supplement S03, "Ice Protection System," dated 28-May-2009, or later approved
           revision."

NOTE 5:    For approved software versions of Garmin G1000 Integrated Avionics System, see DAI MSB 42NG-003, always
           latest version.

NOTE 6:    Instructions for Continued Airworthiness and Service Life Limited components is included in the Maintenance
           Manual Document No. 7.02.15.  (Revisions to Airworthiness Limitations must be approved by the FAA)

NOTE 7:    Exterior color is limited to that specified in Diamond Document No. 7.02.15.

NOTE 8:    Major structural repair must be accomplished at a FAA certified repair stations rated for composite aircraft
           structure work, in accordance with Diamond repair methods approved by EASA or Diamond Aircraft DOA No.
           EASA.21J.052 and accepted by FAA.

NOTE 10:   Aircraft Model DA-42 M convered to DA42 M-NG via Diamond Aircraft Industries Service Bulletin OSB 42-
           081 are also eligible for this TCDS.
           Necesarry design changes to be incorporated in the Diamond DA-42 NG (factory installed or via
           service bulletin) are:
                   MÄM 42-403 Modification of the electrical system
                   MÄM 42-415 DA 42 NG Sealing of center wing push-rod cutout

NOTE 11:   Approved major level 1 changes on Diamond DA-42M- NG are (all major level 2 changes are accepted
           automatically):
                   MÄM 42-325 DA 42 NG Exhaust shielding, part of initial type design
                   OAM 42-160 Flight into known icing conditions, part of initial type design
                   OÄM 42-179 SBAS and P-RNAV Operation, Level 1
                   OÄM 42-173 On Top Exhaust System, Level 1
                   OÄM 42-199 Removal of Variable Elevator Stop Level I

NOTE 12:   The Variable Elevator Stop is removed with OÄM 42-199 installed.

NOTE 13:   For the purpose of a later on STC or installation of mission equipment that can fully comply with the standard
           TC Basis the following Modifications are approved for installation:

           OÄM 42-241 Belly Pod (Std. TC)
           The following additional Limitations apply:
           •   Flights into known or forecast icing conditions prohibited
           •   AFM and AMM Supplement M07 must be furnished

           OÄM 42-228 Nose with Hard Points
           The following additional Limitations apply:
           •   Flights into known or forecast icing conditions prohibited
           •   Most rearward flight CG:                    2,45 m aft of Datum at 1510 kg
                                         2,47 m aft of Datum at 1700 kg
                                         2,47 m aft of Datum at 1900 kg
                                         Linear variation in between
                   If OÄM 42-199 is installed (see note 09):
                           for all weights        2,45 m aft of Datum
           •   AFM and AMM Supplement M05 must be furnished
           •   Maximum operating speed with Equipment installed          156 KIAS

           OÄM 42-240 Nose Pod (Std. TC)
           The following additional Limitations apply:
           •   Flights into known or forecast icing conditions prohibited
           •   Most rearward flight CG:                    2,44 m aft of Datum at 1510 kg
                                         2,46 m aft of Datum at 1700 kg
                                         2,46 m aft of Datum at 1900 kg

Linear variation in between
If OÄM 42-199 is installed (see note 09):
2,44 m aft of Datum at 1510 kg
2,45 m aft of Datum at 1605 kg
2,45 m aft of Datum at 1900 kg
Linear variation in between
- AFM and AMM Supplement M06 must be furnished
- Maximum operating speed with Equipment installed                156 KIAS

.....END.....

# Exhibit E

  

RSS feed
MP3 podcast
Subscribe

HOME | AEROSPACE | COMMERCIAL AIRLINE | COMMERCIAL BIZ-AV | FEATURE STORIES | GENERAL AVIATION | MILITARY | SPORT AVIATION | ARCHIVES

Who Is ANN? | Contact Us | Our Sponsors | FAQS | Advertise On ANN!

** Airborne 04.18.14--CLICK HERE! ** HD iPad-Friendly Version--Airborne 04.18.14 **
** Airborne 04.16.14--CLICK HERE! ** HD iPad-Friendly Version--Airborne 04.16.14 **
** Airborne 04.14.14--CLICK HERE! ** HD iPad-Friendly Version--Airborne 04.14.14 **

Sat, Jun 24, 2006

## Diamond Sets New Standard: 1st 'Diamond Brilliance' Flt Center Opens

### Sales, Service, Rental And Training Under One Roof

ANN was privileged to be present as Diamond Aircraft set the flight training standard higher than ever with the opening of its first Diamond Brilliance Flight Center, in Naples, FL.



Diamond Brilliance operators are designated by Diamond Aircraft for their provision of "world-class flight training and aircraft rental services using exclusively Diamond aircraft and flight training devices." The first center will be operated by Europe-American Aviation.



"We are committed to providing our customers with the safest, best-equipped aircraft; superior training; and unparalleled customer service," said Diamond CEO Christian Dries. "We're confident Europe-American Aviation will set the Diamond Brilliance Flight Center apart from the competition."



Europe-American Aviation is an FAA-certified Part 141 school with a large and growing local and international clientele. The flight center's fleet will consist of two DA20-C1 aircraft, seven Garmin G1000-equipped DA40 Diamond Stars, and one turbo-diesel-powered DA42 Twin Star.



A Diamond-manufactured DA42-specific Level 5 flight training device will supplement the new aircraft. Diamond says the simulator is the first installation of its kind in the U.S. It replicates the aircraft in every detail and incorporates a wraparound visual system.



ANN's Jim Campbell was the first to sample the newly dedicated DA-42 FTD, built upon the entire forward section of a DA42 airframe. Campbell reported that, "You literally step into the forward cockpit of an actual DA42 airframe, providing the ultimate in 'look and feel' realism necessary to making sure that the transition from 'simulated' to 'real' is barely discernible. My short 'flight' through Switzerland was intriguing in that the flight dynamics I found in our actual DA42 flight test was mimicked quite accurately in the sim... especially such hard-to-replicate attributes such as the control pressures and responses in yaw and roll with particular accurate replication of the yaw/roll coupling I recall from the flying airplane. The visuals are also quite striking. It's a wholly impressive system and should serve as an excellent training device."



"No other manufacturer has a similar fleet line-up," said Carsten Sturm (pictured below), president and owner of Europe-American Aviation. "We are excited to offer state-of-the-art training from 'zero' time to commercial/instrument rating."



Europe-American Aviation's affiliate, PrimePlanes Aircraft Services, will

### Change Display

Headlines Only | Headlines w/ Teasers | View Everything

ADVERTISEMENT



Helping Student Pilots Learn To Fly

SEARCH >

### Top Videos



Airborne 04.18.14: SpaceX's Historic Pad, Sikorsky Going Presidential?, EAA B17





maintain the fleet.



Aero-TV: Dual GPS Solutions -- Maps, Weather, And Traffic
To Your EFB Devices

In addition to aircraft training and rental, the Diamond Brilliance Flight Center will also serve as a showroom for Diamond products. Premier Aircraft Sales Inc. will handle new aircraft sales from the Naples location.

FMI: www.diamondflightcenter.com, www.diamondaircraft.com, www.eaa-fly.com, www.flypas.com



Airborne 04.16.14: Red Bull Race Results, BFA v FAA, B-29's
New Home



Like ⟨ 0 ⟩   Tweet ⟨ 0 ⟩   8+1 ⟨ 0 ⟩



ADVERTISEMENT

⊛ SEE ALL

## More News





**Airborne 04.18.14: SpaceX's Historic Pad, Sikorsky Going Presidential?, EAA B17**
Also: Airmen Support Pilot's Son, Beyond The Blue!, More Wrong-Way SWA Fallout, Missing WWII Airman Comes Home NASA signed an agreement with Space Exploration Technologies Corporat>[...]

**Aero-News: Quote Of The Day (04.21.14)**
"Based on its Platinum Forecast System 2.0, Forecast International expects production of about 1,000 UAVs of all types in 2014, with output rising to nearly 1,100 units in each of >[...]

**Aero-News: Quote Of The Day (04.20.14)**
"The discovery of Kepler-186f is a significant step toward finding worlds like our planet Earth. Future NASA missions, like the Transiting Exoplanet Survey Satellite and the James >[...]

