UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:11-61663-CIV MORENO
ELECTRONICALLY FILED

AIRCRAFT GUARANTY CORPORATION,
TRUSTEE OF CONTINENT AIRCRAFT TRUST 1087

    Plaintiff,

v.

DIAMOND AIRCRAFT INDUSTRIES, INC., ET AL.

    Defendants.
_____/

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFF'S
RESPONSE IN OPPOSITION TO DEFENDANT DIAMOND AIRCRAFT INDUSTRIES,
GMBH'S MOTION TO DISMISS**

<br>

|  |  |
|---|---|
|  | Juan Martinez (FBN 9024)<br>GRAYROBINSON P.A.<br>1221 Brickell Avenue, Suite 1600<br>Miami, Florida 33131-0014<br>Telephone: 305-416-6880<br>Facsimile: 305-416-6887<br>E-mail: juan.martinez@gray-robinson.com<br>COUNSEL FOR PLAINTIFF |
| Michael A. Grim (*admitted pro hac vice*)<br>BINGHAM GREENEBAUM DOLL LLP<br>3500 National City Tower<br>101 S. Fifth Street<br>Louisville, Kentucky 40202<br>Telephone: 502.587.3696<br>Facsimile: 502.587.2235<br>E-mail: mgrim@bgdlegal.com | V. Brandon McGrath (*admitted pro hac vice*)<br>BINGHAM GREENEBAUM DOLL LLP<br>255 East Fifth Street, Suite 2350<br>First Financial Center<br>Cincinnati, Ohio 45202<br>Telephone: 513.455.7641<br>Facsimile: 513.762.7941<br>E-mail: bmcgrath@bgdlegal.com |

1

**I.     INTRODUCTION**

Defendant Diamond Aircraft Industries, GmbH ("Defendant" or "Diamond Austria") filed a Motion to Dismiss for Lack of Subject Matter Jurisdiction, for Lack of Personal Jurisdiction, or, in the Alternative, for Failure to State a Claim (Doc. 97, "Defendant's Motion") on April 3, 2014.  In response, Plaintiff Aircraft Guaranty Corporation ("AGC"), the Trustee of Continent Aircraft Trust 1087 filed a Response in Opposition to Defendant's Motion (Doc. 101, "Plaintiff's Response") on April 21, 2014, on the basis, *inter alia*, that Diamond Austria is subject to both general and specific personal jurisdiction in Florida because Diamond Austria has purposefully availed itself of the benefit of Florida law for years.

As part of the ongoing discovery process in this matter, Plaintiff, through counsel, served a subpoena duces tecum ("Subpoena") on Embry-Riddle Aeronautical University, Inc. ("ERAU"), a Florida not-for-profit university headquartered in Daytona Beach, Florida, requesting among other things agreements between Diamond Austria and ERAU.  The Subpoena was served on March 31, 2014.  Although the Subpoena indicated that any and all documents responsive to the request should be provided by April 21, 2014, no documents were provided by ERAU until April 25, 2014.  Included in the document production were agreements between ERAU and Diamond Austria that further support the ongoing and pervasive presence of Diamond Austria in Florida for the purpose of developing a market in Florida for the products that it manufacturers, including the DA-42, the aircraft at issue in the involved litigation.

**II.    ARGUMENT**

As previously stated in the Plaintiff's Response, general jurisdiction under the Florida long-arm statute is proper because Diamond Austria is "engaged in *substantial and not isolated activity* within this state." Fla. Stat. § 48.193(2) (emphasis added).  Florida construes "*substantial*

2

*and not isolated activity"* to be analogous to the "continuous and systematic" contacts standard. *Woods v. Nova Cos. Belize Ltd.,* 739 So. 2d 617, 620 (Fla. Dist. Ct. App. 1999).

In addition to the numerous contacts that Diamond Austria has with Florida as outlined in the Plaintiff's Response, newly discovered documents further support that general jurisdiction over Diamond Austria is proper:

1. Diamond Austria entered into a Non-Disclosure Agreement dated May 29, 2013 ("Non-Disclosure Agreement"), with Embry-Riddle Aeronautical University whereby the parties agreed to exchange certain non-public information in support of a joint contract they had entered into with a third party to provide a DA42 flight simulator (attached at **Exhibit I**).  The agreement further provides that the parties' agree that the laws of the State of Florida will govern the agreement.  The Non-Disclosure Agreement was executed on behalf of Diamond Austria by Christian Dries, as CEO.

