# Exhibit J

 

# MEMORANDUM OF UNDERSTANDING
## Between
## DIAMOND AIRCRAFT INDUSTRIES
## And
## EMBRY-RIDDLE AERONAUTICAL UNIVERSITY

This Memorandum of Understanding (MOU) is entered into by and between Embry-Riddle Aeronautical University, Inc., a Florida not-for-profit university established at 600 South Clyde Morris Boulevard, Daytona Beach, FL 32114-3900, Florida USA (hereinafter referred to as "ERAU") and Diamond Aircraft Industries, GmbH, a corporation established at Wiener Neustadt, Austria (hereinafter referred to as "DIAMOND"); each also referred to as a "Party" and collectively as "Parties."

WHEREAS, DIAMOND designs, manufactures and sells an international family of general aviation aircraft and whose research and development has led to a number of innovative "firsts" including synthetic vision technology, twin diesel power plants, serial hybrid electric aircraft, pure algae-based biofuel, and others; and

WHEREAS, ERAU is recognized as the world leader in aerospace research and education including aerospace engineering, aeronautical science, flight and flight testing, aircraft and propulsion systems, avionics engineering, aviation business and marketing and many other associated aviation areas of interest; and

WHEREAS, DIAMOND and ERAU intend to focus on the development of competitive technologies that result in protected work that may be performed both at ERAU's research laboratories and centers and at proposed DIAMOND facilities in Daytona Beach. FL. and eventually in the ERAU Research Park in Daytona Beach, FL

THEREFORE, the Parties agree to enter into this MOU for the purpose of satisfying their interest to work together in order to pursue the opportunities and, if warranted, to negotiate specific agreements on a case by case basis, it being understood that this MOU does not create an obligation to the Parties to enter into such specific agreement.

Based on the foregoing premises,

1. DIAMOND and ERAU are currently performing aerodynamic modeling of the DIAMOND DA42 aircraft in Daytona Beach, FL. for use with third-party flight simulators, and

2. DIAMOND and ERAU have agreed to implement cooperative marketing programs for DIAMOND's DA42 Multipurpose Platform aircraft initially at the July 2013 Airborne Law Enforcement Association annual meeting in Orlando, Fl., and

3. DIAMOND intends to locate its subsidiary corporation, Diamond Airborne Sensing USA, in leased facilities in Daytona Beach, FL, by October 2013, for the purpose of US market development of DIAMOND's DA42 Multi-Purpose Platform aircraft through:

    a. Modification and FAA Supplemental Type Certification approvals through ERAU's Eagle Flight Research Center, and

    b. Sales by Diamond Airborne Sensing USA in collaboration with Clarity Aerial Sensing LLC., and

    c. Positioning a functional DA 42 MPP onsite for research and development, sales, and customer flight training, and

    d. Customer flight training programs provided by ERAU College of Aviation.

4. The Parties will also develop additional joint research and development projects that will benefit both Parties including:

    a. DA40 Tundra wing design and testing for lift optimization; and

    b. DA40NG gear simulator development

5. In the event the Parties agree to cooperate on any additional areas, individual agreements establishing specific roles and responsibilities, schedules, treatment of intellectual property and funding arrangements will be drawn up as appropriate for these activities.

6. If any proprietary information is exchanged by the Parties, the use, disclosure and protection of such shall be in strict accordance with a Non-Disclosure Agreement between ERAU and DIAMOND, hereinafter referred as "NDA" and such NDA will be made part of this MOU. The termination or expiration of this MOU shall not impair the continuing effectiveness of any NDA.

7. Termination: Unless sooner terminated or modified by either Party or the Parties, this MOU shall be in force by both Parties until three (3) years from the date of the last signature. Either party may terminate this MOU prior to that time for any reason or for no reason at all at any time by providing written notice to the other Party. Neither Party shall, upon such termination, have any further obligation or

responsibility hereunder, except those obligations relating to the protection of proprietary data or separate agreements as permitted in this document.

8. This MOU shall not be construed as appointing either Party as an agent of the other, and neither Party shall represent itself as the agent of the other Party.

9. Nothing contained in this MOU creates or is intended to create a partnership, joint venture, teaming arrangement or any other business organization and or entity of any kind, nor is either Party authorized to act on behalf of the other Party. No license to use or disclose the data of either Party is hereby granted.

10. Neither Party shall delegate or assign any of its rights, duties or responsibilities under this MOU without the prior written approval of the other Party.

11. Except for any existing NDA, this MOU replaces and supersedes any previous understandings, representations, commitments or agreements whether oral or written, between the Parties pertaining to the subject matter of this MOU.

12. This MOU shall not be modified or amended except by mutual consent, in writing by both Parties.

13. In the performance of any aspect of this MOU, the Parties shall comply with all applicable and binding laws, rules, and regulations.

14. Any dispute between the Parties which arises out of or in connection with this MOU shall be referred to ascending levels of management of the respective Parties up to the senior executives of the Parties. Any dispute, which is not resolved in this manner, shall be resolved by arbitration under the rules of the American Arbitration Association. Arbitration proceedings shall be conducted in Daytona Beach, Florida, in the English language.

IN WITNESS WHEREOF, the Parties hereto have caused this MOU to be signed in duplicate by their respective duly authorized representatives effective as of date of the last written below.

For ERAU:

Name: John P. Johnson, Ph.D
Title: President and CEO
Date: 6/18/13

For DIAMOND:

Name: Christian Dries
Title: CEO and Owner
Date: 18. 6. 2013