UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 11-61663-CIV-MORENO

AIRCRAFT GUARANTY CORPORATION, TRUSTEE OF CONTINENT AIRCRAFT TRUST 1087,

    Plaintiff,

vs.

DIAMOND AIRCRAFT INDUSTRIES, INC.,

    Defendant.
_____/

## ORDER SETTING HEARING

THIS CAUSE came before the Court upon the Emergency Motion for Protective Order as to 30(b)(6) Deposition and Untimely Written Discovery **(D.E. No. 104)**, filed on **April 30, 2014**. It is

**ADJUDGED** that a hearing shall take place before the undersigned, United States District Judge Federico A. Moreno, at the United States Courthouse, Wilkie D. Ferguson Jr. Building, Courtroom 13-3, 400 North Miami Avenue, Miami, Florida 33128, on **Friday May 2, 2014 at 3:00 pm**. Counsel shall be prepared to address all pending matters that the Court has not referred to a magistrate.

DONE AND ORDERED in Chambers at Miami, Florida, this 30 day of April, 2014.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record