UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO:  11-61663-CIV-MORENO

AIRCRAFT GUARANTY CORPORATION,
TRUSTEE OF CONTINENT AIRCRAFT
TRUST 1087,

    Plaintiff,

v.

DIAMOND AIRCRAFT INDUSTRIES, INC.;
DIAMOND AIRCRAFT INDUSTRIES, GMBH;
and DIAMOND AIRCRAFT SALES U.S.A., INC.,

    Defendants.
_____/

**DEFENDANT DIAMOND AIRCRAFT INDUSTRIES, INC. AND DEFENDANT DIAMOND AIRCRAFT SALES U.S.A., INC.'S MOTION FOR COUNSEL TO APPEAR AT MAY 2, 2014, HEARING BY TELEPHONE AND INCORPORATED MEMORANDUM IN SUPPORT**

    Defendants Diamond Aircraft Industries, Inc. and Diamond Aircraft Sales U.S.A., Inc., through their undersigned counsel, respectfully request this Court allow them to appear by telephone at the hearing that has been set for Friday, May 2, 2014, at 3:00 p.m. (*see* Doc. 105).

**Memorandum in Support**

    The two attorneys who would be appearing telephonically on behalf of these Defendants are Carl R. Nelson and Ashley Bruce Trehan.  Mr. Nelson has been traveling for depositions (in this very case) and returned late Wednesday, April 30, 2014.  Ms. Trehan has scheduled a pre-planned family event that requires her presence in Tampa, Florida on Friday, May 2, 2014.

    WHEREFORE, Defendants Diamond Aircraft Industries, Inc. and Diamond Aircraft Sales U.S.A., Inc. respectfully request the Court permit Mr. Nelson and Ms. Trehan to appear telephonically at the May 2, 2014, hearing.

Respectfully submitted,

/s/ Carl R. Nelson
Carl R. Nelson, FBN 280186
carl.nelson@bipc.com
Ashley Bruce Trehan, FBN 0043411
ashley.trehan@bipc.com
Scott Richards, FBN 0072657
scott.richards@bipc.com
BUCHANAN INGERSOLL & ROONEY | FOWLER WHITE BOGGS
501 E. Kennedy Blvd., Suite 1700
Tampa, FL 33602
Tel: (813) 228-7411
Fax: (813) 229-8313
*Attorneys for Defendants Diamond Aircraft Industries, Inc. and Diamond Aircraft Sales U.S.A., Inc.*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this document was served by CM/ECF on April 30, 2014, on all counsel of record on the Service List below:

/s/ Carl R. Nelson
Carl R. Nelson, FBN 280186
carl.nelson@bipc.com
Ashley Bruce Trehan, FBN 0043411
ashley.trehan@bipc.com
Scott Richards, FBN 0072657
scott.richards@bipc.com
BUCHANAN INGERSOLL & ROONEY | FOWLER WHITE BOGGS
501 E. Kennedy Blvd., Suite 1700
Tampa, FL 33602
Tel: (813) 228-7411
Fax: (813) 229-8313
*Attorneys for Defendants Diamond Aircraft Industries, Inc. and Diamond Aircraft Sales U.S.A., Inc.*

## SERVICE LIST

Michael A. Grim
*Admitted pro hac vice*
mgrim@bgdlegal.com
BINGHAM GREENEBAUM DOLL, LLP
3500 National City Tower
101 South Fifth Street
Louisville, KY 40202
Tel: (502) 589-4200
Fax: (502) 587-3695
*Attorneys for Plaintiff*

Juan Martinez, FBN 9024
juan.martinez@gray-robinson.com
GRAY ROBINSON P.A.
1221 Brickell Avenue, Suite 1600
Miami, FL 33131-0014
Tel: (305) 416-6880
Fax: (305) 416-6887
*Attorneys for Plaintiff*

V. Brandon McGrath
*Admitted pro hac vice*
bmcgrath@bgdlegal.com
BINGHAM GREENEBAUM DOLL, LLP
2350 First Financial Center
255 East Fifth Street
Cincinnati, OH 45202
Tel: (513) 455-7643
Fax: (513) 455-8500
*Attorneys for Plaintiff*

Benjamine Reid, FBN 183522
BReid@cfjblaw.com
Carlton Fields Jorden Burt
Miami Tower
100 S.E. Second St., Ste. 4200
Miami, Florida 33131-2113
Phone: 305.539.7222
Fax: 305.530.0055
*Attorneys for Defendant Diamond Aircraft Industries, GmbH*