UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO:  11-61663-CIV-MORENO

AIRCRAFT GUARANTY CORPORATION,
TRUSTEE OF CONTINENT AIRCRAFT
TRUST 1087,

     Plaintiff,

v.

DIAMOND AIRCRAFT INDUSTRIES, INC.;
DIAMOND AIRCRAFT INDUSTRIES, GMBH;
and DIAMOND AIRCRAFT SALES U.S.A., INC.,

     Defendants.
_____/

**DEFENDANT DIAMOND AIRCRAFT INDUSTRIES, GMBH'S REPLY IN SUPPORT OF MOTION TO STAY NON-JURISDICTIONAL DISCOVERY (DOC. 98)**

     Plaintiff's Memorandum in Opposition (Doc. 102) to Diamond Austria's Motion to Stay (Doc. 98) completely misses the mark.

     Contrary to Plaintiff's assertion, Diamond Austria is in no way asserting an "inherent" or *per se* right in having discovery stayed.  (*See* Doc. 102 at 2-3.)  As Diamond Austria has argued, a stay is appropriate because the pending Motion to Dismiss (Doc. 97) could dispose of the entire action.[1]

---

[1] *See* Doc. 98 at 2 (citing *Solar Star Sys., LLC v. Bellsouth Telecomms, Inc.*, 2011 WL 1226119, *1 (S.D. Fla. Mar. 30, 2011) (Moreno, J.); *Varga v. Palm Beach Capital Mgmt., LLC*, 2010 WL 8510622, *1 (S.D. Fla. Sept. 3, 2010) (Moreno, J.); *Rivero v. Taylor*, 2010 WL 3384913, *6 (S.D. Fla. Aug. 3, 2010); *Kilma v. Carnival Corp.*, 2008 U.S. Dist. LEXIS 85138, *10-*11 (S.D. Fla. Oct. 10, 2008); *Allstate Life Ins. Co. v. Estate of Miller*, 2004 WL 141698, *1 (S.D. Fla. Jan. 16, 2004); *Carcamo v. Miami-Dade County*, 2003 WL 24336368, *1 (S.D. Fla. Aug. 3, 2003)).

Plaintiff references an order entered long before Diamond Austria was named in this action. (Doc. 102 at 2, citing Doc. 30.) But, at the time that order was entered, there was no pending motion to dismiss for lack of subject matter jurisdiction. Nor was there a pending motion to dismiss for lack of personal jurisdiction. According to precedent, including orders issued by this very Court, a stay of discovery, particularly non-jurisdictional discovery, is appropriate under certain specific circumstances. Given the threshold nature of both the subject matter and personal jurisdictional inquiries, this is one of those specific circumstances warranting a stay of discovery.

Cases cited by Plaintiff are distinguishable. For example, in *Bocciolone v. Solowsky*, 2008 U.S. Dist. LEXIS 59170, *4 (S.D. Fla. July 24, 2008) the district court denied the defendants' motion to stay where the defendants' motion to dismiss attacked only the sufficiency of the allegations, not jurisdiction, and where the motion to dismiss "could not possibly resolve the entire case . . . ." *Id.* at *6. Here, Diamond Austria has attacked both subject matter and personal jurisdiction. In *Ray v. Spirit Airlines, Inc.*, the district court rejected the defendant's request for a "wholesale stay of all discovery[] until the Court rules upon its [12(b)(6)] motion to dismiss." 2012 U.S. Dist. LEXIS 160948, *4 (S.D. Fla. Nov. 9, 2012). Here, Diamond Austria understands that jurisdictional discovery may be necessary and, again, has filed not only a 12(b)(6) motion but also a 12(b)(1) and 12(b)(2) motion.

Plaintiff's assertion that, if non-jurisdictional discovery is not stayed, Diamond Austria "will not be prejudiced" is conclusory and rings hollow. First, Diamond Austria has **minimal** time to complete its discovery, particularly in light of the May 22, 2014, discovery cutoff (Doc. 87). Second, Diamond Austria's assertions regarding undue prejudice are far from "bland generalizations." (*See* Doc. 98 (citing the Austrian location of personnel, documents, and

2

information).)  Third, Plaintiff has failed to identify which "corporate officers" of Diamond Austria are also officers of either Diamond U.S.A. or Diamond Canada.

Finally, a word about Plaintiff's baseless, pejorative remark that "[t]his is yet another attempt by the collective Diamond defendants to delay this case and prevent it from being heard on this merits." (Doc. 102 at 3.)  Plaintiff added Diamond Austria to this action approximately seven months ago.  Diamond Austria was served less than two months ago.  The Court's previous scheduling order indicates this case was set to be tried last December.  (*See* Doc 43, entered July 31, 2013.)  **It was Plaintiff that decided to add Diamond Austria to this action**.  Having been in this case for less than two months, now, it is beyond disingenuous to accuse Diamond Austria of any "delay."

In light of the reasons stated in Diamond Austria's Motion to Stay, as well as the foregoing, all non-jurisdictional discovery in this matter should be stayed pending a ruling on Diamond Austria's Motion to Dismiss (Doc. 97).

    Respectfully submitted,

    s/ Benjamine Reid
    Benjamine Reid, FBN 183522
    BReid@cfjblaw.com
    CARLTON FIELDS JORDEN BURT
    Miami Tower
    100 S.E. Second St., Ste. 4200
    Miami, Florida  33131-2113
    Phone:  305.539.7222
    Fax:  305.530.0055
    *Attorneys for Defendant Diamond Aircraft Industries, GmbH*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of this document was served by CM/ECF on May 1, 2014, on all counsel of record on the Service List below:

        s/ Benjamine Reid
        Benjamine Reid, FBN 183522
        BReid@cfjblaw.com
        CARLTON FIELDS JORDEN BURT
        Miami Tower
        100 S.E. Second St., Ste. 4200
        Miami, Florida  33131-2113
        Phone:  305.539.7222
        Fax:  305.530.0055
        *Attorneys for Defendant Diamond Aircraft Industries, GmbH*

**SERVICE LIST**

Michael A. Grim
*Admitted pro hac vice*
mgrim@bgdlegal.com
BINGHAM GREENEBAUM DOLL, LLP
3500 National City Tower
101 South Fifth Street
Louisville, KY 40202
Tel: (502) 589-4200
Fax: (502) 587-3695

V. Brandon McGrath
*Admitted pro hac vice*
bmcgrath@bgdlegal.com
BINGHAM GREENEBAUM DOLL, LLP
2350 First Financial Center
255 East Fifth Street
Cincinnati, OH 45202
Tel: (513) 455-7643
Fax: (513) 455-8500

Juan Martinez, FBN 9024
juan.martinez@gray-robinson.com
GRAY ROBINSON P.A.
1221 Brickell Avenue, Suite 1600
Miami, FL 33131-0014
Tel: (305) 416-6880
Fax: (305) 416-6887

*Attorneys for Plaintiff*

Carl R. Nelson, FBN 280186
carl.nelson@bipc.com
Ashley Bruce Trehan, FBN 0043411
ashley.trehan@bipc.com
Scott A. Richards, FBN 0072657
scott.richards@bipc.com
BUCHANAN INGERSOLL & ROONEY | FOWLER WHITE BOGGS
501 E. Kennedy Blvd., Suite 1700
Tampa, FL 33602
Tel: (813) 228-7411
Fax: (813) 229-8313

*Attorneys for Defendants Diamond Aircraft Industries, Inc. and Diamond Aircraft Sales U.S.A., Inc.*

4