UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 11-61663-CIV-MORENO

AIRCRAFT GUARANTY CORPORATION,
TRUSTEE OF CONTINENT AIRCRAFT TRUST
1087,

    Plaintiff,

vs.

DIAMOND AIRCRAFT INDUSTRIES, INC.;
DIAMOND AIRCRAFT INDUSTRIES, GMBH; and
DIAMOND AIRCRAFT SALES U.S.A., Inc.,

    Defendants.
_____/

## ORDER DENYING MOTION TO APPEAR AT MAY 2, 2014, HEARING BY TELEPHONE

THIS CAUSE came before the Court upon Defendant Diamond Aircraft Industries, Inc. and Defendant Diamond Aircraft Sales U.S.A., Inc's Motion for Counsel to Appear at May 2, 2014 Hearing by Telephone **(D.E. No. 106)**, filed on **April 30, 2014**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED as Defendants filed the subject "emergency" motion. However, if the movants so desire, the Court will cancel the hearing at their request.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of May, 2014.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record