# CIVIL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

HONORABLE___**FEDERICO A. MORENO**_____ Presiding

Case No. ___11-61663-CV-MORENO_____     Date: __May 2, 2014_____

Clerk: _____**Shirley Christie**_____Reporter: ___**Gilda Pastor-Hernandez**___

**Aircraft Guaranty Corp., Trustee of Continent Aircraft Trust 1087 v. Diamond   Aircraft Industries, Inc.**

Plaintiff: __Juan Martinez, Esq._____

Defendant(s) Counsel:___Ben Reid, Esq./Carl Nelson, Esq._____

Reason for hearing:___**Motion Hearing**_

TIME:   50 minutes