UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 11-61663-CIV-MORENO

AIRCRAFT GUARANTY CORPORATION, TRUSTEE OF CONTINENT AIRCRAFT TRUST 1087,

    Plaintiff,

vs.

DIAMOND AIRCRAFT INDUSTRIES, INC.,
DIAMOND AIRCRAFT INDUSTRIES, GmbH,
DIAMOND AIRCRAFT SALES U.S.A., INC.,

    Defendants.
_____/

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58, and in accordance with the reasons stated in the Court's Order Granting the Motions to Dismiss for lack of subject matter jurisdiction, judgment, judgment is entered in favor of the Defendants and against Plaintiff. It is also

ADJUDGED that all pending motions are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of May, 2014.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record