UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 11-61663-CIV-MORENO

AIRCRAFT GUARANTY CORPORATION,
TRUSTEE OF CONTINENT AIRCRAFT
TRUST 1087,

    Plaintiff,

vs.

DIAMOND AIRCRAFT INDUSTRIES, INC.,
DIAMOND AIRCRAFT INDUSTRIES, GmbH,
and DIAMOND AIRCRAFT SALES, U.S.A.,
INC.,

    Defendants.
_____/

## NOTICE OF FILING LETTERS ROGATORY

THE COURT hereby files the notice from the United States Department of State, which encloses the completed letters rogatory for the above listed matter.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of May, 2014.

                                                                            FEDERICO A. MORENO
                                                                            UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record



**United States Department of State**

*Washington, D.C. 20520*
April 28, 2014

The Honorable Frederico A. Moreno
United States District Court for the
Southern District of Florida
400 North Miami Ave., Room 13-3
Miami, FL 33128-1812

       RE:   Aircraft Guaranty Corp. vs. Diamond Aircraft Industries, et al.

To Whom it May Concern,

    Enclosed are the completed letters rogatory for the above listed matter. A consular cash receipt for each service in the amount of $2,275.00 can also be found within.

    If you have any questions, I can be reached at 202.485.6249. Thank you.

                        Sincerely,

                        Stephanie A. Snow
                     Office Management Specialist
                      EAP/EUR/NESCA Division
              Office of American Citizens Services

Enclosures: as stated

## MEMORANDUM

DATE: April 15, 2014

FROM: Michael Strahberger
American Embassy
Consular Section
Vienna, Austria

TO: Department of State
CA/OCS/ACS/EUR – Corina Udrea
Washington, D.C. 20520-4818

SUBJECT: Completed Letters Rogatory in the matter of Aircraft Guaranty Corp. versus Diamond Aircraft Industries, Inc. et. al.

Enclosed for transmission to the United States District Court for the Southern District of Florida, Miami, Florida are completed letters rogatory in the above matter.

A consular cash receipt for U.S. $ 2,275.00 is herewith enclosed.

Enclosure
as stated

UNCLASSIFIED



U.S. Embassy
VIENNA

Customer: AIRCRAFT GUARANTY CO VS.
DIAMOND AIRCRAFT INDUS
Date: 4/15/2014 12:38:44 PM

Register: CONSULAR4

Transaction: 15000117

| Qty | Svc | Ctry | Visa | Price |
|---|---|---|---|---|
| 1 | 51 | | | $2,275.00 |
| LETTERS | | | | € 1.706,25 |

**Balance**       $2,275.00
**Amount Paid**   $2,275.00
**Change**        $0.00

CUSTOMER COPY
**ALL TRANSACTIONS ARE
FINAL - NO REFUNDS**

3234



*Embassy of the United States of America*

## Certification of an Executed Letter Rogatory

REPUBLIC OF AUSTRIA    )
CITY OF VIENNA         )
EMBASSY OF THE         )   ss:
UNITED STATES OF AMERICA )

I hereby certify that I received the annexed letters rogatory and accompanying documents on the date below.

April 15, 2014

**Federal Ministry of**
**Foreign Affairs**
**of the Republic of Austria**

Edward J. Hartwig
Consul of the
United States of America

April 15, 2014

| | | |
|---|---|---|
| Gerichtsabteilung: 005 | BG Wiener Neustadt (234) | **26 Hc 10/14 y** |
| Einbringungsdatum: 06.03.2014 | Status: offen | zugewiesen: Richter |

Streitgegenstand:   Ausländisches Rechtshilfeersuchen (Fallcode: 32)

Ersuchende Behörde: **Bundesministerium für Justiz -**

Aktenzeichen: BMJ-Z948.472/0001-I 10/2014
Rechtssache: AIRCRAFT Guaranty Corporation gg.1. DIAMOND Aircraft Industries Inc. London2. DIAMOND Aircraft Industries Inc. Wiener Neustadt3. DIAMOND Aircraft Sales U.S.A. Inc., Corporation Trust Center Delawarewegen Schadenersatzes
Auftrag: ZustellersuchenEmpfänger: DIAMOND Aircraft Industries, GmbH, N.A. Ottostr. 5, 2700 Wr. Neustadt

13.03.2014   BER       Bericht
Entscheidung von MUSTACR, ON: 2

**HINSICHTLICH:**   EB Bundesministerium für Justiz -
                     Rayon: Typ C

1. Vollzugsort/Termin:
   N.A.Otto Straße 5, 2700 WN
   am 13.03.2014 um 08:30 Uhr
   Anwesend für den Verfahrensbeteiligten: niemand

   1. Amtshandlung:        Zustellung
      Vollzugsergebnis:     vollzogen

   In Ermangelung eines Übernahmsberechtigten wurde eine Hinterlegungsanzeige beim anwesenden Hr. Johannes Frauenberger zurückgelassen.

