## Composite Exhibit A to Bill of Costs:
## Itemization and Documentation of Costs Sought by Defendant

| | |
|---|---:|
| ***Invoice No. 1*** | |
| Transcript Copy – Susan McKenzie Dep. | $193.80 |
| Transcript Copy – Fredrick Ahles Dep. | $221.00 |
| ***Subtotal 1*** | ***$414.80*** |
| | |
| ***Invoice No. 2*** | |
| Transcript – Karsten Damgaard-Iversen Dep. | $456.75 |
| Exhibits – Karsten Damgaard-Iversen Dep. | $238.40 |
| Court Reporter Appearance – Karsten Damgaard-Iversen Dep. | $153.00 |
| Shipping | $91.49 |
| ***Subtotal 2*** | ***$939.64*** |
| | |
| ***Invoice No. 3*** | |
| Transcript/Word Index – Peter Maurer Dep. (09/27/13) | $525.30 |
| Exhibits – Peter Maurer Dep. (09/27/13) | $78.60 |
| Read and Sign Procurement – Peter Maurer Dep. (09/27/13) | $17.50 |
| Transcript/Word Index – Peter Maurer Dep. (09/27/13) | $56.10 |
| Shipping | $65.48 |
| ***Subtotal 3*** | ***$742.98*** |
| Deposition taken for 3 cases, so *Subtotal 3* divided by 3 | ÷ 3 |
| ***Revised Subtotal 3*** | ***$247.66*** |
| | |
| ***Invoice No. 4*** | |
| Transcript Copy – Peter Maurer Dep. | $216.00 |
| Transcript – Peter Maurer Cont'd Discovery | $172.00 |
| Court Reporter Fees | $120.00 |
| Appt. for Individual Examined | $9.50 |
| Off Site Charge | $25.00 |
| Handling Fee | $15.00 |
| ***Subtotal 4*** | ***$557.50*** |
| Deposition taken for 3 cases, so *Subtotal 4* divided by 3 | ÷ 3 |
| ***Revised Subtotal 4*** | ***$185.83*** |
| | |
| ***Total Costs*** | ***$1,787.93*** |
| | |
| ***Credit to Plaintiff*** | |
| ***Less Cost of Service on Diamond Aircraft Sales U.S.A., Inc. per Fed. R. Civ. P. 4(d)(2)*** | ($145.00) |
| | |
| ***Total Net Costs*** | ***$1,642.93*** |

# Certified Shorthand Reporters, Inc.

# Invoice

M-101 BISCAYNE BUILDING
19 WEST FLAGLER ST.
MIAMI, FL 33130
Miami-Dade: (305) 374-6545
Broward: (954) 925-6545
Toll Free: (800) 922-6545
Fax: (305) 374-0616

| Date | Invoice # |
|---|---|
| 9/24/2013 | 366 |

| Bill To |
|---|
| Fowler White Boggs P A<br>Carl Nelson, Esq.<br>PO Box 1438<br>Tampa, Florida 33601 1438 |

| Case | | | Reporter | Date Taken |
|---|---|---|---|---|
| Aircraft vs. Diamon | | | HaA | 9/24/2013 |
| Description | Qty | Rate | | Amount |
| Aircraft Guaranty Corporation vs. Diamond Aircraft Industries, Inc.<br>Civil Action No. 11-61663-CIV-MORENO<br><br>Deposition of: Susan McKenzie<br>Copy of transcript<br><br>Deposition of: Fredrick Ahles<br>Copy of transcript | | | | 193.80<br><br><br>221.00 |

111-2986

| | |
|---|---|
| **Total** | $414.80 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $414.80 |

The person and/or entity invoiced shall be responsible for all fees earned for services rendered above. However, should any action of any kind be required to collect sums due, the person and/or entity invoiced shall be responsible for all attorney's fees and costs.

