UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO:  11-61663-CIV-MORENO

AIRCRAFT GUARANTY CORPORATION, TRUSTEE
OF CONTINENT AIRCRAFT TRUST 1087,

    Plaintiff,

v.

DIAMOND AIRCRAFT INDUSTRIES, INC., et al.

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF APPEAL**

Notice is hereby given that Appellant/Plaintiff Aircraft Guaranty Corporation, Trustee Of Continent Aircraft Trust 1087, by and through counsel, hereby appeals to the United States Court of Appeals for the 11th Circuit from the Order Granting Motions to Dismiss (Doc. 112), Final Judgment (Doc. 113), and Order Granting in Part Motion to Dismiss (Doc. 39).

                                             Respectfully submitted,

                                             /s/ *Juan Martinez*_____
                                             Juan Martinez
                                             Gray-Robinson, P.A.
                                             1221 Brickell Avenue, Suite 1600
                                             Miami, Florida 33131-0014
                                             (305) 416-6880

                                             V. Brandon McGrath
                                             Bingham Greenebaum Doll LLP
                                             2900 Chemed Center, 255 E. Fifth Street
                                             Cincinnati, OH  45202
                                             (513) 455-7643

                                             Michael A. Grim
                                             Bingham Greenebaum Doll LLP
                                             3500 National City Tower, 101 South Fifth Street
                                             Louisville, Kentucky 40202
                                             (502) 589-4200

COUNSEL FOR PLAINTIFF,<br>
AIRCRAFT GUARANTY CORPORATION,<br>
TRUSTEE OF CONTINENT AIRCRAFT TRUST 1087

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of this Notice has been filed through the ECF system and served on counsel of record in the case and has been served by e-mail on the following on June 5, 2014:

Carl R. Nelson
Ashley Bruce Trehan
Fowler White Boggs P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, Florida  33602

COUNSEL FOR DEFENDANT
DIAMOND AIRCRAFT INDUSTRIES, INC.
DIAMOND AIRCRAFT SALES U.S.A., INC.

Benjamine Reid, Esq.
Carlton Fields Jorden Burt
100 S.E. Second Street, Suite 4200
Miami, Florida 33131-2113
Email:  breid@cfjblaw.com

COUNSEL FOR DEFENDANT
DIAMOND AIRCRAFT INDUSTRIES, GMBH

/s/ *Juan Martinez*
Juan Martinez
Gray-Robinson, P.A.
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131-0014
(305) 416-6880

COUNSEL FOR PLAINTIFF

15354066_1.docx