UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 11-61663-CIV-MORENO

FILED BY ___HH___
Deputy Clerk
Jun 13, 2014
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIAMI

AIRCRAFT GUARANTY CORPORATION, TRUSTEE
OF CONTINENT AIRCRAFT TRUST 1087,

    Plaintiff,

v.

DIAMOND AIRCRAFT INDUSTRIES, INC., et al.

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Appellant/Plaintiff Aircraft Guaranty Corporation, Trustee Of Continent Aircraft Trust 1087, by and through counsel, hereby appeals to the United States Court of Appeals for the 11th Circuit from the Order Granting Motions to Dismiss (Doc. 112), Final Judgment (Doc. 113), and Order Granting in Part Motion to Dismiss (Doc. 39).

    Respectfully submitted,

    /s/ *Juan Martinez*_____
    Juan Martinez
    Gray-Robinson, P.A.
    1221 Brickell Avenue, Suite 1600
    Miami, Florida 33131-0014
    (305) 416-6880

    V. Brandon McGrath
    Bingham Greenebaum Doll LLP
    2900 Chemed Center, 255 E. Fifth Street
    Cincinnati, OH 45202
    (513) 455-7643

    Michael A. Grim
    Bingham Greenebaum Doll LLP
    3500 National City Tower, 101 South Fifth Street
    Louisville, Kentucky 40202
    (502) 589-4200