IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 11-61663-CIV-MORENO

AIRCRAFT GUARANTY CORPORATION,
TRUSTEE OF CONTINENT AIRCRAFT
TRUST 1087

     Plaintiff,
v.

DIAMOND AIRCRAFT INDUSTRIES,
INC., et al.

     Defendants.
_____/

FILED by ____ D.C.
JUL 14 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIAMI

## AMENDED MEDIATION REPORT

In accordance with the Court's mediation order(s), a mediation conference was held on June 18, 2014, and the results of that conference are indicated below:

(a) The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

____ All individual parties and their respective trial counsel.

✓ Designated corporate representatives.

✓ Required claims professionals.

(b) The following individuals, parties, corporate representatives and/or claims professionals failed to appear and/or participate as ordered:

_____

_____

(c) The outcome of the mediation conference was:

___  The case has been completely settled. In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with Local Rule 3.08 by the filing of a settlement agreement signed by the parties and the mediator within ten (10) days of the mediation conference.

___  These proceedings have been adjourned with the consent of the parties and the mediation conference shall be resumed on a date and time convenient to parties.

___  The case has been partially resolved and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this Court to resolve:

_____
_____
_____
_____
_____.

✓  The parties have reached an impasse.

**No conference may be continued past due date ordered for completion without leave of Court.**

**Done this** 9th **day of** July, 2014, **in** Maitland, Florida.

*[signature]*

J. Joaquin Fraxedas, Mediator
Fraxedas Mediation Firm
P. O. Box 940849
Maitland, Florida 32794-0849
(407) 661-5757

Copies to:  Counsel of Record and
            Unrepresented Parties

**FRAXEDAS Mediation Firm**
P.O. Box 940849
Maitland, FL 32794-0849

Clerk United States District Court
Southern District of Florida
Federal Courthouse Square
301 N. Miami Avenue
Miami, Florida 33128-7788

33128770025