UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 11-61663-CIV-MORENO**

AIRCRAFT GUARANTY CORPORATION,
TRUSTEE OF CONTINENT AIRCRAFT TRUST,

    Plaintiff,

vs.

DIAMOND AIRCRAFT INDUS., INC., *et al.*

    Defendants.
_____/

## ORDER GRANTING MOTION TO TAX COSTS AND FINAL COST JUDGMENT

THIS CAUSE came before the Court upon Plaintiff's / Defendant's Motion to Tax Costs (**docket no.**), filed on ...

THE COURT has considered the motion and the pertinent portions of the record and is otherwise fully advised in the premises. Counsel for the Plaintiff / Defendant having submitted an Affidavit with the Court as to the taxable costs incurred in prosecuting / defending this action and there being no opposition, it is

ADJUDGED that the motion is GRANTED. Further, it is

ADJUDGED that Defendant Diamond Aircraft Industries, Inc. shall recover from Plaintiff $1,642.93 in costs. Interest shall accrue on this judgment at the statutory rate. For which sum let execution issue.

DONE AND ORDERED in Chambers at Miami, Florida, this 26 day of August, 2014

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record