# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Douglas J. Mincher
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 26, 2015

Steven M. Larimore
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 14-12499-AA
Case Style: Aircraft Guaranty Corporation, v. Diamond Aircraft Industries, I, et al
District Court Docket No: 0:11-cv-61663-FAM

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Costs against Appellant-Aircraft Guarantee Corp., Trustee

Sincerely,

DOUGLAS J. MINCHER, Clerk of Court

Reply to: David L. Thomas, AA/rvg
Phone #: (404) 335-6169

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

FILED BY __ABM__
Deputy Clerk
May 26, 2015
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIA

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-12499-AA
_____

CONTINENT AIRCRAFT TRUST 1087,

                                      Plaintiff,

AIRCRAFT GUARANTY CORPORATION, TRUSTEE,

                                      Plaintiff - Appellant,

versus

DIAMOND AIRCRAFT INDUSTRIES, INC.,
DIAMOND AIRCRAFT INDUSTRIES, GMBH,
DIAMOND AIRCRAFT SALES U.S.A. INC.,

                                      Defendants - Appellees.
_____

Appeal from the United States District Court
for the Southern District of Florida
_____

Before: WILSON, FAY and RIPPLE,* Circuit Judges.

BY THE COURT:

      The appeal in this matter is dismissed upon grounds of mootness. The Court retains jurisdictions to consider the question of sanctions being imposed on the appellant and its attorneys.

      *Honorable Kenneth F. Ripple, United States Circuit Judge for the Seventh Circuit, sitting by designation.