# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

FILED BY __MC__
Deputy Clerk
**Aug 20, 2015**
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIAMI

Douglas J. Mincher
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 20, 2015

Steven M. Larimore
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 14-12499-AA
Case Style: Aircraft Guaranty Corporation, v. Diamond Aircraft Industries, I, et al
District Court Docket No: 0:11-cv-61663-FAM

Enclosed is the Bill of Costs supplementing this court's mandate which has previously issued.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

Sincerely,

DOUGLAS J. MINCHER, Clerk of Court

Reply to: Lois Tunstall
Phone #: (404) 335-6191

Enclosure(s)

MDT-1 Letter Issuing Mandate

Case: 14-12499   Date Filed: 06/12/2015   Page: 1 of 1

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Bill of Costs

Court of Appeals Docket No. __14-12499__

__Aircraft Guaranty Corporation__ vs. __Diamond Aircraft Industries, Inc, et al.__

A Bill of Costs should only be filed when the Clerk's Office has advised a party that the party is entitled to costs. FRAP 39 and 11th Cir. R. 39-1 govern costs taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

## INSTRUCTIONS

In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ( $.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

| DOCUMENT | Repro. Method (Mark One) In-House | Repro. Method (Mark One) Comm* | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|---|
| Appellant's Brief | | | | | | | |
| Appendix | | | | | | | |
| Appellee's Brief | X | | 46 | 368 | 8 ✓ | $55.20 | 55.20 |
| Reply Brief | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| *Note: If reproduction was done commercially, receipt(s) must be attached. | | | | | TOTAL | $55.20 REQUESTED | $ 55.20 ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Signature: _Hala Sandridge_   Date Signed: June 12, 2015
Attorney Name: Hala Sandridge (Type or print your name)
Attorney for: Diamond Aircraft Industries, Inc. and Diamond Aircraft Sales U.S.A. (Type or print name of client)
E-mail: hala.sandridge@bipc.com   Phone: 813 222-1127
Street Address/City/State/Zip: Buchanan Ingersoll & Rooney PC
501 E. Kennedy Blvd., Suite 1700, Tampa, FL  33602

### FOR COURT USE ONLY

Costs are hereby taxed in the amount of $ __$55.20__ against __Appellants__
and are payable directly to __Appellee__

Douglas J. Mincher, Clerk of Court
By: _Tina Portu_   DATE: 6/18/15
Deputy Clerk

Issued on: _____

BOC Rev.: 3/15

**ISSUED AS MANDATE 08/20/2015**