**Skydive Jersey Announces Shuttle Service For 2014 Season**
Removes 'Getting To The Airport' As An Excuse To Not Go Skydiving So imagine it's a beautiful day to go jump out of an airplane in the greater New York City area, but you just don'>[...]

**Klyde Morris 04.21.2014**
It's A Dog-Eat-Ant ... Errr ... Dog World, Klyde FMI: www.klydemorris.com>[...]

ADVERTISEMENT



## Podcasts

ADVERTISEMENT



# Exhibit F

**EMBRY-RIDDLE**
Aeronautical University

## Daytona Beach Campus

Daytona Beach > News
NEWS RELEASE

**12**

---

# Embry-Riddle Inks Deal to Bring Internationally Renowned Aircraft Manufacturer to Daytona Beach

## Partnership With Diamond Aircraft Industries Includes Coordination with Students, Faculty and Facility at University's Research and Technology Park

**Paris, France, June 18, 2013**



Signing the agreement are Diamond Aircraft CEO Christian Dries, left, and Embry-Riddle President John P. Johnson.

Today at the 50th Annual International Paris Air Show, Embry-Riddle Aeronautical University president Dr. John P. Johnson and Diamond Aircraft Industries CEO and owner Christian Dries signed a partnership agreement to establish the global manufacturer's presence at the university's Daytona Beach Campus.

As part of the agreement, Diamond will expand its current international Research & Development program and other initiatives working with Embry-Riddle students, staff and faculty from the university's engineering and aviation colleges as well as its Eagle Flight Research Center.

Diamond is slated to start on-site operations by October 2013, with a later expansion into the 90-acre Embry-Riddle Research and Technology Park adjacent to the Daytona Beach Campus on Clyde Morris

Boulevard.

"We are excited to grow our existing relationship with Diamond and to provide the opportunity for our students and faculty to get hands-on experience with such an innovative company," said Johnson. "Diamond shares our core commitment to not only being the best, but being the best when it comes to safety."

The partnership of the world's largest, fully accredited university specializing in aviation and aerospace with the world's third-largest general aviation aircraft manufacturer is expected to be an economic boost for Volusia County where the university is headquartered as well as the state of Florida.

"Florida is proud to have Embry-Riddle Aeronautical University helping our state lead the way in aerospace innovation, and I was honored to present Dr. John Johnson with a Governor's Business Ambassador Medal at the Florida Pavilion Grand Opening yesterday," Florida Governor Rick Scott said. "Private and public partnerships, such as Embry-Riddle and Diamond Aircraft, are critical to job creation, and this agreement demonstrates that our business development missions are working by providing job opportunities for Florida families."

Diamond, with operations across North America, Europe, Asia and Australia, has a long list of accomplishments that include synthetic vision technology, twin diesel power plants, serial hybrid electric aircraft and pure algae-based biofuel.

Embry-Riddle currently has the largest single fleet of Diamond's DA42 aircraft in the United States at its two residential campuses. The Daytona Beach Campus in Florida has 10 Diamond DA42L aircraft, and the Prescott, Ariz., Campus has four DA42NG.

"We expect a prosperous future in international cooperation and teamwork with Embry-Riddle, because we know the strong capabilities of the university in terms of research and development," Dries said. "Our target is to be quick on the market, and together with Embry-Riddle we believe that outstanding new technologies can be realized."

### About Diamond Aircraft Industries
Diamond Aircraft Industries, based in Austria, is a worldwide operating composite aircraft manufacturer with offices in major centres across North America, Europe, Asia and Australia. The company is dedicated to supplying the General Aviation market with the ultimate flying machines – safe, economical, inspiring aircraft. Diamond builds the safest, most efficient aircraft flying today, from single and twin-engine propeller aircraft to all-in-one remote sensing platforms. For more information, visit www.diamondaircraft.com.

12

Embry-Riddle Aeronautical University, the world's largest, fully accredited university specializing in aviation and aerospace, is a nonprofit, independent institution offering more than 70 baccalaureate, master's and Ph.D. degree programs in its colleges of Arts and Sciences, Aviation, Business and Engineering. Embry-Riddle educates students at residential campuses in Daytona Beach, Fla., and

Prescott, Ariz., and through the Worldwide Campus with more than 150 locations in the United States, Europe, Asia, and the Middle East. The university is a major research center, seeking solutions to real-world problems in partnership with the aerospace industry, other universities and government agencies. For more information, visit http://www.embryriddle.edu, follow us on Twitter (@EmbryRiddle) and facebook.com/EmbryRiddleUniversity, and find expert videos at YouTube.com/EmbryRiddleUniv.

©Copyright 2014 Embry-Riddle Aeronautical University. All rights reserved.
Administrative Offices: 600 South Clyde Morris Blvd., Daytona Beach, FL 32114

# Exhibit G

# EMBRY-RIDDLE
## Aeronautical University
FLORIDA | ARIZONA | WORLDWIDE

# PRESIDENTIAL REPORT
# 2013





# 8

## No Limits
Embry-Riddle Pushes All Boundaries.

STATE OF THE UNIVERSITY

**7 Unprecedented Growth**
A message from Dr. John P. Johnson, President and CEO.

**10 About Embry-Riddle**
Location maps and statistics.

FLORIDA CAMPUS

**12 The Buzz is Building**
Embry-Riddle continues to grow the Daytona Beach Campus.

ARIZONA CAMPUS

**16 Breaking Records**
New programs and record enrollments reflect our commitment to providing quality education.

WORLDWIDE CAMPUS

**20 Flexibility, Choice and Quality**
The Worldwide Campus continues to expand its horizons.

RESEARCH

**24 Real-World Solutions**
A leader in hands-on research.

COMMUNITY

**26 Giving Back to our Communities**
Being an active community partner is at the core of our institution.

PHILANTHROPY

**27 Giving to ERAU**
Fiscal years 2012 and 2013

STUDENTS

**28 Not Your Typical Students**
Embry-Riddle gives its students the keys to success.

ATHLETICS

**30 Spreading Our Wings**
ERAU ramped up its athletic offerings in 2012 and 2013.

**32 Board of Trustees**
2012 and 2013



# STATE OF THE UNIVERSITY



### Embry-Riddle Aeronautical University is experiencing unprecedented growth.

Every day, in many ways, we are getting bigger and better.

Step on to our residential campuses and you'll see new buildings and enhanced labs and facilities. Talk to our more than 32,000 students and you'll sense enthusiasm and passion.

Embry-Riddle graduates earn the highest starting salaries in the state of Florida. Our Prescott Campus recently was recognized in a national study that identified the top 1% of universities where students get the best return on investment for their education in a tough job market.

Faculty and staff have been added to support new programs, bringing the total number to over 2,100. In Daytona Beach, our workforce is among the few in Volusia County who work for a Top 100 employer

in Florida, according to the Orlando Sentinel. We have also been recognized as a top employer in the state of Arizona. Overall, The Chronicle of Higher Education has again named us one of the greatest colleges at which to work.

For the 14th straight year, U.S. News & World Report ranked Embry-Riddle's aerospace engineering programs among the best. The Daytona Beach Campus has held the No. 1 spot for the past 14 years, and the Prescott Campus has made the top 3 for the past 11 years.

Daytona Beach student and athlete Hudson Caddl said it best: "The thing that I like about engineering, it makes me a creator. You have to take an idea, a concept, and turn it into something real, something that people can feel and use. I like the idea of that."

You will see in the 2013 President's Report, we've accomplished a lot in the past two years.

At Embry-Riddle, we certainly have done amazing things. But the truth is, the best is yet to come.