2.  Diamond Austria entered into a Memorandum of Understanding with Embry-Riddle Aeronautical University located in Daytona Beach, Florida on June 18, 2013 ("MOU") (attached at **Exhibit J**) for the stated purpose that the parties "intend to focus on the development of competitive technologies that result in protected work that may be performed both at ERAU's research laboratories and centers and at proposed DIAMOND facilities in Daytona Beach, FL and eventually in the ERAU Research Park in Daytona Beach, FL."

The MOU further provides that, "DIAMOND and ERAU are currently performing aerodynamic modeling of the DIAMOND DA42 aircraft in Daytona Beach, FL for use with third-party flight simulators, and DIAMOND and ERAU have agreed to implement cooperative marketing programs for DIAMOND'S DA42 Multipurpose Platform aircraft initially at the July 2013 Airborne Law Enforcement Association annual meeting in Orlando, FL, and DIAMOND

intents to locate its subsidiary corporation, Diamond Airborne Sensing USA, in leased facilities in Daytona Beach, FL, by October 2013, for the purpose of US market development of DIAMOND'S DA42 Multi-Purpose Platform aircraft."

Finally, the parties consent that any disputes arising out of the MOU shall be subject to arbitration proceedings to be "conducted in Daytona Beach, Florida, in the English language."

The MOU was executed on behalf of Diamond Austria by Christian Dries. Counsel for Diamond Austria has already indicated that Christian Dries will likely be made available as the corporate representative for purposes of Diamond Austria's CR 30(b)(6) deposition.

Clearly, this is further evidence in support of Diamond Austria's systematic and continuous conduct of business in Florida, as required for a finding of general jurisdiction. These agreements clearly indicate that Diamond Austria has already agreed to consent to the jurisdiction of Florida law and seeks in its business dealings to exploit the Florida market for its products and to seek the protection of Florida courts where and when necessary. Diamond Austria's contacts with Florida reach far beyond "mere purchases" or "isolated business contacts." Diamond Austria's contacts with Florida meet the jurisdictional requirements of the long-arm statute, and jurisdiction over Diamond Austria similarly complies with the due process requirements of the Fourteenth Amendment. *Id.*

### III. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court deny Diamond Austria's Motion to Dismiss.

                Respectfully submitted,

                /s/ Juan Martinez
                Juan Martinez (FBN 9024)
                GRAYROBINSON P.A.
                1221 Brickell Avenue, Suite 1600
                Miami, Florida 33131-0014

|  |  |
|---|---|
|  | Telephone: 305-416-6880<br>Facsimile: 305-416-6887<br>E-mail: juan.martinez@gray-robinson.com<br>COUNSEL FOR PLAINTIFF |
| Michael A. Grim (*admitted pro hac vice*)<br>BINGHAM GREENEBAUM DOLL LLP<br>3500 National City Tower<br>101 S. Fifth Street<br>Louisville, Kentucky 40202<br>Telephone: 502.587.3696<br>Facsimile:  502.587.2235<br>E-mail: mgrim@bgdlegal.com | V. Brandon McGrath (*admitted pro hac vice*)<br>BINGHAM GREENEBAUM DOLL LLP<br>255 East Fifth Street, Suite 2350<br>First Financial Center<br>Cincinnati, Ohio 45202<br>Telephone: 513.455.7641<br>Facsimile: 513.762.7941<br>E-mail: bmcgrath@bgdlegal.com |

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2014 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified.

Respectfully submitted,

/s/Juan Martinez
Juan Martinez (FBN 9024)
GRAYROBINSON P.A.
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131-0014
Telephone: 305-416-6880
Facsimile: 305-416-6887
E-mail: juan.martinez@gray-robinson.com
COUNSEL FOR PLAINTIFF

## SERVICE LIST

**Aircraft Guaranty Corporation, Trustee of Continent Aircraft Trust 1087
vs.
Diamond Aircraft Industries, Inc. et al.
Case No. 0:11-cv-61663 (MORENO)
United States District Court, Southern District of Florida**

Benjamine Reid
breid@cfjblaw.com
Carlton Fields Jorden Burt
Miami Tower
100 S.E. Second Street
Miami, Florida 33131-2113
Counsel for Defendant Diamond Aircraft Industries, GmbH

Carl R. Nelson
Cnelson@bipc.com
Ashley Bruce Trehan
atrehan@bipc.com
Buchanan Ingersoll & Rooney/Fowler White Boggs
501 E. Kennedy Blvd., Suite 1700
Tampa, FL 33602
Phone: 813-228-7411
Fax:    813-229-8313

Attorneys for Defendants Diamond Aircraft Industries, Inc. & Diamond Aircraft Sales USA, Inc.

[Service by Notice of Electronic Filing generated by CM/ECF]

15287408_1.docx