Gebühren
| | automatisch | händisch |
|---|---|---|
| Vergütung | | |
| Fahrtkosten | 2,00 EUR | 0,00 EUR |
| Vergütungen auszubezahlen | 2,00 EUR | 0,00 EUR |
| Vergütungen einbehalten | 0,00 EUR | 0,00 EUR |
| Gesamt | 4,00 EUR | 0,00 EUR |

Bericht, entschieden

MUSTACR



EUROPA
INTEGRATION
ÄUSSERES
BUNDESMINISTERIUM
REPUBLIK ÖSTERREICH

GZ BMEIA-US.4.15.04/0017-IV.1/2014

An die
Botschaft der
Vereinigten Staaten von Amerika
Boltzmanngasse 16
1090 W i e n

# V e r b a l n o t e

Das Bundesministerium für Europa, Integration und Äußeres entbietet der Botschaft der Vereinigten Staaten von Amerika seine Empfehlungen und beehrt sich, mit Bezug auf die Note Nr. 11 vom 30. Jänner 2014 mitzuteilen, dass das Zustellstück in der Rechtssache AIRCRAFT Guarantee Corporation gegen u.a. DIAMOND Aircraft Industries Inc. Wiener Neustadt am 14.03.2014 an die Empfängerin in 2700 Wiener Neustadt zugestellt wurde. Die gerichtliche Zustellbestätigung wird in der Beilage übermittelt.

Das Bundesministerium für Europa, Integration und Äußeres nützt diese Gelegenheit, der Botschaft der Vereinigten Staaten von Amerika die Versicherung seiner ausgezeichneten Hochachtung zu erneuern.

Wien, am 8. April 2014



**REPUBLIK ÖSTERREICH**
Bezirksgericht Wiener Neustadt

Geschäftszahl: 26 Hc 10/14y

Wiener Neustadt, am

An das

Bundesministerium für Justiz

Museumstraße 7
1070 Wien

[Stamp: BUNDESMINISTERIUM FÜR JUSTIZ, Eingelangt 24. MRZ. 2014, 2948.472/2-I 10/14, TEAM Z]

Maria Theresien-Ring 3b
A-2700 Wiener Neustadt

Briefanschrift
A-2700 Wiener Neustadt, Postfach 128

Telefon:
02622/21 510 -0

Telefax:
02622/21 510 680

**Betrifft:** Rechtshilfeersuchen des Bezirksgerichtes der Vereinigten Staaten Bezirk Florida Süd, Abteilung Miami; BMJ-Z948.472/0001-I 10/2014

**Bezug:** Zustellung von Schriftstücken an Diamond Aircraft Industries, GmbH

Sehr geehrte Damen und Herren!

In Entsprechung obigen Rechtshilfeersuchens wurden die Schriftstücke an die Empfängerin am 14.03.2014 zugestellt.

Bezirksgericht Wiener Neustadt
Abt. 26, am 20.03.2014



(Dr. Peter Schranz, Richter)

Verständigung über die Hinterlegung eines Schriftstückes

Empfänger: Diamond Industries GmbH
Absender: Bezirksgericht W[...]

Geschäftszahl: 26 HC 110/14

Sehr geehrte Frau!
Sehr geehrter Herr!

Heute konnte Ihnen ein
☐ zu eigenen Handen zuzustellendes **behördliches Schriftstück** (RSa-Brief)
☒ zuzustellendes **behördliches Schriftstück** (RSb-Brief)
nicht zugestellt werden. Das Schriftstück wird daher hinterlegt. Die **Hinterlegung gilt grundsätzlich als Zustellung**. Holen Sie das Schriftstück **in Ihrem Interesse ehestens** ab, Sie könnten sonst wichtige Fristen versäumen!

Das Schriftstück ist abzuholen

☐ heute ab _____ Uhr
☒ ab morgen (nächstem Werktag) 9:00

beim Bg Wr. Neustadt

Bitte bringen Sie diese Verständigung und einen amtlichen Lichtbildausweis mit.

Öffnungszeiten:
Mo–Fr 7.30–15.30 Uhr

_____
Zusteller, Datum  27-3-14

**Hinweis!**
Das Schriftstück liegt bis zum 27-3-14 beim Bg W.N.
und wird danach wieder der absendenden Behörde zurückgeleitet.

Formular 1 zu § 17 Abs. 2 des Zustellgesetzes (Geoform 42)
Erl. 19.742/22 - I 2/88

Bitte wenden!

# Zustellschein

**GZ** VB CNZ - SS 24 RHE

Bezirksgericht
Wr. Neustadt
26 HC 70/14 y

**Empfänger**
Diamond Aircraft
Industries GmbH
N.A. Otto Straße 5
2700 Wr. Neustadt

**Zustellversuch am** ☐☐ ☐☐ ☐☐☐☐

**Verständigung über die Hinterlegung**
- in Briefkasten eingelegt
- in Hausbrieffach eingelegt
- in Briefeinwurf eingelegt
- an Abgabestelle zurückgelassen
- an Eingangstür angebracht

**Annahmeverweigerung**
durch ☐ Empfänger ☐ ..........

**Hinterlegung**
- Dokument an Abgabestelle zurückgelassen
- beim Gemeindeamt
- bei ..........
- Beginn der Abholfrist ☐☐ ☐☐ ☐☐☐☐

☐ Nicht an Bevollmächtigten (§ 13 Abs. 2 ZustG)

☐ **keine elektronische Übermittlung (§ 22 Abs. 3 ZustG)**

**Übernahmebestätigung**
Übernommen am |1|4| |0|3| |2|0|1|4|
Unterschrift: _(signature)_

☐ Empfänger
☐ Bevollmächtigter für nicht zu eigenen Handen zuzustellende Dokumente
☐ Mitbewohner
☐ Arbeitgeber/Arbeitnehmer

Zusteller .......... Gemeindeamt

Formular 6 zu § 22 Zustellgesetz (GeoForm 32)
BMJ-B19.732/0002-I 8/2008