10/14/13

INVOICE NO. 1



Tampa
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Tax Number: 45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

## Invoice # BG336945

| Invoice Date | 10/02/2013 |
|---|---|
| Terms | NET 30 |
| Payment Due | 11/01/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | N/A |

SCOTT RICHARDS ,ESQ.
FOWLER, WHITE, BOGGS & BANKER, PA - TAMP
SUITE 1700
501 EAST KENNEDY BOULEVARD
TAMPA, FL 33602

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 09/19/2013 | AIRCRAFT GUARANTY CORP., VS. DIAMOND AIR | 401035 | 10/01/2013 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 09/19/2013, KARSTEN DAMGAARD-IVERSEN (TAMPA, FL) | |
| ORIGINAL & ONE COPY OF TRANSCRIPT/WORD INDEX (105 Pages) | $ 456.75 |
| EXHIBITS | $ 238.40 |
| APPEARANCE FIRST HOUR | $ 93.00 |
| APPEARANCE FEE ADDITIONAL HOURS | $ 60.00 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 30.00 |
| SUMMARY | $ 90.00 |
| CONDENSED TRANSCRIPT | $ 16.00 |
| | $ 984.15 |
| SHIPPING | $ 91.49 |
| | $ 91.49 |
| | |
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |

MATTER NUMBER: N/A

**Amount Due On/Before 11/16/2013**  $ 1,075.64
Amount Due After 11/16/2013  $ 1,183.20

---

Tax Number: 45-3463120



Please detach and return this bottom portion with your payment
or pay online at www.esquireconnect.net

 

Invoice #: BG336945
Payment Due: 11/01/2013

**Amount Due On/Before 11/16/2013**  $ 1,075.64
Amount Due After 11/16/2013  $ 1,183.20

SCOTT RICHARDS ,ESQ.
FOWLER, WHITE, BOGGS & BANKER, PA - TAMP
SUITE 1700
501 EAST KENNEDY BOULEVARD
TAMPA, FL 33602

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

051 0000336945 10022013 7 000107564 1 11012013 11162013 0 000118320 41

INVOICE NO. 2                    10/14/13



Atlanta
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Tax Number: 45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

### Invoice # BG337725

| Invoice Date | 10/30/2013 |
|---|---|
| Terms | NET 30 |
| Payment Due | 11/29/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

CARL NELSON ,ESQ.
FOWLER WHITE BOGGS - TAMPA
SUITE 1700,
501 EAST KENNEDY BOULEVARD
TAMPA, FL 33602

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 09/27/2013 | AIRCRAFT GUARANTY CORPORATION vs. DIAM | 403461 | 10/28/2013 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 09/27/2013, DAVID ATKINSON (LONDON ONTARIO, ON) | |
|    ONE COPY OF TRANSCRIPT/WORD INDEX (19 Pages) | $ 48.45 |
|    DIGITAL TRANSCRIPT/EXHIBITS | $ 30.00 |
|    CONDENSED TRANSCRIPT | $ 16.00 |
| | $ 94.45 |
| Services Provided on 09/27/2013, PETER MAURER (LONDON ONTARIO, ON) | |
|    ONE COPY OF TRANSCRIPT/WORD INDEX (206 Pages) | $ 525.30 |
|    EXHIBITS | $ 78.60 |
|    DIGITAL TRANSCRIPT/EXHIBITS | $ 30.00 |
|    SUMMARY | $ 105.00 |
|    CONDENSED TRANSCRIPT | $ 16.00 |
|    READ AND SIGN PROCUREMENT | $ 17.50 |
| | $ 772.40 |
| Services Provided on 09/27/2013, PETER MAURER (LONDON ONTARIO, ON) | |
|    ONE COPY OF TRANSCRIPT/WORD INDEX (22 Pages) | $ 56.10 |
|    DIGITAL TRANSCRIPT/EXHIBITS | $ 30.00 |

**CONTINUED ON NEXT PAGE ...**

---

Tax Number: 45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**





| | |
|---|---|
| Invoice #: | BG337725 |
| Payment Due: | 11/29/2013 |
| **Amount Due On/Before 12/14/2013** | **$ 0.00** |
| Amount Due After 12/14/2013 | $ 0.00 |