Warm Regards,

John P. Johnson, Ph.D.
PRESIDENT AND CEO

**Embry-Riddle Senior Leadership:**

President and CEO
John P. Johnson

Senior Executive Vice President &
Chief Financial Officer
Eric Weakes

Vice President, Administration
Rodney Cruise

Vice President, External Relations
Bernadine Douglas

Vice President, Human Resources
Brandon Young

Vice President, Marketing &
Enrollment Management
Bill Thompson

Vice President, Student Affairs
(Daytona Beach Campus)
Hassan Bailey

Chancellor (Prescott Campus)
Frank Ayers

Chancellor (Worldwide Campus)
John Watret

Chief Academic Officer
(Daytona Beach Campus)
Richard Heist

Chief Academic Officer
(Prescott Campus)
Richard Bloom

Chief Academic Officer
(Worldwide Campus)
David Ortiz





# No Limits

## Embry-Riddle Pushes Boundaries With Forward-Thinking Degree Programs, Unprecedented Growth and Students Who Are Changing the World

> "It's important to dream – know where you want to go, know what you want to become. Embry-Riddle is the place to do that. And it's the place because when you're part of Embry-Riddle, you're part of a family that dreams big."
>
> **STEVE DOBER**
> *Helena Rivera*

Whether it's a flurry of construction on the Daytona Beach Campus, a record number of incoming freshman at the Prescott Campus or the Worldwide Campus being awarded a contract in Iraq with individuals included Embry-Riddle is soaring as if we're growing at the speed of thought," according to Daytona Beach Chief Academic Officer Dr. Richard Heist.

The past two years have been full of university firsts, including the world's first and only Commercial Space Operations bachelor's degree program.

Embry-Riddle is breaking boundaries not only when it comes to shaping future leaders in the aviation and aerospace industry. The university is also preparing tomorrow's engineering, business, human factors and environmental professionals.

Students have garnered international attention for everything from earning a first-place award from the National Science Foundation for a study of hurricanes in space to helping develop water purification systems for families in Haiti. Teams of students have repeatedly taken top honors in competitions for projects in areas such as unmanned and autonomous vehicles and cyber security. And for the second year in a row, Embry-Riddle female pilots from both residential campuses have earned top spots in one of the country's oldest and most prestigious all-female, two-day transcontinental flight competitions, the 2013 Air Race Classic (ARC).

In December 2012, the Southern Association of Colleges and Schools (SACS) issued its reaffirmation of Embry-Riddle's accreditation. This recognition reinforces the university's commitment to quality education by following best practices.

Embry-Riddle's reputation for educating the best and brightest has helped solidify internship and new-hire programs with industry leaders. New partnerships with Delta, JetBlue, SkyWest and American Eagle will not only help Aeronautical Science students secure careers as pilots. They

will provide opportunities for engineering, business and arts and sciences degree holders as well.

Research remains a focus for Embry-Riddle at both the undergraduate and graduate levels, while plans for the university's Research Park in Daytona Beach continue to take shape. Current annual funding for research from all sources, including federal and industry, is about $15 million.

The face of the university is changing, too. Incoming first-year female freshman undergraduate numbers are up averaging a 23% increase across residential campuses for Fall 2013 (19% at Daytona Beach, 27% at Prescott). Embry-Riddle is not just growing and diversifying its student population at an impressive rate, it's expanding its footprint.

The opening of the Jim W. Henderson Administration and Welcome Center in Daytona Beach has brought the administration back onto campus. Another completed capital project in Daytona Beach was the construction of Aerospace Boulevard.

Meanwhile, the new five-story College of Arts and Sciences building is nearing completion. Once finished, the building will house the largest telescope at any university in Florida. The Daytona Beach Campus is planning additional capital projects that include a new student union, a refurbished pedestrian bridge and new athletics center. Prescott is giving its athletics facility a new look and making plans for a new classroom building and labs. Recreation of residential living areas is also on the horizon. Worldwide continues to look for opportunities to expand beyond its more than 150 locations that serve military, professional and online students around the globe.

As the university and its community continue to push the boundaries of excellence, Embry-Riddle will always stay true to its core mission – students and their future.

EMBRY-RIDDLE AERONAUTICAL UNIVERSITY



# EMBRY-RIDDLE AERONAUTICAL UNIVERSITY

*Embry-Riddle offers the world's most comprehensive collection of academic programs focused on aviation, aerospace and security. Our students embark on highly specialized, career-oriented study, with the advantage of small hands-on classes and faculty with deep industry experience.*

*Located in Prescott, Arizona, and Daytona Beach, Florida—our two residential campuses offer the choice of a mountain community or spectacular beach settings. Embry-Riddle Aeronautical University – Worldwide is a network of more than 150 locations in the United States, Europe, the Middle East and Asia, with a virtual presence via EagleVision technology and online learning covering every continent on the globe. The Worldwide Headquarters is located in Daytona Beach, FL.*

● Worldwide Campus
● Residential Campus

**1 ᴏꜰ 4**
COMMERCIAL PILOTS HAVE STUDIED AT EMBRY-RIDDLE

**1ˢᵀ**
GLOBAL SECURITY AND INTELLIGENCE STUDIES PROGRAMS IN THE NATION

**1&ONLY**
UNDERGRADUATE SPACE PHYSICS PROGRAM IN THE COUNTRY

**1ˢᵀ**
COMMERCIAL SPACE OPERATIONS PROGRAM DEVELOPED FOR THE FUTURE OF SPACE EXPLORATION

## GOLDEN EAGLES TOP NIFA'S SAFECON BACK-TO-BACK

For the ninth time and the second year in a row, the Golden Eagles flight team from the Prescott Campus won the Safety and Flight Evaluation Conference (SAFECON) national competition sponsored by the National Intercollegiate Flying Association (NIFA).

Held in May 2013, the event brought together more than 300 students on 30 collegiate aviation teams from around the United States to compete in flight and ground events.

The Eagles flight team from the Daytona Beach Campus also had a strong finish, coming in fourth overall.

The Prescott team, which also won the Judges Trophy in 2012, previously won the NIFA SAFECON national championship in 1993, 1997, 1999, 2003, 2005, 2007, 2008 and 2012. The Daytona Beach team won the national championship in 1992 and placed second in 2009 and 2010.



## FEMALE PILOTS SWEEP IN 2012–2013 WOMEN'S AIR RACE CLASSIC

For the second year in a row, student pilots from the Daytona Beach and Prescott campuses earned top spots in one of the country's oldest and most prestigious all-female, four-day transcontinental flight competitions spanning 2,468 miles.

In the summer of 2013, Daytona Beach pilot Valeria Mehapra and co-pilot Danielle Erlichman finished first in collegiate competition and third overall in the 2013 Women's Air Race Classic (ARC), while Prescott pilot Shelby King and co-pilot Anna Chrzanowski earned fifth place in collegiate and 12th overall.

The Embry-Riddle teams, which flew Cessna 172 aircraft from the university's fleet, competed against 46 other teams from around the world, including nearly a dozen from U.S. universities.

# On the Daytona Beach Campus, the buzz is building. Literally.

In only two years, the $7,000-square-foot Jim W. Henderson Administration and Welcome Center was completed (October 2012) and a new campus extension road was opened. The new College of Arts and Sciences building, featuring the largest telescope at any Florida educational institute, will come online by January 2014. Additionally, plans are underway for a new student union that will be home to more than 225,000 square feet of expanded student services and activities.

As a reputable industry resource for innovative and real-world solutions, the Aerospace Research and Technology Park adjacent to the campus is also building momentum.

In June 2013, Embry-Riddle partnered with Diamond Aircraft Industries to establish the global manufacturer's presence on campus and provide hands-on research and coordination with students, staff and faculty, as well as the Eagle Flight Research Center. Diamond will join the Research Park's current tenant, Larsen Motorsports Inc., another company that works extensively with engineering students.

### Embry-Riddle truly does move at the speed of thought.

Then there's the continued building of the degree programs.

"We continue to grow the Daytona Campus to provide our students with world-class educational and research facilities," said Daytona Beach Chief Academic Officer Dr. Richard Heist. "I am proud to say that we are also expanding our curriculum to maintain our position as the global educational leader in aerospace, engineering, aviation, space and the business of aviation and now applied research as well. Embry-Riddle truly does move at the speed of thought."

New degrees introduced recently include an M.S. in Unmanned and Autonomous Systems Engineering, M.S. in Aviation Finance and B.S. in Commercial Space Operations.

In another Embry-Riddle milestone, the research-based Ph.D. degree programs in Engineering Physics and Aviation have graduates as its first students, who enrolled in 2010.

A third Ph.D. program in Aerospace Engineering kicked off in August 2013.

Finally, it's about building a future.

In October 2012, Embry-Riddle hosted the Future Pilot Supply Roundtable. This event drew representatives from nearly every regional and commercial airline. Participants came to the Daytona Beach Campus to discuss the pilot supply shortage, new FAA hour regulations and other issues facing the industry.