CARL NELSON ,ESQ.
FOWLER WHITE BOGGS - TAMPA
SUITE 1700,
501 EAST KENNEDY BOULEVARD
TAMPA, FL 33602

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

002 0000337725 10302013 5 000000000 0 11292013 12142013 6 000000000 08

INVOICE NO. 3




Atlanta  
2700 Centennial Tower  
101 Marietta Street  
Atlanta, GA 30303  

**Remit to:**  
Esquire Deposition Solutions, LLC  
P. O. Box 846099  
Dallas, TX 75284-6099  
www.esquiresolutions.com  

Tax Number: 45-3463120  
Toll Free (800) 211-DEPO  
Fax (856) 437-5009  

## Invoice # BG337725

| Invoice Date | 10/30/2013 |
|---|---|
| Terms | NET 30 |
| Payment Due | 11/29/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

CARL NELSON ,ESQ.  
FOWLER WHITE BOGGS - TAMPA  
SUITE 1700,  
501 EAST KENNEDY BOULEVARD  
TAMPA, FL 33602  

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 09/27/2013 | AIRCRAFT GUARANTY CORPORATION vs. DIAM | 403461 | 10/28/2013 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 09/27/2013, PETER MAURER (LONDON ONTARIO, ON) | |
|    CONDENSED TRANSCRIPT | $ 16.00 |
| | $ 102.10 |
|    SHIPPING | $ 65.48 |
| | $ 65.48 |

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 1,034.43 |
| **Amount Due On/Before 12/14/2013** | **$ 0.00** |
| Amount Due After 12/14/2013 | $ 0.00 |

---

Tax Number: 45-3463120

Please detach and return this bottom portion with your payment  
or pay online at **www.esquireconnect.net**



| | |
|---|---|
| Invoice #: | BG337725 |
| Payment Due: | 11/29/2013 |
| **Amount Due On/Before 12/14/2013** | **$ 0.00** |
| Amount Due After 12/14/2013 | $ 0.00 |

CARL NELSON ,ESQ.  
FOWLER WHITE BOGGS - TAMPA  
SUITE 1700,  
501 EAST KENNEDY BOULEVARD  
TAMPA, FL 33602  

**Remit to:**  
Esquire Deposition Solutions, LLC  
P. O. Box 846099  
Dallas, TX 75284-6099  
www.esquiresolutions.com  

Thank you for your business!

```
002  0000337725  10302013  5  000000000  0  11292013  12142013  6  000000000  08
```

INVOICE NO. 3

## **M.D.M. REPORTING HOLDINGS**
*The Examination for Discovery Specialists*

**M.D.M. Reporting Holdings**

341 Talbot Street
London, Ontario
N6A 2R5

# Invoice

Date: May 5, 2014
Invoice No. ESQ_0429

To: Esquire Deposition Solutions, LLC

*2101 W Commercial Blvd.*
*Suite 4000*
*Fort Lauderdale, FL 33309*

Re: Aircraft Guaranty Corporation, Twinstar Partners, LLC and World Traveling Fools, LLC vs. Diamond Aircraft Industries Inc. (and Diamond Aircraft Sales, U.S.A., Inc.) – Resumption of Peter Maurer Examination for Discovery (April 29, 2014 - London)
Re: Deposition Peter Maurer (April 29, 2014 – London)

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Court Reporter Fees | 3 hours | 40.00 per hour | 120.00 |
| Appointment for Individual Examined | 1 | 9.50 | 9.50 |
| Off Site Charge | 1 | 25.00 | 25.00 |
| Transcript – Peter Maurer Deposition | 54 pages | 4.00 per page | 216.00 |
| Transcript – Peter Maurer Continuation Discovery | 43 pages | 4.00 per page | 172.00 |
| Handling Fee | 1 | 15.00 | 15.00 |
| | | Subtotal: | $557.50 |
| *Thank you for your business!* | | HST: | EXEMPT |
| *Please make cheque payable to M.D.M. Reporting Holdings* | | **Total:** | **$557.50** |

HST No. 828919647RT0001

111-300

INVOICE NO. 4                                                               5/12/14