EMBRY-RIDDLE AERONAUTICAL UNIVERSITY

12

# DAYTONA BEACH, FLORIDA CAMPUS

Our Florida campus is home to 5,000 undergraduate and graduate students engaged in high-level, project-based academic pursuits. Our small class size promotes collaboration among faculty and students. Embry-Riddle students are highly focused and work hard toward their academic and career goals. Twenty-four undergraduate degrees and programs and 17 graduate and postgraduate degrees are offered through the College of Arts and Sciences, College of Aviation, College of Business and College of Engineering.

The campus sits next to an international airport facility and it's just an hour's drive from Kennedy Space Center and the Orlando theme parks.

More than 150 student organizations are active on the campus, which also hosts all three ROTC programs; the award-winning, nationally celebrated Air Force ROTC Detachment 157, one of the fastest growing Navy ROTC units (which includes those aiming for careers in the Marine Corps), and a decorated Army ROTC unit.

### What's Next

▶ A new 225,000-sq-ft. Student Union

▶ New Athletics Facility with space for new sports medicine program

▶ A fourth Ph.D. program in Human Factors

▶ Bachelor's degree in Astronomy

▶ Women's Basketball Team

**WE ARE HERE**
29° 09' 43" N
81° 00' 27" W

**300+**
AVERAGE # OF FLYING DAYS PER YEAR

**62** NUMBER OF AIRCRAFT – RESIDENTIAL CAMPUS FALL 2013

**42** Cessna 172S Nav III

**10** Diamond DA42

**7** Piper PA28R Arrow

**2** Mesdo

**1** American Champion Decathlon







Dr. Richard Heist
*Chief Academic Officer*

Dr. Tim Brady
*Dean of College of Aviation*

Dr. Karen Gaines
*Dean of College of Arts and Sciences*

Dr. Bill Stevens
*Dean of College of Business*

Dr. Michael Williams

Dr. Mtj Mirmirani
*Dean of College of Engineering*

**RAPIDLY GROWING PROGRAM**
**BS MECHANICAL ENGINEERING**

**FALL TERMS DAYTONA BEACH CAMPUS ENROLLMENT**







EMBRY-RIDDLE AERONAUTICAL UNIVERSITY

# The Prescott, Arizona campus is breaking records.

Embry-Riddle's western campus isn't just a mile-high, picturesque destination for future leaders in the aerospace and aviation industry. Prescott is breaking records.

Case in point: Fall 2013 brought the largest incoming class and enrollment in the history of the campus, including the largest class of Aviation Business Administration students ever.

In the past two years Prescott has added majors in Software Engineering (with a cyber-security focus), Cyber Intelligence and Security, Astronomy, Global Business and a master's degree in Security and Intelligence Studies.

"The new programs reflect our commitment to expanding the diversity of our programs and focusing on our commitment and vision to providing quality education," said Prescott Campus Chancellor Dr. Frank Ayers.

**New programs reflect our commitment to providing quality education.**

That commitment to quality has been consistently recognized. In 2013, U.S. News & World Report named the campus' Aerospace Engineering program third best in the region for the 11th year in a row, and the College of Engineering undergraduate program to the top 20 for the eighth time. During the past two years, the campus' Mechanical Engineering degree program has seen a 25% increase in enrollment.

For the eighth consecutive year, Prescott students claimed multiple high honors at the Phi Beta Lambda (PBL) National Leadership conference, which is the nation's largest student-focused competitive business event. In the country with more than 500 advisors mentoring 1,800 students to develop business and leadership skills for future careers.

The Golden Eagles Flight Team recently won its ninth National Championship at the SAFECON national competition sponsored by the National Intercollegiate Flying Association (NIFA). The team also won the Judges Trophy and the National Top Pilot Award at the latest competition.

Opportunities for students to obtain real-world experience, knowledge and connections also are key. Campus-hosted events like the annual National Security & Intelligence Symposium (October 2012) featuring CIA Director of Security Mary Rose McCaffrey and others discussing cyber threats to national security gave students exclusive access and information relevant to their future careers and world.

Graduating students are also reaping the benefits of their degrees from the Prescott Campus. AffordableCollegesOnline.org recently named Prescott No. 1 in Arizona for return on investment for graduating students, and the campus was also identified in the top 1 percent of U.S. private colleges whose graduates out-earn non-degree holders by at least $1 million during their careers.



## PRESCOTT, ARIZONA CAMPUS

Our Arizona campus is home to 1,700 undergraduate and graduate students engaged in high-level, project-based academic pursuits.

Our small class size promotes collaboration among faculty and students. Embry-Riddle students are highly focused and work hard toward their academic and career goals. Eighteen undergraduate degrees and programs, and one graduate degree are offered through the College of Arts and Sciences, the College of Aviation and the College of Engineering.

With more than 100 student organizations, including Army ROTC and the award-winning Air Force ROTC Detachment 028, consistently named "Best in the West."

The mile-high campus hosts special events, including its annual Homecoming celebration "OctoberWest" which in 2013 featured a "Wings Out West" air show, Alumni Awards reception and golf tournament, and the debut of the student-designed and built Jet Dragster.

### What's Next

▶ Master of Science in Security and Intelligence Studies

▶ Global Business and Forensic/Biologic Sciences programs

▶ New Lab and Classroom building

▶ Renovated Athletic Center and increased residential bed space

▶ Addition of men's and women's basketball






Dr. Richard Bloom
*Chief Academic Officer*

Dr. Brent Bowen
*Dean of College of Aviation*

Dr. Frank Ayers
*Chancellor*

Dr. Anibie Dickey
*Dean of College of Arts & Sciences*

Dr. Ron Mueller
*Dean of College of Engineering*

### RAPIDLY GROWING PROGRAM
### GLOBAL SECURITY & INTELLIGENCE STUDIES




**WE ARE HERE**

# 34° 34′ 6″ N
# 112° 27′ 41″ W



## 325+
**AVERAGE # OF FLYING DAYS PER YEAR**

## 24
**NUMBER OF AIRCRAFT - RESIDENTIAL CAMPUS FALL 2013**

16 Cessna 172S

4 Diamond DA42 NG

2 Cessna I50

1 American Champion Decathlon

1 Cessna 182RG

### FALL TERMS PRESCOTT CAMPUS ENROLLMENT






EMBRY-RIDDLE AERONAUTICAL UNIVERSITY

# Embry-Riddle Worldwide is about flexibility, choice and quality.

As a global, award-winning higher education provider, Embry-Riddle Worldwide isn't content to remain status quo. The Worldwide Campus continues to expand its horizons with everything from ground-breaking degree programs and exclusive instructional contracts to being on the forefront of online academic development.

During the past few years, Worldwide was reorganized into a more traditional academic structure that led to additional full-time faculty positions for the colleges of Aeronautics, Arts and Sciences and Business. As a result, this new structure has created greater efficiency and consistency in areas such as academics, campus administration, technology and marketing. The campus will soon be expanding its administrative operations with the purchase of a building at its current Daytona Beach headquarters.

Worldwide has continued its commitment to the armed forces while also diversifying its civilian student base. The campus added a new location in Fleming Island outside of Jacksonville, Fla., in 2013. Four additional locations—Houston, Texas; Rockford, Ill.; Huntsville, Ala; and Everett, Wash.— moved to new facilities to accommodate growing enrollment.

### In our commitment to quality education, we focus the use of all of our worldwide resources.

"Worldwide caters to non-traditional students. They are working adults who are busy with their families and jobs. It's important that we make our degree programs convenient through several types of instruction," said Chancellor Dr. John Watret. "This flexibility allows our students to progress through their coursework in a timely manner— similar to being on a residential campus."

Although Worldwide remains focused on adult learners, the campus recognizes the importance of STEM initiatives for the nation's youth. The campus supports an eleven STEM programs at high schools in Arizona and Nevada. It also promotes STEM learning by participating in events like the national Real World Design Challenge. Teams of high school students will soon be examining a "real-world" scenario involving unmanned aircraft and precision agriculture developed by a team of Embry-Riddle Worldwide faculty, staff and alumni.

A recognized leader in online learning, Dr. Watret was appointed in 2013 to the advisory board for Florida's first comprehensive online learning institute. Worldwide also launched its first MOOC (Massive Open Online Course) in August 2013. The free, non-credit, Reviweek course in Human Factors in Aviation was open to the public and drew 1,000 registrations.

Another way Worldwide will be using technology to enhance the learning environment is through a virtual crash lab. This experience will allow students in the College of Aeronautics to engage in virtual scenarios that will better prepare them for work in the field.

Globally, Embry-Riddle-Asia graduated its inaugural MBA in Aviation (MBAA) class of 19 students in December 2012— with the second class graduating in December 2013. The Asia campus will also see its first master in aeronautical science graduates in Fall 2014.

At a recent U.S.-China Aviation Symposium, Dr. Watret represented the university in discussions about aviation development in China and Embry-Riddle's growing role in education. In Europe, Worldwide was awarded a 10-year contract as the sole provider of aviation instruction to U.S. military service members stationed there.

Worldwide is known as an industry leader in the U.S. as well. Initiatives like the Center for Aviation and Aerospace Leadership (CAAL), Aviation & Aerospace Industry Manufacturing Summit bring high-level executives together for discussions on how to support U.S. and global demand in the industry.

# WORLDWIDE CAMPUS

Academically, the campus is pursuing accreditation from Aviation Accreditation Board International, Accreditation Council for Business Schools & Programs and the Project Management Institute's Global Accreditation Center for Project Management Programs. The American Society of Transportation and Logistics has already endorsed the Master of Logistics and Supply Chain Management program and professionally certifies qualified program graduates.

Worldwide's strong academic programs are led by outstanding faculty who remain active in their fields. One example is Dr. Souma Ichoua, associate professor and director of research for the College of Business. Dr. Ichoua is one of the university's two 2012-13 Core Fulbright Scholars. Working with colleagues from the University of Applied Sciences – Emden/Leer, Dr. Ichoua is studying the use of renewable energy sources for small and mid-sized manufacturing companies in Germany.

## What's Next

▸ Expansion of Worldwide headquarters in Daytona Beach

▸ Bachelor's degree in Aeronautics in Singapore through Embry-Riddle Asia

▸ First online bachelor's degree in Aviation Security

▸ Master's degree in Engineering Management





Dr. John Watret
*Chancellor*

Dr. Brad Sims
*Chief Academic Officer*



Dr. Kenneth Witcher
*Dean of College of Aeronautics*

Dr. James Schultz
*Dean of College of Arts and Sciences*

Dr. Ken Blakoena
*Dean of College of Business*

# TOP 5 PROGRAMS – FALL 2013

Associate/Bachelor of Science in Aeronautics

Master of Aeronautical Science

Bachelor of Science in Technical Management

Associate/Bachelor of Science in Aviation Maintenance

Master of Business Administration in Aviation

## ANNUAL COURSE ENROLLMENTS OR COURSE REGISTRATIONS

● Oncampus 35,381
● Online/Eagle Vision 59,005

## HISTORICAL COURSE REGISTRATION COUNT
### BY ACADEMIC YEAR

| Academic Year | Count |
|---|---|
| 2001-02 | 63,849 |
| 2002-03 | 72,351 |
| 2003-04 | 74,666 |
| 2004-05 | 83,314 |
| 2005-06 | 90,239 |
| 2006-07 | 92,179 |
| 2007-08 | 89,502 |
| 2008-09 | 90,097 |
| 2009-10 | 89,758 |
| 2010-11 | 92,727 |
| 2011-12 | 89,865 |
| 2012-13 | 94,506 |












EMBRY-RIDDLE AERONAUTICAL UNIVERSITY

# ignite

## by the numbers

Undergraduate Research Program

### DAYTONA BEACH

**33**
IGNITE RESEARCH PROJECTS

**516**
COURSES REVIEWED AND MAPPED

**3**
SHORT COURSES TO ASSIST FACULTY MEMBERS

**$241,213**
APPROVED FUNDING

**40**
FACULTY MEMBERS PARTICIPATED IN SHORT COURSE

**178**
STUDENTS INVOLVED

**15**
OF THOSE 40 FACULTY MEMBERS PARTICIPATING IN A SHORT COURSE WENT ON TO RECEIVE GRANTS

### PRESCOTT

**26**
IGNITE RESEARCH PROJECTS

**249**
COURSES REVIEWED AND MAPPED

**113**
STUDENTS INVOLVED

**$110,013**
APPROVED FUNDING

**519**
STUDENTS ATTENDED AT LEAST ONE IGNITE-RELATED EVENT

### WORLDWIDE

**206**
COURSES REVIEWED AND MAPPED

**2 courses**
1 SHORT SELF-DIRECTED COURSE AND A 4-WEEK INTERACTIVE GUIDED COURSE TO ASSIST FACULTY MEMBERS

*"Student learning outcomes are now linearly articulated into the Worldwide curriculum also the first stage of Ignite. The research-integration curriculum has provided a learning experience useful for discovery through research and inquiry. The commitment of this proposal in every aspect 50 new introductions to Research Methods courses. Research 202 gives students a thorough introduction to research processes and techniques and equips them with skills to do research in their professional lives as well. Students also gain the ability to evaluate research done by others, helping the SLOs directly into the curriculum has allowed students to graduate with a strong foundation and experience in research principles."*

KELLY GEORGE
Executive Director of Research Advancement, Worldwide Campus

---

# Research Park, Ignite Program –
# Providing Solutions to Real-World Problems

A Prescott student team-designed satellite named EagleSat is chosen by NASA to fly as auxiliary payload aboard rockets to determine error rates in parts exposed to space radiation.

Tens of thousands of Haitians have clean drinking water thanks to a group of students and faculty from the Daytona Beach Campus that developed and installed water purification systems in orphanages, schools and refugee camps.

Mechanical engineering graduate student Michele Reda led a team of students looking to convert used cooking oil from the Daytona Beach Campus's cafeteria into bio-diesel to run the school's lawn maintenance vehicles. In February 2012, the campus officially opened a facility to do just that.

These are just a few of the exciting research projects that exemplify the university's commitment to being a hands-on leader in finding solutions to real-world problems.

One of the most significant examples of this focus on research was the university-wide launch of Ignite in 2012. The program—which encourages undergraduate research by providing innovative research opportunities, increased research funding, expanded academic and co-curricular experiences and enhanced faculty-student research collaboration – has resulted in more than 50 innovative projects across both residential campuses.

Another way that students, staff and faculty are coordinating with the aerospace and aviation industry on groundbreaking research is through the university's growing Aerospace Research and Technology Park.

Not only is Larsen Motorsports (LMS) the university's first tenant in the 90-acre Research Park, it also employs dozens of Embry-Riddle engineering students who are getting hands-on, concept-to-track experience with a professional race team. Additionally, the Central Florida-based LMS is breaking ground with two female drivers including Embry-Riddle graduate and flight instructor Marsha Falk.

At the 2013 Paris Air Show, Embry-Riddle and Diamond Aircraft Industries signed a partnership to establish the global manufacturer's presence on the Daytona Beach Campus with a later expansion to the Research Park. As part of the agreement, Diamond will expand its current international research and development program and other initiatives working with Embry-Riddle students, staff and faculty from the university's engineering and aviation colleges as well as its Eagle Flight Research Center.

## Research Park - Phase 1

LEGEND

● High-Performance Vehicle Research (Existing)
● Research Tenant
● Engineering Research
● Wind Tunnel
● Eagle Flight Research
● Stage 1
● Stage 2

Larry Douglas

Nichols, Carter G
& Inhibitor Space

Preston's Holland

# Embry-Riddle is at the forefront of community support.

## Being an active community partner is more than just a mantra, it's at the core of our institution.





After the devastating fires in Yarnell, Ariz., the Prescott Campus opened its doors to host an emotional community memorial for the 19 fallen heroes from the elite Granite Mountain Hotshots firefighting crew.

In the spring of 2013, students, staff and faculty from the Daytona Beach Campus and Worldwide Headquarters came together to raise more than $40,000 for Food Brings Hope – a local nonprofit committed to ending poverty for nearly 2,200 homeless and economically disadvantaged children.

On a regular basis, the Embry-Riddle Volunteer Network and various student organizations are involved in projects such as the American Heart Association's Heart Walk, breast cancer awareness presentations and the Walk A Mile in Her Shoes domestic abuse awareness event.

One unique way Embry-Riddle gives back to its communities is through events like Daytona Beach's Wings & Waves and Prescott's OctoberWest.

In 2012, the Wings & Waves Air Show drew more than 150,000 spectators to Daytona Beach for two days of aerial performances featuring alumni

and world-renowned jet teams like the U.S. Air Force Thunderbirds.

In Prescott, the OctoberWest 2013 homecoming event featured a golf tournament, the unveiling of the students' first LionJet project and the Wings Out West Air Show for alumni and guests. The event hosted the Women in Aviation International organization as well.

Additionally, the university provides a positive economic impact to its communities. Daytona Beach Mayor Glenn Ritchey docketed Oct. 26, 2012, as "Embry-Riddle Aeronautical University Day," citing the $1.5 billion economic impact the university has on the greater Central Florida region. And in 2013, the Prescott Campus was recognized for working with the Greater Prescott Regional Economic Partnership to stimulate the local economy and attract new businesses to the region. Embry-Riddle Worldwide not only contributes by offering continuous educational opportunities to industry and the U.S. military, but is also a key player in the global community through partnerships with industry and educational organizations abroad.

## Philanthropy at Embry-Riddle

For fiscal years 2012 and 2013, philanthropy at Embry-Riddle has fueled the university's onward and upward trajectory, securing $11.6 million in donations and new pledges.

Donor contributions in 2012 and 2013 have helped the university continue its vital work toward building a new legacy of education and discovery. With an eye for addressing student affordability and enhancing the educational experience, Embry-Riddle has secured:

▶ **$6.9 million** in scholarships, establishing reliable annual financial aid to help ensure that every student with the dream to earn a degree at Embry-Riddle has the opportunity to do so

▶ **$2.2 million** in facilities support, creating research and learning environments for our faculty and students that empower the pursuit of new knowledge and solutions to real-world problems

▶ **$1.1 million** in faculty support, providing thought leadership and innovation to industry and inspiration to our best and brightest students

▶ **$2.6 million** in planned gifts, ensuring that Embry-Riddle will continue its legacy for years to come

Embry-Riddle has managed its philanthropic resources well, growing its endowment from a recession-low $54 million to its current year-end total of $92 million, a 70.4% increase over five years. Through strong resource management, the university has provided 500 students with more than $1.3 million in annual need-based scholarship funds during the 2012-13 academic year.

### PHILANTHROPY BY PURPOSE



Scholarships & Fellowships $2,671,631

Facilities & Equipment $982,730

General & Unrestricted $303,416

Programs & Outreach $211,211

Faculty Support $190,000

### PHILANTHROPY BY SOURCE



Friends $3,513,041

Corporations & Foundations $1,239,050

Alumni $333,750

Faculty & Staff $97,274

Parents $89,667

"When you make a gift to Embry-Riddle, you not only help the university achieve its mission, you also ignite a cycle of transformation: your gifts change lives and those lives, in turn, change the world."

**BERNADINE DOUGLAS**
*Vice President for Development*

### ENDOWMENT MARKET VALUE



$100M

$90M

$80M

$70M

$60M

$50M

$40M

$30M

$20M

$10M

0

*Factors such as growth from gifts, reductions due to annual scholarship payments and market performance each year help determine the endowment's market value.*









# At Embry-Riddle, there is no such thing as a "typical" student

And they're proving it every day — whether it's an alumna who called the International Space Station a temporary home like astronaut Nicole Stott or a current student like undergraduate Emily Hyatt who recently won first prize in magnetospheric physics as part of a student research contest sponsored by the National Science Foundation (NSF).

Recent efforts to empower and support female students as well as the changing face of alumni relations are having a big impact.

With a goal to increase the percentage of female students at residential campuses to 25% by Fall 2017, the university is on its way with an average of 23% female undergraduate freshmen enrolled in Fall 2013 at both residential campuses.

One key to this success is the Women's Ambassador Program launched in January 2012. As more than 300 female alumnae, current staff and faculty and current graduate students mentor incoming students, hundreds of female prospective and current students have participated in the program directly with these "big sisters" or through representation at aviation and engineering conferences, enrollment events, air shows and more.

The Women's & Diversity Center and the Office of Diversity & Inclusion at the Daytona Beach Campus are evidence of the university's commitment to women and diversity.

Along with having the nation's second-largest ROTC presence outside military academies, international students make up an average of 15% of undergraduate and graduate enrollment during 2012-2013 at the Daytona Beach and Prescott campuses.

Whether it's industry professionals and military servicemen and women earning degrees through one of Worldwide's 150 locations globally or an undergraduate experiencing college for the first time — one thing is clear: Embry-Riddle gives its students the keys to success.

The small class size and a hands-on environment continues to foster success for students on a national level. One case in point: Four teams from the university's Daytona Beach Campus outperformed the 62 other colleges and more than 1,200 other students at the recent 2012-2013 FAA Design Competition for Universities.

As students graduate and transition to alumni, they can count on fast-track support because for the first time in the university's history, the Alumni Relations department consists of an all-alumni management team. In 2013, Executive Director Bill Thompson ('PC '87) and Assistant Director at the Prescott Campus Michelle Day ('PC '91) joined Daytona Beach Campus Director Edmund Odartey ('DB '04, '10), and Associate Director of Alumni Relations Keith Deaton (DB '05, '12).

## FALL TERMS FEMALE STUDENT ENROLLMENT



As the blueprint for the future of new industries and economic growth, STEM (Science, Technology, Engineering and Math) education at Embry-Riddle continues to grow through its forward-thinking STEM Academy and Aerospace Career Academy locations.

These embedded programs provide access to STEM-related courses to prepare students for college and establish a pathway to in-demand, high-paying jobs—while increasing overall affordability of education.

## STEM ACADEMY

Embry-Riddle STEM Academy is a high school dual enrollment program that provides students with the opportunity to earn college credit without leaving the high school. STEM Academy offers over 35 courses across six areas of concentration known as STEM Academy Academic Tracks: Pre-Aeronautics, Pre-Aviation Maintenance, Pre-Engineering, Physics, Mathematics, General Studies, and Management. Students may enroll as early as their sophomore year and can earn up to 24 college credits. High school instructors who are trained by Embry-Riddle professors and meet the requirements to teach the course, as an Embry-Riddle adjunct instructor, provide instruction for courses within the STEM Academy Academic tracks.

Locations:

ARIZONA
▸ Basha High School (Chandler)
▸ Chandler High School
▸ Perry High School (Gilbert)
▸ Sunrise Mountain High School (Peoria)

NEVADA
▸ Rancho High School (Las Vegas)

## AEROSPACE CAREER ACADEMY

Embry-Riddle's Aerospace Career Academy is a high school dual-enrollment program that gives students an introduction to careers in aviation and aerospace. The academy offers more than 30 college courses, including: Professional Pilot, Engineering, Space, Unmanned Aerial Systems and Aviation Maintenance Science. Students can earn up to 30 credits. Courses are taught by university-approved adjunct professors who receive extensive discipline-specific training and ongoing professional development.

Locations:

FLORIDA
▸ Bayshore Beach Community High School
▸ Charlotte County Public Schools
▸ Charlotte High School
▸ Charlotte Technical Center
▸ Circle Christian School (Winter Park)
▸ Ft. Pierce Central High School
▸ Lemon Bay High School (Englewood)
▸ Palm Beach Community High School
▸ Port Charlotte High School
▸ St. Augustine High School

ILLINOIS
▸ Jefferson High School (Winnebago County)
▸ Lyons Township High School District 204 (Cook County)

EMBRY-RIDDLE AERONAUTICAL UNIVERSITY

# Embry-Riddle Athletics quickly spread its wings in 2012 and 2013 – both on and off the field.

**Embry-Riddle students are as competitive and team-oriented on the playing fields as they are in classrooms and labs.**

With the introduction of three sports (women's softball, women's cross country and men's cross country) at the Prescott Campus and the launch of a women's softball team at the Daytona Beach Campus, Embry-Riddle has ramped up its athletic offerings for women. The university has also garnered national recognition and numerous conference and national championships among its existing sports of baseball, basketball, golf, soccer, tennis, track and field, volleyball and wrestling.

In only its second season, the men's golf team from the Prescott Campus proved to be a double threat, earning the title of All-Academic Team in the National Association of Intercollegiate Athletics (NAIA) with a 3.74 team GPA, while also winning five conference championships. The Daytona Beach Campus championed 28 All-Americans, including 14 NAIA Scholar-Athletes and 14 Academic All-Americans.

The Daytona Beach baseball team won the 2013 conference regular season title, tournament title and regional title. And for the fourth consecutive year, the women's volleyball team brought home the conference championship while remaining undefeated in conference play.

In June 2012, the Prescott Campus entered an athletic conference—the California Pacific Athletic Conference (Cal Pac)—for the first time and immediately won three of four outright conference championships. The campus also finished second in women's volleyball.

Later that year, Prescott's men's and women's soccer teams won division championships and advanced to the national championship in their first year in the Cal Pac conference.

As a result of the additional sports programs at Prescott, the total athlete population increased from about 80 student-athletes to more than 130 in Fall 2013. Nearly 50 percent of those athletes are young women.

In its inaugural season, the Daytona Beach softball team made it to the conference tournament and finished in third place. And in 2013, the Prescott Campus introduced a softball team that debuted during the October/West homecoming event.

And there's more on the horizon as Prescott is halfway through a complete two-year renovation of its athletic and fitness facilities to accommodate men's and women's basketball.






## PRESCOTT

**Cal Pac Conference Regular Season Championships**
- Men's Soccer
- Women's Soccer

**Cal Pac Conference Tournament Championships**
- Men's Soccer
- Women's Soccer
- Men's Golf

## National Tournament Appearances (Finish)
- Men's Soccer (First Round)
- Women's Soccer (First Round)
- Wrestling (7 Qualifiers)
- Men's Golf (18th)

**Individual National Honors**
- 3 All-Americans
- 9 NAIA Scholar-Athletes

## DAYTONA BEACH

**National Championships**

*Individual*
- Nicole Bavik – Indoor National Champion 3,000m RaceWalk
- Mike Edwards – Indoor National Champion High Jump
- Mike Edwards – Outdoor National Champion High Jump
- Rota Woodard – Outdoor National Champion Hammer Throw

*Team*
- Patrick Beach – ITA/NAIA Men's Singles National Champion (tennis)
- Men's Tennis – NAIA National Champion

**Conference Regular Season Championships**
- Women's Soccer
- Volleyball
- Men's Cross Country
- Women's Cross Country
- Baseball
- Men's Tennis
- Men's Track & Field
- Women's Track & Field

## Conference Tournament Championships
- Women's Soccer
- Volleyball
- Men's Basketball
- Men's Tennis
- Baseball

**National Tournament Appearances**
- Women's Tennis and Women's Soccer (Quarterfinals)
- Baseball (Semifinals)
- Men's Basketball and Volleyball
- Men's Track & Field (Indoor – Tie 18th, Outdoor – 18th)
- Women's Track & Field (Indoor – 12th, Outdoor – 19th)
- Men's Cross Country (06th)
- Women's Cross Country (22nd)
- Women's Golf (3rd)

**Individual National Honors**
- Deni Zmak – Men's Tennis, Ward-Ballinger Award for Sportsmanship & Leadership
- Adam Collini – NAIA Baseball, Hank Burdridge Champions of Character Award Winner
- Dave Paschal – Men's Tennis, National Coach of the Year

**BOARD OF TRUSTEES**
**FOR 2012-2013**

Mr. John Amore
Chief Executive Officer
Zurich General Insurance
Zurich Financial Services (Retired)

Mr. Lawrence W. Clarkson
President
Boeing Enterprises (Retired)

Mr. Kenneth Dufour
President
Aviation Management Consulting

Mr. Jim W. Henderson
Chairman & CEO
AssuredPartners

Dr. Karen Holbrook
USF System Senior Vice President
for Global Affairs & International
Research
Professor of Molecular Medicine
University of South Florida
(Retired)

Mr. Mori Hosseini
Chairman & CEO
ICI Homes

Gen. Ronald E. Keys
U.S. Air Force (Retired)
Principal, RK Solution Enterprises
Senior Advisor, Bipartisan Policy
Center

Gen. Arthur J. Lichte
U.S. Air Force (Retired)

Mr. Joseph Martin
Office of the Chairman
& Vice Chairman of the Board
Fairchild Semiconductor International
(Retired)

Mr. Glenn S. Ritchey
President & CEO
Jon Hall Automotive Group

Ms. David L. Robertson
Owner, Robertson Racing
Director, Michigan Aerospace
Foundation

Mr. Jean G. Rosanvallon
President & CEO
Dassault Falcon Jet

Mr. Zane Rowe
Vice President of Sales
Apple Computers

Mr. Louis C. Seno Jr.
Chairman Emeritus
Jet Support Services

Ms. Nicole Stott
Astronaut
National Aeronautics & Space
Administration

**TRUSTEES EMERITI**

Mr. Jay C. Adams Jr.
Executive Vice President
Brown & Brown (Retired)

Mr. Philip Elliott

Mr. Harry Lamon
Lamon & Sherman Consulting

Mr. S. Harry Robertson
President & CEO
Robertson Research Group

**FACULTY AND STUDENT**
**DELEGATES**
**TO THE BOARD OF TRUSTEES**

Mr. Josh Bailey
Prescott Campus
Student Delegate

Mr. John Christian
Daytona Beach Campus
Student Delegate

Ms. Rick Gallup
Daytona Beach Campus
Faculty Delegate

Dr. Ken Parsons
Prescott Campus Faculty Delegate

Dr. Koss W. Riekema
Worldwide Campus Faculty Delegate

*Effective January 1, 2014,*
*Embry-Riddle alumnus*
*Mr. Mori Hosseini will assume the*
*responsibilities of Board chairman.*

*As vice-chairman since November*
*2006, Mr. Hosseini has been chairman*
*of the Committee on Trustees since*
*2005 and the Facilities and Capital*
*Planning Committee since 2005. He*
*was elected to the Board in 1999,*
*and in 2013 was the recipient of a*
*Doctorate of Humane Letters, an*
*honorary degree from Embry-Riddle.*
*He earned both a B.S. in Aeronautical*
*Studies and a Master of Business*
*Administration from Embry-Riddle, and*
*is the Chairman and CEO of*
*ICI Homes.*

*The current Board chairman,*
*Mr. Jim W. Henderson, will become*
*vice-chairman. He became a trustee*
*in February 2003, and as Chairman*
*since January 2007 has had oversight*
*of 11 standing and various ad-hoc*
*committees. The university's Jim*
*W. Henderson Administration and*
*Welcome Center that opened in*
*2012 is named in his honor. He*
*also received special recognition*
*for his leadership and assistance*
*during the recovery efforts following*
*the 2006 Christmas Day tornado.*
*He is Chairman and CEO of*
*AssuredPartners Inc.*

*In 2012, NASA astronaut and alumna*
*Ms. Nicole Stott and retired U.S.*
*Air Force Gen. Arthur J. Lichte*
*were elected to the Board.*

32



Embry-Riddle Aeronautical University
Office of the President
600 S. Clyde Morris Blvd.
Daytona Beach, FL 32114

# Exhibit H

CERTIFIED COPY
TO BE RECORDED BY FAA

SB000296 Conveyance Recorded Mar/21/2008 07:37 AM FAA

| AIRCRAFT BILL OF SALE | OPTIONS |
|---|---|

For and in consideration of $1.00 & other valued consideration undersigned owner(s) of the full legal and beneficial title of the aircraft described as follows:

**AIRCRAFT MAKE AND MODEL**
*DIAMOND AIRCRAFT INDUSTRIES GmbH. DA 42*

| MANUFACTURER'S SERIAL NO. | NATIONALITY & REGISTRATION NO. |
|---|---|
| 42.321 | N208PE |

does this 19th day of March 2008 , hereby sell, grant, transfer and deliver all rights, title and interests in and to such aircraft unto:

**P U R C H A S E R**

**NAME AND ADDRESS**
If individual(s), give last name, first name, and middle initial

Diamond Aircraft Sales USA Inc.
1560 Crumlin Sideroad
London, Ontario
N5V 1S2
CANADA

and to its executors, administrators, and assigns to have and to hold singularly the said aircraft forever, and certifies the same is not adjacent to any mortgage or other encumbrances, except:

| TYPE OF ENCUMBRANCE N/A | AMOUNT N/A | DATED N/A |
|---|---|---|

IN FAVOUR OF

in testimony where I have set my hand and seal this 19th day of March 2008.

| | NAME(S) (Typed or printed) | SIGNATURE(S) (in ink) | TITLE (If signed for a corporation, partnership, owner or agent) |
|---|---|---|---|
| **S E L L E R** | Diamond Aircraft Industries GmbH | Dr. Ulrich Rummel | Group CFO |

**ACKNOWLEDGEMENT**

City of London on this 19th day of March 2008, before me personally appeared the above seller, to me known to be the person described in and who executed the foregoing bill of sale, and acknowledged that he/she executed the same as his/her free act and deed, and if said bill of sale be that of a corporation swore that he/she was duly authorized to execute the same. Given under my hand the day and year written above.

Witness

*Diamond Aircraft Industries GmbH*   N.A Otto – Strasse 5, A-2700 Wiener Neustadt, Tel: +43/2622/26700, Fax: +43/2622-26780

I hereby certify that I have compared this with the original and it is a true and correct copy thereof.

080801049121
$5.00  03/20/2008



BM000483 Conveyance Recorded May/29/2008 09:37 AM FAA

| AIRCRAFT BILL OF SALE | OPTIONS |
|---|---|

For and in consideration of $1.00 & other valued consideration undersigned owner(s) of the full legal and beneficial title of the aircraft described as follows:

**AIRCRAFT MAKE AND MODEL**
**DIAMOND AIRCRAFT INDUSTRIES INC.**   DA 42

| MANUFACTURER'S SERIAL NO. | NATIONALITY & REGISTRATION NO. |
|---|---|
| 42.321 | N208PE |

does this 7th day of April , 2008, hereby sell, grant, transfer and deliver all rights, title and interests in and to such aircraft unto:

**P U R C H A S E R**

**NAME AND ADDRESS**
If individual(s), give last name, first name, and middle initial

Bravo Leasing LLC
561 Pearl Harbor Drive
Daytona Beach, Florida 32114

and to _____ its _____ executors, administrators, and assigns to have and to hold singularly the said aircraft forever, and certifies the same is not adjacent to any mortgage or other encumbrances, except:

| TYPE OF ENCUMBRANCE N/A | AMOUNT N/A | DATED N/A |
|---|---|---|
| N/A | | |
| IN FAVOUR OF | | |

in testimony where I have set my hand and seal this 7th day of April , 2008.

**S E L L E R**

| NAME(S) (Typed or printed) | SIGNATURE(S) (in ink) | TITLE (If signed for a corporation, partnership, owner or agent) |
|---|---|---|
| Diamond Aircraft Sales U.S.A. Inc. | Hans Dastl | V.P. Finance |

**ACKNOWLEDGEMENT**

City of London in the Province of Ontario on this 7th day of April , 2008, before me personally appeared the above seller, to me known to be the person described in and who executed the foregoing bill of sale, and acknowledged that he/she executed the same as his/her free act and deed, and if said bill of sale be that of a corporation swore that he/she was duly authorized to execute the same. Given under my hand and year written above.

_____
Witness

**Diamond Aircraft**  1560 Crumlin Sideroad, London, Ontario   Tel: (519) 457-4000   Fax (519) 457-4021

I   075760

CERTIFIED COPY
TO BE RECORDED BY FAA

CONVEYANCE RECORDED

**AIRCRAFT BILL OF SALE**

| | OPTIONS |
|---|---|
| For and in consideration of $1.00 & other valued consideration undersigned owner(s) of the full legal and beneficial title of the aircraft described as follows: | 2005 NOV 22 PM 1 06 |

**AIRCRAFT MAKE AND MODEL**
*DIAMOND AIRCRAFT INDUSTRIES GmbH.    DA42*

FEDERAL AVIATION
ADMINISTRATION

| MANUFACTURER'S SERIAL NO. | NATIONALITY & REGISTRATION NO. |
|---|---|
| 42.056 | N37VK |

does this 14ᵗʰ day  October 2005 hereby sell, grant, transfer and deliver all rights, title and interests in and to such aircraft unto:

**P**
**U**
**R**
**C**     Diamond Aircraft Sales U.S.A. Inc.
**H**     1560 Crumlin Sideroad
**A**     London, ON
**S**     N5V 1S2
**E**
**R**

successors

and to its executors, administrators, and assigns to have and to hold singularly the said aircraft forever, and certifies the same is not adjacent to any mortgage or other encumbrances, except:

| TYPE OF ENCUMBRANCE N/A | AMOUNT N/A | DATED N/A |
|---|---|---|
| IN FAVOUR OF | | |

in testimony where I have set my hand and seal this  14 th  day of  October, 2005

| | NAME(S) (Typed or printed) | SIGNATURE(S) (in ink) | TITLE (If signed for a corporation, partnership, owner or agent) |
|---|---|---|---|
| **S** **E** **L** **L** **E** **R** | Diamond Aircraft Industries GmbH N.A. Ottostrasse 5 A-2700 Wr. Neustadt | Michel Feinig | Managing Director |

**ACKNOWLEDGEMENT**

City of London in the Province of Ontario on this day of 14ᵗʰ October 2005 before me personally appeared the above seller, to me known to be the person described in and who executed the foregoing bill of sale, and acknowledged that he/she executed the same as his/her free act and deed, and if said bill of sale be that of a corporation swore that he/she was duly authorized to execute the same. Given under my hand the day and year written above.

Witness

*Diamond Aircraft Industries GmbH*   N.A. Otto - Strasse 5, A-2700 Wiener Neustadt, Tel: +43/2622/26700, Fax: ++43/2622-26780

original MT



CERTIFIED COPY
NOT ENDORSED BY FAA

I 075761

| AIRCRAFT BILL OF SALE | OPTIONS |
|---|---|

**CONVEYANCE RECORDED**

**For and in consideration of $1.00 & other valued consideration undersigned owner(s) of the full legal and beneficial title of the aircraft described as follows:**

**AIRCRAFT MAKE AND MODEL**
*DIAMOND AIRCRAFT INDUSTRIES INC.* DA42

2005 NOV 22 PM 1 06

| MANUFACTURER'S SERIAL NO. | NATIONALITY & REGISTRATION NO. |
|---|---|
| 42.056 | N37VK |

FEDERAL AVIATION
ADMINISTRATION

does this ___ day of **NOV** ___, 2005 hereby sell, grant, transfer and deliver all rights, title and interests in and to such aircraft unto:

**P U R C H A S E R**

**NAME AND ADDRESS**
If individual(s), give last name, first name, and middle initial

VK INC.
421 8th Ave SE
Saint Petersburg, FL 33701-5025
U.S.A.

— successors

and to its executors, administrators, and assigns to have and to hold singularly the said aircraft forever, and certifies the same is not adjacent to any mortgage or other encumbrances, except:

| TYPE OF ENCUMBRANCE | AMOUNT N/A | DATED N/A |
|---|---|---|
| N/A | | |

**IN FAVOUR OF**

in testimony where I have set my hand and seal this ___ day of **NOV** ___, 2005 .

| | NAME(S) (Typed or printed) | SIGNATURE(S) (in ink) | TITLE (If signed for a corporation, partnership, owner or agent) |
|---|---|---|---|
| **S E L L E R** | **Diamond Aircraft Sales U.S.A. Inc.** | | Authorized Signing Officer |
| | AL BRENT | | DIRECTOR OF FINANCE |

**ACKNOWLEDGEMENT**

City of London in the Province of Ontario on this ___ day of **NOV** ___, 2005, before me personally appeared the above seller, to me known to be the person described in and who executed the foregoing bill of sale, and acknowledged that he/she executed the same as his/her free act and deed, and if said bill of sale be that of a corporation swore that he/she was duly authorized to execute the same. Given under my hand the day and year written above.

Witness

*Diamond Aircraft*   1560 Crumlin Sideroad, London, Ontario      Tel: (519) 457-4000   Fax: (519) 457-4021